UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZINIA EZZET BOUTROS,<br><br>                            Plaintiff,<br><br>v.<br><br>UPS, et al.,<br><br>                            Defendant. | Case No.: 18cv2388-LAB (AGS)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Zinia Ezzet Boutros, proceeding *pro se*, paid the filing fee and filed a 500-page complaint in this case against numerous Defendants, bringing numerous claims.

Boutros printed the pages half-size, and squeezed two onto each sheet of paper, in violation of this District's Civil Local Rule 5.1. The complaint violates this rule in several other ways as well. And it violates numerous requirements of Fed. R. Civ. P. 8 and 10.

A serious problem is that the complaint does not obey the "short and plain statement" requirements of Fed. R. Civ. P. 8(a)(1) and (2). Among other things, the complaint identifies diversity as the basis for the Court's jurisdiction, but never alleges facts establishing the citizenship of any of the parties. *See* 28 U.S.C. § 1332(a). The Court is obligated, *sua sponte* if necessary, to inquire into jurisdiction

and to dismiss the complaint if jurisdiction is lacking. *See Chapman v. Pier 1 Imports (U.S.) Inc.*, 631 F.3d 939, 954 (9th Cir. 2011) (en banc). Until it is affirmatively shown, jurisdiction is presumed to be lacking. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).

The complaint is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. No later than **November 8, 2018**, Boutros may file an amended complaint that fully complies with Fed. R. Civ. P. 8 and 10 and Civil Local Rule 5.1. In particular, it must include a "short and plain statement" alleging facts that establish jurisdiction. *See* Fed. R. Civ. P. 8(a)(1).

The amended complaint must be received by the Court by the deadline, not merely mailed or postmarked. A submitted complaint that does not comply fully with this order will be rejected for filing, and Boutros would have to resubmit a corrected complaint before the deadline. **If Boutros fails to file an acceptable amended complaint within the time permitted, this action will be dismissed without further notice to him.** Dismissal would be without prejudice, but without leave to amend for lack of jurisdiction, for failure to prosecute, for failure to comply with applicable rules, and for failure to obey the Court's order.

**IT IS SO ORDERED**.

Dated: October 22, 2018

Hon. Larry Alan Burns
United States District Judge