March 2, 2022

1   Zinia Ezzet Boutros

2   1215 Betts St. El Cajon Ca 92020

3   (619)2443235 boutroszinia@yahoo.com

4



5   Zinia Ezzet Boutros, Plaintiff(s).

6

7   v.

8

9   Group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis

10  For admitting and supporting the sick illegal force at my workplace until today's date inside and

11  outside UPS building.

12

13

14  Group two: The previous presidents of USA led by the current president Donald Trump for

15  supporting the sick illegal force and speaking to me through the sick illegal force in the private

16  air without responding to my emails under this intolerable imposed painful, harmful, intolerable,

17  unacceptable and inappropriate situation – the secret scam and fraud situation that no one has

18  had clues to its reasons, that is giving freedom and advance to the sick illegal force to rape,

19  empty, and rob the nook of my private brain more. I have already filed a federal case against the

20  previous presidents - President Bush, President Obama, and President Bill Clinton and Mrs.

21  Hilary Clinton. This case is like my federal case filed in April 2016, 16-cv-0101-H-WVG.

22  Please refer to my federal case, 16-cv-0101-H-WVG and Judges: San Diego Federal Court/

23  Judge Marilyn L. Huff and Magistrate Judge William V.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

24

25

26

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis          March 2, 2022

27   Contents

28   **Contacts:** .................................................................................10

29   **Introduction:**..............................................................................20

30   **Alert #1:** ...................................................................................32

31   **Alert #2:** ...................................................................................33

32   **Alert #3:** ...................................................................................34

33   **Request #1:** ...............................................................................36

34   **Accusations:  This case consist of many subcases. I filed one subcase against**
35       **UPS as group one and against the white house as group two. I am asking the**
36       **judges to look at only group one, UPS for admitting the accusation 3/illegal**
37       **force inside its buildings and participate with it. accusation 3 will be in each**
38       **subcase.**.................................................................................40

39       1.      Accusation against UPS, Minda McAllister, and Tim Davis for for admitting and supporting
40       the sick illegal force at my workplace until today's date inside and outside UPS building. ........... 49

41       2.      Accusations against the presidents of USA led by the current president Trump for
42       supporting the sick illegal force and speaking to me through the sick illegal force in the private air
43       without responding to my emails under this intolerable imposed painful, harmful, intolerable,
44       unacceptable and inappropriate situation – the secret scam and fraud situation that no one has
45       had clues to its reasons, that is giving freedom and advance to the sick illegal force to rape,
46       empty, and rob the nook of my private brain more. I have already filed a federal case against the
47       previous presidents - President Bush, President Obama, and President Bill Clinton and Mrs.
48       Hilary Clinton. This case is like my federal case filed in April 2016, 16-cv-0101-H-WVG. ........... 89

49       3.      Accusations against the sick illegal force led by the radio station of Jeff Detrow & Jerry
50       Cesak: .................................................................................................. 92

51       4.      Other Accusations: Will be furnished later ................................................. 93

52   **Witnesses:**..................................................................................93

53   **1. Creator Force : Sole Situation** ......................................................95

54   **1.1 Scheduled Tasks vs. Unscheduled Tasks:**.......................................96

55   **1.2 Virgin Mary, Jesus, and prophets in visions:** ................................113

56   **1.3 My womb in ultra sound animated vision:** .....................................113

57   **1.4 Virgin Marry and Jesus presented Themselves:** .............................114

58   **1.5 Jesus and Space:** ...................................................................117

59   **1.6 Request to put the image in a book by the Creator:** .........................117

60   **1.7 Staring at my genitals explanation by the Creator:**..........................121

61   **1.8 Title of parts of the image:** ......................................................124

62   **1.9 Title of the parts of the image:** ..................................................126

63   **1.10   Birth Cake within 911 Siren with the Creator:** ............................126

64   **1.11   Illegal Force jealousy from the image:**.......................................127

65      1.12    Creator Force intervention to assist the White House: ...............................128
66      1.13    Owner of the image:.................................................................................128
67      1.14    In January 2016, Prophet Muhammad image: .........................................129
68      1.15    Command vs Judgment: ...........................................................................129
69      2.. The White House: ............................................................................................130
70      2.1 Politics:..........................................................................................................131
71      2.2 Mirror my thoughts:......................................................................................132
72      2. 3 Formulating the image under the imposed Illegal Force: ...........................133
73      2.4 Alert the White House: .................................................................................134
74      2.5 Secretary of State Mrs. Hilary Clinton:........................................................134
75      2.6 Presidents of the most powerful country in the world: .................................135
76      2.7 President Bush, President Clinton and Secretary of State, Hillary Clinton, and
77          President Obama:............................................................................................136
78      2.8 Twist the steer of the presidential house into completely a new vision:.........140
79      2.9 Binoculars transaction and Mars: ................................................................142
80      2.10 Complain to President Obama and previous workplaces:............................142
81      2.11 The relation between Birth Cake with 911 Siren and 911 world trade center:
82          .......................................................................................................................144
83      2.12 the sick illegal force had desire to be Zinia Boutros without Zinia Boutros:
84          .......................................................................................................................147
85      2.13 Mocking and taunting at President Bush: .....................................................150
86      2.14 The Creator Force vs Illegal Force:..............................................................152
87      2.15 Creator Message:..........................................................................................153
88      2.16 Sole Situation:................................................................................................155
89      2.17 Going with the flow:.......................................................................................156
90      2.18 The White House and Hollywood ..................................................................156
91      2.19 HATE CRIME: ................................................................................................157
92      3. The Image:......................................................................................................161
93      All of the items before and after filing my federal case are parts of the new cycle
94          of Adam and Eve and the sick illegal force has been scattering them secretly
95          everywhere through psychic reading, spirit robbing my private brain. Please
96          freeze and speak to me!..................................................................................167
97      3.1 Discovering stolen items from the nook of my private brain before filing my
98          federal case on April 2016, 16-cv-0101-H-WVG against the previous presidents
99          of USA ............................................................................................................173

100  A. In 2003-2004, I saw one of the causes for major impact on worst world's wars was education, I formulated
101      am initial design to unite all world's schools into one where the children don't lose their education level when
102      changing residents from one place to another or country to another....................................................... 183
103  B.      I suggested to unite the United States of America politically by uniting the republic and democratic
104      into one party called American. This suggestion was given by the White House to considerable respectful
105      figures to do and I asked to use this system to build the world as one US................................................ 183
106  C.      Uniting the religions is my creation. ............................................................................................ 183
107  D.      First, I respected Jesus because of His conduct with me. I saw Jesus was baptized in the Dead Sea. The
108      Dead Sea was ignored, negligent, and abandoned before 2003. I formulated the "The Red Sea–Dead Sea" as
109      part of enormous projects in the Middle East................................................................................................ 183
110  E.      In 2003-2004, I saw the oil and gas Arab gulf, Iraqi, and others had major impact on worst world's
111      wars and on the Global warming and climate change, I formulated an idea of creating a car based on
112      generating energy by batteries using the solar energy. I formulated the idea to a point where the powerful
113      leaders need only to call experts like managers, team leaders, technicians, and power to implement. ......... 184
114  F.      I asked the White House to think about Airplane and trains to use same car idea which was creating
115      batteries on solar system.............................................................................................................................. 186
116  G.      In 2003-2004, in the middle of the formulations, in my dream, Jesus and a group of people showed me
117      the space, please refer to section 1.5 Jesus and Space, and I promptly contacted the White House. This
118      incidence was psychic read by the sick illegal force to rob me in 1998 but it wasn't formulate in the nook of
119      my brain, please refer to section 4.2 Crafty interview - Venus and Mars. ................................................. 186
120  H.      Also, I suggested to change the atmosphere using science inside the spaceships to form a comfortable
121      environment for the people. ......................................................................................................................... 186
122  I.      In 2007, after the Creator showed me many movies and animated movies in my dreams.................... 187
123  J.      In 2008, I saw many of the undisclosed items of my image as contracts being done domestically and
124      internationally. I can't say all of them until I speak with the previous and current Presidents in court......... 188
125  K.      In 2011, while I was working in Camp Pendleton, the Creator asked me if I was aware with what I was
126      formulating down in writing, and formulating in my brain as the sick illegal force intervention didn't allow me
127      to continue writing by forcing multiple layoffs and it was delaying me.................................................... 188
128  L.      In 2012, after my horrible layoff from CoreLogic, as I was continuing what I was formulating, the
129      Creator asked me if I was aware with what I wrote again. ........................................................................ 188
130  M.      In 2012, I explained to my best friend Wanda Abdel what was happening to me by this imposed
131      painful, harmful, intolerable, unacceptable and inappropriate situation, she recommended to me to contact the
132      White House but I never said to her what I was writing and formulating. My reply was that I already emailed
133      the White House a lot in President George Bush time to a point where I vomited from the unresponsive action.
134      But, I tried again based on my friend's recommendation. ........................................................................... 189
135  N.      Since 2004 until now, I have experienced many of my image's stones and seeds were leaking to the
136      sick illegal force into enormous projects ..................................................................................................... 190
137  O.      This name, "the Lost Ring" was given to the White House in my emails and I was working on it. This
138      name was given to Jane McGonigal by the White House and started to contract with her where the sick illegal
139      force robbed the nook of my brain's seeds and stones and sold to Jane. .................................................. 190
140  P.      In 2016, there is no way in this world that the author, J.K. Rowling, can write about some of the
141      subjects in her book, 'History of Magic in North America.' without the sick illegal force rob the nook of my
142      brain which is the sanctum of my brain's black box and gave away to this Author..................................... 191
143  **3.2 Discovering stolen items from the nook of my private brain after filing my**
144  **federal case on April 2016, 16-cv-0101-H-WVG against the previous presidents**
145  **of USA ................................................................................................................................195**
146  A.      Book was authored in the eighties referencing stolen pivotal item from the nook of my private brain, it
147      was part of the new cycle. Th book was authored after the illegal force secretly robbed the nook of my private
148      brain 20 years in advance. Vivian Hammi visited me at my home in the eighties and gifted me the book
149      without her knowledge the book was refereeing one of the new cycle's item. Vivian Hammi was given
150      instruction to gift me the book. .................................................................................................................. 203
151  B.      the sick illegal force using robbed the nook of my private brain the nineties and sold to Japan as
152      Sasuke TV show 1997. The show was brought to USA and renamed to American Ninja Warrior. ............. 204
153  C.      The show of American Ninja Warrior that started in 2009 is 100% mine. ....................................... 204

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

154    D.      Game of the Lost Ring by Jane McGonigal: the design of thid item was stolen from my emails to the
155    White House and was continued from the nook of my private brain. ......................................................205
156    E.      Book of Histoy of Magic in North Amrica J.K Rowling: .....................................................205
157    F.      Harry Potter:.................................................................................................................
158    G.      911 masterpiece. In the eighties, nineties, and over the beginning of the third millenum, the image was
159    no clear for the zinia2020 the robberies from the nook of private brain.................................................215
160    H.      Did our sun have a twin? This is mine 100%, the White House is ignoring my screams in the middle of
161    my formulas with the Creator. The American-Iraqi, Majid Sabeah Mighael has robbed this item from me and
162    sold to NASA........................................................................................................................215
163    I.      Design of spacecraft: this is 100% mine: it was robbed from my private brain through like  Majid with
164    respect to Dr. Eugene N. Parker. This scientist needs to know this invention is mine and I am Lilith that
165    married everyone to reach God – the formulator of the new cycle of Adam and Eve. From article "Sixty years
166    after Dr. Parker's paper, NASA is about to launch a spacecraft that is to dive into outer wisps of the sun's
167    atmosphere and gather information about how our star generates the solar wind. It is the Parker Solar Probe,
168    named after Dr. Parker, now 91 years old. It is the first time that NASA has named a mission for a living
169    person..".............................................................................................................................217
170    J.      Black Hole: Starting 2007, when the Creator asked me to write after installing his sole unique items
171    inside me, I formulated the black hole with the Creator and named it something respectful and suitable to the
172    world and to the Creator. By accident, during 2015-2017, as I was searching in the news trying to find my sole
173    unique items that were robbed from the nook of my private brain, I saw an article in the news about the black
174    hole and I read it. the subject of black hole was mine but given to scientists since the eighties and it was
175    named with Black Hole as a farce and joke at the imposed painful, harmful, intolerable, unacceptable and
176    inappropriate situation that was imposed on me by the sick illegal force led by the radio station of Jeff Detrow
177    & Jerry Cesak. The black hole is my creation! the sick illegal force robbed it from me in the eighties and
178    nineties and named it this way as a farce and joke at what they did to me without my knowledge and
179    permission! black hole means – my inventions – the Creator made me formulated to find out all these
180    robberies – all of these items were my creations with respect and appreciation to the Creator and preparation
181    to the new cycle fo Adam and Eve! The Creator installed the new cycle of Adam and Eve in me and I was
182    working with him based on its business rules. the sick illegal force is making people say in the air the main
183    and secondary tasks .............................................................................................................217
184    K.      Design of Boeing airplanes wings is 100% mine..........................................................217
185    L.      Projects in LasVegas from my private brain in Las Vegas started in the beginning of the nineties...218
186    M.      Expensive design shoes, clothes and purses were robbed from my private brain and given to famous
187    designers. I designed these shoes, clothes and purses for the new cycle of Adam and Eve in my private brain. I
188    saw some of the designs in the billionaire clu, department stores, and fashion shows................................218
189    N.      Scenes and designs for Movies were done in USA - hollywood and outside USA like Egypt and
190    Lebanon mimicking the items of the new cycle of Adam and Eve after tweak and my personal life. The
191    spirits' robbers are racing with my private brain to do everything from my private brain before me..........218
192    O.      TV programs were robbed from my private brain to Europe after tweaking then sold to USA and other
193    parts of the world.................................................................................................................
194    P.      TV programs and projects were robbed from my private brain to Lebanon, Arab Gulf Saudi Arabia and
195    Israel, and inside USA after tweaking. .....................................................................................218
196    Q.      Theatres' designs were robbed from my private brain to Lebanon and inside USA. ....................218
197    R.      The new World Trade Center 1,2,3,4,5,6,7.. design is my design! this design was robbed from me
198    while I was working with the Creator under His observation. No one knows the meaning of this design except
199    me and the psychic reader - I want to alert you what this robbed from me is considered a robbery from the
200    Creator.................................................................................................................................218
201    S.      Sempra and SDGE would never have solutions without me!..............................................219
202    T.      The illegal force destroyed me and gave away my items to NASA. .......................................219
203    U.      This is 100% mine- the sick illegal force didn't tweak anything in here, they got the design through
204    spirit robbers and gave away to labors. https://www.acornstairlifts.com/.............................................219
205    V.      Abbreviations to certain titles I formulated in my private brain that I never wrote anywhere because I
206    was scared someone would steal them from the sick illegal force. I noticed the abbreviations were stolen
207    deliberately in case I get n the stage, there will be a big fight. All of these abbreviations are part of the new
208    cycle and I can't change and if I ever try to change them, it means destruction to the new cycle because I have
209    proof for their correctness.....................................................................................................220

Written by: Zinia Boutros

210   W.     The design of this is 100% mine. Gates Foundation Continues Work on New Birth Control Microchip.
211   I had to start this item in the new cycle of Adam and eve before Bill Gates but the sick illegal force psychic
212   read me in advance and raced with me, gave this item to a company so Bill Gates sponsore. the sick illegal
213   force passed me secretly and gave away my items. ...................................................................220
214   X.     My items were robbed using secret spirits' robbers and are given to billionaires to make them
215   politicians – these items are parts of the new cycle of Adam and Eve – you can't scatter everywhere.........220
216   Y.     My items were robbed using secret spirits' robbers and were given to mayors and governors– these
217   items are parts of the new cycle of Adam and Eve - you can't scatter everywhere. ...................................220
218   Z.     My items were robbed using secret spirits' robbers and were given to be propositions inside and
219   outside the USA elections. – these items are parts of the new cycle of Adam and Eve - you can't scatter
220   everywhere. ...........................................................................220
221   AA.    SeaWorld submarine is 100% mine. Stop the ride promptly!......................................220
222   BB.    SeaWorld electric eel is 100% mine. Stop the ride promptly! .......................................220
223   CC.    The show of American Ninja Warrior is 100% mine. Stop this show everywhere in the world
224   promptly!............................................................................221
225   DD.    Fantasy Football, Baseball and basketball are 100% mine. Stop the games promptly. ..................221
226   EE.    In august 2018, the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak made me
227   communicate with one of the companies that was doing my item and selling for 30 and 100 dollars. I am
228   asking the sick illegal force to stop what they gave to one of the companies my items promptly................221
229   FF.    I am asking the sick illegal force to stop what they gave to Russia .............................221
230   GG.    I am asking the sick illegal force to stop what they gave to Canada .............................221
231   HH.    The show of American Ninja Warrior is 100% mine. Stop this show everywhere in the world! It is
232   mine 100%. I formulated in 2007 but the sick illegal force using spirits' robbers like the American-Iraqi,
233   Majid Sabeah Mighael -, raped, emptied, and robbed the items from the nook my private brain 20-30 years in
234   advance so I never get on the stage! Fantasy Football, Baseball and basketball are 100% mine. Theyare 100%
235   mine. I formulated them in 2007 but the sick illegal force using spirits' robbers like the American-Iraqi, Majid
236   Sabeah Mighael -, raped, emptied, and robbed the items from the nook my private brain 20-30 years in
237   advance so I never get on the stage! Whatever they said in Wikipedia are false information. ....................228
238   II.    Designs were stolen from my private brain to American TV stations and Hollywood shows...........228
239   JJ.    Designs were stolen from my private brain to Arab media like MTV, MBC, Al Jazeera, and Al Arabia
240   TV stations and Arab shows. ..........................................................228
241   KK.    2 companies were build based on my private items after 2007 and have been growing based on
242   emptying promptly whatever private formula I do with the Creator through highly paid professional secret
243   assigned unscrupulous spirits' robbers with unethical and no decency. This Illegal force has been in process of
244   keep adding and piling to them since 2009 from the private nook of my brain – my talented black box – my
245   efforts and harvest. ...................................................................228
246   LL.    Designs were stolen from my private brain to Arab Gulf, Israel and Saudi Arabia. ..................229
247   MM.    Designs were stolen from my private brain to Europe TV stations. ................................229
248   NN.    Designs were stolen from my private brain to do medical devices inside and outside USA. ............229
249   OO.    the sick illegal force has been stealing my private items to J.K Rowling to impersonate me............229
250   PP.    the sick illegal force has been stealing my private items to Elon Musk to impersonate me regardless of
251   the spaceX, Tesla, and Solar city. .....................................................229
252   QQ.    the sick illegal force has been stealing my private items to create small companies sponsored by Bill
253   Gates, Elon Musk, Jeff Bezos and others and passed me like bypass heart surgery. Bill Gates, Elon Musk, Jeff
254   Bezos and **others** never understood their fortune was stolen of the new cycle in this filth process because of
255   their wealth. ........................................................................229
256   RR.    medical equipment and others like https://www.acornstairlifts.com/...............................229
257   SS.    The American-Iraqi, Majid Sabeah Mighael:................................................229

258   **4. Illegal Force:**...............................................................**250**
259   4.01    Important Note.............................................................250
260   4.02    Harm and damage caused by Illegal Force..........................................260
261   4.03    Important Note.............................................................265
262   4.04    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego
263   plotted using filthy way to throw my sole unique items in the media and streets. ..........................266

264   4.05   Causing hurly burly voices and noise at my previous workplaces since the nineties to avoid
265   me from growing and controlling all the situation in my life: ........................................266
266   4.06   Selling the nook of my private brain since the eighties: ....................................267
267   4.07   Monitoring and stealing the image of the new cycle of Adam and Eve since the eighties
268   inside and outside usa ........................................................................268
269   4.08   Secret Spirits Robbers: ....................................................................272
270   4.09   My previous workplaces, presidents of USA, celebrities, media: ..........................273

271   **4.1 Illegal Force led by Jeff and Jer radio station definition:...........................281**

272   **4.2 Min-Nook = MinYook's Force definition: .............................................289**

273   **4.3 Min-Nook = MinYook's Force under USA flag:.........................................291**

274   **4.4 How the image was triggered:......................................................293**

275   **4.5 History of the sick illegal force authentic motive: ...............................295**

276   **4.6 Illegal Force authentic schema: ..................................................395**

277   **4.7 Illegal Force authentic motive: ..................................................411**

278   **4.8 Force covered reason: ............................................................418**

279   **4.9 Why the sick illegal force was loud: .............................................420**

280   **4.10 Illegal Force showing their members:.............................................421**

281   **4.11 Illegal Force harnessed hurly burly voices: ....................................421**

282   **4.12 Voices of the following relatives, friends, and coworkers played in the air:424**

283   **4.13 Why Collections of English and Arabic voices to give specific messages:.426**

284   **40. Since 2004, President George W. Bush...............................................428**

285   **41. From 2004-2008, the sick illegal force was making me hear voices of terrorist**
286   **parties. ...........................................................................428**

287   **42. Voices of Al-Qaida leaders, some terrorists' voices speaking to me in 2004 428**

288   **43. Since 2012, President George W. Bush and President Barak Obama together.**
289   **.....................................................................................428**

290   **44. Since 2012, International Presidents and Royal families.............................428**

291   **45. Since 2015, President George W. Bush and President Barak Obama, rarely**
292   **President Clinton, and other international presidents...............................428**

293   **50. Since 2012, voices of actors and actresses from Hollywood with USA media**
294   **and Arab cinema industry with its media..............................................429**

295   **55. Voices of the following relatives and friends played in the air rarely since**
296   **2001, randomly since 2007, and periodically since 2012:...............................431**

297   **4.14 Force plot in military binoculars transaction ..................................440**

298   **4.14 Force my managers, Minda McAllister and Deb Linder in the sick illegal force**
299   **:....................................................................................442**

300   **4.15 Force relatives and friends in the sick illegal force :.........................442**

301  4.16 Force incorrect mental illness:...............................................................443
302  4.17    Incorrect illness after MASI:.............................................................445
303  4.18    Incorrect illness during UPS:...........................................................448
304  4.19    Force career damage:........................................................................455
305  4.20    Incorrect illness during EDS:............................................................460
306  4.21    Force numerous interviews:...............................................................463
307  4.22    Reaction at work and personal life:..................................................466
308  4.23    Years: 2004-2009: My reaction at work and personal life:.............468
309  4.24    From 2001-2009, I was consistently complaining at the voices.................469
310  4.25    Years: 2010-2012: My reaction at work and personal life:.............469
311  4.26    Years: 20010-2012: My reaction at work and personal life:...........470
312  4.27    Reaction at the White House: ..........................................................471
313  A.  Years: 2001-2003: My reaction in the White House:...........................471
314  B.  Years: 2004-2009: My reaction in the White House:...........................471
315  C.  Years: 2010-2012: My reaction in the White House:...........................475
316  D.  Years: 20012-Now: My reaction in the White House: .........................476
317  5.    Incidences related to the sick illegal force covered reason:............476
318  5.1 Jostens Learning Corp incidence:...........................................................476
319  5.2 Crafty interview - Venus and Mars: .......................................................492
320  5.3 Military binoculars transaction:...............................................................493
321  5.4 MASI interview in 1998:...........................................................................497
322  5.5 Innovative Enterprise Solutions: ............................................................500
323  6.    Loud damages by the sick illegal force : ...........................................503
324  6.1 Innovative Enterprise Solutions: ............................................................503
325  6.2 Please refer to section 4.11.1 Years: Very beginning of 2001 ...............510
326  6.3 Crafty Interview After MASI:....................................................................511
327  6.4 MailBox Etc, UPS:...................................................................................512
328  6.5 EDS:..........................................................................................................535
329  6.6 CDG-Boeing:.............................................................................................539
330  6.7 MTCSC/ManTech in Camp Pendleton: ...................................................540
331  6.8 CoreLogic:.................................................................................................544
332  6.9 SelfHelpWorks:..........................................................................................547
333  6.10    Sempra.....................................................................................................547

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                March 2, 2022

334  **6.11   Solar Turbines:** ........................................................................................**548**
335  **6.12   Willis Towers Watson** ..................................................................................**552**
336       Miscellaneous from my emails, reactions to the voices in the private air: ...............................557
337

338

339  Contacts:

| Work Contacts | |
|---|---|
| Manager at Jostens Learning:<br><br>Deb Linder: (619)435-8571 | Innovative Enterprise Solution:<br><br>Gaizka Navarro<br><br>http://www.linkedin.com/pub/gaizka-navarro/5/68/998 |
| MASI – Please use one of Northrop Grumman addresses in San Diego. CEO, Mr. Jack Robinson.<br><br>9573 Chesapeake Dr. San Diego, CA 92123. | Mail Boxes Etc/UPS - Director of Engineers Minda McAllister 6060 Cornerstone Court West<br><br>San Diego, CA 92121-3795, Tel: (858) 455-8800<br><br>Mark Kentor - (858) 750-8097<br><br>Tim Davis, Joy White, Susan Gross, Sam Tobia, Sam Abbo. |
| EDS/Albert Hatcher - Team Manager<br><br>9573 Chesapeake Dr. San Diego, CA 92123.<br><br>Phone:+1-858-514-8012<br><br>albert.hatcher@eds.com<br><br>Cell: 760-475-2386 pager: 877-450-4392 | CDG-Boeing 6910 Carroll Road<br><br>San Diego, CA 92121<br><br>Director: Ron Gardner<br><br>Phone: (858) 552-6300 Fax: (858) 552-6301 |

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

| | |
|---|---|
| pager mail: 8774504392@skytel.com<br><br>Sandra Faulkner/COSD HHSA Applications Group<br>858-514-8009 work 619-929-6505 cell 877-494-1598 pager<br>619-204-6487.<br><br><br>Milvets System Technology, Inc 888.852.2242<br>Coworker: Dominic 619-528-2298 | Steve Marks Team Leader at CDG (760) 724-3742 (760) 521-8576<br>Brookshire    Conrad (619) 881-7267 (619) 466-4277 (619) 881-7267<br>Lampe Brian (858) 220-0377<br>Villanueva Sheila (951) 699-8929 (858) 775-8400 |
| MTCSC/ManTech in Camp Pendleton, CA 92055<br>Michael Murphy<br>JINTACCS Project Team Lead,<br>760 763 1051<br>CELL 760 505 2000<br>FAX 760 725 1984,<br>Government Project manager - <u>Radnoti CIV Edith (949) 289-1425.</u><br>Jennifer Kays (760)725-9471<u>, Dreier Capt David Dillon CIV Kevin, J,Keil, Christopher,Pham Jerry,Pfaff Rebekah. Jay,</u> Jeremy, Craig | CoreLogic/Hamin Balaporia/Software Development Manager<br>12395 First American Way Poway, CA 92064<br>Direct (619) 938-7191<br><u>hbalaporia@corelogic.com</u><br>Coworkers: Lee Jusok; Misbah Jawad, Sony Abhala, Daniel Varela<br>Director of engineers: ask Hamin – can't remember name<br>MODIS Agent: Kelly Spencer | Resource Development Manager<br>858.410.1100d | 619.618.6105.m | 858.457.1452.f | www.modis.com |

Written by: Zinia Boutros

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

| | 4747 Executive Drive #240 | San Diego, CA | 92121 |
|---|---|

| | |
|---|---|
| Sempra U.S. Gas & Power | Toby Alfaro Team Leader at SelfHelpWorks |
| 101 Ash Street – HQ15D | talfaro@zevtron.com |
| San Diego, CA 92101 | (858) 764-1977 |
| (619) 696-2429 | SelfHelpWorks |
| Melissa 16th floor | 2970 5th Ave #320 San Diego, CA 92103 |
| CLane@SempraUSGP.com | (619) 296-6001 |
| William Tan 16th floor | |
| wtan@SempraGlobal.com | |
| Cliff Miller – 16th flloor | |
| clmiller@SempraUSGP.com | |

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                March 2, 2022

| Solar Turbines, Manager Chris Deweese | Tomonaga, Mark (San Diego) |
|---|---|
| deweese_christopher_n@solarturbines.com | Mark.Tomonaga@willistowerswatson.com |
| Address: 2200 Pacific Hwy, San Diego, CA | Rensfield, Christina |
| 92101 | Christina.Rensfield@willistowerswatson.com |
| Phone: (619) 544-5000 | Huston, Shirley |
| | Shirley.Huston@willistowerswatson.com |
| | Hillebrand, Jessie |
| | jessie.hillebrand@willistowerswatson.com |
| | Gettings, Marsha |
| | Marsha.Gettings@willistowerswatson.com |
| | Willis Tower Watson |
| | 10955 Vista Sorrento Pkwy, Ste 300 |
| | San Diego, CA 92130-8699 |
| | (858) 523-5510 |

| |
|---|
| Church Contact: Pastor, Michael Bazzi. (619) 579-7913 (619)588-9921 |
| 1627 Jamacha way El Cajon Ca 92019. He can contact my relatives for you. |

| |
|---|
| San Diego County/Auditor and Controller 619 515-6200 account # 1671211 |
| Richard 7608066377 |

| |
|---|
| Psychiatrist: Marsha Green 619 688 5855 |
| Doctor Prachi A. Karnik, M.D. |
| 1240 Broadway Ave., El Cajon, Ca 92021 |

Written by: Zinia Boutros                                    Page 14 of 895

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis          March 2, 2022

White House:

1600 Pennsylvania Avenue NW

Washington, DC 20500


President Trump

All the harnessed voices in 4.12 Illegal Force phrases thrown in the air on me.

Not: False testimony means cursing yourself because this illegal force destroyed my health, career, and personal life for sake of robbing my image and get me on stage without manner.

Harnessed voices from Arab Chaldean community that I haven't spoken to since 1985 inside my workplace building :

Dhafer Hammi:

Nadia Hammi

Mazin Yonan :

Waleed Guli,

Faris Istephan.

Harnessed voices from Arab Lebanese that I haven't spoken to since 1985 inside my workplace building:

Salah Alzughibi:

Rafi Oghassabian:

Harnessed voices from Arab Chaldean community inside my workplace building within coworkers voices:

My previous employers

Vivian Hammi

Linda Michael Roy

Nagham Abdel

Sahar Ashu:

Summer Battah:

Aseel Mansour:

Fadi Boutros :

Sawsan Zara :

Husam Azo:

Basil Kattula:

Wanda Abdel

Dr. Farah Karma

Dr. Noor Karma

I need help in this matter from Presidents: Mr. Trump and Mrs. Trump, Mr. President Bush and Mrs. Bush, President Clinton and Mrs. Hilary Clinton, and Mr. President Obama and Mrs. Obama

340

341    From: Zinia E. Boutros

342    To: Federal Court/ United States District Court/Southern District of California

343    Address: 333 W Broadway, San Diego, CA 92101

344    Phone: (619) 557-5600

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

345  Date: 10/30/2018

346

347  Note: this document is not edited, you will see many reptitions in it.

348  there is unacceptable language in here because the sick illegal force destroyed my health, life,

349  career to rob the new cycle of adam and eve through psychic readers and spirits' robbers –

350  conjure up spirit and sold after tweaking/not tweaking it.

351

352  Why the White House accepted the sick illegal force punishing me for no reason other than

353  jealousy and robbing my private brain through spirits' robbers using power and connection for

354  BIG MONEY PURPOSE since 2001 by psychic reading loud through previous coworkers and

355  strangers while the highly paid secret spirit robbers like the American-Iraqi, Majid Sabeah

356  Mighael were raping, emptying, and robbing the items of my private brain. The White House and

357  the federal court didn't know in 2001. How about 2004, didn't I scream in my emails to the

358  White House? How about in 2007, didn't I state to President Bush, "no body reach me because I

359  am communicating with the Creator, can you sponsor?", instead the highly paid secret spirit

360  robbers like the American-Iraqi, Majid Sabeah Mighael started to race with my private brain to

361  rob more items and get more money and be more than millionaires. How about in 2012, didn't I

362  scream in my emails to President Obama and UPS in a polite way? How about April 2016, didn't

363  I explain in a polite way inside my federal sue against the presidents of USA? Why the White

364  House and the federal court ignored me! Why the White House accepted the sick illegal force

365  punishing me for no reason other than jealousy and robbing my private brain through spirits'

366  robbers using power and connection for BIG MONEY PURPOSE since 2001 by psychic reading

367  loud as if I did something bad.

Written by: Zinia Boutros                                          Page 18 of 895

368  Laura Bush mentioned how hard it is when someone psychic reading other loud. Why is the

369  punishment when the image in chapter 3 was all mine? Why did you let others rapture and enjoy

370  the items of my private brain on account of my health, career, and personal destruction burning

371  and ironing my heart on my items? what were trying to prove since april 2016, why is it taking

372  so long? it has been more than 30 months  for allowing the ilegal force to rob more from my

373  private brain?

374

375  From 2001 to 2012, there were intensive English speakers without accent around my neighbors

376  and my workplaces saying things to me in the private air to rob me by asking me constantly

377  "how.... Why ... what " trying their best to get inside my private brain and empy it. In 2017, I

378  found out one of the spirits' robbers was iraqi person, his name is The American-Iraqi, Majid

379  Sabeah Mighael, this person became nice this year, Aug. 2018 acting he was psychic reading me

380  and spirit robbing me loud because he was helping, this person opened business from my items

381  of the new cycle of Adam and eve in 2007, this person, I have proof on him that he robbed,

382  emptied, and raped my private brain since the eighties, this person became millionaire because of

383  me.

384

385

386

387   Secretly without my knowledge and permission, for sake of robbing and selling the items of my

388  image of the new cycle of Adam and Eve after tweaking and not tweaking, this sick illegal force

389  has planned to freeze and destroy my life and my career since the eighties with silence, started to

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis

March 2, 2022

390    freeze and destroy my life and my career since 1997 with low volume and to fully froze and

391    destroy my life and my career since 2001 with high volume.

392    The president of USA and all federal court judges must have the power to freeze chapter 3/image

393    that is mine 100% and the banned crime – fraud and scam - that was imposed on me at my

394    workplace and everywhere i am going. please, my previous employers, help!

395

396    This case is related to my federal case I filed on April 2018, 16-cv-0101-H-WVG. against the

397    presidents of USA.

398    When I went to the federal court, the voices that were imposed by the sick illegal force were

399    inside the court too.

400

401    Please refer to chapter 4.

402

403    Introduction:

404    My name is Zinia E. Boutros. I have been living in San Diego, California since 1981. Originally,

405    I am Arab Chaldean Christian Catholic from Baghdad, Iraq. I graduated from San Diego State

406    University with bachelor's degree in computer science. I am a Senior Software Developer. I am

407    naturalized US citizen.

408

409    The illegal force led by the radio station the radio station of Jeff Detrow & Jerry Cesak followed

410    me through highly paid secret spiris' robbers since the eighties and nineties to montiter my

411    private brain after Mario- Romio's brother, Salah Alzughbi, Rafi Oghassabian, and Mazin

412    Yonan's wif pointed their fingure on me.

Written by: Zinia Boutros

413

414   I am the one who is telling you the sick illegal force has robbed me and not the sick illegal force!

415   the sick illegal force was busy finding a date for me everywhere, at my workplace and

416   everywhere to get me in trouble with everyone and deviate me from doing the image since 1997.

417   The Creator alerted me in 2007 about the robberies and explained to me this illegal force is

418   robbing me the same way as Mazin Yonan's wife – spirit robbing and psychic reading with

419   acting accordingly, please read chapter 4, 4.5 history of the sick illegal force. I started to

420   formulate to do the new cycle of Adam and Eve and find out the robberies. I was supposed to

421   formulate the new cycle of Adam and Eve and not wasting my time formulating to find out the

422   robberies that started since the eighties.

423

424    the sick illegal force is not only destroying my health, career, and personl life, its members

425   through secret highly paid spirit robbers are going much deeper and destroying or despising me

426   through other members of my family.

427

428   The Nasa people are doing my items through the illegal force led by the radio station of Jeff

429   Detrow & Jerry Cesak using high paid secret spirits' robbers like the American-Iraqi, Majid

430   Sabeah Mighael. It is OK for those people [Steven Stahler and Sarah Sadavoy] to rapture and

431   enjoy my private items and I get burned and ironed on my items. Shame! These items are not

432   your items, they are my items and were given on golden plate to Steven Stahler and Sarah

433   Sadavoy through spirits' robberes – conjure up spirit– they copied everything from my private

434   brain to publish! Shame! Publish means MONEY! The American-Iraqi, Majid Sabeah Mighael

435   has been spirit robbing and monitering my private brain since the eighties and I have proof

436    against him. You don't know what I have been doing to formulate these items alone and here is

437    the illegal force sucking out my private items on golden plate and put them in streets for anyone.

438    The jealous illegal force was quivering from the joy and happiness robbing my private brain

439    because of grudge and envy. I can't accept anyone rob my items private brain and give these

440    items to any owner on golden plate.

441

442

443    They are mine and were robbed from my private brain. Shame! You as White House is seriously

444    ignoring me since April 2016 and monitoring my heart's burn and iron on my own items – they

445    are prohibiting and depriving me from doing my own items and YOU ARE allowing the illegal

446    force using spirits' robbers to have the freedom to rape, empty, and rob everything from my

447    private brain. You dismissed my federal case and ignored me because of my origin Iraq and you

448    kept watching the spirits' robbers robbing my private brain and my private items on account of

449    my screams at how my heat was burning and ironing on my private items as if nothing happened.

450

451    The article, "Did our sun have a twin? " The subject is mine 100%, the White House is ignoring

452    my screams in the middle of my formulas with the Creator. The American-Iraqi, Majid Sabeah

453    Mighael has robbed this item from me and sold to NASA.

454    http://earthsky.org/space/did-our-sun-have-a-twin

455    "Steven Stahler, a UC Berkeley research astronomer, and Sarah Sadavoy, a NASA Hubble

456    fellow at the Smithsonian Astrophysical Observatory, have been collaborating on their ideas

Case 3:18-cv-02388-H-WVG   Document 23   Filed 03/07/22   PageID.297   Page 23 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

457   about star formation – using observations of the Perseus molecular cloud as a basis for

458   comparison – and now"

459

460   I want you to remember one thing! The Creator installed inside me business rules but the

461   formulas are all mine and this illegal force isrobbing me and giving you my items. without me,

462   you never do these things. You can't see my name because of my origin Iraq

463

464   This illegal force has been robbing me same way as Mazin Yonan's wife [stigma of all women in

465   their twenties during the eighties, only less than animal creatures do hypnotizing and spirit

466   robbing, and act accordingly to get millionaires and impersonate Zinia Boutros' life. I thought

467   your action was alone and not with the stigma of Mario, Salah, Rafi and Radio Station. prostitute

468   and female dogs don't do this banned job. This job is banned by the Creator and human beings, it

469   was too much for the illegal force and Mazin's wife to see me respect her situation, the force

470   plotted to rape, empty, and rob the nook of my private brain since the eighties while Mazin's

471   wife stood aside mimicking the innocent people, no one accept this banned crime unless you are

472   less than animal because animals are much higher than this level. I didn't know the illegal force

473   was emptying me same way as Mazin's wife! the Jesus alerted me in 2007 and He bowed down

474   to me in 2004 to help USA because the imposed painful, harmful, intolerable, unacceptable and

475   inappropriate situation was fraud and scam] since the eighties secretly. The illegal force hired

476   very highly paid secret spirits' robbers since the eighties to monitor my private brain and raped,

477   empties and robbed every second 24/7.

Written by: Zinia Boutros                                                    Page 23 of 895

Case 3:18-cv-02388-H-WVG    Document 23    Filed 03/07/22    PageID.298    Page 24 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                March 2, 2022

478  In the eighties and nineties, the illegal force never cared about how to do my items or reach my

479  items as long as the origin of the owner of the precious items or masterpieces had no Iraqi or

480  Arab owners when the items were 100% mine, although some of the spirit robbers were Iraqi and

481  Lebanese, obviously these spirits robbers only cared for money and that was normal for robbers.

482  The illegal force led by the radio station of Jeff Detrow & Jerry Cesak didn't care how to reach

483  my items, they used good and bad route since the eighties to reach. I am the new formulator of

484  Adam and Eve, the new Lilith, and new "Al-Lat, and Al-Uzza", I had to formulate to find out –

485  this has nothing to do with my origin Iraq.

486

487  The illegal force didn't want the owners of my own items to be Iraqi and for that reason they

488  plotted and planned to monitor my private brain every day 24/7 since the eighties and kept

489  emptying it, so I would never have the chance to own my own items – they soaked out the items

490  in their seeds' level, so I never see them. Why? Iraq and USA were not friends in the eighties

491  and nineties. The issue of Iraq and USA relations is still the same but not as bad as before. The

492  illegal force led by the radio station of Jeff Detrow & Jerry Cesak couldn't see Iraq the owner of

493  my image and for this reason they didn't mind psychic reading me and spirits' robbing me 20-30

494  years in advance or since the eighties – they couldn't see Iraq on the stage. **[please, Bill gates,**

495  **Elon Musk, and Jeff Bezos, my schedule with the Creator started in 2007, I was supposed**

496  **to formulate my items and the White House was supposed to respect, and I prove you all**

497  **are the main characters in the new cycle of Adam and Eve, new Lilith, new "Al-Lat, and**

498  **Al-Uzza," and others. What this force did since the eighties, I was supposed to do starting**

499  **2007 with the Creator, then work with the main people or groups, some of the people and**

500  **groups are Bill gates, Elon Musk, and Jeff Bezos, White House, and military]**

501    I was forced to be hired in the Camp Pendleton because of my origin Iraq, the illegal force

502    wanted to psychic read and spirit's rob my items from my private brain.

503    The spirits' robbers are giving my items to NASA as fast as possible, so my name would never

504    be in my items due to my origin – Iraqi and I don't accept this banned crime.

505

506    The spirit robbers have been racing with my brain to get the items and gave them to people other

507    than me and prohibited me from doing them.

508

509    The spirits' robbers and the people who pointed the illegal force on me never cared about me

510    because I wasn't member of their homes, they pointed their fingers on me and gave Zinia

511    Boutros on golden plate to the illegal force led by the radio station of Jeff Detrow & Jerry Cesak.

512

513    The 3.Image is mine. I am the formulator of the new cycle of Adam and eve, I am the new Lilith,

514    and I am the new creator of "Al-Lat, and Al-Uzza." I want you to know that you must go by me

515    because the Creator installed the business rules inside me and you must not use the psychic

516    reading and spirits' robbing for the benefit of USA and the world.

517

518

519    Example 1: In order to despise me, the sick illegal force has been trying hard to speak the image

520    of the new cycle of Adam and Eve from my private brain with my nephews to get deper

521    information from them without let them know when my nephews have no clue about the subject

522    and I can't say one word because I never mentioned anything to my nephews or any member of

523    my family.

Written by: Zinia Boutros                                    Page 25 of 895

524    the sick illegal force is bypassing me and giving my items to everyone.

525

526    Example 2: As I stated, the sick illegal force hired Iraqi spirit robbers to rape, empty, and rob the

527    nook of my private brain. Onetime, around 2009, one of my friends asked me to open a business

528    related to one of the items of the new cycle of Adam and Eve but I ignored. At that time, I

529    thought no one could psychic read or spirit rob – conjure up spirit very well. I didn't do it

530    because it was part of the new cycle of Adama and Eve and I was intensively busy building and

531    formulating with the Creator. Someone from the hired spirit robbers had told one of my friends

532    about the idea to test where I was in my thinking. Later, I found out some Iraqi people opened

533    this business.

534

535    Please freeze the image in chapter 3 inside and outside USA because it is 100% mine. the sick

536    illegal force has frozen my life and my career since 2001 to steal my image of the new cycle of

537    Adam and Eve and sell after tweaking. The President of USA must have the power to freeze the

538    image and the crime.

539    the sick illegal force using spirit robbers is making me accountable for each random bad

540    thinking I have inside my private brain because of my anger under this imposed painful, harmful,

541    intolerable, unacceptable and inappropriate situation while they are robbing my viral and

542    substantial items from my private brain against me with mocking at me and despising me to burn

543    and iron my heart on my items.

544

545

546  God destroy, burn and iron Mario- Romio's brother, Salah Alzughbi, Rafi Oghassabian, and

547  Mazin Yonan's wif happiness and heart for pointing the radio station on me because there are not

548  naïve. They knew I had important items in my private brain and they pointed the radio station led

549  by the radio station of Jeff Detrow & Jerry Cesak using higly paid spirits robbers and psychic

550  readers, like the Iraqi The American-Iraqi, Majid Sabeah Mighael. Majid Sabeah on me because

551  they knew the radio would rob my items because of my origin Iraq. like the Iraqi The American-

552  Iraqi, Majid Sabeah Mighael. Majid Sabeah doesn't care because HE IS A SECRET SPIRIT

553  ROBBER! This illegal force never cared to hire secretly highly paid Iraqi and Lebanese spirits

554  robbers and psychic readers and made them millionares because these spirits robbers were giving

555  precious items from my private brain secretly worth millions and billions to be sold all over the

556  world.

557

558

559  I never mentioned my items to even my family members or friends per the Creator's request.

560  the sick illegal force was robbing me since the eighties. I could have easily left the Creator's

561  installation inside me and stop working with Him and tell Him " Sorry, I need to start some of

562  these businesses. Bye"

563

564  the sick illegal force made me busy with problem since 1997 with low volume and since 2001

565  with high volume.

566  In oct 5 2018, Laura Bush was mocking in the private air: Mmmmmm mmmm she is going to

567  lead us when you did this her!

568    Zinia: they are really robbing something huge, substantial and serious! Please stop the crime!

569    You should have stopped the banned crime since 2004 when I asked the White house to

570    sponsoring me in 2007 by seeing the Creator was doing something very big with me. I even

571    emailed President and stated no one can reach because I was working with the Creator. I never

572    know the sick illegal force has started with me since the eighties and they already put place

573    holders for their banned crime – for their robberies from my private brain.

574

575    I was supposed to put things together for the new cycle of Adam and Eve calmly and sit with the

576    President of USA as respect to the subject and not to do screaming and shouting at everyone

577    after seeing my items from my the nook of private brain – my black box that I never give to

578    anyone, were scattered and shattered inside and outside USA market because, secretly without

579    my knowledge and permission, the sick illegal force led by the radio station of Jeff Detrow &

580    Jerry Cesak, using highly paid professional secret assigned unscrupulous psychic readers and

581    spirits' robbers with unethical and no decency like the spirit robber, The American-Iraqi, Majid

582    Sabeah Mighael, had planned since the eighties a strategy to rob every item related/not related to

583    the subject of the new cycle of Adam and Eve from the nook of my private brain, tweaked/not

584    tweaked for themselves and sold to others, then implemented the strategy on me to destroy my

585    health, career, and personal life in the nineties with low volume and at the beginning of the third

586    millennium extremely loud with high volume.

587

588    The intention of this imposed painful, harmful, intolerable, unacceptable and inappropriate

589    situation was to rape, rob, empty FOR MONEY PURPOSE SECRETLY WITHOUT MY

590    PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE all sole unique items

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis

591  from the nook of my private brain with their harvests, efforts, and talents of my creativities and

592  inventions' designs, techniques, styles, ways and they even robbed the skeleton of each item with

593  its animation precisely so I never grow and the illegal control any situation in my life using

594  highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

595  decency, by creating deliberate obstacles and painful layoff in my previous workplaces to derail

596  me from doing the image of the new cycle of Adam and Eve. Huge projects after tweaking and

597  un-tweaking the new cycle of Adam were created on account of my health, career, and personal

598  destruction.

599

600  the sick illegal force converted my computer science degree into trash making me beg for work

601  to keep my social security in order to derail me from writing the image. the sick illegal force

602  robbed the nook of my brain and trashed my degree as if I and the non-degree person are the

603  same making me beg for social security! I never needed anyone to make my living, the sick

604  illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate situation -

605  the secret scam and fraud situation that no one has had clues to its reasons, - in my career since

606  1997 for sake of robbing my future and steal the masterpieces of my image making tremendous

607  wealth because I am chosen by the Creator to be the new cycle formulator of the "Creation of

608  Adam and Eve," "Al-Lat, and Al-Uzza," and others. This illegal force didn't believe what they

609  perceived in the spirits' robbing and psychic reading of my private brain and decided secretly

610  using psychic readers, hypnotists, and other witching types to rape, rob, empty my private brain

611  FOR MONEY PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE

612  AND THE PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account

613    of my health, career, and personal life destruction the nook of my private brain without my

614    knowledge and permission and without anyone knows.

615    This Illegal Force destroyed and robbed me as if there is no justice, law and authority and in the

616    name of the freedom!

617    This Force destroyed my career to a point I can't do any loan - business or non-business to force

618    me to find any fool job or paralyze me while I have a college degree forcing me to live on social

619    security after destroying my career while others are enjoying the work on my image!

620    I want to be loud in the media, so I can say the truth to my previous employers and all the people

621    who are wondering why this Illegal Force has been triggering me!

622    the sick illegal force has been going crazy to derail me from the subject – my image by bringing

623    anyone to speak to me.

624    the sick illegal force damaged me since 2001 loud for sake of robbing me - I didn't know the

625    intention from the beginning - please read all my documents of this case and respond.

626    the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

627    degree person are the same making me beg for social security! The highly paid professional

628    secret assigned unscrupulous spirits' robbers with unethical and no decency, kept psychic

629    reading the nook of my private brain and raced with it as if there was contesting to derail me

630    from the subject

631

632    This Illegal Force destroyed and robbed me as if there is no justice, law and authority and in the

633    name of the freedom!

634

Written by: Zinia Boutros

635  This Force destroyed my career to a point I can't do any loan - business or non-business to force

636  me to find any fool job or paralyze me while I have a college degree forcing me to live on social

637  security after destroying my career while others are enjoying the work on my image!

638

639  the sick illegal force has been going crazy to derail me from the subject – my image by bringing

640  anyone to speak to me.

641  the sick illegal force motive was to destroy me by suffocating my budget to prevent me from

642  writing the image while it was robbing my future and stripping my whole image from my brain

643  leaving me to beg for work and to limit my social security and to live within very limited budget

644  while the White House and others made millions from the image's pieces that were given and

645  from the image robbed pieces that were stolen by the sick illegal force through psychic readers

646  and fortunetellers. Please refer to section 4.6 Illegal Force Authentic Schema and section 4.7

647  Illegal Force Authentic Motive

648  Accepting what the sick illegal force was imposing on me by the White House means the White

649  House was concealing the banned crime and prolonging the period to give chances to powerful

650  people and famous authors to start them without or before me while all of these pieces are mine

651  forcing me to work and beg for keeping my social security.

652  President George Bush, President Clinton, and President Obama made millions from my image

653  and the sick illegal force made millions from my undisclosed image they robbed while my

654  degree as computer scientist worth gold in its value, but the sick illegal force interfered in my

655  career since 1997 or even before to limit my budget and acted as crows of death and poison fly in

656  the morsel of my living and converted my degree's value into trash so I beg for work in order to

657   limit my social security and to live within very limited budget, and to waste my time and efforts

658   to prevent me from writing my image that was robbed for its tremulous value.

659   since the eighties and nineties, through highly paid professional secret assigned unscrupulous

660   spirits' robbers with unethical and no decency, the radio station of Jeff Detrow & Jerry Cesak in

661   San Diego raped, empties, robbed all sole unique items from the nook of my private brain with

662   their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles

663   and ways and even robbed the skeleton of each item with its animation precisely from the nook

664   of my private brain – my black box for themselves and robbed to sell for others on golden plate

665   on account of my health, career, and personal life destruction – health, career, and personal

666   destruction.

667

668

669   Alert #1:

670   This Federal Case is modified from my federal case against the presidents of USA, 16-cv-0101-

671   H-WVG.

672   Secretly without my knowledge and permission, for sake of robbing and selling the items of my

673   image of the new cycle of Adam and Eve after tweaking and not tweaking, this sick illegal force

674   has planned to freeze and destroy my life and my career since the eighties with silence, started to

675   freeze and destroy my life and my career since 1997 with low volume and to fully froze and

676   destroy my life and my career since 2001 with high volume.

677   The president of USA and all federal court judges must have the power to freeze chapter 3/image

678   that is mine 100% and the banned crime – fraud and scam - that was imposed on me at my

679   workplace and everywhere I am going. please, my previous employers, help!

Case 3:18-cv-02388-H-WVG   Document 23   Filed 03/07/22   PageID.307   Page 33 of
360
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis
March 2, 2022

680   Mrs. Laura Bush is saying in the air while I am writing my case "We did this to show you who

681   they are!"

682   Please read all my emails to see what people are saying in the air! I am answering some people

683   without mentioning what they are saying! I don't want to hide my cusses and curses because

684   people don't accept this banned crime on themselves when they know the truth!

685

686   Alert #2:

687   One of the sole unique items in the Prophet Moses Ten Commandments' list is "NINE: You shall

688   not bear false witness against your neighbor."

689

690   If you give false testimony in this case while you understand this Illegal Force destroyed my

691   career, health, and personal life due to its motive of robbing my future and steal the masterpieces

692   of my image, please refer to the image in chapter 3, making tremendous wealth – millions, you

693   and your family are going to be accountable in front God for not saying the truth.

694

695   If the owners of the projects in the sole unique items of the image in chapter 3 give false

696   testimony, they and their families are going to be accountable in front God for not saying the

697   truth.

698

699   If president Barack Obama, president George Bush, and president Bill Clinton give false

700   testimony to the image in chapter 3, they and their families are going to be accountable in front

701   God for not saying the truth.

702

Written by: Zinia Boutros                                   Page 33 of 895

Case 3:18-cv-02388-H-WVG    Document 23    Filed 03/07/22    PageID.308    Page 34 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

703    Alert #3:

704    This is my second federal case against the White House and the previous presidents of USA with

705    adding the current president of USA, President Mrs. Trump.

706    I have warned the White House about how this illegal force is taking advantage of the slow

707    federal court system and robbing more items from my private brain in my federal case filed in

708    April 2016, 16-cv-0101-H-WVG, please read Chapter 3, After filing my federal case on April

709    2016, 16-cv-0101-H-WVG against the previous presidents of USA and stop them as soon as

710    possible. the sick illegal force continuedly has been robbing me since the eighties until today's

711    date, the President of USA should have stopped this farce since April 2016, 16-cv-0101-H-

712    WVG.

713

714    I have asked the White House in 2012 to contact and gather all my previous employers to file a

715    case against this Illegal Force because it has caused unacceptable situation at workplace and it

716    has damaged my career for sake of robbing my image in chapter 3 but I got no response from the

717    White House. For this reason, I am suing the White House.

718

719    I want the White House to confess on what I have given to USA in my image on golden plate

720    inside chapter 3 as without me no one would think to do it.

721    Plus I want to stop the robberies in chapter 3 in general and 3.14 A, B in specific. I am being

722    robbed and powerful people are claiming my image.

723

Written by: Zinia Boutros                                              Page 34 of 895

Case 3:18-cv-02388-H-WVG    Document 23    Filed 03/07/22    PageID.309    Page 35 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

724    If there is no law that fills the classification of the sick illegal force 's damage in my life, it is

725    fraud for the White House to take advantage of this situation and support this Illegal Force action

726    which robbed the undisclosed pieces of my image and gave to the White House.

727

728    Supporting this Illegal Force by the White House, it means I am in a hand of criminals.

729    Some friends, relatives, and attorneys alerted me that this case might be dismissed because there

730    is no law is classified for this case.

731    I am asking the following current and previous presidents of USA and White House, if judges

732    dismiss this case, will you take advantage and ignore? Will you take advantage of the slow

733    process and let the robberies in chapter 3 in general and 3.14 A, B in specific to go on?

734

735    Wasn't the Creator right when He alerted me in section,1.7 Staring at my genitals explanation by

736    the Creator, about the robberies in the seed level by the sick illegal force when I was being in

737    process of experiencing my health, career, and personal life damage imposed by this force?

738    Was it normal for the sick illegal force to psychic reading me and acting accordingly with me in

739    and after section 4.5 History of the sick illegal force authentic motive?

740

741    Since the sick illegal force is obligating presidents to speak to me in the air, aren't they obligated

742    to help in stopping the robberies in chapter 3 in general and 3.14 A, B in specific and ask the sick

743    illegal force what exactly robbed from me and gave away to the powerful people like Presidents

744    of USA, respectful authors and business companies?

745

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

746    Don't I have the right to stop the respectful author and film maker for 3.14 B because this Illegal

747    Force robbed me and sold some of my pieces to them?

748    If I prove my formula, I can put this Illegal Force in jail for this robbery, 3.14A, B,3. Before, and

749    3.After.

750

751    Don't I have the right to say this is a hate banned crime in section 2.9 Hate Crime?

752    Does the White House know about the robberies in 3.14A, B,3. Before, and 3.After?

753    If I die, no one knows about the whole image except the robbers inside the sick illegal force

754    because I never disclose it to anyone?

755    the sick illegal force is forcing me to function normal in order to make my living after me

756    monitoring my disclosed image being robbed and sold to powerful people, famous authors, and

757    business companies.

758

759

760    Request #1:

761    I am asking the judges to read this document carefully and analyze as I am being damaged

762    harshly for the benefits of Illegal Force which is supported by the presidents of the White House.

763    Please read my image in chapter 3. Please call President Barak Obama and President George

764    Bush for witnesses.

765    I am asking the Federal Court/ United States District Court/Southern District of California and

766    all Federal courts to do deep investigation as I must take civil and legal actions against group of

767    powerful people who acted "Above the Law and security" with me. I am calling this group with

768    Illegal Force.

769  The presidents of the White House are supporting this Illegal Force as I am complaining but I

770  never got response from the presidents.

771  My workplaces don't know I have been robbed through this Illegal Force that is being imposed

772  on me in their buildings.

773

774  Since 2001, a group of powerful people who had attained the authorization to act "Above the

775  Law and security" where they passed the Human Resources at my workplace, White House,

776  police, military base - Camp Pendleton, Navy, and every state in USA causing harassment,

777  incorrect work termination, repression, and discrimination against me, mainly at my workplace

778  by breaking into my life virtually using psychic readers and highly paid professional secret

779  assigned unscrupulous spirits' robbers with unethical and no decency, with Lebanese, Iraqi, and

780  other origins, and readers in mirrors who have been acting deliberately against the law,

781  infringing my civil rights.

782  Using Hollywood tricks, it was inspiring me to expose my image publicly in anyway and any

783  price by storming and breaking through my career and personal life virtually with mixture of

784  jokes and fights on the account of destroying my health, career, and personal life under the worst

785  kinds of filth, impertinence, depravity, wickedness, villainy, and malignancy.

786  I am calling this group of people with Illegal Force, please refer to section 4.1 Illegal Force

787  definition. The motive was/is to rob my future and steal the masterpieces of my image, please

788  refer to chapter 3. The image.

789  The Force interfered in my personal life and caused boiling in my blood and nerve that led to

790  random blood pressure and severe constipation, please refer to sections 4.6-4.18.

791

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis          March 2, 2022

792    I don't need anyone to make my living, the sick illegal force imposed an painful, harmful,

793    intolerable, unacceptable and inappropriate situation - the secret scam and fraud situation that no

794    one has had clues to its reasons, - in my career since 1997 to convert my degree to trash for sake

795    of robbing my future and steal the masterpieces of my image making tremendous wealth -

796    millions.

797

798    Can you please read this document thoroughly and contact my witnesses from White House,

799    Military, police, relatives, and friends to pursue the case?

800

801    Can you please assign me the right lawyers against this Illegal Force, and raise the case to

802    highest level of authorities in USA to take care of this issue thoroughly and professionally?

803

804    I believe in the USA flag mission and core values. This Illegal Force is compelling all the USA

805    citizens to act against the USA flag mission and core values.

806    I want the highest level of authorities in to get my civil rights from this Illegal Force.

807

808    the sick illegal force entered my workplace with jokes as its powerful capabilities harnessed

809    regular and powerful people and unpermitted calls to consolidate and promote impertinent and

810    malignant schema in order to monitor the nook of my private brain and race with it in advance as

811    fast as they could to rape, rob, and empty as much as they could from my harvests, efforts, and

812    talents of my creativities and inventions' designs, techniques, styles and ways and even robbed

813    the skeleton of each item with its animation precisely from the nook of my private brain – my

814    black box, enjoy and rapture on account of my health, career, and personal life destruction, the

815   image. the future of my image with deluding the participants with an illusion to surmise of its

816   wackiness and shallow by imposing a non-sense dating on me at my workplace me that no one

817   can tolerate.

818

819   I want to emphasize that I could have died from this Illegal Force that was imposed on me with

820   jokes.

821

822   the sick illegal force excused itself from storming into my life with destroying my health, career,

823   and personal life when it perceived the Creator connection with me and it had a desire to rob my

824   image. the sick illegal force plotted against me and my family, and robbed my image with the

825   White House help and made tremendous wealth - millions.

826

827   Can the Federal Court estimate the damage the White House created in my life for supporting

828   this Illegal Fore, estimate the value of the robberies, stop the robberies in chapter 3 in general

829   and 3.14 A, B in specific. I am being robbed by the sick illegal force through psychic reading the

830   nook of my brain? I want to show a proof of what this illegal force robbed from me as evidence.

831

832   The robberies were sold to powerful people who are claiming my image.

833

834

835    <u>Accusations:  This case consist of many subcases. I filed one subcase against UPS as group one</u>

836    <u>and against the white house as group two. I am asking the judges to look at only group one, UPS</u>

837    <u>for admitting the accusation 3/illegal force inside its buildings and participate with it. accusation</u>

838    <u>3 will be in each subcase.</u>

839

840

841

842

843

844

845

846

847

848

849    Why are you not answering my emails? chapter 3 the Image is all mine 100%.. Are you trying to

850    kill me? Willis Towers Watson/ Shirley said in the private air "this is death!"

851    It is is death to rape, empty, and rob the items of the nook of my private brain with their harvests,

852    efforts, and talents of my creativities and inventions' designs, techniques, styles, ways and they

853    even robbed the skeleton of each item with its animation precisely using psychic reading and

854    spirit robbing – conjure up spirit before I say anything. The illegal force using spirits' robbers

855    robbed everything from my private brain. Why are you not saying anything to me or re-open my

856    federal case? You gave big chance to the spirits' robbers to race with my private brain and rob as

857    much as thy can so I never start my items, but the Creator made me formulate the items and

858  show you in court the spirits' robbers lies, fraud, and scam by proving all the items in chapter 3

859  are mine.

860  Without my emails that I was obligated to email because the Creator forced a situation under this

861  imposed painful, harmful, intolerable, unacceptable and inappropriate situation, the secret scam

862  and fraud situation that no one has had clues to its reasons,, the economy would never raise and

863  you as presidents of USA would never do seminars using your power and connections using my

864  emails.

865  I am the new cycle formulator of Adam and Eve, I am the new formulator of Lilith, and the new

866  formulator of Al-Lat, and Al-Uzza.

867  All chapter 3 is mine, please read it. I will prove it is mine! The illegal force using spirits'

868  robbers and psychic readers robbed my private brain. I want my civil right. I need lawyers, this is

869  very sole case because spirits' robbers, psychic readers and other witching actions were involved

870  in this banned crime. You need to help me to reach the criminals. The illegal force robbed my

871  period, period of the new cycle. It is disaster if yoy pass this banned crime!

872  I am going to prove this item 100% mine [The show of American Ninja Warrior that started in

873  2009 is 100% mine. the sick illegal force using robbed the nook of my private brain the nineties

874  and sold to Japan as Sasuke TV show 1997.] is mine!

875  I am going to prove the spirits' robber's business, The American-Iraqi, Majid Sabeah Mighael's

876  business is 100% mine.

877  I am going to prove what this illegal force gave away to NASA is 100% mine.

878  I need to do the new cycle of Adam and Eve, Lilith, and the Al-Lat, and Al-Uzza.

879

880

881    You don't know what I have been doing to formulate these items alone and here is the illegal

882    force sucking out my private items on golden plate and put them in streets for anyone. The

883    jealous illegal force was quivering from the joy and happiness robbing my private brain because

884    of grudge and envy. I can't accept anyone rob my items private brain and give these items to any

885    owner on golden plate. Why the White House is allowing the illegal force to torture me and

886    inflict pain in my heart for my own items? What did I do? Why is it taking so long for you to

887    respond? Your responsive action is a crime! What are you trying to prove, didn't you have

888    enough evidances to break this crime and speak ot me or you wanted the illegal force to rob

889    more?what this group of spirits' robbers could have done without this illegal foce that has the

890    most foolish power and connection – it was well proved by the Creator that it was power and

891    connection of self destruction, they destroyed USA and the world this way in the previous cycle!

892    Wake Up USA! They are robbing me using banned way!

893

894    This imposed painful, harmful, intolerable, unacceptable and inappropriate situation caused

895    depression and stress that led to sleepiness because I saw my items from my private brain in the

896    USA/not USA market and I started to scream in my emails to the White House, federal court,

897    media but no response. This is very unacceptable banned crime filled with grudge, malice, envy

898    and jealousy, please read 4.5 History of the sick illegal force authentic motive, item 5.

899

900

901    This illegal force has been psychic reading, spirit robbing my private brain secretly 20-30 years

902    in advance since the eighties and nineties before my schedule with the Creator, so I never think

903    or formulate my items. They destroyed my health, career, and personal life and even went to

March 2, 2022

904    each member of my family to ask them questions related to the new cycle to psychic read more

905    when I never mentioned anything, so I never start anything, the sick illegal force has been

906    psychic reading my family's members in advance to rob the future of the new cycle. The Creator

907    alerted me in 2007 and made me formulate the new cycle and find out the robberies. the sick

908    illegal force hired highly paid secret psychic readers and spirit robbers to do this banned job with

909    me, they led countries in this banned oppressive, unjust, unfair, iniquitous, inequitable, wrongful,

910    and banned crime and the Creaor destroyed the previous cycle before because they involved big

911    people and covered the crime!

912    The psychiatrists I went to in 2004 need to go to jail for their actions with me and diagnosing me

913    with incorrect illness - schizophrenia – hearing nonexistent voices when the voices existed at my

914    workplaces and whereever I went. This illness is very dangerous leads to homicide and suicide. I

915    am scared from this illegal force they would do something very bad to me and accuse me for

916    doing it.

917    The psychiatrists I went to in 2004 need to go to jail for their actions with me and my mother.

918    They forced my mother to attend a session with me and they sat looking at us for 20 minutes

919    without saying one word looking at my mother from top to bottom and bottom to top like fool

920    crazy doctors! So, if I ever mention it, you will crack from laugh.

921    The illegal force has been raping, robbing, and empying my items to everyone on golden plate

922    through assigned highly paid secret spirits' robbers same way as Mazin Yonan's wife while they

923    created coup in my home by destroying my health, career, and personal life. The illegal force

924    started coup in my family by destroying my career with low volume in the nineties when they

925    saw I could do the image of the new cycle and they quivered from jealousy. I am the creator of

March 2, 2022

926    the new cycle of Adam and Eve, the new Al-Lat, and Al-Uzza, the new Lilith. The illegal force

927    destroyed me and gave away my items to NASA.

928

929    I had to explain chapter 4/ 4.5 History of the sick illegal force authentic motive through my

930    emails to the court, media, White House and my previous employers, because without

931    explaining, you all will laugh thinking the subject was very trivial and not worthy. Jostens

932    Learnnig Corp/Debbi Linder, in 1997, thought the subject was trivial and stupid, she didn't know

933    the radio station of Jeff Detrow & Jerry Cesak was plan to rob the new cycle of Adam and eve

934    after tweaking, and to sell for BIG MONEY – MILLIONS AND BILLIONS ALL OVER THE

935    WORLD. I never mix my work with my personal life. The illegal force pressured my personal

936    life inside my workplace.

937    the illegal force is trying its best to pressure me and say my items loud!

938

939    Why the White House accepted the sick illegal force punishing me for no reason other than

940    jealousy and robbing my private brain through spirits' robbers using power and connection for

941    BIG MONEY PURPOSE since 2001 by psychic reading loud through previous coworkers and

942    strangers while the highly paid secret spirit robbers like the American-Iraqi, Majid Sabeah

943    Mighael were raping, emptying, and robbing the items of my private brain. The White House and

944    the federal court didn't know in 2001. How about 2004, didn't I scream in my emails to the

945    White House? How about in 2007, didn't I state to President Bush, "no body reach me because I

946    am communicating with the Creator, can you sponsor?", instead the highly paid secret spirit

947    robbers like the American-Iraqi, Majid Sabeah Mighael started to race with my private brain to

Written by: Zinia Boutros

948    rob more items and get more money and be more than millionaires. How about in 2012, didn't I

949    scream in my emails to President Obama and UPS in a polite way? How about April 2016, didn't

950    I explain in a polite way inside my federal sue against the presidents of USA? Why the White

951    House and the federal court ignored me! Why the White House accepted the sick illegal force

952    punishing me for no reason other than jealousy and robbing my private brain through spirits'

953    robbers using power and connection for BIG MONEY PURPOSE since 2001 by psychic reading

954    loud as if I did something bad.

955    Laura Bush mentioned how hard it is when someone psychic reading other loud. Why is the

956    punishment when the image in chapter 3 was all mine? Why did you let others rapture and enjoy

957    the items of my private brain on account of my health, career, and personal destruction burning

958    and ironing my heart on my items? what were trying to prove since april 2016, why is it taking

959    so long? it has been more than 30 months  for allowing the ilegal force to rob more from my

960    private brain?

961

962    Bill Clinton in the private air: We don't do any of this [chapter 3. The image] without you?

963    Then laughing, "you did this!"

964    Zinia: Definitely, BIG YES! Virgin Mary bowed down to Jesus, in turn Jesus bowed down to me

965    He the Creator installed inside me the business rules of the new cycle and this illegal force is

966    scattering and shattering the items everywhere for MONEY. This is disaster because the illegal

967    force keeps psychic reading and spirit robbing my items everywhere because they cant see my

968    name due to my origin Iraq! They thought it was competition at the beginning, then they sped

969    psychic reading the nook of my private brain so YOU ALL PASS ME and they never get caught!

970    It is banned crime!

971   Ask UPS, would I get layoff without this illegal force inside UPS' buildings saying me loud and

972   I kept complaining?

973   Can you hire FBI to see whether my employments intervals were normal?

974   Ask Hillary Clinton, were my emails normal? For this reason I emailed my items. Back to your

975   question. The illegal force imposed an painful, harmful, intolerable, unacceptable and

976   inappropriate situation on me where the White House must put the flag down when the President

977   talks to public about this imposed banned crime in USA!

978   It is Stigma in USA. It was a stigma where you would cuss and curse and if didn't, it would

979   mean you were animal! You were supposed to get back to me immediate and never gave a

980   chance to this banned crime to continue. You did the opposite!

981   I have schizophrenia in my official health record! You must correct my health record, give me

982   my civil right and let do the new cycle of Adam and Eve – my period that was supposed to start

983   in 2007 in the third millennium, but it was robbed from me since the eighties. the twin sun is

984   mine! chapter 3. the image is mine! the illegal force is racing with my private brain. the illegal

985   force has been bridling, freezing, and paralyzing me

986

987   President Bush said in he private air before: this person thought I and you were animals and did

988   this to you!

989   Zinia: No! this person knows we are human beings. Deliberately, this person used animal's brain

990   to be less than animal creature, when you add animal's brain to human brain, the brain will

991   convert to less than animal's brain.

992

March 2, 2022

993     judge and you as presidents of USA had to understand this is sole situation and you had to

994     reopen my federal case and help! I need to do the new cycle!

995

996     The illegal force is racing very fast with my private brain! I don't know how to explain it

997     anymore because this force is dealing with the situation as a race/competition. I mean, if I ever

998     say, "this item is mine", for instance, NASA, would jump and says, "Excuse me!!!! we are

999     already doing it!"

1000     we are talking names and money! You need to understand I don't interfere in any of these items

1001     without the Creator's installation inside me!

1002

1003     UPS/Minda McAllister and some relatives were saying to me in the private air "are you going to

1004     do these items, am I going to do them?"

1005     Zinia: Minda is not getting my emails! First, psychic reading and spirit robbing brains are illegal!

1006     Second, I need my civil right against this banned crime -crime against humanity! Third, to

1007     answer you back, Yes! The business rules of the Creator's installation are inside me! You must

1008     go with me.

1009

1010     Why are you not answering my emails? chapter 3 the Image is all mine 100%.. Are you trying to

1011     kill me? Willis Towers Watson/ Shirley said in the private air "this is death!"

1012     It is is death to rape, empty, and rob the items of the nook of my private brain with their harvests,

1013     efforts, and talents of my creativities and inventions' designs, techniques, styles, ways and they

1014     even robbed the skeleton of each item with its animation precisely using psychic reading and

1015     spirit robbing -- conjure up spirit before I say anything. The illegal force using spirits' robbers

1016   robbed everything from my private brain. Why are you not saying anything to me or re-open my

1017   federal case? You gave big chance to the spirits' robbers to race with my private brain and rob as

1018   much as they can, so I never start my items, but the Creator made me formulate the items and

1019   show you in court the spirits' robbers lies, fraud, and scam by proving all the items in chapter 3

1020   are mine.

1021   Without my emails that I was obligated to email because the Creator forced a situation under this

1022   imposed painful, harmful, intolerable, unacceptable and inappropriate situation, the secret scam

1023   and fraud situation that no one has had clues to its reasons,, the economy would never raise and

1024   you as presidents of USA would never do seminars using your power and connections using my

1025   emails.

1026   I am the new cycle formulator of Adam and Eve, I am the new formulator of Lilith, and the new

1027   formulator of Al-Lat, and Al-Uzza.

1028   All chapter 3 is mine, please read it. I will prove it is mine! The illegal force using spirits'

1029   robbers and psychic readers robbed my private brain. I want my civil right. I need lawyers, this is

1030   very sole case because spirits' robbers, psychic readers and other witching actions were involved

1031   in this banned crime. You need to help me to reach the criminals. The illegal force robbed my

1032   period, period of the new cycle. It is disaster if you pass this banned crime!

1033   I am going to prove this item 100% mine [The show of American Ninja Warrior that started in

1034   2009 is 100% mine. the sick illegal force using robbed the nook of my private brain the nineties

1035   and sold to Japan as Sasuke TV show 1997.] is mine!

1036   I am going to prove the spirits' robber's business, The American-Iraqi, Majid Sabeah Mighael's

1037   business is 100% mine.

1038   I am going to prove what this illegal force gave away to NASA is 100% mine.

1039    I need to do the new cycle of Adam and Eve, Lilith, and the Al-Lat, and Al-Uzza.

1040

1041    Example: Have you noticed when you ride a bus or work at office and by mistake you look over

1042    a shoulder of someone, this person shiver or quiver from madness looking at you and gesture to

1043    you as if telling you "can't i have privacy! why are you looking over my shoulder or please give

1044    some time to finish and get back to you?"

1045    This illegal force led by the radio station of Jeff Detrow & Jerry Cesak using the criminals, less

1046    than animals' creatures' psychic readers and spirit robbers have been do this to me 24/7 stepping

1047    on my nerve burning and ironing my heart on my items causing nightmare by psychic reading

1048    and spirit robbing the items from my private brain since the eighties. This force became loud

1049    since 2001 so I get busy with problems they were creating inside and outside work and never get

1050    the chance to even think about my items of the new cycle while the secret spirt robbers were

1051    racing very fast and hard to suck the items out of my private brain and erase them from my

1052    memory. It is like the items were not mine, so I never need to think of the them

1053    1.        Accusation against UPS, Minda McAllister, and Tim Davis for for admitting and

1054    supporting the sick illegal force at my workplace until today's date inside and outside UPS

1055    building.

1056

1057    I don't know the origin of Jeff Detrow and Jerry Cesak, they could be middle easterners,

1058    European, south American, or north American with Christians or Jews religious, or even atheists,

1059    but they were definitely pro Jews.

1060

1061    I consider the non-response action as participation to the sick illegal force robbery.

1062    usa White House, law and security at my workplaces has been oppressing, persecuting,

1063    aggrieving me in mocking way through this illegal force and I perceived what it had done to me

1064    at my previous workplaces was thoughtful planned plot by the sick illegal force where USA

1065    White House, law and security are complicit in it to rape, empty, and rob the private the private

1066    nook of my brain – my talented black box and give away to others so I never grow. This illegal

1067    force has been emptying every single item from my brain and paralyzing me.

1068    I had been doing great at my workplaces just like other coworkers who have been at their work

1069    for more than 7-10 year while I couldn't stay in one company for 1 year since 1997 and there

1070    was no reason for lay off other than this planned thoughtful plot to rob my future and my image

1071    through spirit's robbers – the Creator's preparations and installation inside me in USA.

1072

1073

1074    Since I worked until now I was very organized to separate my work life from my personal life. I

1075    never mixed my work and my personal life together. the sick illegal force led by the radio station

1076    of Jeff Detrow & Jerry Cesak admitted themselves inside my employers' buildings with the

1077    permission of human resources to cause chaos and intolerable environment.

1078    In 2001, the sick illegal force admitted voices from my American -Iraqi community – these

1079    people I never spoke with or I only said hi and bye to them - inside my previous employers'

1080    building private air like MASI and UPS so if I ever have complained, the sick illegal force would

1081    allude and confuse the managers and the human resources that the problem was personal and not

1082    work. Actually, the sick illegal force stormed inside my previous employers' buildings to cause

1083    trouble and painful layoff to keep me busy looking for a job inside random ill-mannered

1084    interviews referencing item 5, please read 4.5 History of the sick illegal force authentic motive

1085    in general, staring at my genitals, yawning inside the interviews referencing 4.5 History of the

1086    sick illegal force authentic motive item 12, saying study …. Study in the private after the

1087    interview referencing 4.5 History of the sick illegal force authentic motive item 13, saying

1088    Assholes randomly inside my previous employers' buildings

1089

1090    Since 1997, this Illegal Force foisted people's voices with low volume randomly from only

1091    English speakers like my previous coworkers and strangers in the air inside my workplace to

1092    cause a quite disturbing environment that forced me to complain and to question this situation.

1093    --The administration and human resources, and managers in specific Minda are an accomplice of

1094    admitting the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak of San

1095    Diego, CA inside UPS building located in aaaaa on account of my health, career, and personal

1096    life destruction.

1097    --The administration and human resources, and managers in specific Minda are an accomplice of

1098    allowing the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak of San

1099    Diego, CA to psychic and spirit rob me loud through indoctrinating coworkers what to say using

1100    phone speakers and others inside the UPS building.

1101

1102    UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

1103    my computer science degree into trash making me beg for work to keep my social security in

1104    order to derail me from writing the image = New Cycle of Adam Eve

1105    the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

1106    degree person are the same making me beg for social security! I never needed anyone to make

1107    my living, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and

1108    inappropriate situation - the secret scam and fraud situation that no one has had clues to its

1109    reasons, - in my career since 1997 for sake of robbing my future and steal the masterpieces of my

1110    image making tremendous wealth.

1111

1112    I have been asking the UPS, UPS/Minda McAllister, UPS/Tim Davis to file lawsuit and take

1113    civil actions against the sick illegal force that passed the law and security with me since 2001 but

1114    I got no response due to their cooperation with this Illegal Force.

1115

1116    the sick illegal force used assigned spirits' robbers, to psychic read my life and indoctrinating

1117    random coworkers to speak my private life and my brain mixed with garbage loud inside UPS

1118    and all companies after UPS including my last employer Willis Towers Watson forcing

1119    extremely clog and freeze to my brain so others raise on top of my shoulder by selling my private

1120    sole unique items secretly without my knowledge and permission. the sick illegal force used

1121    assigned spirits' robbers, for sake of robbing my private brain and sell to scientists, investors, big

1122    celebrities, Hollywood inside and outside USA, all on account of my health, career, and personal

1123    life destruction since 1997 with low volume and since 2001 loud causing hurly burly voices with

1124    intolerable and unacceptable environment that no one could stand while the spirit's robbers rob

1125    the nook of my private brain and sell!

1126

1127

1128    --The administration and human resources, and managers in specific Minda McAllister are an

1129    accomplice of chasing me with the sick illegal force led by the radio station of Jeff Detrow &

1130    Jerry Cesak of San Diego, CA in other employers' buildings through indoctrinating UPS/Minda

1131    McAllister and Tim Davis what to say using phone speakers and others inside other employers'

1132    building.

1133

1134

1135    The administration and human resources, and managers in specific Minda McAllister are an

1136    accomplice of inflicting torture in my life after I filed my federal case by ignoring my emails and

1137    my phone call and allowing the sick illegal force led by the radio station of Jeff Detrow & Jerry

1138    Cesak using secret assigned spirits' robber to rape, empty, and rob the nook of my private brain

1139    to start huge projects.

1140

1141    I have been screaming since 2001, deliberately, this illegal force created incorrect illness in my

1142    health record - hearing your fool voices - Schizophrenia illness! then a cyst was formed inside

1143    my body because of this situation in 2003, later random blood pressure was developed when I

1144    left Solar Turbines and I was hired in Willis Towers Watsos!

1145

Case 3:18-cv-02388-H-WVG    Document 23    Filed 03/07/22    PageID.329    Page 55 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                                  March 2, 2022

1146    Read UPS:

1147    During my employment in UPS:

1148    The Arab voices were added since 2001 loud inside MASI and UPS.

1149    One of the iraqi people I recognized his voice, An iraqi male with coarsed voice said in the

1150    private air in Arabic inside UPS building at the end of 2001, "الى البعير بول مثل زينيا عائلة بيت اشبيهم

1151    ليش .....ووراءيꝺꝺ", "what is wrong with Zinia's family, they are like camel's pee moving

1152    backward… why!"

1153    the sick illegal force brought highly paid secret spirit's robbers to psychic rem me loud, rob me

1154    in advance and race with my brain.

1155    my coworker, database developer, Alex whispered to me about the imposed painful, harmful,

1156    intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

1157    Illegal Force's definition, and whatever was playing in the air with gesturing in his face and

1158    pointing a dental small mirror to his rear genital and said, "this is all about ass holes "

1159

1160    One of the the radio station of Jeff Detrow & Jerry Cesak members of the radio station was

1161    admitted in the UPS/Mail Box Etc, Jeff Detrow showed up in our software engineering meeting

1162    in 2002 but I couldn't recognize him immediately until 2004. He **came to one of the software**

1163    **developers' meeting and sat in front of me facing me while I was standing, I noticed he was**

1164    **not one of our team's members, but I didn't know who he was, he had his computer facing**

1165    **him against me. when I looked at him to find out what he was doing, he started to quiver**

1166    **with hate, and I didn't know what he was doing.**

Case 3:18-cv-02388-H-WVG    Document 23    Filed 03/07/22    PageID.330    Page 56 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

1167    Some of the software developers' team's members were angry at me because they thought I was

1168    the one behind briniging this broadcaster/ the radio station of Jeff Detrow & Jerry Cesak in San

1169    Diego, Ca to UPS and to one of our software developers' meetings.

1170

1171    (Jerry Cesak whose origin is Jewish) was admitted the second time in **UPS/Mail Box Etc, in our**

1172    **software engineering department, he entered the building babbling within himself. As soon**

1173    **as he entered, few cowokers looked at me with anger as if I was the one behind admitting**

1174    **him. Jerry was saying things no one could understand except me.**

1175

1176    (Jerry Cesak whose origin is Jewish) was admitted the third time in **UPS/Mail Box Etc, parking**

1177    **lot. He parked very close to my car, sitting in the passener's seat, waiting for me to get out**

1178    **of the building, to see him innocently sitting in his car, reading the holly book, torrah.**

1179

1180    The sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak made my previous

1181    coworkers from Innovative enterprise solution speak to me politics and religions in the air before

1182    Jesus bowed down to me.

1183

1184    One of the hardware and network department engineers, Sam Tobia was saying in Arabic exactly

1185    what I was typing and thinking by going to the network room and he was indoctrinated to say

1186    what the sick illegal force using highly paid professional secret assigned unscrupulous spirits'

1187    robbers with unethical and no decency, was telling him to say through phone speaker. The name

1188    of the employee is Sam Tobia.

1189

1190

1191    At that time, I would never think about making connection between what the source inside this

1192    4.5 History of the sick illegal force authentic motive item 1 to 14:, please 4.5 History of the sick

1193    illegal force authentic motive item 1 to 14, did and what was happening at my workplaces

1194    because I couldn't believe they involved my bosses, managers, big celebrities, radio stations,

1195    president of USA in this crime. Things didn't make sense to my previous employers and

1196    employees because they didn't know this force was psychic reading me loud and they thought

1197    what was playing in the air was stupid, fool, crazy, and trivial. I didn't believe this illegal force

1198    used or harnessed voices to rape, empty, and rob the nook of my private brain secretly making

1199    busy with complains against the situation - the fraud and scam - that was imposed on me in

1200    specific.

1201

1202    One of the people from the upper management threw words on me with wrinkling his face asking

1203    me to ignore by saying "they are stupid… crazy people … they are saying garbage…"

1204

1205    In 2003, I and some of my previous coworkers were asked to go to a meeting inside one of the

1206    UPS' buildings, we had to pass the reception area, at that time I hadn't had any complain to my

1207    boss/Minda McAllister because of previous workplaces' bad experience, I was worried the UPS

1208    administration would lay me off for my complain and I always needed to work, also Minda

1209    McAllister was participating like it was fun thing to do in the air when she hadn't have any clue

1210    this illegal force was psychic reading me loud although she knew all of the voices were imposed

1211    on me. Anyway, when I and my previous coworkers passed the reception area, someone from the

1212    sick illegal force directed one of my previous coworkers to get something and asked me to stand

1213    by the door that goes to the other buildings, this coworker did it on purpose because he was told

1214    to do so, he was looking at me and smiling because he didn't know what was going on, he

1215    thought he was doing it for fun or as respect. While I was waiting by the door for my other

1216    coworker to come back, there was a lady that I hadn't seen before, I believe she was a customer,

1217    she was sitting in the reception area. this lady that I had never seen before, she sat straight,

1218    looked at me in the eye, after she got a sign from the receptionist as if she was looking for

1219    someone and the receptionist smiled and shook her head as if gesturing with "Yes, it is her".

1220    Then this lady closed her eye towards me and showed only her eyes' white parts and started to

1221    do something like psychic reading me or hypnotizing me. She was directed to stare at me in a

1222    very weird way, she was psychic reading me with blinking eyes eyes with only white and doing

1223    some stuffs I couldn't recognize.

1224    During that period, before 2004, the voices and noises were everywhere and very loud at my

1225    workplaces and at my neighbor. I was wondering why that lady would do this action to me. Even

1226    if she wanted to psychic read me, she would never do this for 3-5 minutes.

Case 3:18-cv-02388-H-WVG   Document 23   Filed 03/07/22   PageID.333   Page 59 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                           March 2, 2022

1227    For almost two months, after seeing that lady in the UPS reception area was psychic reading me

1228    with closed eyes but showing only white in it, I noticed three random events to cover the sick

1229    illegal force banned crime – banned crime of psychic reading me and spirits' robbing my private

1230    brain in advance to sell and do huge projects.

1231    First event, the sick illegal force was bringing American Iraqi people from my community

1232    chatting with me at night and sung for me. Second event, this illegal force taped all UPS

1233    employees' and my previous employers' employees' voices and noises and made me hear them

1234    at night in the private air. The third event which the real banned crime was, I noticed after

1235    sleeping at night, and before waking up and opening my eyes before sunrise, I was moving my

1236    lips as if I was speaking in my sleep answering questions to people from American iraqi and

1237    non-American iraqi communities, also, the sick illegal force had brought people to say whatever

1238    I was saying in my sleep loud in the private air loud.

1239    After period of time, Jesus bowed down to me forcing me to help the White House during Bush

1240    tenure with suggested solutions. I noticed when I was helping the White House, my eyes were

1241    hurting very bad.

1242

Case 3:18-cv-02388-H-WVG    Document 23    Filed 03/07/22    PageID.334    Page 60 of
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis    860
March 2, 2022

1243    Later, after my federal case in April 2016, 16-cv-0101-H-WVG, I found out he was quivering to

1244    trigger something in me so the assigned spirits' robbers, rob the item from the nook of my

1245    private brain.

1246

1247    Since 2004, I have been complaining to Minda McAllister when I was inside and outside UPS

1248    but I got no answer.

1249    Since 2001, Minda McAllister has been participating in this hurly-burly voices without

1250    understand this imposed an painful, harmful, intolerable, unacceptable and inappropriate

1251    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me by

1252    Illegal Force which was plotted to rape, rob, empty FOR MONEY PURPOSE SECRETLY

1253    WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE the

1254    nook of my brain with its inventions' harvests, talents, efforts, styles and ways in advance

1255    secretly through assigned psychic readers, hypnotists, and other types of witching no one

1256    understand. the sick illegal force, secretly, created intolerable and unacceptable environment and

1257    were acting deliberately against the law, infringing my civil rights.

1258    The UPS administrative staffs' excuses in admitting the sick illegal force, the voices and noises,

1259    have been playing everywhere.

1260    Regardless of where the voices and noises were playing, my response was/is this imposed

1261    painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2,

1262    and 4.3 for the Illegal Force's definition, was not supposed to be admitted inside the UPS'

1263    building specifically where I was sitting and asking previous coworkers to say whatever I was

1264    doing loud without knowing.

1265

1266    Since 2004 until now, after I left UPS, Minda McAllister voice kept playing by the sick illegal

1267    force in other workplaces and wherever I went. Tim Davis voice was playing in the air after

1268    2012.

1269    After filing my federal case in April 2016, 16-cv-0101-H-WVG, Minda McAllister and Tim

1270    Davis voices kept playing by the sick illegal force wherever I went.

1271

1272    UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

1273    my computer science degree into trash making me beg for work to keep my social security in

1274    order to derail me from writing the image of the New Cycle of Adam Eve.

1275

1276    UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

1277    my computer science degree into trash making me beg for work to keep my social security in

1278    order to derail me from writing the image = New Cycle of Adam Eve

1279    the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

1280    degree person are the same making me beg for social security! I never needed anyone to make

1281    my living, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and

1282    inappropriate situation - the secret scam and fraud situation that no one has had clues to its

1283    reasons, - in my career since 1997 for sake of robbing my future and steal the masterpieces of my

1284    image making tremendous wealth.

1285

1286    I have been asking the UPS, UPS/Minda McAllister, UPS/Tim Davis to file lawsuit and take

1287    civil actions against the sick illegal force that passed the law and security with me since 2001 but

1288    I got no response due to their cooperation with this Illegal Force.

1289

1290   the sick illegal force used assigned spirits' robbers, to psychic read my life and indoctrinating

1291   random coworkers to speak my private life and my brain mixed with garbage loud inside UPS

1292   and all companies after UPS including my last employer Willis Towers Watson forcing

1293   extremely clog and freeze to me so others raise on top of my shoulder by selling my private sole

1294   unique items secretly without my knowledge and permission. the sick illegal force used assigned

1295   spirits' robbers, for sake of robbing my private brain and sell to scientists, investors, big

1296   celebrities, Hollywood inside and outside USA, all on account of my health, career, and personal

1297   life destruction since 1997 with low volume and since 2001 loud causing hurly burly voices with

1298   intolerable and unacceptable environment that no one could stand while the spirit's robbers rob

1299   the nook of my private brain and sell!

1300   The imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer

1301   to 4.1,4.2, and 4.3 for the Illegal Force's definition, repeated itself in all companies after UPS

1302   including Solar Turbines and Willis Towers Watson making all the coworkers hear the big

1303   celebrities and all current and previous presidents of USA in 2016 and other countries. The

1304   voices in Willis Towers Watson were only around were I used to sit.

1305   Some other previous coworkers' eyes' vessels were exploding from anger because it was

1306   horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

1307   fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

1308   get rid of it but with harsh painful lay off.

1309   I have been screaming since 2001, deliberately, this illegal force created incorrect illness in my

1310   health record - hearing your fool voices - Schizophrenia illness! then a cyst was formed inside

1311    my body because of this situation in 2003, later random blood pressure was developed when I

1312    was terminated from Solar Turbine and hired in Willis Towers Watsos!

1313

1314

1315    More about UPS:

1316    Read UPS:

1317    During my employment in UPS:

1318    The Arab voices were added since 2001 loud inside MASI and UPS.

1319    One of the iraqi people I recognized his voice, An iraqi male with coarsed voice said in the

1320    private air in Arabic inside UPS building at the end of 2001, "اشبيهم بيت عائلة زينيا مثل بول البعير الى

1321    ليش .....٩٩وراء", ", "what is wrong with Zinia's family, they are like camel's pee moving

1322    backward... why!"

1323    the sick illegal force brought highly paid secret spirit's robbers to psychic rem me loud, rob me

1324    in advance and race with my brain.

1325    my coworker, database developer, Alex whispered to me about the imposed painful, harmful,

1326    intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

1327    Illegal Force's definition, and whatever was playing in the air with gesturing in his face and

1328    pointing a dental small mirror to his rear genital and said, "this is all about ass holes "

1329

1330    One of the the radio station of Jeff Detrow & Jerry Cesak members of the radio station was

1331    admitted in the UPS/Mail Box Etc, Jeff Detrow showed up in our software engineering meeting

1332    in 2002 but I couldn't recognize him immediately until 2004. He **came to one of the software**

1333    **developers' meeting and sat in front of me facing me while I was standing, I noticed he was**

1334    **not one of our team's members, but I didn't know who he was, he had his computer facing**

1335    **him against me. when I looked at him to find out what he was doing, he started to quiver**

1336    **with hate, and I didn't know what he was doing.**

1337    Some of the software developers' team's members were angry at me because they thought I was

1338    the one behind briniging this broadcaster/ the radio station of Jeff Detrow & Jerry Cesak in San

1339    Diego, Ca to UPS and to one of our software developers' meetings.

1340

1341    (Jerry Cesak whose origin is Jewish) was admitted the second time in **UPS/Mail Box Etc, in our**

1342    **software engineering department, he entered the building babbling within himself. As soon**

1343    **as he entered, few cowokers looked at me with anger as if I was the one behind admitting**

1344    **him. Jerry was saying things no one could understand except me.**

1345

1346    (Jerry Cesak whose origin is Jewish) was admitted the third time in **UPS/Mail Box Etc, parking**

1347    **lot. He parked very close to my car, sitting in the passener's seat, waiting for me to get out**

1348    **of the building, to see him innocently sitting in his car, reading the holly book, torrah.**

1349

1350    The sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak made my previous

1351    coworkers from Innovative enterprise solution speak to me politics and religions in the air before

1352    Jesus bowed down to me.

1353

1354

1355    One of the hardware and network department engineers, Sam Tobia was saying in Arabic exactly

1356    what I was typing and thinking by going to the network room and he was indoctrinated to say

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

1357    what the sick illegal force using highly paid professional secret assigned unscrupulous spirits'

1358    robbers with unethical and no decency, was telling him to say through phone speaker. The name

1359    of the employee is Sam Tobia.

1360

1361

1362    At that time, I would never think about making connection between what the source inside this

1363    4.5 History of the sick illegal force authentic motive item 1 to 14:, please 4.5 History of the sick

1364    illegal force authentic motive item 1 to 14, did and what was happening at my workplaces

1365    because I couldn't believe they involved my bosses, managers, big celebrities, radio stations,

1366    president of USA in this crime. Things didn't make sense to my previous employers and

1367    employees because they didn't know this force was psychic reading me loud and they thought

1368    what was playing in the air was stupid, fool, crazy, and trivial. I didn't believe this illegal force

1369    used or harnessed voices to rape, empty, and rob the nook of my private brain secretly making

1370    busy with complains against the situation - the fraud and scam - that was imposed on me in

1371    specific.

1372

1373    One of the people from the upper management threw words on me with wrinkling his face asking

1374    me to ignore by saying "they are stupid… crazy people … they are saying garbage…"

1375

1376    In 2003, I and some of my previous coworkers were asked to go to a meeting inside one of the

1377    UPS' buildings, we had to pass the reception area, at that time I hadn't had any complain to my

1378    boss/Minda McAllister because of previous workplaces' bad experience, I was worried the UPS

1379    administration would lay me off for my complain and I always needed to work, also Minda

1380    McAllister was participating like it was fun thing to do in the air when she hadn't have any clue

1381    this illegal force was psychic reading me loud although she knew all of the voices were imposed

1382    on me. Anyway, when I and my previous coworkers passed the reception area, someone from the

1383    sick illegal force directed one of my previous coworkers to get something and asked me to stand

1384    by the door that goes to the other buildings, this coworker did it on purpose because he was told

1385    to do so, he was looking at me and smiling because he didn't know what was going on, he

1386    thought he was doing it for fun or as respect. While I was waiting by the door for my other

1387    coworker to come back, there was a lady that I hadn't seen before, I believe she was a customer,

1388    she was sitting in the reception area. this lady that I had never seen before, she sat straight,

1389    looked at me in the eye, after she got a sign from the receptionist as if she was looking for

1390    someone and the receptionist smiled and shook her head as if gesturing with "Yes, it is her".

1391    Then this lady closed her eye towards me and showed only her eyes' white parts and started to

1392    do something like psychic reading me or hypnotizing me. She was directed to stare at me in a

1393    very weird way, she was psychic reading me with blinking eyes eyes with only white and doing

1394    some stuffs I couldn't recognize.

1395    During that period, before 2004, the voices and noises were everywhere and very loud at my

1396    workplaces and at my neighbor. I was wondering why that lady would do this action to me. Even

1397    if she wanted to psychic read me, she would never do this for 3-5 minutes.

1398    For almost two months, after seeing that lady in the UPS reception area was psychic reading me

1399    with closed eyes but showing only white in it, I noticed three random events to cover the sick

1400    illegal force banned crime – banned crime of psychic reading me and spirits' robbing my private

1401    brain in advance to sell and do huge projects.

1402    First event, the sick illegal force was bringing American Iraqi people from my community

1403    chatting with me at night and sung for me. Second event, this illegal force taped all UPS

1404    employees' and my previous employers' employees' voices and noises and made me hear them

1405    at night in the private air. The third event which the real banned crime was, I noticed after

1406    sleeping at night, and before waking up and opening my eyes before sunrise, I was moving my

1407    lips as if I was speaking in my sleep answering questions to people from American iraqi and

1408    non-American iraqi communities, also, the sick illegal force had brought people to say whatever

1409    I was saying in my sleep loud in the private air loud.

1410    After period of time, Jesus bowed down to me forcing me to help the White House during Bush

1411    tenure with suggested solutions. I noticed when I was helping the White House, my eyes were

1412    hurting very bad.

1413

Written by: Zinia Boutros                                                            Page 67 of 895

Case 3:18-cv-02388-H-WVG   Document 23   Filed 03/07/22   PageID.342   Page 68 of
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis
560
March 2, 2022

1414    Later, after my federal case in April 2016, 16-cv-0101-H-WVG, I found out he was quivering to

1415    trigger something in me so the assigned spirits' robbers, rob the item from the nook of my

1416    private brain.

1417

1418    Since 2004, I have been complaining to Minda McAllister when I was inside and outside UPS

1419    but I got no answer.

1420    Since 2001, Minda McAllister has been participating in this hurly-burly voices without

1421    understand this imposed an painful, harmful, intolerable, unacceptable and inappropriate

1422    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me by

1423    Illegal Force which was plotted to rape, rob, empty FOR MONEY PURPOSE SECRETLY

1424    WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE the

1425    nook of my brain with its inventions' harvests, talents, efforts, styles and ways in advance

1426    secretly through assigned psychic readers, hypnotists, and other types of witching no one

1427    understand. the sick illegal force, secretly, created intolerable and unacceptable environment and

1428    were acting deliberately against the law, infringing my civil rights.

1429    The UPS administrative staffs' excuses in admitting the sick illegal force, the voices and noises,

1430    have been playing everywhere.

1431    Regardless of where the voices and noises were playing, my response was/is this imposed

1432    painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2,

1433    and 4.3 for the Illegal Force's definition, was not supposed to be admitted inside the UPS'

1434    building specifically where I was sitting and asking previous coworkers to say whatever I was

1435    doing loud without knowing.

1436

1437  Since 2004 until now, after I left UPS, Minda McAllister voice kept playing by the sick illegal

1438  force in other workplaces and wherever I went. Tim Davis voice was playing in the air after

1439  2012.

1440  After filing my federal case in April 2016, 16-cv-0101-H-WVG, Minda McAllister and Tim

1441  Davis voices kept playing by the sick illegal force wherever I went.

1442

1443  UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

1444  my computer science degree into trash making me beg for work to keep my social security in

1445  order to derail me from writing the image of the New Cycle of Adam Eve.

1446

1447  UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

1448  my computer science degree into trash making me beg for work to keep my social security in

1449  order to derail me from writing the image = New Cycle of Adam Eve

1450  the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

1451  degree person are the same making me beg for social security! I never needed anyone to make

1452  my living, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and

1453  inappropriate situation - the secret scam and fraud situation that no one has had clues to its

1454  reasons, - in my career since 1997 for sake of robbing my future and steal the masterpieces of my

1455  image making tremendous wealth.

1456

1457  I have been asking the UPS, UPS/Minda McAllister, UPS/Tim Davis to file lawsuit and take

1458  civil actions against the sick illegal force that passed the law and security with me since 2001 but

1459  I got no response due to their cooperation with this Illegal Force.

1460

1461    the sick illegal force used assigned spirits' robbers, to psychic read my life and indoctrinating

1462    random coworkers to speak my private life and my brain mixed with garbage loud inside UPS

1463    and all companies after UPS including my last employer Willis Towers Watson forcing

1464    extremely clog and freeze to me so others raise on top of my shoulder by selling my private sole

1465    unique items secretly without my knowledge and permission. the sick illegal force used assigned

1466    spirits' robbers, for sake of robbing my private brain and sell to scientists, investors, big

1467    celebrities, Hollywood inside and outside USA, all on account of my health, career, and personal

1468    life destruction since 1997 with low volume and since 2001 loud causing hurly burly voices with

1469    intolerable and unacceptable environment that no one could stand while the spirit's robbers rob

1470    the nook of my private brain and sell!

1471    The imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer

1472    to 4.1,4.2, and 4.3 for the Illegal Force's definition, repeated itself in all companies after UPS

1473    including Solar Turbines and Willis Towers Watson making all the coworkers hear the big

1474    celebrities and all current and previous presidents of USA in 2016 and other countries. The

1475    voices in Willis Towers Watson were only around were I used to sit.

1476    Some other previous coworkers' eyes' vessels were exploding from anger because it was

1477    horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

1478    fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

1479    get rid of, but with laying me off.

1480    I have been screaming since 2001, deliberately, this illegal force created incorrect illness in my

1481    health record - hearing your fool voices - Schizophrenia illness! then a cyst was formed inside

1482    my body because of this situation in 2003, later random blood pressure was developed when I

1483    was terminated from Solar Turbine and hired in Willis Towers Watsos!

1484

1485

1486    Read Jostens Learning Corp first

1487    More Jostens Learning Corp. 1997:

1488    I didn't know there was radio station in Jostens learning Corp, I thought someone was using

1489    sound editing and talking to me. I asked one of my close coworker about that imposed painful,

1490    harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

1491    the Illegal Force's definition, she said, "it has nothing to do with you "

1492    although the voices were speaking to me and I was wandering what I have said to each coworker

1493    and to each previous coworker. The voices were psychic reading me randomly loud and I was

1494    shocked and couldn't believe what this force were doing to me through my employer, my

1495    managers, my coworkers.

1496    In this company, the voices were all about me. The voices affected my work, so I started to go in

1497    the weekend to do my work. Since the sick illegal force was after me psychic reading my private

1498    brain day and night, the voices were inside Jostens Learning Corp in the weekends but with echo

1499    effect to make the situation sound stupid as if I was hallucinating if I ever asked. I asked a lot

1500    about the voices, but I was ignored!

1501

1502     the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca. went above and beyond to

1503    trigger the new cycle of Adam and Eve and rob through secretly in advance without my

1504   permission and knowledge forcing hurly burly situation so I get busy in troubles with everyone

1505   and never think about my image – the new cycle of Adam and Eve.

1506

1507   By going back to my memories in Jostens Learning Corp. 1997, and through formulas with the

1508   Creator starting in 2007, I found out the sick illegal force was asking each person in the company

1509   to do something to trigger the new cycle of Adam and Eve, rob and tweak to make tremendous

1510   money. At Jostens, I was sent indirectly by my manager to the IT department upstairs the office

1511   of the guy that looked at my genitals first. My manger requested from me to go to the IT

1512   department per request from the sick illegal force led by Je and jer. I was sent to this coworker's

1513   office to trigger something in me related to the new cycle of Adam and Eve without this

1514   coworkers' knowledge. the sick illegal force went above and beyond wanting to trigger the new

1515   cycle inside me, rob my private brain, and tweak.

1516

1517   Later, when my manger and that coworker who started looking at my genital first came to

1518   apologize, I was frozen, and my body couldn't turn around to say "OK" from the voices that were

1519   speaking to me for almost one month.

1520

1521   Harry Potter and Jostens Learning Corp:

1522

1523   I dont work with this kind of robbers! you used indirectly highly paid secret like  the rotten to the

1524   core,Mario the Minyook - Romio's brother, The American-Iraqi, Majid Sabeah Mighael, Salah

1525   Alzughbi, Rafi Oghassabian in raping, emptying, robbing all sole unique items of Harry Potter

1526   after tweaking from the nook of my private brain with their harvests, efforts, and talents of my

1527   creativities and inventions' designs, techniques, styles, ways and they even robbed the skeleton

1528   of each item with its animation precisely

1529   When J.K. Rowling started Harry Potter, she was living on the government! the sick illegal force

1530   reversed my life to make me live on government by psychic reading through highly paid

1531   professional secret assigned unscrupulous spirits' robbers with unethical and no decency, my

1532   future. When they saw parts of the image of the new cycle of Adam and Eve were very pretty,

1533   they decided to rape, empty, and rob all the harvests, efforts, talents, styles,and ways of one of

1534   my sole unique items' formulas inside the nook of my private brain in advance secretly to J.K

1535   Rowling while smashing me with shoes at my workplace meaning = causing extremely painful

1536   layoff in a very funny and trivial ways making the incidence happy on account of my health,

1537   career, and personal destruction. They plotted deliberately and secretly to impose J.K. Rowling

1538   life before Harry Potter on me while she gets my sole unique items – they gave her my brain and

1539   they reversed my life to live on government.

1540   since the eighties and nineties, through highly paid professional secret assigned unscrupulous

1541   spirits' robbers with unethical and no decency, the radio station of Jeff Detrow & Jerry Cesak in

1542   San Diego raped, empties, robbed all sole unique items from the nook of my private brain with

1543   their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles

1544   and ways and even robbed the skeleton of each item with its animation precisely from the nook

1545   of my private brain – my black box for themselves and robbed to sell for others and J.K Rowling

1546   on golden plate on account of my health, career, and personal life destruction – health, career,

1547   and personal destruction.

1548

1549

1550   the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca.

1551   using highly paid secret highly paid assigned spirits' robbers, was pointed to infringe my life as a

1552   whole by Mario – Romio's brother, Salah Alzughbi, Rafi Oghassabian, and Mazin Yonan's wife

1553   to throw my fortune [fortune of my career, personal life, and health, and the new cycle of Adam

1554   and Eve] in the streets.

1555

1556   In November 2016, after formulating with the Creator, I found out many projects have started in

1557   the eighties and nineties that were based on my private brain. As the highly paid assigned secret

1558   were psychic reading my private brain day and night 24 hours a day without stop to monitor the

1559   image, they were raping, emptying, and robbing each protentional item that could be part or not

1560   of the new cycle of Adam and Eve but suitable to create a project from it.

1561

1562   Of course, not all the sole unique items inside my private brain were clear for the in the eighties

1563   and nineties, so the sick illegal force 's members plotted a strategy to steal, enjoy and rapture on

1564   account of my health, career, and personal life destruction as much as they could by creating

1565   projects and kept updating the project as they psychic read my private brain every day 24

1566   hours/day.

1567

1568

1569   ZINZIN As I stated before, I started to formulate with Jesus since 2004 because He bowed down

1570   to me and per His request I started to write starting 2007, in late 2016, around November 2016,

1571   after filing my federal case against the previous presidents of USA due to their unresponsive

1572   action to my screams against the imposed painful, harmful, intolerable, unacceptable and

1573    inappropriate situation in my previous employers' buildings, I was persistently formulating with

1574    the Creator, I found out some of the projects that were emptied, robbed, and raped by the sick

1575    illegal force through secret highly paid assigned spirits' robbers, from the nook of my private

1576    brain – my black box started in the eighties and nineties. These projects were sold inside and

1577    outside USA.

1578    One of the projects that was stolen from the nook of my private brain was the series of Harry

1579    Potter that was written based on the style and design of one of the items inside my private brain

1580    after using highly paid secret highly paid assigned spirits' robbers, the sick illegal force tweaked

1581    the private sole unique sub items of this item as 1 to 10 subjects with my own design and stryle

1582    from my brain, then sold the story of Harry Potter little by little to J.K Rowling to write while

1583    monitoring my private brain every day and giving more and more.

1584

1585    I found out Harry Potter was a huge placeholder sold outside USA deliberately and was brought

1586    to USA in the nineties. This Harry Potter project was tweaked from the new cycle of Adam and

1587    Eve that was installed by the Creator inside me.

1588    This Harry Potter project was psychic read and spirit robbed in advance from my private brain,

1589    had included my day and night dreams, my private data, my personal life, the imposed painful,

1590    harmful, intolerable, unacceptable and inappropriate situation [imposed fraud and scam in my

1591    career using secret highly paid assigned spirits' robbers ], in my life that started in the eighties

1592    secretly, continued with low volume in the nineties and persisted with high volume starting 2001.

1593    Also, it had included my formulas with the Creator under this imposed painful, harmful,

1594    intolerable, unacceptable and inappropriate situation on me – they were psychic reading my life

1595    with its all surrounded events starting 2001 in advance in the eighties and nineties, tweaked them

1596    and were given to the Author of Harry Potter, J.K. Rowling secretly.

1597    This Harry Potter project was tweaked from my private brain and given secretly to the Author of

1598    Harry Potter, J.K. Rowling.

1599    This Harry Potter project was requested from me by the Creator.

1600    This Harry Potter project was robbed to outside USA to distance the banned crime from USA –

1601    banned crime of psychic reading me secretly by Mario – Romio's brother, Salah Alzughbi in

1602    SDSU, and Rafi Oghassabian, Rafi Oghassabian is husband of Nadia Hammi, and pointing the

1603    sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego ca with their

1604    secret highly paid assigned spirits' robbers, on me.

1605

1606    Since the sick illegal force had no idea what my image was in the eighties and nineties or the

1607    image was not clear for the secret highly paid assigned spirits' robbers, its members asked the

1608    secret to rape, empty, and rob every single item relates to Harry Potter from my private brain that

1609    had potential growth 20 years in advance and sold to J.K Rowling so I would never have the

1610    chance to grow in it and they control the situation.

1611    Since the eighties, the sick illegal force was persistently raping, emptying, and robbing FOR

1612    MONEY PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND

1613    THE PUBLIC KNOWLEDGE each item relates to Harry Potter or whatever they were

1614    perceiving, creating huge placeholders inside Harry Potter from the nook of my private brain

1615    until the image of the new cycle of Adam and Eve became clearer to its members.

1616    the sick illegal force persisted in this filth banned crime – banned crime of secretly psychic and

1617    spirits' reading until today's date where the image of the new cycle of Adam and Eve became

1618  clearer for the secret assigned psychic readers and spirits' robbers - the less than animal creatures

1619  where animals are much higher than them. As the image of the new cycle of Adam and Eve

1620  became clearer every day, especially after Jesus bowed down to me starting 2004, after He asked

1621  me to write starting 2007, and after my formulas with the Creator, more sole unique items related

1622  to Harry Potter were stolen, tweaked, and created from the nook of my private brain.

1623  This banned crime kept going on while I was complaining to the USA authorities – White House

1624  since 2004. This banned crime kept going on after filing my federal case in April 2016, 16-cv-

1625  0101-H-WVG without stop and after my persistent complains to the White House, my previous

1626  employers, celebrities, and Media.

1627

1628  These huge placeholders inside Harry Potter were tweaked from the new cycle of Adam and Eve.

1629  Since the original image of the new cycle of Adam and Eve is mine, I know each item, phrase

1630  and symbol in these robbed huge placeholders and why they were created.

1631

1632  I can take the oath in the federal court to explain through writing.

1633

1634  The owner of Harry Potter, J.K Rowling was giving her traits of my private brain's

1635  impersonation and kept enhancing the owners' impersonations to mimic my brain until today's

1636  date as the sole unique items grew in my private brain.

1637  Deliberately, the sick illegal force was creating bad and good incidences and situations in the

1638  author's life to mimic my private brain.

1639

Written by: Zinia Boutros                                              Page 77 of 895

Case 3:18-cv-02388-H-WVG Document 23 Filed 03/07/22 PageID.352 Page 78 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis March 2, 2022

1640  This illegal force psychic read, through highly paid professional secret assigned unscrupulous

1641  spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

1642  cycle of Adam and Eve were very pretty, they decided to rape, empty, and rob all the harvests,

1643  efforts, talents, styles,and ways of one of my sole unique items' formulas inside the nook of my

1644  private brain in advance secretly to J.K Rowling while smashing me with shoes at my workplace

1645  meaning = causing extremely painful layoff in a very funny and trivial ways making the

1646  incidence happy. No one knew the real reason.

1647  The situation was imposed on me since 2001 loud and since 1997 with low volume.

1648

1649  zzzz

1650  In 1997, when I was in Jostens learning Corp, I did 2 things related to my career that impressed

1651  others at that time, since the sick illegal force was psychic reading me day and night, they

1652  promptly admitted themselves in the company through the company's human resource and

1653  created troubles by psychic reading me loud.

1654  Since this illegal force was spirit robbing - me starting in the eighties, in the nineties, the sick

1655  illegal force saw there was huge potential for me of big growing in my career inside Jostens

1656  Learning Corp or to do something very big in my own, they admitted themselves in a very funny

1657  way in my employer's building/ Jostens Learning Corp and smashed me with shoes in a very

1658  funny way = they psychic read me loud, befuddled and baffled me and driving me crazy and

1659  caused my painful layoff and they started harry Potter. I thought one of my coworkers caused

1660  this trouble to me and I was very mad, I didn't know there was radio station in the building that

1661  was psychic reading me loud fors sake of robbing my private brain secretly, and I thought

1662  someone was using sound editing to joke with permission of my manager. The intention was to

1663    steal, enjoy and rapture on account of my health, career, and personal life destruction my fortune

1664    of my career and the new cycle of Adam and Eve secretly. In 2004, the Creator bowed down to

1665    me and I started to help USA, later the economy raised in USA. Starting 2007, the Creator asked

1666    me to write and formulate with him to find all the robberies and J.K Rowling was given one sole

1667    unique items of the robberies!

1668    ! the sick illegal force clogged and froze me so strangers raise on top of my shoulder. Harry

1669    Potter is 100% from my private brain but tweaked!

1670    I kept complaining about the situation in Jostens Learning to my manager, Debbi Linder but

1671    Debbi Linder told me at the end in a very angry way because she didn't know what was going

1672    on, "this is how we are " and I complained to the vice president and I got painfully laid off.

1673    After I left Jostens Learning Corp, I was very relieved from the voices and I was so relaxed after

1674    that layoff because I was very stressed out from that imposed painful, harmful, intolerable,

1675    unacceptable and inappropriate situation – psychic reading me loud.

1676    After I left Jostens Learning Corp, this force followed me everywhere in only English speakers

1677    in the air and I prayed to forget because if I ever said to anyone, they would accuse me with

1678    craziness.

1679    Also, at that time, I saw the trailer of Harry Potter, I sensed it was from my brain.. the story was

1680    mine but I couldn't say to anyone because I had no proof, I prayed to forget because I saw my

1681    private brain the street – it was very uncomfortable, intolerable, unlivable situation that lead to

1682    craziness just like my reaction to the loud voices in 2001, I turned off all TVs and Radios.

1683    I called the administration of Jostens Learning Corp and my previous closed coworkers many

1684    times but I got no response.

1685

1686   MASI:

1687   After the Jostens Learning Corp's layoff, someone called me to do a project for a singer who had

1688   interest in Venus and Mars, he gave me a CD with title - Venus and Mars - and asked me to

1689   listen that CD while designing that small project for the singer. This person was fraud and took

1690   the initial design of the project and left the CD for me. He was sent by the sick illegal force led

1691   by the radio station of Jeff Detrow & Jerry Cesak in San Diego, ca.

1692    the sick illegal force went above and beyond to trigger what I have simplified and explained in

1693   my emails to president bush and White House about Mars because I was speaking to the Creator

1694   and his crew, the sick illegal force wanted to trigger all of sole unique items of the new cycle. All

1695   of these sole unique items are parts of the Creator's installation inside me and we have to follow

1696   certain business rules to do.

1697

1698   Also, after the Jostens Learning Corp's layoff, the sick illegal force led by the radio station of

1699   Jeff Detrow & Jerry Cesak in San Diego plotted to give me an interview with MASI for more

1700   than 3 hours with 6-14 employee they were entering the conference room to listen to my

1701   answers. The questions were prepared by the sick illegal force according to the project that I was

1702   interviewed for as the sick illegal force using assigned spirits' robbers, were monitoring my

1703   private brain day and night to rape, rob, empty FOR MONEY PURPOSE SECRETLY

1704   WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE, the

1705   nook of my private brain, enjoy and rapture on account of my health, career, and personal life

1706   destruction whatever potential important item they perceive with its inventions' harvests, efforts

1707   talents, styles, ways and they even robbed the skeleton of each item with its animation precisely

1708   for others so I never grow. I knew the answers because I took classes and none of MASI

1709    employees at that time was taking classes. Later after 2 years, I was hired by MASI in 5-10

1710    minutes and I saw whatever I said in that interview in code inside a project. I didn't stay in

1711    MASI more than one month and left because of the nasty hurly burly voices of strangers

1712    speaking to me through phone speakers saying my brain, whatever I was typing, whatever I was

1713    doing at my cubical desk with raising quivering jealousy criticism against me loud to make me

1714    feel uncomfortable and I thought they had camera on me.

1715

1716    Please read Solar Turbines Added to Solar Turbines:

1717

1718     the radio station of Jeff Detrow & Jerry Cesak followed me inside Solar Turbines parking lot in

1719    a car, opened the window, and showed me someone sitting in passenger seat, both looking at me

1720    impressed with shaking their faces from top to bottom. This person who was sitting in the

1721    passenger seat was scary with very long bear, a bear that had no end.

1722    Another time, the radio station of Jeff Detrow & Jerry Cesak showed in car gesturing to me and

1723    showing me that they are psychic reading me by doing something I don't do in public but only at

1724    home.

1725     the radio station of Jeff Detrow & Jerry Cesak were trying to be defiant in case I mention these

1726    incidences in the future, people will think I am crazy person and laugh.

1727

1728    During my employment in Solar Turbines, one of the members of the radio station of Jeff

1729    Detrow & Jerry Cesak in San Diego, Ca., Jeff Detrow followed me near the parking lot of Solar

1730    Turbines at 5am in the morning, opened his passenger's window to show me someone scary with

1731    very long bear as if he wanted to introduce me to him indirectly with shaking his face and the

1732  passenger's face up and down and gesturing in his hand towards the scary passenger. The

1733  passenger was wearing from the top something weird and scary related to what this radio station

1734  was involving me in during their psychic reading me and communicating with me to get me out

1735  of the new cycle of Adam and Eve.

1736

1737  Also, one of the members of the radio station of Jeff Detrow & Jerry Cesak in San Diego, Ca.,

1738  either Jeff or Jerry followed me near the parking lot of Solar Turbines in one of the intersection

1739  to show me something I do at home no one knows about just to give me a sign that He is being

1740  psychic reading me.

1741

1742

1743  Camp Pendleton:

1744   the radio station of Jeff Detrow & Jerry Cesak visited Camp Pendleton during my employment

1745  there in 2010-20111 and said

1746  " Mazin Yonan!  ...... Zinia is ass hole!" the the radio station of Jeff Detrow & Jerry Cesak,

1747  since you were allowed to be inside Camp Pendleton secretive buildings where my coworkers

1748  had no clues what the voices were there for except me and I had to ignore because I was

1749  intensively formulating with the Creator since 2007 in the middle of the imposed painful,

1750  harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

1751  the Illegal Force's definition, and working in that camp spending 2 hours of drive from El Cajon

1752  to the Camp, you need to say the story loud in CNN! Criminals!!!

1753

1754    Some other previous coworkers' eyes' vessels were exploding from anger because it was

1755    horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

1756    fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

1757    get rid of it other with laying me off.

1758

1759

1760    At Willis Towers Watson before April 2016, 16-cv-0101-H-WVG,

1761    Please read Willis Towers Watson

1762    this illegal force with less than animal mentality made two coworkers say something from my

1763    private brain loud, then this force through phone speakers made stranger say loud inside the

1764    building in a very ill-mannered and despised way "we are reading you! is that why! HU Hu is

1765    that why ????"

1766    Some polite coworkers said in the private air inside the building "this is very good! The

1767    presidents of USA are after this!"

1768    Some contractors chose to work far away from me because of this imposed painful, harmful,

1769    intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

1770    Illegal Force 's definition,. In Solar turbines, I wanted to find a space in my time to write but I

1771    couldn't because of the imposed painful, harmful, intolerable, unacceptable and inappropriate

1772    situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, that flipped my life

1773    upside down. I had to fix what this force ruined in my life and I had to be determined when I was

1774    employed by Willis Towers Watson to write my federal case that I submitted in April 2016, 16-

1775    cv-0101-H-WVG and I was at the end of writing my federal case when the painful layoff

1776    occurred.

March 2, 2022

1777  Willis Towers Watson have been participating since April 2016, 16-cv-0101-H-WVG in the

1778  private air through this illegal force.

1779

1780  Some other previous coworkers' eyes' vessels were exploding from anger because it was

1781  horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

1782  fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

1783  get rid of it but with harsh painful lay off.

Written by: Zinia Boutros

Case 3:18-cv-02388-H-WVG    Document 23    Filed 03/07/22    PageID.359    Page 85 of
560
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

1784

1785    Before I left Willis Towers Watson, the receptionist brought 2 coworkers, I don't know, from

1786    other floor in the building to pass by my cubical desk and shake their heads with giving the

1787    gesture of impressed!

1788    Before my layoff in one month, I gave my employer's phone to mortgage company for

1789    employment verification. A mortgage company called the human resources to verify my

1790    employment and the staff member told the mortgage I wasn't an employee there. When I called

1791    the human resource to find out the reason. The human resources staff member put me on hold, I

1792    heard whispering on the phone "Hush! She is still here.. Hss", then another staff came, asked me

1793    to let the mortgage company call again to verify employment by asking to speak to her.

1794    When I left Willis Towers Watson, human resources staff member spoke to me in the phone

1795    while I was complaining about the voices in front Christina Rensfield, and the staff

1796    recommended to me to call a HELP number and get disability denying the voices inside the

1797    building. When I spoke to Christina Rensfield after I sent a letter to her and Mark Y.

1798    Tomonaga/Developer Team Lead, Christina told me you wrote the truth – you said it all in your

1799    email to me and Mark.

1800

1801    None of my previous employers wanted to deal with this imposed painful, harmful, intolerable,

1802    unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's

1803    definition, thinking it was a trivial and a joke due to the way was manipulated without anyone

1804    realizing the sly, wrongful, and unscrupulous control by this Illegal Force on me at my

1805    workplace. Also, if I had ever complained, everyone at workplace would open their eyes like

March 2, 2022

1806   bulbs saying loud "why? What did we do?" unless I write the whole story in the federal court,

1807   then, they all understand.

1808   Inside my previous employer willis towers Watson Some other previous coworkers' eyes'

1809   vessels were exploding from anger because it was inappropriate imposed painful, harmful,

1810   intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

1811   Illegal Force's definition, at workplaces and didn't know how to get rid of it but with harsh

1812   painful lay off.

1813   Some other previous coworkers' eyes' vessels were exploding from anger because it was

1814   horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

1815   fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

1816   get rid of it but with harsh painful lay off.

1817

1818

1819

1820   Pleas read Solar Turbines

1821   Please read Solar Turbines Added to Solar Turbines:

1822

1823   the radio station of Jeff Detrow & Jerry Cesak followed me inside Solar Turbines parking lot in

1824   a car, opened the window, and showed me someone sitting in passenger seat, both looking at me

1825   impressed with shaking their faces from top to bottom. This person who was sitting in the

1826   passenger seat was scary with very long bear, a bear that had no end.

1827   Another time, the radio station of Jeff Detrow & Jerry Cesak showed in car gesturing to me and

1828   showing me that they are psychic reading me by doing something I don't do in public but only at

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis

March 2, 2022

1829    home.

1830    the radio station of Jeff Detrow & Jerry Cesak were trying to be defiant in case I mention these

1831    incidences in the future, people will think I am crazy person and laugh.

1832

1833    During my employment in Solar Turbines, one of the members of the radio station of Jeff

1834    Detrow & Jerry Cesak in San Diego, Ca., either Jeff or Jerry followed me near the parking lot of

1835    Solar Turbines at 5am in the morning, opened his passenger's window to show me someone

1836    scary with very long bear as if he wanted to introduce me to him indirectly with shaking his face

1837    and the passenger's face up and down and gesturing in his hand towards the scary passenger. The

1838    passenger was wearing from the top something weird and scary related to what this radio station

1839    was involving me in during their psychic reading me and communicating with me to get me out

1840    of the new cycle of Adam and Eve.

1841

1842    Also, one of the members of the radio station of Jeff Detrow & Jerry Cesak in San Diego, Ca.,

1843    either Jeff or Jerry followed me near the parking lot of Solar Turbines in one of the intersection

1844    to show me something I do at home no one knows about just to give me a sign that He is being

1845    psychic reading me.

Written by: Zinia Boutros

Page 87 of 895

March 2, 2022

1846

1847

1848    The imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer

1849    to 4.1,4.2, and 4.3 for the Illegal Force's definition, repeated itself in all companies after UPS

1850    including Solar Turbines and Willis Towers Watson making all the coworkers hear the big

1851    celebrities and all current and previous presidents of USA in 2016 and other countries. The

1852    voices in Willis Towers Watson were only around where I used to sit.

1853

1854    Accusations against the sick illegal force :

1855    Please read all chapters to digest what the sick illegal force has done to me with jokes.

1856    *Please refer to 4.5 History of the sick illegal force authentic motive,* to do your investigations

1857    and find out how the sick illegal force started and who they are after contacting the radio station

1858    of Jeff Detrow & Jerry Cesak and all witnesses. Please ask the white House, my workplaces, and

1859    all the involved people that I heard in the air, *Please refer to 4.10 Illegal Force harnessed hurly*

1860    *burly voices and 4.11 Illegal Force phrases thrown in the air on me.*

1861

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

1862    **2.**    Accusations against the presidents of USA led by the current president Trump for

1863    supporting the sick illegal force and speaking to me through the sick illegal force in the private

1864    air without responding to my emails under this intolerable imposed painful, harmful, intolerable,

1865    unacceptable and inappropriate situation – the secret scam and fraud situation that no one has

1866    had clues to its reasons, that is giving freedom and advance to the sick illegal force to rape,

1867    empty, and rob the nook of my private brain more. I have already filed a federal case against the

1868    previous presidents - President Bush, President Obama, and President Bill Clinton and Mrs.

1869    Hilary Clinton. This case is like my federal case filed in April 2016, 16-cv-0101-H-WVG.

1870

1871    I don't know the origin of Jeff Detrow and Jerry Cesak, they could be middle easterners,

1872    European, south American, or north American with Christians or Jews religious, or even atheists,

1873    but they were definitely pro Jews.

1874

1875    usa White House, law and security at my workplaces has been oppressing, persecuting,

1876    aggrieving me in mocking way through this illegal force and I perceived what it had done to me

1877    at my previous workplaces was thoughtful planned plot by the sick illegal force where USA

1878    White House, law and security are complicit in it to rape, empty, and rob the private the private

1879    nook of my brain – my talented black box and give away to others so I never grow. This illegal

1880    force has been emptying every single item from my brain and paralyzing me.

1881    I had been doing great at my workplaces just like other coworkers who have been at their work

1882    for more than 7-10 year while I couldn't stay in one company for 1 year since 1997 and there

1883    was no reason for lay off other than this planned thoughtful plot to rob my future and my image

1884    through spirit's robbers – the Creator's preparations and installation inside me in USA.

1885

1886  1.  Since 2004, I have been in contact with the White House complaining at the sick illegal force
1887  but there was no response on account of my health, career, and personal life destruction.

1888

1889  2.  Since 2004, I have been thinking loud and formulating my image, my image twisted the steer
1890  of the presidential house into completely a new vision where none of the previous USA
1891  presidents knew how to do before on account of my health, career, and personal life destruction.

1892

1893  The formula of my image didn't occur in President George Bush time, but it bloomed in
1894  President Obama's time and boosted the USA economy on account of my health, career, and
1895  personal life destruction.

1896

1897  The presidents made tremendous wealth-millions from implementing the image they got from
1898  my emails and from the sick illegal force that robbed the nook of my brain on account of my
1899  health, career, and personal life destruction, then sold to them.

1900

1901  3.  Since 2012 I have been respecting the White House to speak to me about this sole situation
1902  but I was ignored. At the same time, I saw the White House was having contracts with
1903  companies where the sick illegal force sold pieces of the image to them on account of my health,
1904  career, and personal life destruction.

1905

1906  4.  I have been asking the White House to file lawsuit and take civil actions against the sick
1907  illegal force that passed the law and security with me since 2001 but I got no response due to its
1908  cooperation with this Illegal Force.

1909

1910    5.  There is no reason for this White House action other than having the desire to be Zinia

1911    Boutros without Zinia Boutros as they took my image as BIG STEAL and made tremendous

1912    wealth-millions from my image.

1913    **3.**    Accusations against the sick illegal force led by the radio station of Jeff Detrow & Jerry

1914    Cesak:

1915

1916    I don't know the origin of Jeff Detrow and Jerry Cesak, they could be middle easterners,

1917    European, south American, or north American with Christians or Jews religious, or even atheists,

1918    but they were definitely pro Jews.

1919

1920    Reason: the sick illegal force acted deliberately against the law, infringing my civil rights where

1921    they passed the White House, military, and police since 1997. Please read chapter 4 Illegal Force

1922    to do your investigations and find out how the sick illegal force started and who they are after

1923    contacting the radio station of Jeff Detrow & Jerry Cesak and all witnesses in this document.

1924    Please ask the white House, my workplaces, and all the involved people that I heard in the air,

1925    Please refer to 4.10 Illegal Force harnessed hurly burly voices and 4.11 Illegal Force phrases

1926    thrown in the air on me.

1927

1928    Please read all chapters to digest what the sick illegal force led by the radio station of Jeff

1929    Detrow & Jerry Cesak have done to me with jokes.

1930    Please refer to 4.5 History of the sick illegal force authentic motive, to do your investigations and

1931    find out how the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak and all

1932   witnesses. Please ask the white House, my workplaces, and all the involved people that I heard in

1933   the air, <u>Please refer to 4.10 Illegal Force harnessed hurly burly voices and 4.11 Illegal Force</u>

1934   <u>phrases thrown in the air on me</u>.

1935   **4.**      Other Accusations: Will be furnished later

1936

1937

1938

1939

1940

1941

1942

1943

1944

1945

1946

1947

1948

1949

1950

1951   <u>Witnesses:</u>

1952   White House: Main Witness for my image, <u>please refer to chapter 3 The image</u>, since 2003-now:

1953   President George W. Bush and Former First Lady of the United States, Mrs. Laura Bush.

1954   President Bill Clinton and Former First Lady of the United States - Hillary Clinton

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                March 2, 2022

1955

1956   White House: Main witnesses for the damages since 2012-2016:

1957   President Obama and First Lady, Michelle Obama

1958

1959   Employers: Main witnesses from previous employers since 2001 I am not speaking to because of

1960   this imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer

1961   to 4.1,4.2, and 4.3 for the Illegal Force's definition, :

1962   MailBox Etc, Ups Store:

1963   Director of Engineers: Minda McAllister

1964   President of UPS: Tim Davis

1965

1966   Other Career: Main witnesses from workplace since 2001 I am not speaking to because of this

1967   imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to

1968   4.1,4.2, and 4.3 for the Illegal Force's definition, :

1969

1970   Deb Linder

1971   Gaizka Navarro

1972   Please read the contact list at the beginning.

1973

1974   Witnesses from primary doctors:

1975   Please read the contact list at the beginning.

1976   Doctor Prachi A. Karnik, M.D.

1977   1240 Broadway Ave., El Cajon, Ca 92021

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

1978  Tel: 18584992706

1979

1980  Main witnesses from friends and relatives I am not speaking to because of this imposed painful,

1981  harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

1982  the Illegal Force's definition, :

1983  Summer Battah and her mother for their intensive participating through phones with the sick

1984  illegal force

1985  Sahar Ashu for her intensive participating and some of her mother's participation through phones

1986  with the sick illegal force.

1987

1988  Witnesses of harness voices of relatives, friends, and others:

1989  Please refer to contact list.

1990

1991

1992  1. Creator Force : Sole Situation

1993

1994  The Creator in a sole situation was scheduled to start His connection with me by presenting

1995  Himself as real animated image as if human but I couldn't touch, and presented Himself through

1996  visions after series of dreams since 1987. But, in 2001, the sick illegal force imposed an painful,

1997  harmful, intolerable, unacceptable and inappropriate situation - the secret scam and fraud

1998  situation that no one has had clues to its reasons, - on me to rob my future and all the current and

1999  future masterpieces of the core or the nucleus of my image's stones and seeds through secret

2000  psychic readers and and few others like hypnotists and reading in mirrors via harnessed hurly

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

2001    burly voices acting deliberately against the law, infringing my civil rights that caused the Creator

2002    to intervene as a Command in an unscheduled tasks under His observations

2003

2004    I want to emphasize that I could have died from this situation without the Creator Force

2005    intervention.

2006

2007    The Creator intervened against this Illegal Force banned crime due to its ugliest, hatred, ill and

2008    filthiest schema in the brain and due to its level that was above the Earth level.

2009

2010    1.1 Scheduled Tasks vs. Unscheduled Tasks:

2011

2012    This illegal force has been psychic reading, spirit robbing my private brain secretly 20-30 years

2013    in advance since the eighties and nineties before my schedule with the Creator, so I never think

2014    or formulate my items. They destroyed my health, career, and personal life and even went to

2015    each member of my family to ask them questions related to the new cycle to psychic read more

2016    when I never mentioned anything, so I never start anything, the sick illegal force has been

2017    psychic reading my family's members in advance to rob the future of the new cycle. The Creator

2018    alerted me in 2007 and made me formulate the new cycle and find out the robberies. the sick

2019    illegal force hired highly paid secret psychic readers and spirit robbers to do this banned job with

2020    me, they led countries in this banned oppressive, unjust, unfair, iniquitous, inequitable, wrongful,

2021    and banned crime and the Creaor destroyed the previous cycle before because they involved big

2022    people and covered the crime!

2023

2024    All the following below sole unique items were scheduled tasks by the Creator with me but they

2025    became unscheduled tasks, because of the intervention of the sick illegal force 's robberies to the

2026    image, please refer to chapter 3. The Image, due to its precious value which unfortunately

2027    twisted the Creator's process totally and converted the scheduled task to regrettable, fretful, and

2028    painful unscheduled tasks.

2029

2030    The following incidences were supposed be a happy events in my life, my family life, USA

2031    citizen's life, and world's life, but this Illegal Force converted these incidences into the worst

2032    events ever because of its intervention in my life.

2033

2034    the sick illegal force motive was determinedly to steal, enjoy and rapture on account of my

2035    health, career, and personal life destruction the current and future masterpieces of my image by

2036    attaining a sewage level via psychic read the nook of my brain.

2037    The schema was to stop my process in formulating the image which coerced the Creator to point

2038    me to my ownership of the image's sole unique items I didn't write down. Please refer to section

2039    4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic Motive.

2040

2041    As jealousy and invidious have various motives and notions, this Illegal Force was jealous and

2042    invidious in odd and anomalous way from me for one reason which was it couldn't see me the

2043    owner of this image.

2044

2045    the sick illegal force desired to have significant chance infiltrating inside me by raping,

2046    emptying, and robbing the nook of my brain through highly paid professional secret assigned

2047    unscrupulous psychic readers, spirits' robbers, and readers in mirrors with unethical and no

2048    decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

2049    robber, the American-Iraqi, Majid Sabeah Mighael who were acting deliberately against the law,

2050    infringing my civil rights, robbing my future to halt me from putting the image together and

2051    scattering it everywhere to gain tremendous wealth.

2052

2053    This Illegal Force couldn't wait for me to formulate one idea, immediately it robbed the idea and

2054    sell it while this Illegal Force was intruding itself as a fly in my bread depriving me from work in

2055    my computer programming field at my workplace through highly paid professional secret

2056    assigned unscrupulous psychic readers, spirits' robbers, and readers in mirrors with unethical and

2057    no decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

2058    robber, The American-Iraqi, Majid Sabeah Mighael.

2059

2060    The Creator chose me as the new cycle formulator to create, write and put together the "Al-Lat,

2061    and Al-Uzza" and "The Creation of Adam and Eve" similar to how the Creator chose Prophet

2062    Moses, Son of God-Jesus, and Prophet Muhammad.

2063    The holly book, Torah was written by Prophet Moses and others.

2064    The holly book, Bible was written by Jesus Disciples.

2065    The holly book, Quran was written by Prophet Muhammad.

2066

2067    The "Al-Lat, and Al-Uzza" has references in the Quran and "The Creation of Adam and Eve"

2068    has references in the Torah, Bible, and Quran but no one knows what they are. I am chosen to

2069    put these items together in a new cycle.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

2070

2071   The Creator installed something in me - an assignment in me to do - it is the new cycle of Adam

2072   and Eve under His observation and it has to be done based on certain design, so I was very

2073   fascinated in what He did to me and worked with Him and His crew.

2074

2075   I have been formulating in a specific design with the Creator based on His installation

2076   with Business rules inside me in USA since 2004.

2077

2078   I could have easily left the Creator's installation inside me and stop working with Him and tell

2079   Him " Sorry, I need to start some of these businesses. Bye"

2080

2081   I was preparing my items to start from the presidential house while I was robbed in advance.

2082   They robbed the schedule with the Creator!

2083

2084   I have to do the cycle based on the Creator's design just like someone hire you in a company and

2085   the boss is asking you to do the product based on his business rules and design.

2086

2087

2088   The spirits' robbers using conjure up spirit robbed whatever I was formulating with the Creator

2089   as if whatever I did was not mine because they have been monitoring me since the eighties and

2090   robbing me and I started to scream or continue screaming for what this force did to me loud since

2091   2001.

Written by: Zinia Boutros                                              Page 99 of 895

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

2092    The banned crime of monitoring and robbing the seeds and their budding started since the

2093    eighties – they were putting place holders for all my items and adding up as these items were

2094    growing inside my brain until they became fruits!

2095    Jesus bowed down to me because he perceived the sick illegal force plotted hard and deep

2096    against me to rob/rape/empty the nook of my brain through assigned malicious, vicious,

2097    villainous spirits' robbers using conjure up spirit it was malice, and I helped USA and others in

2098    2004 without knowing what was going other than this illegal force was psychic reading me loud

2099    - read my federal case . in 2007, the Creator asked me to write and alerted me about the

2100    robberies, I found out I am the new cycle of Adam and Eve, after formulating, I found out the

2101    sick illegal force was monitoring me since the eighties and was stealing the seeds and buds of my

2102    brain - it was robbing /emptying / raping, emptying, and robbing the nook of my brain without

2103    my knowledge and permissions making movies and huge projects, this illegal force prepared

2104    people and projects as the seeds and budding my private brain grew! After i filed my federal case

2105    in April 2016, 16-cv-0101-H-WVG, sometime, November 2016, i found out the actual robberies

2106    and I stated some of them and I cant state the others

2107

2108    Since 2001 until 2012, few relatives and friends have been advising me to concentrate at my

2109    work inside my previous employers' buildings and to take pills whenever I hear the sick illegal

2110    force at my workplace although I have told my relatives and friends this illegal force has been

2111    psychic reading me loud in a very nasty way with jokes.

2112    Relatives and friends called the sick illegal force with "ill-mannered crazy radio" and asked me

2113    to let them get lost and to concentrate at work = هذولة ناس وراديو ادب سزية بلا تربية يطبهم مرض مخابيل

2114    "ديري بالكي على شغلكي

2115  My previous coworkers advised me to wear headphones to avoid the intolerable lousy

2116  environment.

2117  This illegal force wanted to keep imposing the situation on me and causing harsh painful layoff

2118  on regular bases to live on limited budget that has been controlled by them my so I never had

2119  chance to grow and never let me have time to think in my image while the assigned spirits'

2120  robbers using conjure up spirit and other witches – hypnotists rob my harvests, efforts, and

2121  talents of my private brain in advance on golden plate to all!

2122

2123

2124  The connection between me and the Creator was through chain of incidences as follows:

2125

2126  Please refer to Chapter 4 Illegal Force with all its sections prior reading further.

2127

2128  The American-Iraqi, Majid Sabeah Mighael, the MinYook, the secret spirit robber has been

2129  racing with my private brain and so far, as of today, he has been giving items to Canada, Russia,

2130  USA (SeaWorld, Submarine and Electric Eel, Updating the info of Black Hole, …. Lately he

2131  burned my heart by giving very huge item to some investors and made the radio station of Jeff

2132  Detrow & Jerry Cesak bring the owner and the trainers of the project to speak to me in the

2133  private air after I accidently found out through YouTube, they were doing my items that have

2134  huge vital, substantial, serious pat in the new cycle of Adam and eve. This force is despising my

2135  private brain and giving it away to anybody when I chose the main person and groups in the new

2136  cycle of Adam and Eve with the help of the White House, authority, police, and FBI. Please

2137  wake up, this is the new cycle and not a joke! The White House was not responding since 2004

2138    because they thought it was trivial thing. the sick illegal force acted deliberately by imposing the

2139    situation at my workplace because they have been psychic reading and spirit robbing me and

2140    have been putting placeholders to my items since the eighties, so I never touch them. Jesus

2141    bowed down to me in 2004 because he saw the robberies from my private brain and their place

2142    holders and for that reason He obligated me to help the White House starting 2004 in a

2143    prescheduled date instead of His real schedule in 2007. the sick illegal force was giving my

2144    items to novice people in the nineties when I was expert in my items since 1997 – I had done 2

2145    things at my workplace that impressed my coworkers at that time, but my schedule with the

2146    Creator was in 2007 so I start them per His request. My items come as package.

2147

2148    I never mentioned my items to even my family members or friends per the Creator's request.

2149    the sick illegal force was robbing me since the eighties. I could have easily left the Creator's

2150    installation inside me and stop working with Him and tell Him " Sorry, I need to start some of

2151    these businesses. Bye"

2152

2153    the sick illegal force made me busy with problem since 1997 with low volume and since 2001

2154    with high volume.

2155    In oct 5 2018, Laura Bush was mocking in the private air: Mmmmmm mmmm she is going to

2156    lead us when you did this her!

2157    Zinia: they are really robbing something huge, substantial and serious! Please stop the crime!

2158    You should have stopped the banned crime since 2004 when I asked the White house to

2159    sponsoring me in 2007 by seeing the Creator was doing something very big with me. I even

2160    emailed President and stated no one can reach because I was working with the Creator. I never

2161    know the sick illegal force has started with me since the eighties and they already put place

2162    holders for their banned crime – for their robberies from my private brain.

2163

2164    I was supposed to put things together for the new cycle of Adam and Eve calmly and sit with the

2165    President of USA as respect to the subject and not to do screaming and shouting at everyone

2166    after seeing my items from my the nook of private brain – my black box that I never give to

2167    anyone, were scattered and shattered inside and outside USA market because, secretly without

2168    my knowledge and permission, the sick illegal force led by the radio station of Jeff Detrow &

2169    Jerry Cesak, using highly paid professional secret assigned unscrupulous psychic readers and

2170    spirits' robbers with unethical and no decency like the spirit robber, The American-Iraqi, Majid

2171    Sabeah Mighael, had planned since the eighties a strategy to rob every item related/not related to

2172    the subject of the new cycle of Adam and Eve from the nook of my private brain, tweaked/not

2173    tweaked for themselves and sold to others, then implemented the strategy on me to destroy my

2174    health, career, and personal life in the nineties with low volume and at the beginning of the third

2175    millennium extremely loud with high volume.

2176

2177    The Creator installed inside me the business rules of the new cycle of Adam and Eve, the new

2178    Al-Lat, and Al-Uzza, the new Lilith. I have done all of these items because the Creator installed

2179    the business rules inside me since 2004 and I started to formulate them. the sick illegal force

2180    knew about the new cycle of Adam and Eve since the eighties and was raping, emptying, and

2181    robbing my private brain.

2182    Since the sick illegal force had no idea what my image was in the eighties and nineties or the

2183    image was not clear for the highly paid professional secret assigned unscrupulous spirits' robbers

2184  with unethical and no decency, its members asked the highly paid professional secret assigned

2185  unscrupulous spirits' robbers with unethical and no decency, to rape, rob, empty FOR MONEY

2186  PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

2187  PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

2188  health, career, and personal life destruction every single item relates to others from my private

2189  brain that had potential growth, 20 years in advance, and sold to others so I would never have the

2190  chance to grow in it and the sick illegal force control the situation.

2191

2192  The Creator had schedule with me in the third millennium. Specifically, He started with me in

2193  2007 but the sick illegal force using spirits' robbers robbed my private brain since the eighties

2194  and nineties, so I won't be the owner of my own items. Jesus bowed down to me in 2004 to alert

2195  me about the robberies and obligated me to speak my items to the White House in the middle of

2196  the horrible imposed painful, harmful, intolerable, unacceptable and inappropriate situation – the

2197  the secret scam and fraud situation that no one has had clues to its reasons, - that has been

2198  imposed on me loud since 2001, with low volume since 1997 and silent since thee eighties.

2199  Starting in 2007, the Creator wanted me to formulate the new cycle of Adam and Eve, Lilith, Al-

2200  Lat and Al-Uzza and many others with alert about the robberies from my private brain. The

2201  Creator explained to me with animations, the sick illegal force was robbing me the same as

2202  Mazin Yonan's wife way - less than animal way did, please read 4.5 History of the sick illegal

2203  force authentic motive, item 5.

2204  the sick illegal force plotted and planned this banned crime this way – psychic reading me loud

2205  without response from anyone.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

2206  Zinzin This imposed painful, harmful, intolerable, unacceptable and inappropriate situation

2207  causes depression and stress that lead to sleepiness because I have seen my items from my

2208  private brain in the USA/not USA market and I am screaming in my emails to the White House,

2209  federal court, media but no response. This is very unacceptable banned crime filled with grudge,

2210  malice, envy and jealousy, please read 4.5 History of the sick illegal force authentic motive, item

2211  5.

2212  I was supposed to speak to the president of USA and put the items of the new cycle together. In

2213  2007, I asked the White House to sponsoring me because I saw the Creator was doing something

2214  very big with me but in the seeds level. The members of the sick illegal force using their power

2215  and connection planned this banned crime to be done for sake of robbing my items in the seeds

2216  level since the eighties and nineties and they kept robbing my items from my private brain as the

2217  seeds grow everyday using spirits' robbers like the American-Iraqi, Majid Sabeah Mighael and

2218  they convinced the White House to not speak with me. this illegal force has been really robbing

2219  or soaking the seeds from my private brain and I need to stop them immediately. I need help!

2220  Save me from this banned crime

2221

2222  The Creator started His schedule in 2004 with me earlier than the real schedule that was

2223  supposed to be in 2007 because He saw the robberies in this imposed painful, harmful,

2224  intolerable, unacceptable and inappropriate situation – the secret scam and fraud situation that no

2225  one has had clues to its reasons, - from my private brain was in process and obligated me to

2226  email the White House.

2227  As I was formulating every day in the middle of this nightmare situation because the sick illegal

2228  force was not allowing me to formulate and was racing with my private brain using spirits'

Written by: Zinia Boutros                                                      Page 105 of 895

2229    robbers – conjure up spirit, part of the new cycle, the Creator installed business rules inside me

2230    to formulate eternal gifts to the main people/groups that will be part of the new cycle of Adam

2231    and Eve. These eternal gifts will stay with the main people/groups. Since 2007, I saw Military of

2232    USA, presidents of USA, Bill Gates, Elon Musk and Jeff Bezos were some of the person or

2233    groups who will receive eternal gifts. Whether we pass or not pass the new cycle of Adam and

2234    Eve, the main persons or groups will receive eternal gifts. If we pass, the main persons/groups

2235    will know they are the owners of the eternal gifts and if we don't pass, someone with name Zinia

2236    Boutros only will formulate to give you the eternal gifts again.

2237    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak using spirits' robbers

2238    – conjure up spirit bypassed me similar to heart bypass surgery and started to give my items from

2239    my private brain to Elon Musk, Jeff Bezos and others since the eighties! I will explain! the sick

2240    illegal force robbed my future and fortune since the eighties!

2241    Jeff Bezos and other main people and groups would never accept to be part of the new cycle of

2242    Adam and Eve without giving them the eternal gift WITH PROOF and explain to them their

2243    parts.

2244

2245    This illegal force has been emptying my private brain since the eighties and I found out through

2246    formulas with the Creator there are big and main people in it, the sick illegal force used filthy

2247    route – spirit robbing and psychic reading to reach the new cycle, a route that is very dangerous

2248    to USA and the world = psychic reading and spirit robbing secretly without my permission and

2249    knowledge and without public permission and knowledge. I have the right to cuss and curse

2250    under this imposed painful, harmful, intolerable, unacceptable and inappropriate situation –

2251    situation of fraud and scam. I need to do the new cycle of Adam and Eve whether the language I

2252    am using in this document is accepted or not by people because of this imposed painful, harmful,

2253    intolerable, unacceptable and inappropriate situation.

2254

2255    The Nasa people are doing my items through the illegal force led by the radio station of Jeff

2256    Detrow & Jerry Cesak using high paid secret spirits' robbers like the American-Iraqi, Majid

2257    Sabeah Mighael. It is OK for those people [Steven Stahler and Sarah Sadavoy] to rapture and

2258    enjoy my private items and I get burned and ironed on my items. Shame! These items are not

2259    your items, they are my items and were given on golden plate to Steven Stahler and Sarah

2260    Sadavoy through spirits' robberes – conjure up spirit– they copied everything from my private

2261    brain to publish! Shame! Publish means MONEY! The American-Iraqi, Majid Sabeah Mighael

2262    has been spirit robbing and monitering my private brain since the eighties and I have proof

2263    against him.

2264

2265    They are mine and were robbed from my private brain. Shame! You as White House is seriously

2266    ignoring me since April 2016 and monitoring my heart's burn and iron on my own items – they

2267    are prohibiting and depriving me from doing my own items and YOU ARE allowing the illegal

2268    force using spirits' robbers to have the freedom to rape, empty, and rob everything from my

2269    private brain. You dismissed my federal case and ignored me because of my origin Iraq and you

2270    kept watching the spirits' robbers robbing my private brain and my private items on account of

2271    my screams at how my heat was burning and ironing on my private items as if nothing happened.

2272

2273    The article, "Did our sun have a twin? " The subject is mine 100%, the White House is ignoring

2274    my screams in the middle of my formulas with the Creator. The American-Iraqi, Majid Sabeah

2275    Mighael has robbed this item from me and sold to NASA.

2276    http://earthsky.org/space/did-our-sun-have-a-twin

2277    "Steven Stahler, a UC Berkeley research astronomer, and Sarah Sadavoy, a NASA Hubble

2278    fellow at the Smithsonian Astrophysical Observatory, have been collaborating on their ideas

2279    about star formation – using observations of the Perseus molecular cloud as a basis for

2280    comparison – and now"

2281

2282    I want you to remember one thing! The Creator installed inside me business rules but the

2283    formulas are all mine and this illegal force isrobbing me and giving you my items. without me,

2284    you never do these things. You can't see my name because of my origin Iraq

2285

2286    This illegal force has been robbing me same way as Mazin Yonan's wife [stigma of all women in

2287    their twenties during the eighties, only less than animal creatures do hypnotizing and spirit

2288    robbing, and act accordingly to get millionaires and impersonate Zinia Boutros' life. I thought

2289    your action was alone and not with the stigma of Mario, Salah, Rafi and Radio Station. prostitute

2290    and female dogs don't do this banned job. This job is banned by the Creator and human beings, it

2291    was too much for the illegal force and Mazin's wife to see me respect her situation, the force

2292    plotted to rape, empty, and rob the nook of my private brain since the eighties while Mazin's

2293    wife stood aside mimicking the innocent people, no one accept this banned crime unless you are

2294    less than animal because animals are much higher than this level. I didn't know the illegal force

2295    was emptying me same way as Mazin's wife! the Jesus alerted me in 2007 and He bowed down

2296    to me in 2004 to help USA because the imposed painful, harmful, intolerable, unacceptable and

2297    inappropriate situation was fraud and scam] since the eighties secretly. The illegal force hired

2298    very highly paid secret spirits' robbers since the eighties to monitor my private brain and raped,

2299    empties and robbed every second 24/7.

2300    twenties during the eighties, only less than animal creatures do hypnotizing and spirit robbing,

2301    and act accordingly to get millionaires and impersonate Zinia Boutros' life. I thought your action

2302    was alone and not with the stigma of Mario, Salah, Rafi and Radio Station. prostitute and female

2303    dogs don't do this banned job. This job is banned by the Creator and human, you dont accept on

2304    yourself. I didnt know the illegal force was emptying me same way as Mazin's wife! the Jesus

2305    alerted me in 2007 and He bowed down to me in 2004 to help USA because the imposed painful,

2306    harmful, intolerable, unacceptable and inappropriate situation was fraud and scam] since the

2307    eighties secretly. The illegal force hired very highly paid secret spirits' robbers since the eighties

2308    to monitor my private brain and raped, empties and robbed every second 24/7.

2309    In the eighties and nineties, the illegal force never cared about how to do my items or reach my

2310    items as long as the origin of the owner of the precious items or masterpieces had no Iraqi or

2311    Arab owners when the items were 100% mine, although some of the spirit robbers were Iraqi and

2312    Lebanese, obviously these spirits robbers only cared for money and that was normal for robbers.

2313    The illegal force led by the radio station of Jeff Detrow & Jerry Cesak didn't care how to reach

2314    my items, they used good and bad route since the eighties to reach. I am the new formulator of

2315    Adam and Eve, the new Lilith, and new "Al-Lat, and Al-Uzza", I had to formulate to find out –

2316    this has nothing to do with my origin Iraq.

2317

2318    The illegal force didn't want the owners of my own items to be Iraqi and for that reason they

2319    plotted and planned to monitor my private brain every day 24/7 since the eighties and kept

2320    emptying it, so I would never have the chance to own my own items – they soaked out the items

2321    in their seeds' level, so I never see them. Why? Iraq and USA were not friends in the eighties

2322    and nineties. The issue of Iraq and USA relations is still the same but not as bad as before. The

2323    illegal force led by the radio station of Jeff Detrow & Jerry Cesak couldn't see Iraq the owner of

2324    my image and for this reason they didn't mind psychic reading me and spirits' robbing me 20-30

2325    years in advance or since the eighties – they couldn't see Iraq on the stage. **[please, Bill gates,**

2326    **Elon Musk, and Jeff Bezos, my schedule with the Creator started in 2007, I was supposed**

2327    **to formulate my items and the White House was supposed to respect, and I prove you all**

2328    **are the main characters in the new cycle of Adam and Eve, new Lilith, new "Al-Lat, and**

2329    **Al-Uzza," and others. What this force did since the eighties, I was supposed to do starting**

2330    **2007 with the Creator, then work with the main people or groups, some of the people and**

2331    **groups are Bill gates, Elon Musk, and Jeff Bezos, White House, and military]**

2332    I was forced to be hired in the Camp Pendleton because of my origin Iraq, the illegal force

2333    wanted to psychic read and spirit's rob my items from my private brain.

2334    The spirits' robbers are giving my items to NASA as fast as possible, so my name would never

2335    be in my items due to my origin – Iraqi and I don't accept this banned crime.

2336

2337    The spirit robbers have been racing with my brain to get the items and gave them to people other

2338    than me and prohibited me from doing them.

2339

2340    The spirits' robbers and the people who pointed the illegal force on me never cared about me

2341    because I wasn't member of their homes, they pointed their fingers on me and gave Zinia

2342    Boutros on golden plate to the illegal force led by the radio station of Jeff Detrow & Jerry Cesak.

2343

2344    The 3.Image is mine. I am the formulator of the new cycle of Adam and eve, I am the new Lilith,

2345    and I am the new creator of "Al-Lat, and Al-Uzza." I want you to know that you must go by me

2346    because the Creator installed the business rules inside me and you must not use the psychic

2347    reading and spirits' robbing for the benefit of USA and the world.

2348

2349

2350    **1.1** Surrounded by globe:

2351    In year 2001, a globe surrounded me for one week.

2352

2353    After I left MASI, please refer to section 4.15.A Incorrect Illness after MASI and section 6.1

2354    MASI, in the middle of my thoughts inside my bedroom upstairs, I was reading bible asking the

2355    Creator to present Himself immediately as I was enraged due to the situation the sick illegal

2356    force imposed on me as I saw it was passing the law and security with me with despising me, as I

2357    wanted to see what I have done wrong.

2358    One night, while I was hearing the sick illegal force privately speaking to me on secluded private

2359    air far away from public media, Please refer to 4.10 Illegal Force harnessed hurly burly voices

2360    and 4.11 Illegal Force phrases thrown in the air on me, I felt a jolt of earthquake puffing with my

2361    breath as I was asking the Creator angrily to present Himself.

2362    Of course, I was very surprised from the motion of the jolt which went exactly in the same

2363    motion of my breath. Then, I was more surprised when I glimpsed a living creature of

2364    transparent globe similar to transparent light globe, was creating around me, this globe had 2

2365    surfaces, the inner surface was enclosing me and exterior surface was enclosing a clear liquid

2366    similar to egg white but lighter in density that was separate from me by the inner surface which I

2367    couldn't see only when I was moving.

2368    I immediately went downstairs to see if anyone from my family could see this transparent globe

2369    but no one saw anything and I didn't say a word. This globe stayed with me for one week which

2370    vanished step by step during that week.

2371

2372    This was the first real connection between me and the Creator after series of dreams with the

2373    prophets.

2374

2375    I asked the Creator to not leave me alone because the sick illegal force was doing something

2376    major with me where it was involving powerful people, media like radio stations acting against

2377    my civil rights.

2378    I was assured but shocked of the illegal situation that was imposed on me which was deluding

2379    everyone until today's date with an illusion but at that time I didn't know exactly what this

2380    Illegal Force was doing with me.

2381

2382    I felt a little bit of rest with this globe because it calmed me down while I was moving in all

2383    directions to see the clear liquid waving with me. I considered this state as a connection between

2384    me and the Creator but I kept being defiant with attitude of cussing and cursing to show how

2385   harmful this Illegal Force was with me as it was 100% insult to me and USA flag, and against

2386   civil rights.

2387   No one in USA accepts this Illegal Force as it destroyed my health, career, and personal life and

2388   my family's life without my family knows.

2389

2390   **1.2** Virgin Mary, Jesus, and prophets in visions:

2391   Virgin Mary, Jesus, Prophet Moses, and the Father of Prophets, Ibrahim presented Themselves in

2392   visions.

2393   From 2003 - Now, while I was in the middle of the imposed painful, harmful, intolerable,

2394   unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's

2395   definition, of this Illegal Force, visions of Jesus, Virgin Mary, Moses, and Ibrahim started to

2396   connect with me while I was closing my eyes.

2397

2398   **1.3** My womb in ultra sound animated vision:

2399   I was presented as five years old girl sitting on top of my womb in ultra sound animated vision.

2400

2401   In early morning of April 9, 2004, prior the sun light, in Good Friday, while I was laying in my

2402   bedroom upstairs at my home listening to Illegal Force on secluded private air far away from

2403   public media, my womb knocked so hard, punctuating phrase of "God bless my initials - ZEB", I

2404   closed my eyes to be shocked with seeing a five years old little girl sitting on my womb through

2405   animated vision like ultrasound animated vision, it was me, Zinia Boutros.

2406    I saw this little girl passing a bridge to be carried by Jesus, then sit on a table with Jesus, Virgin

2407    Mary, Prophet Moses, and Prophet Ibrahim. I heard this little girl's breathe in my bedroom and

2408    around me for one week wherever I went even in my workplace, MailBox Etc, UPS Store.

2409    Then this little girl's breathe vanished day by day.

2410

2411    The purpose of this vision was a message from the Creator to the sick illegal force which has

2412    been psychic reading and spirit robbing = MinYook's way, please refer to 4.2 Min-Nook =

2413    MinYook's Force definition, the nook of my brain acting deliberately against the law, infringing

2414    my civil rights. The Creator's message to the sick illegal force was "Are you serious or are you

2415    joking or mocking interfering in My Job? Are you really doing this to Zinia Boutros? Don't you

2416    know this is Illegal?"

2417

2418    **1.4** Virgin Marry and Jesus presented Themselves:

2419    Virgin Marry and Jesus presented Themselves as untouchable creatures to me:

2420

2421    After the Good Friday of 2004, in 3-6 months, I complained to my manager, Minda about this

2422    Illegal Force and she asked me to stay home to follow up with Doctors and to take medicine.

2423

2424    In daytime, as I was in the midst of a swirling vortex, listening to the collection sets of voices,

2425    weighing in how to get back to work, while I was laying down in my parents' bedroom, the

2426    Creator's Force intervened and made Himself visible.

2427

2428  I saw Jesus as untouchable creature sitting on a chair where my father always sat gesturing with

2429  his hands to me at what was playing in the air as if telling me "What is this." I didn't react like I

2430  didn't see anything because I was shocked. It was few moments and he disappeared, I thought it

2431  wasn't not real.

2432

2433  After few more moments, Jesus appeared again with different clothes wearing the thistle crown

2434  with Virgin Mary. Virgin Mary was standing behind Jesus, She bowed down to Jesus and in turn,

2435  Jesus bowed down to me giving me a piece of cloth which had somethings in it similar to stones.

2436

2437  Virgin Mary and Jesus presented themselves in unscheduled tasks as untouchable human because

2438  the sick illegal force imposed painful, harmful, intolerable, unacceptable and inappropriate

2439  situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, on me to rob my

2440  future and steal the image from me.

2441

2442  Right away, I requested from Jesus to not see anything then I either fainted or slept.

2443

2444  After I woke up, Jesus alerted me this Illegal Force was psychic reading and robbing me. I didn't

2445  know this Illegal Force was raping, emptying, and robbing all the sole unique items in the nook

2446  of my private brain, selling them, and enjoying my future through highly paid professional secret

2447  assigned unscrupulous spirits' robbers with unethical and no decency, at that time.

2448  I immediately understood the purpose of His present through His solemnity. He obligated me

2449  through His conduct to help President George Bush in the White House using my way as the

2450  President was extremely implicated in the usa-Iraq war.

2451

2452   Virgin Mary and Jesus were supposed to present Themselves to me in scheduled tasks but the

2453   sick illegal force intervention flipped the plan to unscheduled tasks. Virgin Mary and Jesus

2454   presented themselves in unscheduled tasks because of the war on Iraq implication as a Command

2455   vs Judgment where they were scheduled with me to do it the right way.

2456

2457   In the next day, I asked Jesus to speaking to me through visions because I didn't want to

2458   concentrate on how He and others look and talk although He showed me something extremely

2459   meaningful.

2460

2461   I felt little bit relaxed because I saw Jesus and Virgin Mary, I immediately searched the internet

2462   and found the White House address and I started to think loud, formulate and give away the

2463   image, please refer to chapter 3. The Image, through Nobel-minded inventions, suggestions, and

2464   solutions exclusively to President George Bush in my AOL and some of yahoo emails.

2465

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

2466    **1.5** Jesus and Space:

2467    In 2003-2004, in my dream, Jesus and I were in a room with some big figure I never knew who

2468    they were. I stared thoroughly in this big figure's eyes and saw a black hole, so, I approached

2469    this big person's eyes and saw regular universe with stars.

2470    I promptly emailed the White House with a formula of building the orbits of the Earth's solar

2471    system. I used Mars as an example and explained how to change the weather and environment by

2472    creating plants and rivers in this planet through cultivating and implanting the ground.

2473

2474    **1.6** Request to put the image in a book by the Creator:

2475    the sick illegal force was robbing me since 2001 so if I ever get on the stage, the pieces of my

2476    image would be old ones and it would expose me as not the owner of this image.

2477

2478    In 2007, after the Creator showed me many real movies and animated movies in my dreams. One

2479    time, the Creator showed me a full interesting movie, as soon as I was about to write some of it

2480    down to tell my family about this movie, I forgot it and immediately the Creator appeared in a

2481    vision and asked me to NOT write this movie I saw in my dream but to formulate my own into

2482    writing.

2483    So, He allowed me to enter a huge place and asked me to formulate in writing under His

2484    observation.

2485    I started to formulate into writing what I have in my brainside a book under His observation as a

2486    Command in unscheduled tasks while I was under the imposed Illegal Force where I needed to

2487    work and make my living.

2488

2489    The Creator cautioned and alerted me to lock the image that I was formulating in a book

2490    explaining the reason behind this lock and its connection to why coworkers were directed to stare

2491    at my genitals. At that time, I cared so much about the Creator's alert, but I didn't know it was a

2492    dangerously serious alert because I was already not saying a word about what I was formulating

2493    and writing.

2494

2495    Later, I found out the Illegal was robbing every word I was writing through psychic readers to

2496    prevent me from present myself on the stage as it was raping, emptying, and robbing all the sole

2497    unique items in the nook of my private brain, selling them, and enjoying my future through

2498    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

2499    decency, with Lebanese, Iraqi, and other origins, and selling away what I have written to famous

2500    business people, big companies, famous authors and powerful people to make projects.

2501

2502    Since 2007 until today's date, I was in process of formulating the precious image while the sick

2503    illegal force kept robbing me and selling parts of it making tremendous wealth - millions.

2504

2505    In 2010, the sick illegal force brought Hollywood figures through the air, please refer to section

2506    4.10 Illegal Force harnessed hurly burly voices and 4.11 Illegal Force phrases thrown in the air on

2507    me, to speak to me through psychic readers in my workplace building, around my home and

2508    where ever I went while it was stealing subjects, scenes, and phrases to mock at the situation and

2509    curb my mouth, bridle my tongue, and paralyze my brain because no one knows I was writing a

2510    book and I haven't finished writing the book.

2511

2512    I rented a tiny office to write where the sick illegal force followed me and changed the whole

2513    building into hurly burly place by brining Hollywood actors and actress to speak to me in the air

2514    among the normal and insane recorded voices where it was creating a nice joking environment

2515    under this circumstances of burning my blood, nerve, and destroying my health, career, career

2516    age, personal life, and personal life age to derail me from writing while it was raping, emptying,

2517    and robbing all the sole unique items in the nook of my private brain, selling them, and enjoying

2518    my future through highly paid professional secret assigned unscrupulous psychic readers, spirits'

2519    robbers, and few readers in mirrors and hypnotists with unethical and no decency, whose origin

2520    was America, Lebanon, Iraq, and others, like the American-Iraqi spirit robber, the American-

2521    Iraqi, Majid Sabeah Mighael without anyone knows what was going on.

2522

2523    Example of hearing celebrities saying anything to cover the robbery: Tom Hanks, Sandra

2524    Bullock, Julie Robert, John Goodman ... etc. Arabic actors and actresses with some passed away

2525    celebrities.

2526

2527     the sick illegal force intervention didn't allow me to continue writing by forcing multiple layoffs

2528    and delaying me.

2529

2530    In 2008, I saw parts of the image's subjects that I wasn't not allowed to write because of the

2531    suffocations the sick illegal force Created in my life were given to the following:

2532

2533    I was forced in 2012 to complain to president Obama about the situation but no response.

2534

2535    In 2016, part of my image's writing was robbed from me and were given to famous author, ....',

2536    while I was waiting for President Obama to contact me as respect to this sole situation.

2537    There is no way in this world that this respectful author can write about some of the subjects in

2538    this book without the sick illegal force rob the nook which is the sanctum of my brain's black

2539    box to cause fight.

2540

2541    After this incidence I contacted President Barak Obama in emails and contacted my previous

2542    employer, UPS but I got no response accusing the White House with its collaboration with this

2543    Illegal Force and accused the situation with HATE CRIME.

2544

2545    **1.7** Staring at my genitals explanation by the Creator:

2546

2547    Please refer to 4.5 History of the sick illegal force authentic motive.

2548

2549    I want to emphasize here, in 2007, when the Creator asked me to put the image down in writing,

2550    He surprised me in a little clip telling me the sick illegal force was asking few coworkers to look

2551    at my genital because of item # 4 in section 4.5 History of the sick illegal force authentic motive.

2552

2553    As I was writing the image under the Creator's observation, Jesus stood in front of me in a vision

2554    and one animated character stood on one side showing me the clip of item # 4 in section 4.5

2555    History of the sick illegal force authentic motive asking me to be careful about the rest of the

2556    image.

2557

2558    The Creator asked me to be careful about the rest of the image because the sick illegal force has

2559    been plotting and following me through highly paid professional secret assigned unscrupulous

2560    psychic readers, spirits' robbers, and readers in mirrors with unethical and no decency, whose

2561    origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit robber, the

2562    American-Iraqi, Majid Sabeah Mighael who were acting deliberately against the law, infringing

2563    my civil rights, robbing my future and stealing my image's seeds that have not been ripen yet

2564    after item # 4 in section 4.5 History of the sick illegal force authentic motive incidence and it

2565    have been using the same way because the sick illegal force didn't believe what I did in item #4

2566    and desired to take advantage of me.

2567

2568    I want to emphasize in here, when the Creator surprised me with this clip, I smiled and asked

2569    Him, "What is this! This is gossip!" He and the animated figure showed me an extremely serious

2570    faces gesturing with No reaction emphasizing the sick illegal force is robbing the seeds.

2571    I asked the Creator, "What is the purpose of seeing you if they are robbing?" He connected with

2572    me by gesturing with "Continue writing the book, I am only alerting you!"

2573    Please refer to 1.8 and 1.9. After this, please refer to Chapter 3. The image, for some of the

2574    robberies from the undisclosed nook of my brain. Some of the robberies I knew by accident!

2575    I was formulating and the sick illegal force has been imposing a situation against me to prevent

2576    me from formulating because it robbed my future!

2577

2578    the sick illegal force got jealous and envied my manners in item #4 and it decided to rob me, to

2579    get me in trouble with everyone, to get me on stage without manners via playing the hurly and

2580    burley normal and insane recorded voices on me at my workplace, and to destroy my health,

2581    career, and personal life with despising me and scoffing at me causing tiresome and fatigue from

2582    obstacles and obstructions through the secret psychic readers and and few others like hypnotists

2583    and reading in mirrors because it had the desire to be Zinia Boutros but without Zinia Boutros.

2584    So it took advantage of me because of its control on White House, Military, and Police, and this

2585    is why the Creator intervened in unscheduled task.

2586    the sick illegal force forced this subject in a very filthy way at my work by joking and

2587    requesting from coworkers to stare at my genitals so I question it, get myself in trouble with

2588    everyone and the motive was to agitate me and derail me from the image and rob my image in its

2589    seed level because it has tremendous wealth.

March 2, 2022

2590    This is why the Creator intervened and explained to me this subject. Without the Creator, I

2591    would never know the reason behind staring at my genitals.

2592

2593    This item #4 was none of anyone business but the sick illegal force made it everyone's business.

2594    Following me by this Illegal Force caused the unscheduled tasks by the Creator.

2595

2596    I consider this Illegal Force's action at my workplace and its robbery of my future as a <u>HATE</u>

2597    <u>CRIME, please refer to section 2.19 Hate Crime</u>. Otherwise, why the sick illegal force didn't

2598    contact me.

2599

2600    The Creator emphasized that He intervened in His unscheduled tasks with me as the sick illegal

2601    force was taking a significant chance on me by causing destruction in my health, career and

2602    personal life with lessen my value causing tiresome and fatigue from obstacles and obstructions

2603    thinking I might pull myself from my own image after it was raping, emptying, and robbing all

2604    the sole unique items in the nook of my private brain, selling them, and enjoying my future

2605    through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

2606    no decency, with Lebanese, Iraqi, and other origins, and sold pieces of it to powerful people like

2607    Presidents, large companies, famous authors and celebrities before I start it.

2608

2609    the sick illegal force plotted since item # 4 in section 4.5 History of the sick illegal force

2610    authentic motive incidence against me to underestimate and lessen my value and my brother's

2611    value because of my respectful image.

2612

2613    Group of people psychic read my future with all of its conditions and acted accordingly to plot

2614    against me to get the seeds of my image by raping, emptying, and robbing the nook of brain or

2615    my brain's black box that makes my living. This is why the sick illegal force has been in my life

2616    since 2001

2617

2618    Note: I want to emphasize in here that if the Creator hadn't tell me why coworkers since 1997

2619    were staring at my genitals in sarcastic and mocking way, I would never know the reason behind

2620    this conduct that was imposed on my coworkers by this Illegal Force.

2621

2622    **1.8** Title of parts of the image:

2623    In 2010, the Creator asked me an important question during my work period in

2624    MTCSC/ManTech in Camp Pendleton and during formulating my precious image in my brain

2625    under this imposed Illegal Force.

2626    "Did you understand what you formulated?

2627    At that time, I knew what I formulated and I answered back, "Yes"

2628    I formulated "Al-Lat, and Al-Uzza" in English language. When I translated it, I saw it was the

2629    "Al-Lat, and Al-Uzza"

2630    I knew the term "Al-Lat, and Al-Uzza" from the history text book back home in Iraq when I was

2631    in middle school.

2632    First, I thought it was a term in history. But, when I searched the Muslim holy book, Al-Quran

2633    book, I found it.

2634    I formulated the "Al-Lat, and Al-Uzza" in English language and Prophet Muhammad referenced

2635    it in Al-Quran.

2636   There is reference for this term in Al-Quran in Surah Al Najim.

2637

2638   I was supposed to put the image together in an initial book and present to the White House as a

2639   proof, but the sick illegal force didn't allow me because it was raping, emptying, and robbing all

2640   the sole unique items in the nook of my private brain, selling them, and enjoying my future

2641   through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

2642   no decency, with Lebanese, Iraqi, and other origins, and scattering the image everywhere which

2643   forced me to scream in the White House in 2012.

2644

2645   After this point until now, the sick illegal force brought Hollywood figures to speak to me in the

2646   air while it was robbing through highly paid professional secret assigned unscrupulous spirits'

2647   robbers with unethical and no decency, with Lebanese, Iraqi, and other origins, and enjoying

2648   what I was writing, it was selling pieces away domestically and internationally, and it was

2649   raping, emptying, and robbing all the sole unique items in the nook of my private brain, selling

2650   them, and enjoying my future through highly paid professional secret assigned unscrupulous

2651   spirits' robbers with unethical and no decency, during its destruction to my health, career, career

2652   age, personal life, and personal life age

2653

2654    the sick illegal force brought Hollywood actors and actress to speak to me in the air, with other

2655   harnessed hurly and burly recorded voices, creating a nice joking environment while I was

2656   emailing the White House giving options in how to communicate with me the right way under

2657   this circumstance of burning my blood, nerve, and destroying my health, career, career age,

2658   personal life, and personal life age.

2659

2660    **1.9** Title of the parts of the image:

2661    In 2012, the Creator asked me an important question after my work period in CoreLogic and

2662    during formulating my precious image in my brain under this imposed Illegal Force.

2663    "Did you understand what you formulated?"

2664    At that time, I knew what I have formulated, and I answered back, "Yes"

2665    I formulated the "Creation of Adam and Eve" and all Prophets referenced it in all holy books

2666

2667    I was supposed to put the image together in an initial book and present to the White House as a

2668    proof, but the sick illegal force didn't allow me because it was raping, emptying, and robbing all

2669    the sole unique items in the nook of my private brain, selling them, and enjoying my future

2670    through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

2671    no decency, with Lebanese, Iraqi, and other origins, and scattering the image everywhere to start

2672    before me which forced me to scream in the White House in 2012.

2673

2674    **1.10**    Birth Cake within 911 Siren with the Creator:

2675    In January 2016, after I formulated the titles of what I put together under the Creator's

2676    observation during His unscheduled tasks and as I was intensively in process of formulating the

2677    rest of the image inside my brain that wasn't disclosed to anyone, I found out why the sick illegal

2678    force imposed strangers' voices to say through air, "Happy Birthday" in 1997 and "Happy

2679    Birthday" with the 911 siren since 2001 periodically.

2680

2681    It turned out the sick illegal force psychic read the future of the scheduled task under the Creator

2682    observation with me and it predicted the formula of the beauty of my masterpiece of "Birth Cake

2683    within 911 Siren with the Creator" in some parts of my image.

2684    the sick illegal force robbed the beauty of my birth cake within 911 siren with the Creator and

2685    this is why the Creator intervened in an unscheduled task.

2686

2687    *I found out that I was supposed to create the Birth Cake within 911 Siren with the Creator in a*

2688    *scheduled task under the Creator's Observation as a Command with the Creator but the sick*

2689    *illegal force robbed my future and caused the* September 11/World Center tragic and started to

2690    psychic reading to rob my image in details via the harnessed voices in the air, <u>Please refer to 4.10</u>

2691    <u>Illegal Force harnessed hurly burly voices and 4.11 Illegal Force phrases thrown in the air on me.</u>

2692

2693    **1.11**    Illegal Force jealousy from the image:

2694    It turned out the sick illegal force psychic read the future of the scheduled task under the Creator

2695    observation with me and it predicted the formula of the current and future masterpieces of some

2696    parts of my image.

2697

2698    The image, <u>please refer to chapter 3. The Image</u>, induced and burst an abnormal jealousy and

2699    invidious by the sick illegal force.

2700

2701    In turn, the sick illegal force couldn't visualize my future as successful and beautiful person on

2702    the stage because of my image and it decided to be "Crows of Death or Poison Fly" in the morsel

2703    of my bread because my morsel had tremendous wealth. So, it decided to destroy my health,

2704    career, and life with lessen my value causing tiresome and fatigue from obstacles and

2705    obstructions in order to prohibit me from having the time to put the image together while

2706    facilitating the robbery of my image's future through highly paid professional secret assigned

2707    unscrupulous psychic readers, spirits' robbers, and readers in mirrors with unethical and no

2708    decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

2709    robber, The American-Iraqi, Majid Sabeah Mighael.

2710

2711    This Illegal Force determined to be Crows of Death or Poison Fly in my life and my family's life

2712    since I was in Grossmont College and SDSU as it was directed by some fellows I knew who

2713    psychic read the prediction of my precious image without letting me.

2714

2715    **1.12**    Creator Force intervention to assist the White House:

2716    Instead of the scheduled task that was schemed by the Creator as a Command with me, the

2717    Creator Force schemed in His unscheduled tasks forcing a situation in my life to assist President

2718    George Bush/White House in 2004 due to this Illegal Force's jealousy and invidious in an odd

2719    and anomalous way to my image.

2720

2721    **1.13**    Owner of the image:

2722    In 2004, When the Creator intervened during His unscheduled tasks against this Illegal Force

2723    schema because of its rape to the nook of my brain forcing me in His conduct to help President

2724    George Bush and the White House, He emphasized as a stamp that I am the owner of the image,

2725    please refer to chapter 3. The Image that I was formulating some pieces of it and giving them to

2726    the President in my emails.

2727

2728    **1.14**    In January 2016, Prophet Muhammad image:

2729    In January 2016, Jesus showed me Prophet Muhammad image.

2730

2731    **1.15**    Command vs Judgment:

2732    The Creator's conduct obligated me as a command to help USA through President George

2733    Bush/White House due to the uncounted causalities and death or the Creator judgment on me

2734    will be exceedingly harsh when Virgin Mary bowed down to Jesus and in turn Jesus bowed

2735    down to me.

2736

2737    The Creator saw unusual robbery and He intervened to present Himself in this situation.

2738

2739

2740    2.. The White House:

2741

2742    **THE ILLEGAL FORCE HAS FROZEN AND DESTROYED MY LIFE AND MY**

2743    **CAREER SINCE THE EIGHTIES WITH SILENCE, SINCE 1997 WITH LOW**

2744    **VOLUME AND SINCE 2001 WITH HIGH VOLUME TO STEAL MY IMAGE OF THE**

2745    **NEW CYCLE OF ADAM AND EVE AND SELL AFTER TWEAKING. THE**

2746    **PRESIDENT OF USA AND ALL FEDERAL COURT JUDGES MUST HAVE THE**

2747    **POWER TO FREEZE CHAPTER 3/IMAGE THAT IS MINE 100% AND THE BANNED**

2748    **CRIME – FRAUD AND SCAM - THAT WAS IMPOSED ON ME AT MY WORKPLACE**

2749    **AND EVERYWHERE I AM GOING. PLEASE, MY PREVIOUS EMPLOYERS, HELP!**

2750

2751    Why the White House accepted the sick illegal force punishing me for no reason other than

2752    jealousy and robbing my private brain through spirits' robbers using power and connection for

2753    BIG MONEY PURPOSE since 2001 by psychic reading loud through previous coworkers and

2754    strangers while the highly paid secret spirit robbers like the American-Iraqi, Majid Sabeah

2755    Mighael were raping, emptying, and robbing the items of my private brain. The White House and

2756    the federal court didn't know in 2001. How about 2004, didn't I scream in my emails to the

2757    White House? How about in 2007, didn't I state to President Bush, "no body reach me because I

2758    am communicating with the Creator, can you sponsor?", instead the highly paid secret spirit

2759    robbers like the American-Iraqi, Majid Sabeah Mighael started to race with my private brain to

2760    rob more items and get more money and be more than millionaires. How about in 2012, didn't I

2761    scream in my emails to President Obama and UPS in a polite way? How about April 2016, didn't

2762    I explain in a polite way inside my federal sue against the presidents of USA? Why the White

2763    House and the federal court ignored me! Why the White House accepted the sick illegal force

2764    punishing me for no reason other than jealousy and robbing my private brain through spirits'

2765    robbers using power and connection for BIG MONEY PURPOSE since 2001 by psychic reading

2766    loud as if I did something bad.

2767    Laura Bush mentioned how hard it is when someone psychic reading other loud. Why is the

2768    `punishment when the image in chapter 3 was all mine? Why did you let others rapture and enjoy

2769    the items of my private brain on account of my health, career, and personal destruction burning

2770    and ironing my heart on my items? what were trying to prove since april 2016, why is it taking

2771    so long? it has been more than 30 months  for allowing the ilegal force to rob more from my

2772    private brain?

2773

2774

2775    Please refer to section 4.6 Force Authentic Schema and section 4.7 Force Authentic Motive, and

2776    section 4.20 Reaction at the White House.

2777

2778    2.1 Politics:

2779    I want to emphasize in here, I never intervene in politics in general and in the disaster of 911

2780    world trade center in specific due to the dangerous level of the subject.

2781

2782    the sick illegal force involved me in the disaster of 911 world trade center and the American-

2783    Iraq war implication through psychic reading the nook of my brain the midst of making me hear

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

2784    voices at my workplace in specific and everywhere I went in general, Please refer to 4.10 Illegal

2785    Force harnessed hurly burly voices and 4.11 Illegal Force phrases thrown in the air on me

2786    The Creator saw the sick illegal force was involving me in the disaster of 911 world trade center

2787    and in the American-Iraqi war through psychic reader and and few others like hypnotists and

2788    reading in mirrors where it was raping, emptying, and robbing all the sole unique items in the

2789    nook of my private brain, selling them, and enjoying my future through highly paid professional

2790    secret assigned unscrupulous spirits' robbers with unethical and no decency, He intervened in

2791    unscheduled tasks to present Himself to this Illegal Force and obligated me to assist the White

2792    House by thinking loud and formulate parts of the image.

2793

2794    It was my duty as a Command in front the Creator to twist the steer of the presidential house into

2795    completely a new vision where none of the previous USA presidents knew how to do before.

2796

2797    If I ever intervened in politics since 2004, it was because of Jesus conduct with me as He bowed

2798    down to me due to the robberies from the nook of my brain, and I had intensive communication

2799    with Him and the prophets, please refer to chapter 1. The Creator Force, so, I assisted the White

2800    House as a command by the Creator in His unscheduled tasks.

2801

2802    2.2 Mirror my thoughts:

2803    In 2004, When I was assisting President Bush exclusively as a Command from the Creator under

2804    His observation in my day and night emails formulating the current and future masterpieces of

2805    Nobel inventions, ideas, and suggestions or the image, please refer to chapter 3. The Image, I

2806    was screening many points.

Written by: Zinia Boutros                                                   Page 132 of 895

2807    I was mirroring deeply what the sick illegal force imposed on me while glancing back rapidly at

2808    the September 11/World Center tragic and painful attack reasons and its victims, and at the cause

2809    of USA Iraq War.

2810    I was considering how USA system was sending troops with no education to where Iraq was in

2811    the map and its culture. I was monitoring the USA martyrs and victims.

2812    I was watching the dispatch of non-experienced USA military to Iraq that used their devices as if

2813    using video games without planning scared for their lives which was common and normal. I was

2814    noticing how the USA system was sending soldiers to this war without worrying about their

2815    future and families.

2816    I was observing the contracts with the third party military that hates Iraq to a point where they

2817    can't glimpse Iraq on the map which was very expected.

2818    I was surveying the extraordinary off-balance grievous number of civilian casualties and deaths

2819    in Iraq, the unusual woeful stealing of organs from humans and not from dead people, and the

2820    expected vision of exceptional increased number of babies born grotesquely deformed.

2821    And, I was paying attention at the strayed victims and other stuffs that have been shameful to

2822    speak about.

2823    All of these screens piled up before my eyes as an extremely unproportioned level to the value of

2824    the most powerful country in the world, USA reputation.

2825

2826

2827    2. 3 Formulating the image under the imposed Illegal Force:

2828    In 2004, as a Command under the Creator's observation during the Creator unscheduled tasks, I

2829    was thinking loud and formulating the image, please refer to chapter 3. The Image, assisting the

2830  President in the Iraqi American war implication and affliction *as if I was vomiting without*

2831  *morals and ethics due to the imposed painful, harmful, intolerable, unacceptable and*

2832  *inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition,* of

2833  being chased and monitored 24 hours a day since 2001 loud especially at my workplace by the

2834  sick illegal force making me hear voices through air, <u>Please refer to 4.10 Illegal Force harnessed</u>

2835  <u>hurly burly voices and 4.11 Illegal Force phrases thrown in the air on me,</u> in order to monitor the

2836  nook of my private brain and race with it in advance as fast as they could to rape, rob, and empty

2837  as much as they could from my harvests, efforts, and talents of my creativities and inventions'

2838  designs, techniques, styles and ways and even robbed the skeleton of each item with its

2839  animation precisely from the nook of my private brain – my black box, enjoy and rapture on

2840  account of my health, career, and personal life destruction.

2841

2842  2.4 Alert the White House:

2843  Since 2004, while I was thinking loud and formulating my image, I alerted and cautioned

2844  consistently the White House about the Creator presence and His communication with me, in

2845  every other line, acknowledging them that He has been doing something major with me, asking

2846  the President to sponsor me because I couldn't work and put the image on writing under this

2847  imposed Illegal Force or nightmare but I got no response.

2848

2849  2.5 Secretary of State Mrs. Hilary Clinton:

2850  I involved Secretary of State, Mrs. Hilary Clinton as no one was responding from the White

2851  House to my emails because I knew her from the days of President Clinton. As I was involving

2852  Mrs. Hilary Clinton, I observed the sick illegal force was giving her away the nook of my brain

2853   and what I had been writing, plus, she got all my emails about my image.  the sick illegal force

2854   was giving Hilary Clinton the details of what I wrote in my emails to President Bush and much

2855   more – details of my private brain.

2856

2857   2.6 Presidents of the most powerful country in the world:

2858   When the Creator Force intervened against the sick illegal force robbery as a Command in

2859   unscheduled tasks to assist President George Bush, He alerted me that I haven't given the image,

2860   please refer to chapter 3. The Image, to trash people and actually these pieces were given to the

2861   presidents of the most powerful country in the world, presidents of USA. Since this imposed

2862   painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2,

2863   and 4.3 for the Illegal Force's definition, is a sole situation, as leaders, they are supposed to

2864   confess in front the world about my sole emails that they would never think about before, me,

2865   Zinia Boutros.

2866

2867   The President and Mrs. Hilary Clinton should know the image is Zinia Boutros' image.

2868

2869   Without my emails, none of the presidents would do speeches, seminars, and books about school

2870   education, generating power from solar energy, water desalination system by using generated

2871   energy based on solar energy, and building Mars, and others that I didn't mention in this

2872   document, and do investments from them.

2873

2874   I simplified each item on golden tray and gave it away because I have studied and worked hard

2875   on my image since I was 4 years old and this was why I gave it to the White House fast.

2876

2877    the sick illegal force robbed the rest of the undisclosed image and gave away to current and

2878    previous presidents, to powerful people, large companies, major business people, famous

2879    authors, and celebrities on the account of my health, career, and personal life destruction with

2880    despising me and scoffing at me forcing tiresome and fatigue from obstacles and obstructions

2881    through highly paid professional secret assigned unscrupulous psychic readers, spirits' robbers,

2882    and readers in mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq,

2883    and others, like the American-Iraqi spirit robber, The American-Iraqi, Majid Sabeah Mighael.

2884

2885    2.7 President Bush, President Clinton and Secretary of State, Hillary Clinton, and President

2886    Obama:

2887    In 2007, as I was demonstrating my honor, respect, solemnity to the Creator by putting down the

2888    image under His observation but I was prohibited from writing by the sick illegal force, I saw

2889    President George Bush, and President Clinton and Mrs. Hilary Clinton were in process of using

2890    their powerful connections after taking pieces of the image in detailed inventions, suggestions,

2891    and ideas on a golden tray, please refer to chapter 3. The Image.

2892    These Presidents were coordinating and regulating my emails into books, speeches and seminars

2893    to attract the powerful people who have connections too to build new projects and new

2894    businesses all over the world, making the projects' owners claiming my pieces, and making

2895    millions from the image and its investments.

2896    These masterpieces I gave away in my emails through writing hurriedly and untidily, which were

2897    later presented by the presidents in seminars, speeches, and books needed only directors in the

2898    particular fields, managers, team leaders, and technicians for these stones and seeds.

2899

2900    The projects' owners and businesses of my masterpieces claimed the inventions of my image

2901    later.

2902

2903    All of this was done on the account of my health, career, and personal destruction with lessen my

2904    value causing tiresome and fatigue from obstacles and obstructions while I was under this

2905    nightmare imposed painful, harmful, intolerable, unacceptable and inappropriate situation ,

2906    please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition.

2907

2908    I was intensively in connection with the Creator putting together what He requested from me,

2909    thus, I didn't want to be pay attention to the sick illegal force from one side and the Powerful

2910    people from the other side although I complained so much at the imposed suffocated budget and

2911    suffocated hundreds of interviews.

2912

2913    I had been in process of going through nightmare when I put the image together until I found out

2914    I was formulating "Al-Lat, and Al-Uzza" and "The Creation of Adam and Eve"stories in English

2915    language in 2010.

2916

2917    These powerful people as a whole with the new businesses' owners earned respect and

2918    appreciation among the USA citizens inside America and among other part of the world citizens

2919    because of some pieces of the image I gave away in my emails to them.

2920

2921   It was shameful and disgraceful that I got some response from either the White House or Mrs.

2922   Hilary Clinton where they sent me very young FBI highlighting some of my cussing and cursing

2923   words from my emails I sent to them, as if there was no Illegal Force was imposed on me and as

2924   if I never emailed the current and future masterpieces of the image that made them gain respect

2925   and appreciation.

2926   It was shameful and disgraceful that the young FBI were highlighting the cussing and cursing

2927   words from my emails while President George Bush, and President Clinton and Mrs. Hilary

2928   Clinton, were using their powerful connections making millions from the image and its

2929   investments.

2930

2931   President Bush tried his best to build my image through his powerful connections in creating

2932   projects and businesses, but, he didn't attain the level of the powerful connections of President

2933   Clinton and Secretary of State, Hillary Clinton because of his reputation in the American-Iraqi

2934   war although all the image was exclusively given to him as an assistance by me as a command

2935   by the Creator in this unscheduled tasks.

2936

2937   After 2007, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and

2938   inappropriate situation - the secret scam and fraud situation that no one has had clues to its

2939   reasons, - in my life and stopped me from writing the initial proof in a book, as it was raping,

2940   emptying, and robbing all the sole unique items in the nook of my private brain, selling them,

2941   and enjoying my future through highly paid professional secret assigned unscrupulous spirits'

2942   robbers with unethical and no decency, with Lebanese, Iraqi, and other origins, and it was

2943   stealing the rest of all the image, please refer to chapter 3. The Image, through highly paid

2944    professional secret assigned unscrupulous psychic readers, spirits' robbers, and readers in

2945    mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq, and others,

2946    like the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael who were

2947    acting deliberately against the law, infringing my civil rights, and selling them to President

2948    Clinton and President Obama and other powerful people who have connections to build new

2949    projects, businesses, books, and fictions all over the world claiming my pieces and making

2950    millions from the image and its investments.

2951    The owners of the new books, fictions, projects and businesses became the inventors of my

2952    image after the sick illegal force robbery to the nook of my brain.

2953

2954    Since 2007 until today's date, I was in process of formulating the undisclosed precious image

2955    while the sick illegal force was consistently robbing or raping, emptying, and robbing the nook

2956    of my brain and selling parts of the image making tremendous wealth.

2957

2958    Also, in year 2007 while I was in process of stacking the incidences and correlating them

2959    together per the Creator Force, I found out from the Creator that President George Bush was

2960    directed by this Illegal Force into my image, also a very respectful figure was directed by the

2961    sick illegal force into my image since 2001.

2962

2963    In 2012, I tried so hard to connect to the White House to show my respect and explain the sole

2964    situation, I got no response.

2965

2966    I saw parts of the image being given away while the White House was not responding, I started

2967    to write this case to the USA Federal Court.

2968

2969

2970    2.8 Twist the steer of the presidential house into completely a new vision:

2971

2972    I want to emphasize that when I gave the current and future masterpieces to President George

2973    Bush/White House, it was a Command by the Creator in an unscheduled tasks as an urgent

2974    intensive emergency to save USA from the implication of American-Iraqi war that was imposed

2975    on USA by the sick illegal force and to lower the number of death and casualties by twisting the

2976    steer into the Creator's image.

2977

2978    It was my duty as a Command in front the Creator to twist the steer of the presidential house into

2979    completely a new vision where none of the previous USA presidents knew how to do before.

2980

2981    I had to think loud and formulate day and night loud in my emails to give away my masterpieces

2982    fast and on the fly to assist the USA presidential house from this implication.

2983

2984    Since the current and future masterpieces were formulated fast on the fly in details as a

2985    Command by the Creator in unscheduled tasks, they were given without regulating, tuning, and

2986    accuracy where usually people spend long time to put these masterpieces in books, seminars, and

2987    speeches to make millions parallel to what President George Bush, President Clinton, Hillary

2988    Clinton, and President Obama had done.

2989

2990   Zinzin I understand President George Bush, President Clinton and Hillary Clinton, and President

2991   Obama have powerful connection to build these projects, but, at the same time, they would never

2992   have the chance to talk about these masterpieces to start from without Jesus bowed down to me

2993   and forced me to email the masterpieces as a command while the sick illegal force was raping,

2994   emptying, and robbing all the sole unique items in the nook of my private brain, selling them,

2995   and enjoying my future through highly paid professional secret assigned unscrupulous psychic

2996   readers, spirits' robbers, and few readers in mirrors and hypnotists with unethical and no

2997   decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

2998   robber, the American-Iraqi, Majid Sabeah Mighael.

2999

3000   When the White House and others captured my masterpieces fast in my emails, probably, they

3001   taunted and mocked at me when I gave away these pieces.

3002   The White House and others didn't see thoroughly I was mentioning in my emails I have been in

3003   connection with the Creator in every other line I wrote in my emails and I asked the White House

3004   to sponsor me.

3005   The White House and others actually taunted and mocked at themselves when they thought these

3006   pieces were easy to formulate as I simplified the formula of all of the inventions and suggestions

3007   for all these powerful people as if they were streaming in a pure river when they give their

3008   speeches and seminars.

3009

3010   The image, please refer to chapter 3. The Image, twisted the steer into the Creator's direction and

3011   saved slightly President Bush as the image I emailed don't establish overnight.

3012

3013    The formula of my image didn't occur in President George Bush time, but it bloomed in

3014    President Obama's time and boosted the USA economy on the account of damaging my health

3015    and career.

3016

3017    2.9 Binoculars transaction and Mars:

3018    While I was putting the image together in writing, I found out the following:

3019    A.    The violation of exporting the military binoculars by one member of my family was the core

3020    subject and the beauty of my image, please read section 4.13 Force plot in military binoculars

3021    transaction. Thus, the sick illegal force involved my brother in this transaction. the sick illegal

3022    force wanted to derail me from my image because of its precious value.

3023    B.    the sick illegal force was trying to rob the idea of building Mars by formulating it and

3024    saying it at the interview, please refer to section 1.4 Jesus and Mars and section 4.2 Crafty

3025    interview - Venus and Mars.

3026

3027

3028    2.10 Complain to President Obama and previous workplaces:

3029    In 2012, I sent numerous amount of emails and documents to President Obama and I stopped

3030    writing the image that I never disclosed to anyone because the sick illegal force was suffocating

3031    my health and budget while robbing my future and scattering its parts everywhere.

3032

3033    My action didn't stop the sick illegal force from raping, emptying, and robbing the nook of my

3034    brain which was acting deliberately against the law, infringing my civil rights stripping the rest

3035  of the image, please refer to chapter 3. The Image, giving them away to powerful people like

3036  President Obama and President Clinton beside President George Bush while the sick illegal force

3037  was controlling my budget and humiliating me through laying me off from companies.

3038

3039  I perceived parts of the current and future masterpieces that were never disclosed to anyone been

3040  given by the sick illegal force to companies as contracts with the White House through highly

3041  paid professional secret assigned unscrupulous psychic readers, spirits' robbers, and readers in

3042  mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq, and others,

3043  like the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael my future, thus,

3044  I complained to the White House but I got no response.

3045

3046  In 2012, after seeing the robberies from the nook of my private brain, I was forced to complain to

3047  the White House, President Obama and my managers, Minda McAlister and Tim Davis from

3048  MailBox Etc, UPS in a document explaining what the sick illegal force has been doing to me

3049  through tweaking and harnessing their voices in some details Please refer to 4.10 Illegal Force

3050  harnessed hurly burly voices and 4.11 Illegal Force phrases thrown in the air on me where I

3051  showed them I have been robbed through this imposed Illegal Force.

3052

3053  I have explained to the White House, President Obama and my managers, Minda McAlister and

3054  Tim Davis from MailBox Etc, UPS that for money purpose secretly without my permission and

3055  knowledge and the public knowledge, this illegal force wanted to keep imposing the painful,

3056  harmful, intolerable, unacceptable and inappropriate situation – imposed fraud and scam in my

3057  career and causing harsh painful layoff on regular bases to live on limited budget that has been

3058    controlled by them, so I never had chance to grow and never let me have time to think in my

3059    image while the highly paid professional secret assigned unscrupulous spirits' robbers with

3060    unethical and no decency, with Lebanese, Iraqi, and other origins, were raping, emptying, and

3061    robbing all sole unique items from the nook of my private brain with their harvests, efforts, and

3062    talents of my creativities and inventions' designs, techniques, styles, ways and they even robbed

3063    the skeleton of each item with its animation precisely – my black box in advance on golden plate

3064    to all to do my items before me so I would never know the items were mine because someone

3065    else had done them before me, and if I ever complain in the future, no one would believe me.

3066    The imposed situation of creating deliberate obstacles and painful layoff in my previous

3067    workplaces and destroying my health, career, and person life, was to derail me from doing the

3068    image of the new cycle of Adam and Eve.

3069

3070    Also, Earlier to my complain to my managers in MailBox Etc, UPS, I had complained to Deb

3071    Linder, my manger in Jostens Learning Corp,

3072

3073    2.11 The relation between Birth Cake with 911 Siren and 911 world trade center:

3074    Please read section 1.10 Birth Cake within 911 Siren with the Creator.

3075

3076    the sick illegal force, psychic read the masterpiece's future of "Birth Cake within 911 Siren with

3077    the Creator" in my image and it made me hear strangers saying through the air in English

3078    languages loud, "Happy Birthday. They saw you a cake!" with the siren of 911 ambulance. Get

3079    ready! When are you going to cut the cake?" in Jostens Learning Corp., in 1997 and innovative

3080    Enterprise solution in 2000.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

3081

3082    This masterpiece induced and burst an abnormal jealousy and invidious by the sick illegal force

3083    from the image because the "Birth Cake within 911 Siren with the Creator" was a masterpiece in

3084    its beauty with the creator.

3085    the sick illegal force involved me in this mess since 2001 by psychic reading me to rob the

3086    solutions to the Middle Eastern conflict as it perceived the Creator schedule with me, where the

3087    schedule wasn't limited to the solutions to the Middle Eastern problem.

3088

3089    The beauty of the masterpiece's future of "Birth Cake within 911 Siren with the Creator" was a

3090    schedule with the Creator before or had nothing to do with the tragic and painful 911 world trade

3091    center attack and usa-Iraq war implication. The beauty of the masterpiece's future of "Birth Cake

3092    within 911 Siren with the Creator" had nothing to do the Middle Eastern conflict.

3093    the sick illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate

3094    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me to

3095    rob it in a filthy way and forced the unscheduled tasks by the Creator with me.

3096

3097    Thus, this masterpiece triggered the sick illegal force to plot a schema in its filth brain to deform

3098    my masterpiece of "Birth Cake within 911 Siren with the Creator" because of this masterpiece's

3099    tremendous wealth and respect before the birth of this seed's blooming by executing 2 actions

3100    respectively as follows:

3101

3102    1. Please refer to Chapter 4 Illegal Force to show you how this Force was an obstacle to rob my

3103    image.

Written by: Zinia Boutros                                                        Page 145 of 895

3104

3105    2. Conferring and negotiating with extremely wealthy terrorists who were highly hungry for

3106    leadership and for bursting their opinion on the stage in shameful and disgraceful way.

3107

3108    the sick illegal force plotted with the terrorists to perform the tragic and painful 911 world trade

3109    center attack utilizing obscene and dirty route of science in demolishing the world trade center as

3110    a deformation and destruction to the Creator's scheduled task with me under the Creator's

3111    observation in my masterpiece of "Birth Cake within 911 Siren with the Creator" which was one

3112    of the masterpieces of my image.

3113

3114    As I was piling the incidences together under the Creator observation, I saw the sick illegal force

3115    intervention in my scheduled tasks as a Command with the Creator under His observation caused

3116    the 911 world trade center attack, provoked and instigated President George Bush who had little

3117    knowledge about this plot, which led to usa-Iraq war implication.

3118

3119    the sick illegal force involved me as an outsider in this mess since 2001 by psychic reading the

3120    nook of my brain to rob my future without anyone knows in the midst of the loud hurly burly

3121    normal and insane recorded voices, please refer to section 4.10 Illegal Force harnessed hurly

3122    burly voices and 4.11 Ilegal Force phrases thrown in the air, and for this reason the Creator

3123    bowed down to me and He intervened and I started to assist the White House as a proof that this

3124    image is mine.

3125

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis          March 2, 2022

3126    2.12 the sick illegal force had desire to be Zinia Boutros without Zinia Boutros:

3127

3128    The plot, the painful 911 world trade center attack and usa-Iraq war implication, started at the

3129    same time when the sick illegal force started to speak to me in the air via harnessed voices

3130    psychic reading me everywhere I went and in specific at my workplace to agitate me and to

3131    startle me, and to destroy my health, career, and personal life with despising me and scoffing at

3132    me forcing tiresome and fatigue from obstacles and obstructions with covered reason which was

3133    imposing no-sense dating on me while the sick illegal force was raping, emptying, and robbing

3134    all the sole unique items in the nook of my private brain, selling them, and enjoying my future

3135    through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

3136    no decency, in its seeds level and the rest of my image that I didn't disclose to anyone.

3137

3138    the sick illegal force robbed the seeds of my scheduled tasks with the Creator. This is why the

3139    Creator intervened in unscheduled tasks with me and made Himself present in the White House

3140    in 2004 through my emails against the sick illegal force.

3141

3142    The USA was plotted by the plot of painful 911 world trade center attack and usa-Iraq war

3143    implication as a start by the sick illegal force in 2001 because of its jealousy and invidious from

3144    my image as it had desire to be Zinia Boutros without Zinia Boutros and it decided to destroy me

3145    as a hate banned crime to own the image.

3146

3147    usa got out from this plot, the painful 911 world trade center attack and usa-Iraq war implication

3148    with implementing only my image after I send my emails to the White House in 2004, please

3149    refer to chapter 3. The Image, which twisted the steer of the presidential house – White House

3150    into the Creator's direction and saved slightly President Bush as the image I emailed don't

3151    establish overnight.

3152    Some of the undisclosed pieces of my image was stolen to be given to powerful people and

3153    President Obama, and international countries.

3154    The current and future masterpieces of my disclosed and undisclosed image bloomed in

3155    President Obama's time and boosted the USA economy on the account of damaging my health,

3156    career, and personal life.

3157

3158    My image impact on the USA Presidents:

3159    In 2004, after Jesus bowed down to me and I spoke to the White House through tons of emails

3160    due to the uncounted causalities and death and forced me to help as the Creator saw President

3161    Bush was directed by the sick illegal force, the ground shook under and around the presidents'

3162    ground because of my image, please refer to my image 3. The Image.

3163

3164    The presidents of most powerful country in the world started to rethink what they had

3165    accomplished in their presidential house and how my emails woke them up and alert them into a

3166    new vision where everyone wanted to be in.

3167    Definitely, the presidents blamed themselves or people around the presidents blamed them for

3168    not thinking about my image before me, Zinia and why someone like Zinia thinks about this

3169    image.

3170

3171    The presidents had desire to be Zinia Boutros without Zinia Boutros because of my image. They

3172    wanted to prove themselves as great leaders after my image.

3173

3174    The presidents and people around them <u>should not</u> blame themselves because I was connected to

3175    the Creator and I started to formulate and give away. Without the Creator, I won't contact the

3176    presidential house.

3177

3178    President George Bush, President Clinton, and President Obama made millions from my image

3179    and the sick illegal force made millions from my undisclosed image they robbed while my

3180    degree as computer scientist worth gold in its value, but the sick illegal force interfered in my

3181    career since 1997 or even before to limit my budget and acted as crows of death and poison fly in

3182    the morsel of my living and converted my degree's value into trash so I beg for work in order to

3183    limit my social security and to live within very limited budget, and to waste my time and efforts

3184    to prevent me from writing my image that was robbed for its tremulous value.

3185    <u>Please refer to section 4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force</u>

3186    <u>Authentic Motive.</u>

3187

3188    I looked at the background of President George Bush, President Clinton, and President Obama

3189    and saw they came from law and military environments, I simplified the image for them on

3190    golden plate and twisted the steer of the presidential house.

3191

3192    usa presidents, President George Bush, President Clinton, and President Obama should look at

3193    my case and analyze it, then should be my witnesses, my lawyers, and my judges to be lawful

3194    leaders in front the flag.

3195

3196    2.13 Mocking and taunting at President Bush:

3197    The worst of all, this Illegal Force used its sly and crafty ways in implicating the powerful people

3198    like President George Bush in the Iraqi American war on the account of damaging many sides as

3199    follows:

3200

3201•   Damaging me without me having clue why this Illegal Force existed in my life until the Creator

3202    presented Himself and explained to me.

3203•   Damaging USA and USA presidents' reputation especially president George Bush, but parts of

3204    my image lessened the catastrophic level of the situation. Please refer to my image 3. The Image,

3205    as boosting economy from my image changes people attitude and elevates powerful people

3206    status.

3207•    Damaging the Middle East.

3208•   Damaging some parts of the world.

3209

3210   The shameless part, at the beginning of this Illegal Force imposed painful, harmful, intolerable,

3211   unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's

3212   definition, on me in 2001, I heard voices of some Chaldean phrases through air which induced

3213   my anger because it was a joke in the air while I was in the midst of layoffs and questioning the

3214   imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to

3215   4.1,4.2, and 4.3 for the Illegal Force's definition, and I found out in 2011 after putting the image

3216   together under the Creator's observation, it was a poor and shameful joke about President

3217   George Bush while this joke would be a high-class with stylish and sophisticated beauty level in

3218   its masterpiece if this Illegal Force would never intervened in my life and left me alone with this

3219   scheduled task by the Creator.

3220

3221   Note: I would like to emphasis here how disrespectful this Illegal Force was to the presidents in

3222   general and to the president at that time, in 2001, to President George Bush in specific when he

3223   was in the White House because this Illegal Force motive was to rob my future through highly

3224   paid professional secret assigned unscrupulous psychic readers, spirits' robbers, and readers in

3225   mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq, and others,

3226   like the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael whom they

3227   knew there was a joke about the President Bush but I didn't know until 2011, making

3228   tremendous money regardless of USA and Iraqi military casualties, and USA presidents'

3229   reputation.

3230

3231    2.14 The Creator Force vs Illegal Force:

3232    Regrettably, the sick illegal force thought it has power more than the Creator because of its

3233    control on White House, Military, and police but actually it never knew the Creator because of

3234    its sewage level, <u>please refer to section 4.1 Illegal Force's Definition and section 4.2 Min-Nook</u>

3235    <u>Force Definition.</u>

3236

3237    Miserably, the sick illegal force disesteemed and disrespected the USA presidents' reputation but

3238    the image, <u>please refer to chapter 3. The Image,</u> twisted the steer into a new vision, the Creator's

3239    direction and saved slightly President Bush as parts of the image I emailed don't establish

3240    overnight.

3241

3242    The current and future masterpieces of my image bloomed in President Obama's time and

3243    boosted the USA economy on the account of damaging my health, career, and personal life.

3244

3245    Since 2007 until today's date, I was in process of formulating the precious image while the sick

3246    illegal force was consistently robbing me and selling parts of the image making tremendous

3247    wealth domestically and internationally.

3248

3249    I could have died from this situation without the Creator Force intervention.

3250

3251    2.15 Creator Message:

3252    I formulated the "Creation of Adam and Eve" and all Prophets referring it in all holy books and I

3253    formulated "Al-Lat, andAl-Uzza" in English language and Prophet Muhammad referencing it in

3254    Al-Quran under the Creator observation as a command.

3255

3256    The plan of the unscheduled task with the Creator was to write the initial book per the Creator

3257    request, where the Creator alerted me about the filthy, ugly, ill and hatred level of the robbery in

3258    sections, refer to 1.7 Staring at my genitals explanation by the Creator and 4.5 History of the sick

3259    illegal force authentic motive, and He asked me to continue writing the initial book in the middle

3260    of the imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please

3261    refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, of the sick illegal force until I

3262    formulated the title "Creation of Adam and Eve" and "Al-Lat, andAl-Uzza", please refer to 1.8

3263    Title of parts of the image and 1.9 Title of the parts of the image, and asked me to contact the

3264    White House, but the sick illegal force prevented me from finishing the initial book where it

3265    robbed, scattered, and shattered the undisclosed image everywhere and gave away to famous

3266    authors and big businesses, please refer to section 3.14A, B,3. Before, and 3.After.

3267

3268

3269    The Creator's plan under His unscheduled task as command with me was as follows:

3270    • Write the initial book to show the proof.

3271    • Respect and speak to the White House as appreciation to this sole situation with referencing

3272    the initial book that was supposed to be written.

3273    • Speak to Hollywood.

3274

3275    The White House took my image through my emails and started to implement as if I don't exist

3276    and as if there was competition between me and them.

3277    the sick illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate

3278    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on the

3279    White House to not speak to me because it was robbing through highly paid professional secret

3280    assigned unscrupulous spirits' robbers with unethical and no decency, with Lebanese, Iraqi, and

3281    other origins, and enjoying what I was formulating in the nook of my brain and giving the White

3282    House some parts of it. The White House acted as if there was a race between me and them, took

3283    my emailed image and took my undisclosed image and implement.

3284

3285    the sick illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate

3286    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me to

3287    not speak to me and prolonged my employments to derail me from my image because it was

3288    robbing through highly paid professional secret assigned unscrupulous spirits' robbers with

3289    unethical and no decency, with Lebanese, Iraqi, and other origins, and enjoying what I was

3290    formulating in the nook of my brain and giving it away to famous authors and business like 3.14

3291    A,B and get them on stage before me with my stuff.

3292

3293    the sick illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate

3294    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me to

3295    rob my image in its seed level so when I get on stage, people perceive it as if it is not my image.

3296

3297

3298    2.16 Sole Situation:

3299

3300    The Creator chose me as the new cycle formulator to create, write and put together the new cycle

3301    of the "Creation of Adam and Eve" and the "Al-Lat, and Al-Uzza" similar to how the Creator

3302    chose Prophet Moses, Son of God-Jesus, and Prophet Muhammad.

3303    The holly book, Torah was written by Prophet Moses and others.

3304    The holly book, Bible was written by Jesus Disciples.

3305    The holly book, Quran was written by Prophet Muhammad.

3306

3307    The Creator requested from me to do the new cycle of the "Creation of Adam and Eve" and the

3308    "Al-Lat, and Al-Uzza" under His observation and they must be done in certain way and design.

3309    The Creator chose me to do this way and design and no one else.

3310    For instance, if President Trump take this way and design exactly from the sick illegal force and

3311    do 100% better than me, there will be 100% destruction to USA and the world because this is an

3312    unusual robbery.

3313

3314

3315    2.17 Going with the flow:

3316

3317    The unresponsive action of White House to my emails, faxes, and phones obligated me to adapt

3318    the situation in order to make my living with the Creator's help while I was intensively in

3319    connection with the Creator and in formulating the image under the nightmare the sick illegal

3320    force imposed in my life.

3321

3322    2.18 The White House and Hollywood

3323    As I was writing the image in the middle of the imposed painful, harmful, intolerable,

3324    unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's

3325    definition, the sick illegal force made me hear respectful actors and actresses among the

3326    harnessed voices to lessen the celebrities' values, lessen my value, and diminish the significance

3327    of my initial book. So, I contacted one of the actors that I heard among the hurly burly voices

3328    through the air, Tom Hanks, to alert him with this imposed painful, harmful, intolerable,

3329    unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's

3330    definition, in a very sarcastic way at first, then I explained to him I have been robbed because

3331    usually when people write a book, they don't say what they are writing about it until the book is

3332    done.

3333    People stand in line to turn their books into movies, here I am not finished anything and my

3334    phrases, clauses, sections, subjects, and etc. of my book being stolen by the sick illegal force

3335    using psychic readers to famous authors, and celebrities just to halt my process and to cause

3336    fatigues from fighting with big and powerful people.

3337    In addition to this, the White House was giving away my emails to big companies, famous

3338    authors, and celebrities while I was in process of doing them, thus, I had to complain to the

3339    President due to the imposed painful, harmful, intolerable, unacceptable and inappropriate

3340    situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition.

3341    the sick illegal force has been compelling me to say what I have writing before finishing to lose

3342    my value, my writing's value because it has been in process of robbing my current and future.

3343

3344    I am very worried from this Illegal Force action with me.

3345

3346    What is been stolen from my undisclosed image is <u>FORBIDDEN</u> and the sick illegal force must

3347    be punished harshly for it!

3348

3349    <u>2.19 HATE CRIME:</u>

3350    No one can tolerate what this Illegal Force did to me. This situation steps on the nerve and broil

3351    blood. This situation flipped my life upside down.

3352

3353    I considered this imposed Illegal Force situation on me since 2001 as <u>HATE BANNED CRIME</u>

3354    where the Creator presented Himself in unscheduled task against this Illegal Force's intervention

3355    in His scheduled tasks.

3356

3357    Why did the sick illegal force intervene in my job at Jostens learning and forced mocking

3358    situation? Without the Creator's explanation, I wouldn't know what this conduct was for.

3359

3360    Why did the sick illegal force follow me at my workplace causing layoffs and creating obstacles

3361    while it was raping, emptying, and robbing all the sole unique items in the nook of my private

3362    brain, selling them, and enjoying my future through highly paid professional secret assigned

3363    unscrupulous spirits' robbers with unethical and no decency, with Lebanese, Iraqi, and other

3364    origins, and giving my image away to all?

3365

3366    Why did the sick illegal force create a deadlock communication between me and them and

3367    between me and the White House while it was raping, emptying, and robbing all the sole unique

3368    items in the nook of my private brain, selling them, and enjoying my future through highly paid

3369    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, with

3370    Lebanese, Iraqi, and other origins, and giving my image's pieces away to presidents, powerful

3371    people, large businesses, famous authors, and celebrities without stop as of this year 2016?

3372

3373    Accepting what the sick illegal force was imposing on me by the White House means the White

3374    House was concealing the banned crime and prolonging the period to give chances to powerful

3375    people and famous authors to start them without or before me while all of these pieces are mine

3376    forcing me to work and beg for keeping my social security.

3377

3378

3379    Stealing my undisclosed image of writing and projects to powerful people and famous authors

3380    like 3.14 A, B is a <u>HATE BANNED CRIME</u> when no one respond to me with accepting my

3381    career, health and personal destruction since 2001.

3382

3383    President George Bush, and UPS/president Tim Davis and Manager Minda McAlister, and other

3384    manager, Deb Linder from Jostens Learning Corp participated in this Illegal Force since 2015. I

3385    am extremely worried from this Illegal Force action with me when no one responded to me and

3386    when I saw the nook of my brain was leaking into many projects like 3.14 A, B where the White

3387    house had no idea whether the sick illegal force was robbing or not my undisclosed pieces of my

3388    image.

3389

3390    Wasn't the Creator right when He alerted me in section,<u>1.7 Staring at my genitals explanation by</u>

3391    <u>the Creator,</u> about the robberies in the seed level by the sick illegal force when I was being in

3392    process of experiencing my health, career, and personal life damage imposed by this force?

3393    Was it normal for the sick illegal force to psychic reading me and acting accordingly with me in

3394    and after section 4.5 History of the sick illegal force authentic motive?

3395

3396    Wasn't the Creator right when He alerted me in section,<u>1.7 Staring at my genitals explanation by</u>

3397    <u>the Creator,</u> about the robberies in the seed level by the sick illegal force when I was being in

3398    process of experiencing my health, career, and personal life damage imposed by this force?

3399    Was it normal for the sick illegal force to psychic reading me and acting accordingly with me in

3400    and after section 4.5 History of the sick illegal force authentic motive?

3401

3402   Since the sick illegal force is obligating presidents to speak to me in the air, aren't they obligated

3403   to help in stopping the robberies in chapter 3 in general and 3.14 A, B in specific and ask the sick

3404   illegal force what exactly robbed from me and gave away to the powerful people like Presidents

3405   of USA, respectful authors and business companies?

3406

3407   Don't I have the right to stop the respectful author and film maker for 3.14 B because this Illegal

3408   Force robbed me and sold some of my pieces to them?

3409   If I prove my formula, I can put this Illegal Force in jail for this robbery, 3.14A, B,3. Before, and

3410   3.After.

3411   Don't I have the right to say this is a hate banned crime in section 2.9 Hate Crime?

3412   Does the White House know about the robberies in 3.14A, B,3. Before, and 3.After?

3413   If I die, no one knows about the whole image except the robbers inside the sick illegal force

3414   because I never disclose it to anyone?

3415    the sick illegal force is forcing me to function normal in order to make my living after me

3416   monitoring my undisclosed image being robbed and sold to powerful people, famous authors,

3417   and business companies.

3418

3419   Wasn't this a HATE CRIME?

3420

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

3421

3422    3. The Image:

3423

3424    This imposed painful, harmful, intolerable, unacceptable and inappropriate situation caused

3425    depression and stress that led to sleepiness because I saw my items from my private brain in the

3426    USA/not USA market and I started to scream in my emails to the White House, federal court,

3427    media but no response. This is very unacceptable banned crime filled with grudge, malice, envy

3428    and jealousy, please read 4.5 History of the sick illegal force authentic motive, item 5.

3429

3430    Why the White House accepted the sick illegal force punishing me for no reason other than

3431    jealousy and robbing my private brain through spirits' robbers using power and connection for

3432    BIG MONEY PURPOSE since 2001 by psychic reading loud through previous coworkers and

3433    strangers while the highly paid secret spirit robbers like the American-Iraqi, Majid Sabeah

3434    Mighael were raping, emptying, and robbing the items of my private brain. The White House and

3435    the federal court didn't know in 2001. How about 2004, didn't I scream in my emails to the

3436    White House? How about in 2007, didn't I state to President Bush, "no body reach me because I

3437    am communicating with the Creator, can you sponsor?", instead the highly paid secret spirit

3438    robbers like the American-Iraqi, Majid Sabeah Mighael started to race with my private brain to

3439    rob more items and get more money and be more than millionaires. How about in 2012, didn't I

3440    scream in my emails to President Obama and UPS in a polite way? How about April 2016, didn't

3441    I explain in a polite way inside my federal sue against the presidents of USA? Why the White

3442    House and the federal court ignored me! Why the White House accepted the sick illegal force

3443    punishing me for no reason other than jealousy and robbing my private brain through spirits'

3444    robbers using power and connection for BIG MONEY PURPOSE since 2001 by psychic reading

3445    loud as if I did something bad.

3446    Laura Bush mentioned how hard it is when someone psychic reading other loud. Why is the

3447    punishment when the image in chapter 3 was all mine? Why did you let others rapture and enjoy

3448    the items of my private brain on account of my health, career, and personal destruction burning

3449    and ironing my heart on my items? what were trying to prove since april 2016, why is it taking

3450    so long? it has been more than 30 months  for allowing the ilegal force to rob more from my

3451    private brain?

3452

3453    From 2001 to 2012, there were intensive English speakers without accent around my neighbors

3454    and my workplaces saying things to me in the private air to rob me by asking me constantly

3455    "how…. Why … what " trying their best to get inside my private brain and empy it. In 2017, I

3456    found out one of the spirits' robbers was iraqi person, his name is The American-Iraqi, Majid

3457    Sabeah Mighael, this person became nice this year, Aug. 2018 acting he was psychic reading me

3458    and spirit robbing me loud because he was helping, this person opened business from my items

3459    of the new cycle of Adam and eve in 2007, this person, I have proof on him that he robbed,

3460    emptied, and raped my private brain since the eighties, this person became millionaire because of

3461    me.

3462

3463    The illegal force has been raping, robbing, and empying my items to everyone on golden plate

3464    through assigned highly paid secret spirits' robbers same way as Mazin Yonan's wife while they

3465    created coup in my home by destroying my health, career, and personal life. The illegal force

3466    started coup in my family by destroying my career with low volume in the nineties when they

3467   saw I could do the image of the new cycle and they quivered from jealousy. I am the creator of

3468   the new cycle of Adam and Eve, the new Al-Lat, and Al-Uzza, the new Lilith. The illegal force

3469   destroyed me and gave away my items to NASA.

3470

3471   The Nasa people are doing my items through the illegal force led by the radio station of Jeff

3472   Detrow & Jerry Cesak using high paid secret spirits' robbers like the American-Iraqi, Majid

3473   Sabeah Mighael. It is OK for those people [Steven Stahler and Sarah Sadavoy] to rapture and

3474   enjoy my private items and I get burned and ironed on my items. Shame! These items are not

3475   your items, they are my items and were given on golden plate to Steven Stahler and Sarah

3476   Sadavoy through spirits' robberes – conjure up spirit– they copied everything from my private

3477   brain to publish! Shame! Publish means MONEY! The American-Iraqi, Majid Sabeah Mighael

3478   has been spirit robbing and monitering my private brain since the eighties and I have proof

3479   against him.

3480

3481   They are mine and were robbed from my private brain. Shame! You as White House is seriously

3482   ignoring me since April 2016 and monitoring my heart's burn and iron on my own items – they

3483   are prohibiting and depriving me from doing my own items and YOU ARE allowing the illegal

3484   force using spirits' robbers to have the freedom to rape, empty, and rob everything from my

3485   private brain. You dismissed my federal case and ignored me because of my origin Iraq and you

3486   kept watching the spirits' robbers robbing my private brain and my private items on account of

3487   my screams at how my heat was burning and ironing on my private items as if nothing happened.

3488

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

3489    The article, "Did our sun have a twin? " The subject is mine 100%, the White House is ignoring

3490    my screams in the middle of my formulas with the Creator. The American-Iraqi, Majid Sabeah

3491    Mighael has robbed this item from me and sold to NASA.

3492    http://earthsky.org/space/did-our-sun-have-a-twin

3493    "Steven Stahler, a UC Berkeley research astronomer, and Sarah Sadavoy, a NASA Hubble

3494    fellow at the Smithsonian Astrophysical Observatory, have been collaborating on their ideas

3495    about star formation – using observations of the Perseus molecular cloud as a basis for

3496    comparison – and now"

3497

3498    I want you to remember one thing! The Creator installed inside me business rules but the

3499    formulas are all mine and this illegal force isrobbing me and giving you my items. without me,

3500    you never do these things. You can't see my name because of my origin Iraq

3501

3502    This illegal force has been robbing me same way as Mazin Yonan's wife [stigma of all women in

3503    their twenties during the eighties, only less than animal creatures do hypnotizing and spirit

3504    robbing, and act accordingly to get millionaires and impersonate Zinia Boutros' life. I thought

3505    your action was alone and not with the stigma of Mario, Salah, Rafi and Radio Station. prostitute

3506    and female dogs don't do this banned job. This job is banned by the Creator and human beings, it

3507    was too much for the illegal force and Mazin's wife to see me respect her situation, the force

3508    plotted to rape, empty, and rob the nook of my private brain since the eighties while Mazin's

3509    wife stood aside mimicking the innocent people, no one accept this banned crime unless you are

3510    less than animal because animals are much higher than this level. I didn't know the illegal force

Written by: Zinia Boutros                                                Page 164 of 895

3511    was emptying me same way as Mazin's wife! the Jesus alerted me in 2007 and He bowed down

3512    to me in 2004 to help USA because the imposed painful, harmful, intolerable, unacceptable and

3513    inappropriate situation was fraud and scam] since the eighties secretly. The illegal force hired

3514    very highly paid secret spirits' robbers since the eighties to monitor my private brain and raped,

3515    empties and robbed every second 24/7.

3516    .

3517    In the eighties and nineties, the illegal force never cared about how to do my items or reach my

3518    items as long as the origin of the owner of the precious items or masterpieces had no Iraqi or

3519    Arab owners when the items were 100% mine, although some of the spirit robbers were Iraqi and

3520    Lebanese, obviously these spirits robbers only cared for money and that was normal for robbers.

3521    The illegal force led by the radio station of Jeff Detrow & Jerry Cesak didn't care how to reach

3522    my items, they used good and bad route since the eighties to reach. I am the new formulator of

3523    Adam and Eve, the new Lilith, and new "Al-Lat, and Al-Uzza", I had to formulate to find out –

3524    this has nothing to do with my origin Iraq.

3525

3526    The illegal force didn't want the owners of my own items to be Iraqi and for that reason they

3527    plotted and planned to monitor my private brain every day 24/7 since the eighties and kept

3528    emptying it, so I would never have the chance to own my own items – they soaked out the items

3529    in their seeds' level, so I never see them. Why? Iraq and USA were not friends in the eighties

3530    and nineties. The issue of Iraq and USA relations is still the same but not as bad as before. The

3531    illegal force led by the radio station of Jeff Detrow & Jerry Cesak couldn't see Iraq the owner of

3532    my image and for this reason they didn't mind psychic reading me and spirits' robbing me 20-30

3533    years in advance or since the eighties – they couldn't see Iraq on the stage. **[please, Bill gates,**

3534 **Elon Musk, and Jeff Bezos, my schedule with the Creator started in 2007, I was supposed**

3535 **to formulate my items and the White House was supposed to respect, and I prove you all**

3536 **are the main characters in the new cycle of Adam and Eve, new Lilith, new "Al-Lat, and**

3537 **Al-Uzza," and others. What this force did since the eighties, I was supposed to do starting**

3538 **2007 with the Creator, then work with the main people or groups, some of the people and**

3539 **groups are Bill gates, Elon Musk, and Jeff Bezos, White House, and military]**

3540 I was forced to be hired in the Camp Pendleton because of my origin Iraq, the illegal force

3541 wanted to psychic read and spirit's rob my items from my private brain.

3542 The spirits' robbers are giving my items to NASA as fast as possible, so my name would never

3543 be in my items due to my origin – Iraqi and I don't accept this banned crime.

3544

3545 The spirit robbers have been racing with my brain to get the items and gave them to people other

3546 than me and prohibited me from doing them.

3547

3548 The spirits' robbers and the people who pointed the illegal force on me never cared about me

3549 because I wasn't member of their homes, they pointed their fingers on me and gave Zinia

3550 Boutros on golden plate to the illegal force led by the radio station of Jeff Detrow & Jerry Cesak.

3551

3552 The 3.Image is mine. I am the formulator of the new cycle of Adam and eve, I am the new Lilith,

3553 and I am the new creator of "Al-Lat, and Al-Uzza." I want you to know that you must go by me

3554 because the Creator installed the business rules inside me and you must not use the psychic

3555 reading and spirits' robbing for the benefit of USA and the world.

3556

3557    This illegal force has been psychic reading, spirit robbing my private brain secretly 20-30 years

3558    in advance since the eighties and nineties before my schedule with the Creator, so I never think

3559    or formulate my items. They destroyed my health, career, and personal life and even went to

3560    each member of my family to ask them questions related to the new cycle to psychic read more

3561    when I never mentioned anything, so I never start anything, the sick illegal force has been

3562    psychic reading my family's members in advance to rob the future of the new cycle. The Creator

3563    alerted me in 2007 and made me formulate the new cycle and find out the robberies. the sick

3564    illegal force hired highly paid secret psychic readers and spirit robbers to do this banned job with

3565    me, they led countries in this banned oppressive, unjust, unfair, iniquitous, inequitable, wrongful,

3566    and banned crime and the Creaor destroyed the previous cycle before because they involved big

3567    people and covered the crime!

3568

3569    All of the items before and after filing my federal case are parts of the new cycle of Adam and

3570    Eve and the sick illegal force has been scattering them secretly everywhere through psychic

3571    reading, spirit robbing my private brain. Please freeze and speak to me!

3572

3573    I am the one who is telling you the sick illegal force robbed me and not the sick illegal force! the

3574    sick illegal force was busy finding a date for me everywhere, at my workplace and everywhere to

3575    get me in trouble with everyone and deviate me from doing the image since 1997. The Creator

3576    alerted me in 2007 about the robberies, I started to formulate and find out the robberies. I was

3577    supposed to formulate the new cycle of Adam and Eve and not wasting my time formulating to

3578    find out the robberies that started since the eighties.

3579

3580   Please freeze the image in chapter 3 inside and outside USA because it is 100% mine. the sick

3581   illegal force has frozen my life and my career since 2001 to steal my image of the new cycle of

3582   Adam and Eve and sell after tweaking. The President of USA must have the power to freeze the

3583   image and the crime.

3584

3585   The American-Iraqi, Majid Sabeah Mighael, the MinYook, the secret spirit robber has been

3586   racing with my private brain and so far, as of today, he has been giving items to Canada, Russia,

3587   USA (SeaWorld, Submarine and Electric Eel, Updating the info of Black Hole, …. Lately he

3588   burned my heart by giving very huge item to some investors and made the radio station of Jeff

3589   Detrow & Jerry Cesak bring the owner and the trainers of the project to speak to me in the

3590   private air after I accidently found out through YouTube, they were doing my items that have

3591   huge vital, substantial, serious pat in the new cycle of Adam and eve. This force is despising my

3592   private brain and giving it away to anybody when I chose the main person and groups in the new

3593   cycle of Adam and Eve with the help of the White House, authority, police, and FBI. Please

3594   wake up, this is the new cycle and not a joke! The White House was not responding since 2004

3595   because they thought it was trivial thing. the sick illegal force acted deliberately by imposing the

3596   situation at my workplace because they have been psychic reading and spirit robbing me and

3597   have been putting placeholders to my items since the eighties, so I never touch them. Jesus

3598   bowed down to me in 2004 because he saw the robberies from my private brain and their place

3599   holders and for that reason He obligated me to help the White House starting 2004 in a

3600   prescheduled date instead of His real schedule in 2007.  the sick illegal force was giving my

3601   items to novice people in the nineties when I was expert in my items since 1997 – I had done 2

3602    things at my workplace that impressed my coworkers at that time, but my schedule with the

3603    Creator was in 2007 so I start them per His request. My items come as package.

3604

3605    I never mentioned my items to even my family members or friends per the Creator's request.

3606    the sick illegal force was robbing me since the eighties. I could have easily left the Creator's

3607    installation inside me and stop working with Him and tell Him " Sorry, I need to start some of

3608    these businesses. Bye"

3609

3610    the sick illegal force made me busy with problem since 1997 with low volume and since 2001

3611    with high volume.

3612    In oct 5 2018, Laura Bush was mocking in the private air: Mmmmmm mmmm she is going to

3613    lead us when you did this her!

3614    Zinia: they are really robbing something huge, substantial and serious! Please stop the crime!

3615    You should have stopped the banned crime since 2004 when I asked the White house to

3616    sponsoring me in 2007 by seeing the Creator was doing something very big with me. I even

3617    emailed President and stated no one can reach because I was working with the Creator. I never

3618    know the sick illegal force has started with me since the eighties and they already put place

3619    holders for their banned crime – for their robberies from my private brain.

3620

3621    I was supposed to put things together for the new cycle of Adam and Eve calmly and sit with the

3622    President of USA as respect to the subject and not to do screaming and shouting at everyone

3623    after seeing my items from my the nook of private brain – my black box that I never give to

3624    anyone, were scattered and shattered inside and outside USA market because, secretly without

3625    my knowledge and permission, the sick illegal force led by the radio station of Jeff Detrow &

3626    Jerry Cesak, using highly paid professional secret assigned unscrupulous psychic readers and

3627    spirits' robbers with unethical and no decency like the spirit robber, The American-Iraqi, Majid

3628    Sabeah Mighael, had planned since the eighties a strategy to rob every item related/not related to

3629    the subject of the new cycle of Adam and Eve from the nook of my private brain, tweaked/not

3630    tweaked for themselves and sold to others, then implemented the strategy on me to destroy my

3631    health, career, and personal life in the nineties with low volume and at the beginning of the third

3632    millennium extremely loud with high volume.

3633

3634    The intention of this imposed painful, harmful, intolerable, unacceptable and inappropriate

3635    situation was to rape, rob, empty FOR MONEY PURPOSE SECRETLY WITHOUT MY

3636    PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE all sole unique items

3637    from the nook of my private brain with their harvests, efforts, and talents of my creativities and

3638    inventions' designs, techniques, styles, ways and they even robbed the skeleton of each item with

3639    its animation precisely so I never grow and the illegal control any situation in my life using

3640    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

3641    decency, by creating deliberate obstacles and painful layoff in my previous workplaces to derail

3642    me from doing the image of the new cycle of Adam and Eve. Huge projects after tweaking and

3643    un-tweaking the new cycle of Adam were created on account of my health, career, and personal

3644    destruction.

3645    In 2004, Jesus bowed down to me and forced me as a Command in an unscheduled tasks to assist

3646    President George Bush because the sick illegal force was robbing the nook which is the sanctum

3647    of my brain's black box and was giving away to the White House.

3648    I promptly and exclusively started to think loud and formulate, and give away to President

3649    George Bush/ White House pieces of the image in detailed inventions, suggestions, and ideas

3650    that needed only experienced people in the particular fields like managers, team leaders, and

3651    technicians for these image's stones and seeds.

3652

3653    My image induced and burst an abnormal jealousy and invidious by the sick illegal force because

3654    of its strong ties to my Americanism that have multi Nobel values in solemnity and honor with

3655    its priceless precious treasures and tremendous wealth.

3656

3657    Later, I found out the sick illegal force was harnessing the voices to rob my future for its benefits

3658    and for facilitating my brain's robbery to be on the stage in any price.

3659

3660    My image twisted the steer of presidential house into new vision or the Creator's direction and

3661    saved slightly President Bush as the image I emailed don't establish overnight. The formula of

3662    my image didn't occur in President George Bush time, but it bloomed in President Obama's time

3663    and boosted the USA economy on the account of damaging my health, career, and personal life

3664    with lessen my value forcing tiresome and fatigue from obstacles and obstructions.

3665

3666    It was my duty as a Command in front the Creator to twist the steer of the presidential house into

3667    completely a new vision that none of the previous USA presidents knew how to do before

3668    through the following image:

3669

3670    1. All the current and future masterpieces of the core or the nucleus of my image's stones and

3671    seeds that were stolen before 2001.

3672

3673    2. All the current and future masterpieces of the core or the nucleus of my image's stones and

3674    seeds that were given to the White House that have strong ties to my Americanism with its multi

3675    Nobel values in solemnity and honor, and with its priceless precious treasures and tremendous

3676    wealth.

3677

3678    3. All the future masterpieces of the core or the nucleus of my image's stones and seeds that

3679    were stolen from the undisclosed nook of my brain by the sick illegal force through psychic

3680    reading.

3681

3682    Summary of few of masterpieces that were given by me to the White House since 2003-2004 and

3683    the summary of few robberies of my undisclosed image's future by the sick illegal force through

3684    psychic readers and fortune tellers. All of the Following items were given to respectful figures.

3685

3686    None of the following items below would be done by anyone in this world without my emails. I

3687    simplified everything and gave away on golden tray in details where the sick illegal force

3688    destroyed me and made tremendous wealth with the current and previous presidents and Mrs.

3689    Hilary Clinton.

3690    Whoever says the following items were not Zinia Boutos' items is criminal.

3691

3692   All the following below sole unique items were scheduled tasks by the Creator with me, but they

3693   became unscheduled tasks, because of the intervention of the sick illegal force 's robberies to the

3694   image due to its precious value which unfortunately twisted the Creator's process totally and

3695   converted the scheduled task to regrettable, fretful, and painful unscheduled tasks.

3696   The following incidences were supposed be a happy events in my life, my family life, USA

3697   citizen's life, and world's life, but this Illegal Force converted these incidences into the worst

3698   events ever because of its intervention in my life.

3699

3700

3701

3702

3703   3.1 Discovering stolen items from the nook of my private brain before filing my federal case on

3704   April 2016, 16-cv-0101-H-WVG against the previous presidents of USA

3705

3706   In 2000, I saw the sick illegal force was directing Bill Gates and President Bush into my items –

3707   can't say. I thought it was coincidence.

3708

3709   You don't know what I have been doing to formulate these items alone and here is the illegal

3710   force sucking out my private items on golden plate and put them in streets for anyone. The

3711   jealous illegal force was quivering from the joy and happiness robbing my private brain because

3712   of grudge and envy. I can't accept anyone rob my items private brain and give these items to any

3713   owner on golden plate. Why the White House is allowing the illegal force to torture me and

3714   inflict pain in my heart for my own items? What did I do? Why is it taking so long for you to

3715    respond? Your responsive action is a crime! What are you trying to prove, didn't you have

3716    enough evidances to break this crime and speak ot me or you wanted the illegal force to rob

3717    more?what this group of spirits' robbers could have done without this illegal foce that has the

3718    most foolish power and connection – it was well proved by the Creator that it was power and

3719    connection of self destruction, they destroyed USA and the world this way! Wake Up USA!

3720    They are robbing me using banned way!

3721

3722    The imposed painful, harmful, intolerable, unacceptable and inappropriate situation by the sick

3723    illegal force is still on. the sick illegal force is forcing my previous coworkers and mangers to

3724    speak to me in the private air with jokes as if there is nothing going on – the truth they were

3725    robbing my private brain since the eighties through spirits' robbers – conjure up spirit.

3726    Jostens Learning/ Deb Linder, UPS/Minda McAllister and Tim Davis, Willis Towers Watson/

3727    mark tomonaga, christina rensfield, jessie hillebrand, shirley huston, Marc..., and Chris from the

3728    training

3729     are participating making the situation sounds very normal and funny.

3730    Aug 2018, the American-Iraqi, Majid Sabeah Mighael has been joking since I found out he was

3731    part of the crime.

3732

3733

3734  After I filed my federal case in April 2016, 16-cv-0101-H-WVG, Willis Towers Watson/Shirley

3735  described this situation one time by speaking to me in the private air "This is death!", "We are all

3736  doing it to burn Zinia"

3737  I want my civil right! Can you, stop this mess! No one accept this to happen to themselves like

3738  Willis Towers Watson/ Shirley said - 'this is death if you steal brain.'"

3739

3740  2016: President Obama was saying in the air "Do I accept this?"

3741  Willis Towers Watson/ Shirley huston was saying "This is death! Do I accept this?"

3742  Willis Towers Watson/ Shirley huston was saying "we don't do meetings in our company, we

3743  communicate through psychic readers"

3744

3745  September 2018: Willis Towers Watson/ Chris from training was saying "we are doing it

3746  because they are fucking Zinia's brain. I don't know what they are doing. I am just saying things

3747  in the air?"

3748  Since 2001: UPS/Minda McAllister was speaking to m in the air.

3749  2004 and since 2012: UPS/Tim Davis was speaking to m in the air. In September 2018, he was

3750  saying "Hussssssss" with laugh.

3751  I don't need to mention Salah Al Zughbi's participation because he must go to jail without

3752  question.

3753  Oct. 2 2018 UPS Minda McAllister: Are you done.

3754  Minda is not receiving my emails. Tim Davis is receiving my emails.

3755    UPS/Minda McAllister is asking me to sue this

3756    Willis Towers Watson Rensfield Christina is asking me to sue this

3757    Bill Clinton in the private air: We don't do any of this [chapter 3. The image] without you?

3758    Zinia: Definitly, BIG NO! Virgin Mary bowed down to Jesus, in turn Jesus bowed down to me.

3759    I have to explain to all of you what this Illegal Force has done to my life didn't start since 2001 in

3760    UPS or after my emails to the white House starting 2004, but this illegal force started to rape,

3761    empty, and rob the nook of my private brain and damaging my health, career, and life since the

3762    eighties - this is what I found out from my formulas with the Creator.

3763    Jostens Learnnig Corp/Debbi Linder, I can't remember what she is saying.

3764    Jostens Learnnig Corp/Aunt of Edith Hernandez, I can't remember her name saying: Sue this!

3765    Oct, 1, 2108, after one day, Jostens Learnnig Corp/Aunt of Edith Hernandez, I can't remember

3766    her name saying: I don't know any of this!

3767    After one week, Jostens Learnnig Corp/Aunt of Edith Hernandez, I can't remember her name

3768    saying: the subject was trivial before, now became boooo!"

3769    Oct. 16 2018 Jostens Learning Corp/Debbi Linder, saying in the private air "I want to copy Zinia

3770    Boutros".

3771    Zinia replying: whatever! BUT Not through spirit robbing and psychic reading secretly without

3772    my permission and knowledge and public knowledge because it would be a banned robbery and

3773    you don't accept it on yourself! In 1997, you thought it was something trivial when you laid me

3774    off! This sick illegal force was psychic reading me loud randomly at workplace in Jostens

3775    Learning Corp and around my neighbors to paralyze, freeze and bridle me, they destroyed my

3776    health, career, and personal life when I did your personal movie and did the program to your

3777    friend. The illegal force led by the radio station of Jeff Detrow & Jerry Cesak couldn't see me on

3778    the stage when they were monitoring my brain 24/7 and saw the image because it has

3779    tremendous money and for that reason they sucked out my items secretly since he eighties, so I

3780    never see my items. I didn't know. Jesus alerted me in 2007 and made formulate to find out all

3781    the robberies from my private brain

3782    [while I was writing some of the statements inside chapter 3 the image, in October 14, I heard

3783    Jeff Bezos, ElonMusk, Obama, Minda McAllister, the Secretary of defense, James Mattis, and

3784    someone from Camp Pendleton I can't remember his name speaking to me]

3785    In February 2018, Obama was participating when the illegal force using Majid was robbing my

3786    private.

3787    lately since 2014 this illegal force led by the radio station of Jeff Detrow & Jerry Cesak, using

3788    the spirit robbers = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force

3789    definition, like  Majid, to race with my brain and to give as much as could my items from my

3790    private brain to Canada, Russia, and inside USA to burn my heart into ashes. They mixed my

3791    personal life and my items that are part of the new cycle of Adam and Eve and tweaked/not

3792    tweaked to create new projects. Read Majid's part! If I didn't formulate with the Creator, I

3793    wouldn't know these projects were robbed from my brain.

3794

3795    In 2016, Barbara Bush, the daughter and Elon Musk asked me to Hush or they would steal from

3796    me whatever I say.

3797    My reply: Whether I say my items loud or not, this illegal force is emptying them from my

3798    private brain and put in the internet. Are you as daughter of president of USA or you as Elon

3799    Musk would reimburse me for the chair - https://www.acornstairlifts.com/

3800

3801    The Creator installed inside me the business rules of the new cycle of Adam and Eve, the new

3802    Al-Lat, and Al-Uzza, the new Lilith. I have done all of these items because the Creator installed

3803    the business rules inside me since 2004 and I started to formulate them. the sick illegal force

3804    knew about the new cycle of Adam and Eve since the eighties and was raping, emptying, and

3805    robbing my private brain.

3806    Since the sick illegal force had no idea what my image was in the eighties and nineties or the

3807    image was not clear for the highly paid professional secret assigned unscrupulous spirits' robbers

3808    with unethical and no decency, its members asked the highly paid professional secret assigned

3809    unscrupulous spirits' robbers with unethical and no decency, to rape, rob, empty FOR MONEY

3810    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

3811    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

3812    health, career, and personal life destruction every single item relates to others from my private

3813    brain that had potential growth, 20 years in advance, and sold to others so I would never have the

3814    chance to grow in it and the sick illegal force control the situation.

3815

3816    The Creator had schedule with me in the third millennium. Specifically, He started with me in

3817    2007 but the sick illegal force using spirits' robbers robbed my private brain since the eighties

3818    and nineties, so I won't be the owner of my own items. Jesus bowed down to me in 2004 to alert

3819    me about the robberies and obligated me to speak my items to the White House in the middle of

3820    the horrible imposed painful, harmful, intolerable, unacceptable and inappropriate situation – the

3821    the secret scam and fraud situation that no one has had clues to its reasons, - that has been

3822    imposed on me loud since 2001, with low volume since 1997 and silent since thee eighties.

Written by: Zinia Boutros                                                              Page 179 of 895

3823    Starting in 2007, the Creator wanted me to formulate the new cycle of Adam and Eve, Lilith, Al-

3824    Lat and Al-Uzza and many others with alert about the robberies from my private brain. The

3825    Creator explained to me with animations, the sick illegal force was robbing me the same as

3826    Mazin Yonan's wife way - less than animal way did, please read 4.5 History of the sick illegal

3827    force authentic motive, item 5.

3828     the sick illegal force plotted and planned this banned crime this way – psychic reading me loud

3829    without response from anyone.

3830    This imposed painful, harmful, intolerable, unacceptable and inappropriate situation caused

3831    depression and stress that led to sleepiness because I saw my items from my private brain in the

3832    USA/not USA market and I started to scream in my emails to the White House, federal court,

3833    media but no response. This is very unacceptable banned crime filled with grudge, malice, envy

3834    and jealousy, please read 4.5 History of the sick illegal force authentic motive, item 5.

3835    I was supposed to speak to the president of USA and put the items of the new cycle together. In

3836    2007, I asked the White House to sponsoring me because I saw the Creator was doing something

3837    very big with me but in the seeds level. The members of the sick illegal force using their power

3838    and connection planned this banned crime to be done for sake of robbing my items in the seeds

3839    level since the eighties and nineties and they kept robbing my items from my private brain as the

3840    seeds grow everyday using spirits' robbers like the American-Iraqi, Majid Sabeah Mighael and

3841    they convinced the White House to not speak with me. this illegal force has been really robbing

3842    or soaking the seeds from my private brain and I need to stop them immediately. I need help!

3843    Save me from this banned crime

3844

3845   The Creator started His schedule in 2004 with me earlier than the real schedule that was

3846   supposed to be in 2007 because He saw the robberies in this imposed painful, harmful,

3847   intolerable, unacceptable and inappropriate situation – the secret scam and fraud situation that no

3848   one has had clues to its reasons, - from my private brain was in process and obligated me to

3849   email the White House.

3850   As I was formulating every day in the middle of this nightmare situation because the sick illegal

3851   force was not allowing me to formulate and was racing with my private brain using spirits'

3852   robbers – conjure up spirit, part of the new cycle, the Creator installed business rules inside me

3853   to formulate eternal gifts to the main people/groups that will be part of the new cycle of Adam

3854   and Eve. These eternal gifts will stay with the main people/groups. Since 2007, I saw Military of

3855   USA, presidents of USA, Bill Gates, Elon Musk and Jeff Bezos were some of the person or

3856   groups who will receive eternal gifts. Whether we pass or not pass the new cycle of Adam and

3857   Eve, the main persons or groups will receive eternal gifts. If we pass, the main persons/groups

3858   will know they are the owners of the eternal gifts and if we don't pass, someone with name Zinia

3859   Boutros only will formulate to give you the eternal gifts again.

3860   the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak using spirits' robbers

3861   – conjure up spirit bypassed me similar to heart bypass surgery and started to give my items from

3862   my private brain to Elon Musk, Jeff Bezos and others since the eighties! I will explain! the sick

3863   illegal force robbed my future and fortune since the eighties!

3864   Jeff Bezos and other main people and groups would never accept to be part of the new cycle of

3865   Adam and Eve without giving them the eternal gift WITH PROOF and explain to them their

3866   parts.

3867

3868    This illegal force has been emptying my private brain since the eighties and I found out through

3869    formulas with the Creator there are big and main people in it, the sick illegal force used filthy

3870    route – spirit robbing and psychic reading to reach the new cycle, a route that is very dangerous

3871    to USA and the world = psychic reading and spirit robbing secretly without my permission and

3872    knowledge and without public permission and knowledge. I have the right to cuss and curse

3873    under this imposed painful, harmful, intolerable, unacceptable and inappropriate situation –

3874    situation of fraud and scam. I need to do the new cycle of Adam and Eve whether the language I

3875    am using in this document is accepted or not by people because of this imposed painful, harmful,

3876    intolerable, unacceptable and inappropriate situation.

3877

3878    A. In 2003-2004, I saw one of the causes for major impact on worst world's wars was education,

3879    I formulated am initial design to unite all world's schools into one where the children don't lose

3880    their education level when changing residents from one place to another or country to another.

3881    Partial of this system was created and implemented after my formula in some schools of the San

3882    Diego, USA, New York, USA, Arab gulf and Arbil, Iraq, and …etc.

3883

3884    In turn, it was given to a highly respectful figures in USA.

3885

3886    B.      I suggested to unite the United States of America politically by uniting the republic and

3887    democratic into one party called American. This suggestion was given by the White House to

3888    considerable respectful figures to do and I asked to use this system to build the world as one US.

3889

3890    C.      Uniting the religions is my creation.

3891

3892    D.      First, I respected Jesus because of His conduct with me. I saw Jesus was baptized in the

3893    Dead Sea. The Dead Sea was ignored, negligent, and abandoned before 2003. I formulated the

3894    "The Red Sea–Dead Sea" as part of enormous projects in the Middle East.

3895    Initially, it brings water to Jordan, Israel and the Palestinian by generating energy using Solar

3896    system to have clean water through water desalination.

3897

3898    This Project is being given to big investors in New York, USA and others.

3899

3900    Second, I saw water had major impact on worst world's wars where countries have been fighting

3901    with each other over water, and cursing, cussing each and insulting each other, I explained the

3902    elevation of water level in ocean and seas because of global warming. I formulate the idea or

3903    design of using the sea and ocean water through water desalination system by using generated

3904    energy based on solar energy.

3905    usa, some cities in California using water desalination system and some countries like Arab gulf

3906    countries, and Africa are using this method now after I formulated this idea.

3907

3908    E.    In 2003-2004, I saw the oil and gas Arab gulf, Iraqi, and others had major impact on

3909    worst world's wars and on the Global warming and climate change, I formulated an idea of

3910    creating a car based on generating energy by batteries using the solar energy. I formulated the

3911    idea to a point where the powerful leaders need only to call experts like managers, team leaders,

3912    technicians, and power to implement.

3913    When I formulated the idea or the design of this car, I formulated the initial design of the car

3914    with all of its accessories like the batteries' stations inside/outside home for the cars with

3915    keeping the existing gas stations.

3916    I asked the White House to involve the Arab word in this invention because the world oil was

3917    depending on Arab gulf and Iraq.

3918

3919    Governor of California, Arnold Schwarzenegger would never talk about the car I invented and

3920    about the climate change science without I simplified the science formula to the White House on

3921    golden tray.

3922

3923    As I was thinking rapidly to change the steer of the leadership from wars vision to clean vison, I

3924    thought about giving the idea initially to the Ford Motor Company then spread to auto car in

3925    USA, then to the world as respect to USA.I didn't say it because I was intensively in connection

3926    with the Creator. Later, after 2008, the psychic reader robbed it and sold it to the White

3927    House/President Obama.

3928

3929    In 2004, President George W. Bush helped in this item and this invention was given the

3930    engineer, Alon Musk, and the Tesla car was created with its batteries accessories at homes but

3931    without its outside accessories like the batteries' stations for the cars with keeping the existing

3932    gas stations.

3933

3934    Powerful people like previous presidents participated to include owners from the Arab Gulf as

3935    owners to this car.

3936    Alon Musk created Solar City for this purpose.

3937

3938

3939

3940   The idea of creating this car's accessories like energy stations were given by Tesla owner, Alon

3941   Musk to do in Germany.

3942

3943   The robbery by the sick illegal force of taking this invention from Tesla to Ford was given to

3944   President Obama.

3945

3946   F.     I asked the White House to think about Airplane and trains to use same car idea which

3947   was creating batteries on solar system.

3948

3949   G.     In 2003-2004, in the middle of the formulations, in my dream, Jesus and a group of

3950   people showed me the space, please refer to section 1.5 Jesus and Space, and I promptly

3951   contacted the White House. This incidence was psychic read by the sick illegal force to rob me in

3952   1998 but it wasn't formulate in the nook of my brain, please refer to section 4.2 Crafty interview

3953   - Venus and Mars.

3954

3955   After my dream with Jesus, I promptly emailed the White House with building the orbits of the

3956   Earth's solar system. I used Mars as an example and explained how to change the weather and

3957   environment by creating plants and rivers in this planet through cultivating and implanting as

3958   initial step. The rest was robbed by the psychic readers and fortune tellers.

3959

3960   H.     Also, I suggested to change the atmosphere using science inside the spaceships to form a

3961   comfortable environment for the people.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                March 2, 2022

3962

3963    I.        In 2007, after the Creator showed me many movies and animated movies in my dreams.

3964    The Creator asked me to formulate my own into writing and I started to formulate what I have in

3965    my brainside a book under His observation as a Command in unscheduled tasks while I was

3966    under the imposed Illegal Force where I needed to work and make my living., please refer to 1.6

3967    Request to put the image in a book by the Creator.

3968

3969   J.       In 2008, I saw many of the undisclosed items of my image as contracts being done

3970   domestically and internationally. I can't say all of them until I speak with the previous and

3971   current Presidents in court.

3972   One of the pieces that I was formulating when I was doing the "Creation of Adam and Eve" was

3973   offered as contract to Egypt, in Alexandria city.

3974

3975   K.       In 2011, while I was working in Camp Pendleton, the Creator asked me if I was aware

3976   with what I was formulating down in writing, and formulating in my brain as the sick illegal

3977   force intervention didn't allow me to continue writing by forcing multiple layoffs and it was

3978   delaying me.

3979   I found out I was formulating the "Al-Lat, and Al-Uzza", this term was mentioned in AL Quran

3980   under Sura Al najim.

3981

3982   After this incidence, the sick illegal force brought Hollywood respectful figures to speak to me

3983   through psychic readers, creating a nice joking environment, in my workplace building, around

3984   my home and where ever I went while it was stealing subjects, scenes, and phrases.

3985

3986   Example of hearing celebrities saying anything to cover the robbery: Tom Hanks, Sandra

3987   Bullock, Julie Robert,.., John Goodman … etc. Arabic actors and actresses with some passed

3988   away celebrities.

3989

3990   L.       In 2012, after my horrible layoff from CoreLogic, as I was continuing what I was

3991   formulating, the Creator asked me if I was aware with what I wrote again.

3992   I found out I was formulating "the Creation of Adam and Eve"

3993

3994   I wanted to write the initial proof of "The creation of Adam and Eve" but the sick illegal force

3995   destroyed me with obstacles and obstructions by suffocating my budget before giving the proof

3996   in a book to the White House.

3997

3998   Since the Creator was involved in making me formulate the masterpiece of "The creation of

3999   Adam and Eve", I wanted to share my experience with the White House since it is a sole

4000   situation and as respect to the White House.

4001

4002   I saw the sick illegal force was robbing my pieces, was selling them to powerful people, and

4003   making contracts with the White House.

4004

4005   M.      In 2012, I explained to my best friend Wanda Abdel what was happening to me by this

4006   imposed painful, harmful, intolerable, unacceptable and inappropriate situation, she

4007   recommended to me to contact the White House but I never said to her what I was writing and

4008   formulating. My reply was that I already emailed the White House a lot in President George

4009   Bush time to a point where I vomited from the unresponsive action. But, I tried again based on

4010   my friend's recommendation.

4011

4012   I was ignored by the White House, I saw the sick illegal force was robbing my pieces, was

4013   selling them to powerful people, and making contracts with the White House.

4014

4015    I contacted President Obama hundreds and hundreds of times with emails, mails, phones and

4016    faxes because I wanted to finish the initial proof of "The creation of Adam and Eve" under the

4017    Creator's observation but no response.

4018

4019    N.    Since 2004 until now, I have experienced many of my image's stones and seeds were

4020    leaking to the sick illegal force into enormous projects

4021    In 2012, I STOPPED writing the image and I started to pile everything in my brain because the

4022    sick illegal force was robbing the nook of my brain and my future while I have been in process

4023    of complaining to the White House and had to work under limited budget.

4024

4025

4026    Here are few of important parts that were stolen from my emails and from the undisclosed nook

4027    of my brain and have been given away to respectful powerful people and famous authors.

4028

4029    O.    This name, "the Lost Ring" was given to the White House in my emails and I was

4030    working on it. This name was given to Jane McGonigal by the White House and started to

4031    contract with her where the sick illegal force robbed the nook of my brain's seeds and stones and

4032    sold to Jane.

4033    All the sudden, I saw in 2008," the Lost Ring" was an alternate reality game (ARG) initiated by

4034    McDonald's, a co-production between McDonald's, AKQA, and Jane McGonigal.

4035    I understand I have given this name to the White House, but the sick illegal force was robbing

4036    the nook of my brain's seeds and stones to Jane McGonigal.

4037    After this incidence I complained to the White House/President Barack Obama and UPS but I

4038    never mentioned any name where I got no response. I didn't mention any name to the White

4039    House because I wanted to speak to the White house in person but I got no response. I am

4040    mentioning this incidence in this document.

4041

4042    P.    In 2016, there is no way in this world that the author, J.K. Rowling, can write about some

4043    of the subjects in her book, 'History of Magic in North America.' without the sick illegal force

4044    rob the nook of my brain which is the sanctum of my brain's black box and gave away to this

4045    Author.

4046    I contacted President Barak Obama and my previous employer, UPS as I was shocked with the

4047    health and career suffocation imposed by the sick illegal force for sake of robbing me through

4048    psychic readers, sold my robberies and get on stage before me.

4049

4050    I have been trying so hard to finish the initial piece of my book for a proof and here I am seeing

4051    subjects from it were given to respectful authors on account of the destruction of my health,

4052    career, and personal life with despising me and scoffing at me forcing tiresome and fatigue from

4053    obstacles and obstructions.

4054

4055    the sick illegal force was taking big chance on me by giving the nook of my brain to famous

4056    author like J.K. Rowling to cause trouble making and fights.

4057

4058    the sick illegal force is racing with the Creator and giving away my stuff. the sick illegal force

4059    knows what it robbed from me but this author doesn't know.

4060

4061    the sick illegal force is robbing my future that was given to me by the Creator under his

4062    observation.

4063

4064    I want to emphasize that I was writing a case to the Federal court since Nov. 2015 under this

4065    imposed painful, harmful, intolerable, unacceptable and inappropriate situation by the sick illegal

4066    force where the White House knew about the subject and never responded for sake of robbing

4067    and copy more.

4068

4069    Other robberies:

4070    _All the masterpieces of the core or the nucleus of my image's stones and seeds that were psych

4071    ready by the sick illegal force and were given away to powerful people since I was in my early

4072    twenties.

4073    _ Few phrases and scenes inside international Arab TV series and plays in specific Lebanon were

4074    robbed from the undisclosed nook of my brain.

4075    _ The idea of Beijing National Stadium, Bird's Nest was given to an artist as the sick illegal force

4076    robbed my future before my emails I sent to the White House/ President George Bush and others.

4077    _ The tree and the manufactures' dirty energy design Opening Ceremony London 2012 Olympic

4078    Games.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

4079

4080    I hope the White House can help in stating exactly what I gave away since President George

4081    Bush time because I gave away a lot to twist the steer of the presidential house where the current

4082    and previous presidents made millions because of my emails.

4083

4084     the sick illegal force motive was to destroy me by suffocating my budget to prevent me from

4085     writing the image while it was robbing my future and stripping my whole image from my brain

4086     leaving me to beg for work and to limit my social security and to live within very limited budget

4087     while the White House and others made millions from the image's pieces that were given and

4088     from the image robbed pieces that were stolen by the sick illegal force through psychic readers

4089     and fortunetellers. Please refer to section 4.6 Illegal Force Authentic Schema and section 4.7

4090     Illegal Force Authentic Motive

4091

4092

4093    Wasn't the Creator right when He alerted me in section, 1.7 Staring at my genitals explanation by

4094    the Creator, about the robberies in the seed level by the sick illegal force when I was being in

4095    process of experiencing my health, career, and personal life damage imposed by this force?

4096    Was it normal for the sick illegal force to psychic reading me and acting accordingly with me in

4097    and after section 4.5 History of the sick illegal force authentic motive?

4098

4099    Wasn't the Creator right when He alerted me in section, 1.7 Staring at my genitals explanation by

4100    the Creator, about the robberies in the seed level by the sick illegal force when I was being in

4101    process of experiencing my health, career, and personal life damage imposed by this force?

4102    Was it normal for the sick illegal force to psychic reading me and acting accordingly with me in

4103    and after section 4.5 History of the sick illegal force authentic motive?

4104

4105    Since the sick illegal force is obligating presidents to speak to me in the air, aren't they obligated

4106    to help in stopping the robberies in chapter 3 in general and 3.14 A, B in specific and ask the sick

4107    illegal force what exactly robbed from me and gave away to the powerful people like Presidents

4108    of USA, respectful authors and business companies?

4109

4110    Don't I have the right to stop the respectful author and film maker for 3.14 B because this Illegal

4111    Force robbed me and sold some of my pieces to them?

4112    If I prove my formula, I can put this Illegal Force in jail for this robbery, 3.14A, B,3. Before, and

4113    3.After.

4114    Don't I have the right to say this is a hate banned crime in <u>section 2.9 Hate Crime?</u>

4115    Does the White House know about the robberies in 3.14A, B,3. Before, and 3.After?

4116    If I die, no one knows about the whole image except the robbers inside the sick illegal force

4117    because I never disclose it to anyone?

4118    the sick illegal force is forcing me to function normal in order to make my living after me

4119    monitoring my undisclosed image being robbed and sold to powerful people, famous authors,

4120    and business companies.

4121

4122    3.2 Discovering stolen items from the nook of my private brain after filing my federal case on

4123    April 2016, 16-cv-0101-H-WVG against the previous presidents of USA

4124

4125    You don't know what I have been doing to formulate these items alone and here is the illegal

4126    force sucking out my private items on golden plate and put them in streets for anyone. The

4127    jealous illegal force was quivering from the joy and happiness robbing my private brain because

4128    of grudge and envy. I can't accept anyone rob my items private brain and give these items to any

4129    owner on golden plate.

4130

4131    The imposed painful, harmful, intolerable, unacceptable and inappropriate situation by the sick

4132    illegal force is still on. the sick illegal force is forcing my previous coworkers and mangers to

4133    speak to me in the private air with jokes as if there is nothing going on – the truth they were

4134    robbing my private brain since the eighties through spirits' robbers – conjure up spirit.

4135    Jostens Learning/ Deb Linder, UPS/Minda McAllister and Tim Davis, Willis Towers Watson/

4136    mark tomonaga, christina rensfield, jessie hillebrand, shirley huston, Marc..., and Chris from the

4137    training

4138     are participating making the situation sounds very normal and funny.

4139    Aug 2018, the American-Iraqi, Majid Sabeah Mighael has been joking since I found out he was

4140    part of the crime.

4141

4142

4143    After I filed my federal case in April 2016, 16-cv-0101-H-WVG, Willis Towers Watson/Shirley

4144    described this situation one time by speaking to me in the private air "This is death!", "We are all

4145    doing it to burn Zinia"

4146    I want my civil right! Can you, stop this mess! No one accept this to happen to themselves like

4147    Willis Towers Watson/ Shirley said - 'this is death if you steal brain.'"

4148

4149    2016: President Obama was saying in the air "Do I accept this?"

4150    Willis Towers Watson/ Shirley huston was saying "This is death! Do I accept this?"

4151    Willis Towers Watson/ jessie hillebrand was saying "we don't do meetings in our company, we

4152    communicate through psychic readers"

4153

4154    September 2018: Willis Towers Watson/ Chris from training was saying "we are doing it

4155    because they are fucking Zinia's brain. I don't know what they are doing. I am just saying things

4156    in the air?"

4157    Since 2001: UPS/Minda McAllister was speaking to m in the air.

4158    2004 and since 2012: UPS/Tim Davis was speaking to m in the air. In September 2018, he was

4159    saying "Hussssssss" with laugh.

4160    I don't need to mention Salah Al Zughbi's participation because he must go to jail without

4161    question.

4162    Oct. 2 2018 UPS Minda McAllister: Are you done.

4163    Minda is not receiving my emails. Tim Davis is receiving my emails.

March 2, 2022

4164    UPS/Minda McAllister is asking me to sue this

4165    Willis Towers Watson Rensfield Christina is asking me to sue this

4166    Jostens Learnnig Corp/Debbi Linder, I can't remember what she is saying.

4167    Jostens Learnnig Corp/Aunt of Edith Hernandez, I can't remember her name saying: Sue this!

4168    Oct, 1, 2108, after one day, Jostens Learnnig Corp/Aunt of Edith Hernandez, I can't remember

4169    her name saying: I don't know any of this!

4170    After one week, Jostens Learnnig Corp/Aunt of Edith Hernandez, I can't remember her name

4171    saying: the subject was trivial before, now became boooo!"

4172

4173    Oct. 16 2018 Jostens Learning Corp/Debbi Linder, saying in the private air "I want to copy Zinia

4174    Boutros".

4175

4176   Zinia replying: whatever! BUT Not through spirit robbing and psychic reading secretly without

4177   my permission and knowledge and public knowledge because it would be a banned robbery and

4178   you don't accept it on yourself! In 1997, you thought it was something trivial when you laid me

4179   off! This sick illegal force was psychic reading me loud randomly at workplace in Jostens

4180   Learning Corp and around my neighbors to paralyze, freeze and bridle me, they destroyed my

4181   health, career, and personal life when I did your personal movie and did the program to your

4182   friend. The illegal force led by the radio station of Jeff Detrow & Jerry Cesak couldn't see me on

4183   the stage when they were monitoring my brain 24/7 and saw the image because it has

4184   tremendous money and for that reason they sucked out my items secretly since he eighties, so I

4185   never see my items. I didn't know. Jesus alerted me in 2007 and made formulate to find out all

4186   the robberies from my private brain

4187

4188   [while I was writing some of the statements inside chapter 3 the image, in October 14, I heard

4189   Jeff Bezos, ElonMusk, Obama, Minda McAllister, the Secretary of defense, James Mattis, and

4190   someone from Camp Pendleton I can't remember his name speaking to me]

4191   In February 2018, Obama was participating when the illegal force using Majid was robbing my

4192   private.

4193

4194   I have to explain to all of you what this Illegal Force has done to my life didn't start since 2001 in

4195   UPS or after my emails to the white House starting 2004, but this illegal force started to rape,

4196   empty, and rob the nook of my private brain and damaging my health, career, and life since the

4197   eighties - this is what I found out from my formulas with the Creator.

4198

4199    lately since 2014 this illegal force led by the radio station of Jeff Detrow & Jerry Cesak, using

4200    the spirit robbers = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force

4201    definition, like  Majid to race with my brain and to give as much as could my items from my

4202    private brain to Canada, Russia, and inside USA to burn my heart into ashes. They mixed my

4203    personal life and my items that are part of the new cycle of Adam and Eve and tweaked/not

4204    tweaked to create new projects. Read Majid's part! If I didn't formulate with the Creator, I

4205    wouldn't know these projects were robbed from my brain

4206

4207    Summary of few robberies of my undisclosed image's future by the sick illegal force through

4208    secret psychic readers and and few others like hypnotists and reading in mirrors. All of the

4209    Following sole unique items were given to respectful figures from my private brain using

4210    psychic readers and spirits' robbers.

4211

4212    Again, the Creator installed inside me the business rules of the new cycle of Adam and Eve, the

4213    new Al-Lat, and Al-Uzza, the new Lilith. I have done all of these items because the Creator

4214    installed the business rules inside me since 2004 and I started to formulate them. the sick illegal

4215    force knew about the new cycle of Adam and Eve since the eighties and was raping, emptying,

4216    and robbing my private brain.

4217    Since the sick illegal force had no idea what my image was in the eighties and nineties or the

4218    image was not clear for the highly paid professional secret assigned unscrupulous spirits' robbers

4219    with unethical and no decency, its members asked the highly paid professional secret assigned

4220    unscrupulous spirits' robbers with unethical and no decency, to rape, rob, empty FOR MONEY

4221    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

4222  PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

4223  health, career, and personal life destruction every single item relates/not related to the new cycle

4224  to others from my private brain that had potential growth, 20 years in advance before me, and

4225  sold to others so I would never have the chance to grow in it and the sick illegal force control the

4226  situation.

4227

4228  The Creator had schedule with me in the third millennium. Specifically, He started with me in

4229  2007 but the sick illegal force using spirits' robbers robbed my private brain since the eighties

4230  and nineties, so I won't be the owner of my own items. Jesus bowed down to me in 2004 to alert

4231  me about the robberies and obligated me to speak my items to the White House in the middle of

4232  the horrible imposed painful, harmful, intolerable, unacceptable and inappropriate situation – the

4233  the secret scam and fraud situation that no one has had clues to its reasons, - that has been

4234  imposed on me loud since 2001, with low volume since 1997 and silent since thee eighties.

4235  Starting in 2007, the Creator wanted me to formulate the new cycle of Adam and Eve, Lilith, Al-

4236  Lat and Al-Uzza and many others with alert about the robberies from my private brain. The

4237  Creator explained to me with animations, the sick illegal force was robbing me the same way

4238  Mazin Yonan's wife did, please read 4.5 History of the sick illegal force authentic motive, item

4239  5.

4240   the sick illegal force plotted and planned this banned crime this way – psychic reading me loud

4241  without response from anyone.

4242  This imposed painful, harmful, intolerable, unacceptable and inappropriate situation caused

4243  depression and stress that led to sleepiness because I saw my items from my private brain in the

4244  USA/not USA market and I started to scream in my emails to the White House, federal court,

4245    media but no response. This is very unacceptable banned crime filled with grudge, malice, envy

4246    and jealousy, please read 4.5 History of the sick illegal force authentic motive, item 5.

4247    I was supposed to speak to the president of USA and put the items of the new cycle together. In

4248    2007, I asked the White House to sponsoring me because I saw the Creator was doing something

4249    very big with me but in the seeds level. The members of the sick illegal force using their power

4250    and connection planned this banned crime to be done for sake of robbing my items in the seeds

4251    level since the eighties and nineties and they kept robbing my items from my private brain as the

4252    seeds grow everyday using spirits' robbers like the American-Iraqi, Majid Sabeah Mighael and

4253    they convinced the White House to not speak with me. this illegal force has been really robbing

4254    or soaking the seeds from my private brain and I need to stop them immediately. I need help!

4255    Save me from this banned crime

4256

4257    The Creator started His schedule in 2004 with me earlier than the real schedule that was

4258    supposed to be in 2007 because He saw the robberies in this imposed painful, harmful,

4259    intolerable, unacceptable and inappropriate situation – the secret scam and fraud situation that no

4260    one has had clues to its reasons, - from my private brain was in process and obligated me to

4261    email the White House.

4262    As I was formulating every day in the middle of this nightmare situation because the sick illegal

4263    force was not allowing me to formulate and was racing with my private brain using spirits'

4264    robbers – conjure up spirit, part of the new cycle, the Creator installed business rules inside me

4265    to formulate eternal gifts to the main people/groups that will be part of the new cycle of Adam

4266    and Eve. These eternal gifts will stay with the main people/groups. Since 2007, I saw Military of

4267    USA, presidents of USA, Bill Gates, Elon Musk and Jeff Bezos were some of the person or

4268    groups who will receive eternal gifts. Whether we pass or not pass the new cycle of Adam and

4269    Eve, the main persons or groups will receive eternal gifts. If we pass, the main persons/groups

4270    will know they are the owners of the eternal gifts and if we don't pass, someone with name Zinia

4271    Boutros only will formulate to give you the eternal gifts again.

4272    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak using spirits' robbers

4273    – conjure up spirit bypassed me similar to heart bypass surgery and started to give my items from

4274    my private brain to Elon Musk, Jeff Bezos and others since the eighties! I will explain! the sick

4275    illegal force robbed my future and fortune since the eighties!

4276    Jeff Bezos and other main people and groups would never accept to be part of the new cycle of

4277    Adam and Eve without giving them the eternal gift WITH PROOF and explain to them their

4278    parts.

4279

4280    After I filed my federal case against the presidents of USA in April 2016, 16-cv-0101-H-WVG,

4281    because none of them responded to my complains against what the sick illegal force did to my

4282    health, career, and personal life, I found out through formulas that since the eighties this illegal

4283    force robbed many sole unique items from my private brain, tweaked, sold all my sole unique

4284    items that are related and not related to the new cycle of Adam and Eve to the scientists,

4285    investors, celebrities, Hollywood, TV of inside and outside USA and kept selling my sole unique

4286    items until today's date. Through conjuring up spirits, the sick illegal force raped, robbed, and

4287    emptied my private brain to Elon Musk and Jeff Bezos to do, to small companies sponsored by

4288    Bill Gates, Elon Musk and Jeff, to NASA, to Europe TV and celebrities, to middle eastern TV

4289    like MTV and Al Arabia, to Israel, to Arab Gulf, and to Saudi Arabia! The assigned spirits'

4290    robbers, by this filthy force like the American-Iraqi, Majid Sabeah Mighael were allowed to open

4291    business from my private brain.

4292

4293    I was forced to state the image!

4294    After I filed my federal case in April 2016, 16-cv-0101-H-WVG, I forced a situation and broke

4295    the rules by having the courage and guts in sending emails explaining boldly what happened to

4296    me to the media, White House, my previous employers, Bill Gates, my relatives and one friend.

4297

4298    The projects from my private that are related to the new cycle of Adam I found after filing my

4299    federal case on April 2016, 16-cv-0101-H-WVG against the previous presidents of USA

4300

4301

4302    A. Book was authored in the eighties referencing stolen pivatol item from the nook of my

4303    private brain, it was part of the new cycle. Th book was authored after the illegal force secretly

4304    robbed the nook of my private brain 20 years in advance. Vivian Hammi visited me at my home

4305    in the eighties and gifted me the book without her knowledge the book was referecing one of the

4306    new cycle's item. Vivian Hammi was given instruction to gift me the book.

4307

4308    B. the sick illegal force using robbed the nook of my private brain the nineties and sold to Japan

4309    as Sasuke TV show 1997. The show was brought to USA and renamed to American Ninja

4310    Warrior.

4311    C. The show of American Ninja Warrior that started in 2009 is 100% mine.

4312    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak using the highly paid

4313    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, like

4314    The American-Iraqi, Majid Sabeah Mighael has been emptying my private brain and sold to

4315    Japan to do Sasuke TV show 1997, made me a farce, despised me and mocked at me secretly in

4316    the nineties because they didn't know I was going to formulate with the Creator and reveals the

4317    robberies from my private brain, then the item - Sasuke TV show was sold to USA as American

4318    Ninja Warrior that started in 2009. In this item, they sold to Japan, they mocked at me and

4319    despised me on purpose inside this item because they were quivering from jealousy, envy,

4320    grudge and malice – they didn't know Jesus would bow down to me then asked me to formulate

4321    with him to find out the sick illegal force 's despise and mocking.

4322    They robbed something very respectful and changed it to farce as despise to the subject. They

4323    couldn't see the seed before. this is why they kept going after me and psychic read me to. less

4324    than animals.

4325    one item Japan/Can't say only in court, and one item to south America/Can't say only in court.

4326    The members of the sick illegal force used same schema in each plot which was tweaking/ not

4327    tweaking the sub items of each item, then added despise and malice as farce to one of the sub

4328    items.

4329

4330   D. Game of the Lost Ring by Jane McGonigal: the design of thid item was stolen from my

4331   emails to the White House and was continued from the nook of my private brain.

4332

4333   E. Book of Histoy of Magic in North Amrica J.K Rowling:

4334   It was forcefully stolen from the nook of my private brain to deviate and derail me from doing

4335   the new cycle of Adam and Eve. I found out about this robbery around 2015-2016. Later, in

4336   Novemeber, 2016, I found out Harry Potter was stolen secretly from my private brain in the

4337   nineties when the illegal force was admitted in Jostens Learnnig Corp secretly without my

4338   knowledge and and caused harsh painful and harmful layoff.

4339   F. Harry Potter:

4340   Note: zzzzzzz I am not sure what was the agreement between J.K Rowling and illegal force. I

4341   believe the agreement was done nicely without letting J.K Rowling would know about the

4342   situation - the fraud and scam - that was imposed on me by this illegal force.

4343   I had to curse and cuss in my emails after filing my federal case in April 2016, 16-cv-0101-H-

4344   WVG to raise red flag and inform J.K Rowling I am sending bad emails to the media because

4345   someone had psychic read my private brain, tweaked and gave her the story in advance.

4346

4347

4348    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca.

4349   using highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

4350   no decency, was pointed to infringe my life as a whole by Mario – Romio's brother, Salah

4351   Alzughbi, Rafi Oghassabian, and Mazin Yonan's wife to throw my fortune [fortune of my

4352   career, personal life, and health, and the new cycle of Adam and Eve] in the streets.

4353

4354   In November 2016, after formulating with the Creator, I found out many projects have started in

4355   the eighties and nineties that were based on my private brain. As the highly paid assigned highly

4356   paid professional secret assigned unscrupulous spirits' robbers with unethical and no decency,

4357   were psychic reading my private brain day and night 24 hours a day without stop to monitor the

4358   image, they were raping, emptying, and robbing each protentional item that could be part or not

4359   of the new cycle of Adam and Eve but suitable to create a project from it.

4360

4361   Of course, not all the sole unique items inside my private brain were clear for the in the eighties

4362   and nineties, so the sick illegal force 's members plotted a strategy to steal, enjoy and rapture on

4363   account of my health, career, and personal life destruction as much as they could by creating

4364   projects and kept updating the project as they psychic read my private brain every day 24

4365   hours/day.

4366

4367

4368   As I stated before, I started to formulate with Jesus since 2004 because He bowed down to me

4369   and per His request I started to write starting 2007, in late 2016, around November 2016, after

4370   filing my federal case against the previous presidents of USA due to their unresponsive action to

4371   my screams against the imposed painful, harmful, intolerable, unacceptable and inappropriate

4372   situation in my previous employers' buildings, I was persistently formulating with the Creator, I

4373   found out some of the projects that were emptied, robbed, and raped by the sick illegal force

4374   through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

4375    no decency, from the nook of my private brain – my black box started in the eighties and

4376    nineties. These projects were sold inside and outside USA.

4377    One of the projects that was stolen from the nook of my private brain was the series of Harry

4378    Potter that was written based on my private brain after using highly paid professional secret

4379    assigned unscrupulous spirits' robbers with unethical and no decency, the sick illegal force

4380    tweaked the private sole unique items from my brain, then sold the story of Harry Potter little by

4381    little to J.K Rowling while monitoring my private brain every day and giving more and more.

4382

4383    I found out Harry Potter was a huge placeholder sold outside USA deliberately and was brought

4384    to USA in the nineties. This Harry Potter project was tweaked from the new cycle of Adam and

4385    Eve that was installed by the Creator inside me. This Harry Potter project was psychic read and

4386    spirit robbed in advance from my private brain, had included my day and night dreams, my

4387    private data, my personal life, the imposed painful, harmful, intolerable, unacceptable and

4388    inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, in my

4389    life that started in the eighties with low volume and continued with high volume starting 2001,

4390    and my formulas with the Creator under this imposed painful, harmful, intolerable, unacceptable

4391    and inappropriate situation on me – they were psychic reading my life with its all surrounded

4392    events starting 2001 in advance in the eighties and nineties, tweaked them and were given to the

4393    Author of Harry Potter, J.K. Rowling secretly.

4394    This Harry Potter project was tweaked from my private brain and given secretly to the Author of

4395    Harry Potter, J.K. Rowling.

4396    This Harry Potter project was requested from me by the Creator.

4397    This Harry Potter project was robbed to outside USA to distance the banned crime from USA –

4398    banned crime of psychic reading me secretly by Mario – Romio's brother, Salah Alzughbi in

4399    SDSU, and Rafi Oghassabian, Rafi Oghassabian is husband of Nadia Hammi, and pointing the

4400    sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego ca with their

4401    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

4402    decency, on me.

4403

4404    Since the sick illegal force had no idea what my image was in the eighties and nineties or the

4405    image was not clear for the highly paid professional secret assigned unscrupulous spirits' robbers

4406    with unethical and no decency, its members asked the highly paid professional secret assigned

4407    unscrupulous spirits' robbers with unethical and no decency, to rape, rob, empty FOR MONEY

4408    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

4409    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

4410    health, career, and personal life destruction every single item relates to Harry Potter from my

4411    private brain that had potential growth 20 years in advance and sold to J.K Rowling so I would

4412    never have the chance to grow in it and they control the situation.

4413    Since the eighties, the sick illegal force was persistently raping, emptying, and robbing FOR

4414    MONEY PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND

4415    THE PUBLIC KNOWLEDGE each item relates to Harry Potter or whatever they were

4416    perceiving, creating huge placeholders inside Harry Potter from the nook of my private brain

4417    until the image of the new cycle of Adam and Eve became clearer to its members.

4418    The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

4419    decency, kept psychic reading the nook of my private brain and raced with it as if there was

4420    contesting to derail me from the subject

4421    the sick illegal force persisted in this filth banned crime – banned crime of secretly psychic and

4422    spirits' reading until today's date where the image of the new cycle of Adam and Eve became

4423    clearer for the secret assigned psychic readers and spirits' robbers - the less than animal creatures

4424    where animals are much higher than them. As the image of the new cycle of Adam and Eve

4425    became clearer every day, especially after Jesus bowed down to me starting 2004, after He asked

4426    me to write starting 2007, and after my formulas with the Creator, more sole unique items related

4427    to Harry Potter were stolen, tweaked, and created from the nook of my private brain.

4428    This banned crime kept going on while I was complaining to the USA authorities – White House

4429    since 2004. This banned crime kept going on after filing my federal case in April 2016, 16-cv-

4430    0101-H-WVG without stop and after my persistent complains to the White House, my previous

4431    employers, celebrities, and Media.

4432

4433    These huge placeholders inside Harry Potter were tweaked from the new cycle of Adam and Eve.

4434    Since the original image of the new cycle of Adam and Eve is mine, I know each item, phrase

4435    and symbol in these robbed huge placeholders and why they were created.

4436

4437    I can take the oath in the federal court to explain through writing.

4438

4439    The owner of Harry Potter, J.K Rowling was giving her traits of my private brain's

4440    impersonation and kept enhancing the owners' impersonations to mimic my brain until today's

4441    date as the sole unique items grew in my private brain.

4442    Deliberately, the sick illegal force was creating bad and good incidences and situations in the

4443    author's life to mimic my private brain.

4444    This illegal force psychic read, through highly paid professional secret assigned unscrupulous

4445    spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

4446    cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

4447    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

4448    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

4449    health, career, and personal life destruction all the harvests, efforts, talents, styles,and ways of

4450    one of my sole unique items' formulas inside the nook of my private brain in advance secretly to

4451    J.K Rowling while smashing me with shoes at my workplace meaning = causing extremely

4452    painful layoff in a very funny and trivial ways making the incidence happy. No one knew the real

4453    reason.

4454    The situation was imposed on me since 2001 loud and since 1997 with low volume.

4455

4456    In 1997, when I was in Jostens learning Corp, I did 2 things related to my career that impressed

4457    others at that time, since the sick illegal force was psychic reading me day and night, they

4458    promptly admitted themselves in the company through the company's human resource and

4459    created troubles by psychic reading me loud.

4460    Since this illegal force was spirit robbing - me starting in the eighties, in the nineties, the sick

4461    illegal force saw there was huge potential for me of big growing in my career inside Jostens

4462  Learning Corp or to do something very big in my own, they admitted themselves in a very funny

4463  way in my employer's building/ Jostens Learning Corp and smashed me with shoes in a very

4464  funny way = they psychic read me loud, befuddled and baffled me and driving me crazy and

4465  caused my painful layoff and they started harry Potter. I thought one of my coworkers caused

4466  trouble to me and I was very mad, I didn't know there was radio station in the building that was

4467  psychic reading me loud and I thought someone was using sound editing with permission of my

4468  manager. The intention was to steal, enjoy and rapture on account of my health, career, and

4469  personal life destruction my fortune of my career and the new cycle of Adam and Eve secretly.

4470  In 2004, the Creator bowed down to me and I started to help USA, later the economy raised in

4471  USA. Starting 2007, the Creator asked me to write and formulate with him to find all the

4472  robberies and J.K Rowling was given one sole unique items of the robberies! the sick illegal

4473  force clogged and froze me so strangers raise on top of my shoulder. Harry Potter is 100% from

4474  my private brain but tweaked!

4475

4476  I kept complaining about the situation in Jostens Learning to my manager, Debbi Linder but

4477  Debbi Linder told me at the end in a very angry way because she didn't know what was going

4478  on, "this is how we are " and I complained to the vice president and I got painfully laid off.

4479  After I left Jostens Learning Corp, I was very relieved from the voices and I was so relaxed after

4480  that layoff because I was very stressed out from that imposed painful, harmful, intolerable,

4481  unacceptable and inappropriate situation – psychic reading me loud.

4482  After I left Jostens Learning Corp, this force followed me everywhere in only English speakers

4483  in the air and I prayed to forget because if I ever said to anyone, they would accuse me with

4484  craziness.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

4485    Also, at that time, I saw the trailer of Harry Potter, I sensed it was from my brain.. the story was

4486    mine but I couldn't say to anyone because I had no proof, I prayed to forget because I saw my

4487    private brain the street – it was very uncomfortable, intolerable, unlivable situation that lead to

4488    craziness just like my reaction to the loud voices in 2001, I turned off all TVs and Radios.

4489    I called the administration of Jostens Learning Corp and my previous closed coworkers many

4490    times but I got no response.

4491    the sick illegal force converted my computer science degree into trash making me beg for work

4492    to keep my social security in order to derail me from writing the image. the sick illegal force

4493    robbed the nook of my brain and trashed my degree as if I and the non-degree person are the

4494    same making me beg for social security! I never needed anyone to make my living, the sick

4495    illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate situation -

4496    the secret scam and fraud situation that no one has had clues to its reasons, - in my career since

4497    1997 for sake of robbing my future and steal the masterpieces of my image making tremendous

4498    wealth because I am chosen by the Creator to be the new cycle formulator of the "Creation of

4499    Adam and Eve," "Al-Lat, and Al-Uzza," and others. This illegal force didn't believe what they

4500    perceived in the spirits' robbing and psychic reading of my private brain and decided secretly

4501    using psychic readers, hypnotists, and other witching types to rape, rob, empty FOR MONEY

4502    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

4503    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

4504    health, career, and personal life destruction the nook of my private brain without my knowledge

4505    and permission and without anyone knows.

4506    This Illegal Force destroyed and robbed me as if there is no justice, law and authority and in the

4507    name of the freedom!

4508  This Force destroyed my career to a point I can't do any loan - business or non-business to force

4509  me to find any fool job or paralyze me while I have a college degree forcing me to live on social

4510  security after destroying my career while others are enjoying the work on my image!

4511  I want to be loud in the media so I can say the truth to my previous employers and all the people

4512  who are wondering why this Illegal Force has been triggering me!

4513  the sick illegal force has been going crazy to derail me from the subject – my image by bringing

4514  anyone to speak to me.

4515  the sick illegal force damaged me since 2001 loud for sake of robbing me - I didn't know the

4516  intention from the beginning - please read all my documents of this case and respond.

4517  the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

4518  degree person are the same making me beg for social security! The highly paid professional

4519  secret assigned unscrupulous spirits' robbers with unethical and no decency, kept psychic

4520  reading the nook of my private brain and raced with it as if there was contesting to derail me

4521  from the subject

4522  This Illegal Force destroyed and robbed me as if there is no justice, law and authority and in the

4523  name of the freedom!

4524

4525  This Force destroyed my career to a point I can't do any loan - business or non-business to force

4526  me to find any fool job or paralyze me while I have a college degree forcing me to live on social

4527  security after destroying my career while others are enjoying the work on my image!

4528

4529  the sick illegal force has been going crazy to derail me from the subject – my image by bringing

4530  anyone to speak to me.

4531    the sick illegal force motive was to destroy me by suffocating my budget to prevent me from

4532    writing the image while it was robbing my future and stripping my whole image from my brain

4533    leaving me to beg for work and to limit my social security and to live within very limited budget

4534    while the White House and others made millions from the image's pieces that were given and

4535    from the image robbed pieces that were stolen by the sick illegal force through psychic readers

4536    and fortunetellers. Please refer to section 4.6 Illegal Force Authentic Schema and section 4.7

4537    Illegal Force Authentic Motive

4538    Accepting what the sick illegal force was imposing on me by the White House means the White

4539    House was concealing the banned crime and prolonging the period to give chances to powerful

4540    people and famous authors to start them without or before me while all of these pieces are mine

4541    forcing me to work and beg for keeping my social security.

4542    President George Bush, President Clinton, and President Obama made millions from my image

4543    and the sick illegal force made millions from my undisclosed image they robbed while my

4544    degree as computer scientist worth gold in its value, but the sick illegal force interfered in my

4545    career since 1997 or even before to limit my budget and acted as crows of death and poison fly in

4546    the morsel of my living and converted my degree's value into trash so I beg for work in order to

4547    limit my social security and to live within very limited budget, and to waste my time and efforts

4548    to prevent me from writing my image that was robbed for its tremulous value.

4549    When J.K. Rowling started Harry Potter, she was living on the government! the sick illegal force

4550    reversed my life to make me live on government by psychic reading through highly paid

4551    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, my

4552    future. When they saw parts of the image of the new cycle of Adam and Eve were very pretty,

4553    they decided to rape, empty, and rob all the harvests, efforts, talents, styles,and ways of one of

4554    my sole unique items' formulas inside the nook of my private brain in advance secretly to J.K

4555    Rowling while smashing me with shoes at my workplace meaning = causing extremely painful

4556    layoff in a very funny and trivial ways making the incidence happy on account of my health,

4557    career, and personal destruction. They plotted deliberately and secretly to impose J.K. Rowling

4558    life before Harry Potter on me while she gets my sole unique items – they gave her my brain and

4559    they reversed my life to live on government.

4560    since the eighties and nineties, through highly paid professional secret assigned unscrupulous

4561    spirits' robbers with unethical and no decency, the radio station of Jeff Detrow & Jerry Cesak in

4562    San Diego raped, empties, robbed all sole unique items from the nook of my private brain with

4563    their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles

4564    and ways and even robbed the skeleton of each item with its animation precisely from the nook

4565    of my private brain – my black box for themselves and robbed to sell for others and J.K Rowling

4566    on golden plate on account of my health, career, and personal life destruction – health, career,

4567    and personal destruction.

4568

4569    G. 911 masterpiece. In the eighties, nineties, and over the beginning of the third millenum, the

4570    image was no clear for the zinia2020 the robberies from the nook of private brain

4571    H. Did our sun have a twin? This is mine 100%, the White House is ignoring my screams in the

4572    middle of my formulas with the Creator. The American-Iraqi, Majid Sabeah Mighael has robbed

4573    this item from me and sold to NASA

4574    http://earthsky.org/space/did-our-sun-have-a-twin

4575    "Steven Stahler, a UC Berkeley research astronomer, and Sarah Sadavoy, a NASA Hubble

4576    fellow at the Smithsonian Astrophysical Observatory, have been collaborating on their ideas

4577    about star formation – using observations of the Perseus molecular cloud as a basis for

4578    comparison – and now"

4579

4580    I want you to remember one thing! The Creator installed inside me business rules but the

4581    formulas are all mine and this illegal force isrobbing me and giving you my items. without me,

4582    you never do these things. You can't see my name because of my origin Iraq

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis          March 2, 2022

4583   I.  Design of spacecraft: this is 100% mine: it was robbed from my private brain through like

4584   Majid with respect to Dr. Eugene N. Parker. This scientist needs to know this invention is mine

4585   and I am Lilith that married everyone to reach God – the formulator of the new cycle of Adam

4586   and Eve. From article "Sixty years after Dr. Parker's paper, NASA is about to launch a

4587   spacecraft that is to dive into outer wisps of the sun's atmosphere and gather information about

4588   how our star generates the solar wind. It is the Parker Solar Probe, named after Dr. Parker, now

4589   91 years old. It is the first time that NASA has named a mission for a living person.."

4590   J.      Black Hole: Starting 2007, when the Creator asked me to write after installing his sole

4591   unique items inside me, I formulated the black hole with the Creator and named it something

4592   respectful and suitable to the world and to the Creator. By accident, during 2015-2017, as I was

4593   searching in the news trying to find my sole unique items that were robbed from the nook of my

4594   private brain, I saw an article in the news about the black hole and I read it. the subject of black

4595   hole was mine but given to scientists since the eighties and it was named with Black Hole as a

4596   farce and joke at the imposed painful, harmful, intolerable, unacceptable and inappropriate

4597   situation that was imposed on me by the sick illegal force led by the radio station of Jeff Detrow

4598   & Jerry Cesak. The black hole is my creation! the sick illegal force robbed it from me in the

4599   eighties and nineties and named it this way as a farce and joke at what they did to me without my

4600   knowledge and permission! black hole means – my inventions – the Creator made me formulated

4601   to find out all these robberies – all of these items were my creations with respect and

4602   appreciation to the Creator and preparation to the new cycle fo Adam and Eve! The Creator

4603   installed the new cycle of Adam and Eve in me and I was working with him based on its

4604   business rules. the sick illegal force is making people say in the air the main and secondary tasks

4605   K.      Design of Boeing airplanes wings is 100% mine.

4606    L. Projects in Las Vegas from my private brain in Las Vegas started in the beginning of the

4607    nineties.

4608

4609    M.        Expensive design shoes, clothes and purses were robbed from my private brain and given

4610    to famous designers. I designed these shoes, clothes and purses for the new cycle of Adam and

4611    Eve in my private brain. I saw some of the designs in the billionaire club, department stores, and

4612    fashion shows.

4613    N. Scenes and designs for Movies were done in USA - hollywood and outside USA like Egypt

4614    and Lebanon mimicking the items of the new cycle of Adam and Eve after tweak and my

4615    personal life. The spirits' robbers are racing with my private brain to do everything from my

4616    private brain before me.

4617    O. TV programs were robbed from my private brain to Europe after tweaking then sold to USA

4618    and other parts of the world.

4619    P. TV programs and projects were robbed from my private brain to Lebanon, Arab Gulf Saudi

4620    Arabia and Israel, and inside USA after tweaking.

4621    Q. Theatres' designs were robbed from my private brain to Lebanon and inside USA.

4622    R. The new World Trade Center 1,2,3,4,5,6,7.. design is my design! this design was robbed from

4623    me while I was working with the Creator under His observation. No one knows the meaning of

4624    this design except me and the psychic reader - I want to alert you what this robbed from me is

4625    considered a robbery from the Creator.

4626    S. Sempra and SDGE would never have solutions without me!

4627

4628    T. The illegal force destroyed me and gave away my items to NASA.

4629    U. This is 100% mine- the sick illegal force didn't tweak anything in here, they got the design

4630    through spirit robbers and gave away to labors. https://www.acornstairlifts.com/

4631    this is not part of the new cycle of Adam and Eve.

4632    V.    Abbreviations to certain titles I formulated in my private brain that I never wrote

4633    anywhere because I was scared someone would steal them from the sick illegal force. I noticed

4634    the abbreviations were stolen deliberately in case I get n the stage, there will be a big fight. All of

4635    these abbreviations are part of the new cycle and I can't change and if I ever try to change them,

4636    it means destruction to the new cycle because I have proof for their correctness.

4637

4638    W.    The design of this is 100% mine. Gates Foundation Continues Work on New Birth

4639    Control Microchip. I had to start this item in the new cycle of Adam and eve before Bill Gates

4640    but the sick illegal force psychic read me in advance and raced with me, gave this item to a

4641    company so Bill Gates sponsore. the sick illegal force passed me secretly and gave away my

4642    items.

4643    X.    My items were robbed using secret spirits' robbers and are given to billionaires to make

4644    them politicians – these items are parts of the new cycle of Adam and Eve – you can't scatter

4645    everywhere.

4646    Y.    My items were robbed using secret spirits' robbers and were given to mayors and

4647    governors– these items are parts of the new cycle of Adam and Eve - you can't scatter

4648    everywhere.

4649    Z.    My items were robbed using secret spirits' robbers and were given to be propositions

4650    inside and outside the USA elections. – these items are parts of the new cycle of Adam and Eve -

4651    you can't scatter everywhere.

4652    AA.    SeaWorld submarine is 100% mine. Stop the ride promptly!

4653    BB.    SeaWorld electric eel is 100% mine. Stop the ride promptly!

4654    CC.    The show of American Ninja Warrior is 100% mine. Stop this show everywhere in the

4655    world promptly!

4656    DD.    Fantasy Football, Baseball and basketball are 100% mine. Stop the games promptly.

4657    EE.    In august 2018, the sick illegal force led by the radio station of Jeff Detrow & Jerry

4658    Cesak made me communicate with one of the companies that was doing my item and selling for

4659    30 and 100 dollars. I am asking the sick illegal force to stop what they gave to one of the

4660    companies my items promptly.

4661    FF.    I am asking the sick illegal force to stop what they gave to Russia

4662    GG.    I am asking the sick illegal force to stop what they gave to Canada

4663

4664    Majid with the help of the sick illegal force, with farce, grudge, and envy, they created projects

4665    from the depression and distress that led to sleepiness caused from this horrible imposed painful,

4666    harmful, intolerable, unacceptable and inappropriate situation , with my efforts, harvest, and

4667    talents of my tweaked sole unique items and sold to Europe, Canada, Russia, and inside USA.

4668    One of my items related to the new cycle was sold to big people's kids less than 10 years old to

4669    race with me and to give me a jealous message in the air telling me " are you the only one who

4670    can think and innovate! Kids are doing this... Who are you!"

4671    Majid sold my sole unique items no one think of or formulate; all my formulas were new no one

4672    has and for this reason this sick illegal force was after me at my previous workplaces and

4673    destroyed my health, career, and personal life! Criminals!!! Less than animals' creatures.

4674

4675    Criminal Majid, you raced with brain because you and illegal force are MinYook iraqi way! If

4676    you were really man and not MinYook, get on the stage and race with me without robbing spirit!

4677    Criminals

4678

4679    The American-Iraqi, Majid Sabeah Mighael, one of the spirits' robbers, one of the MinYooks,

4680    the highly paid professional secret assigned unscrupulous spirits' robber with unethical and no

4681    decency, sped up the race with me to give the items from the nook my private brain to the sick

4682    illegal force. Starting 2007, he robbed one of the items of the new cycle to himself and expedited

4683    the robberies from my private brain to other parts of the world, so I would never see the banned

4684    crime. He, Majid robbed my harvests, efforts, and talents of my creativities and inventions'

4685    designs, techniques, styles and ways and even robbed the skeleton of each item with its

4686    animation precisely from the nook of my private brain – my black box to Canada/kid making this

4687    kid and the family of the kid rapture from the joy and happiness on account of my health, career,

4688    and personal destruction while my heart was burning and ironing on my items when I was

4689    constantly screaming in the White House during Bush, Obama, and Trump tenures. Since I

4690    noticed the banned crime – the robberies from my private brain, I kept searching in the internet

4691    and found out the robbery to the Canada/Kid. No one pen the subject of this item, it is very

4692    personal to my private brain. Majid wanted to throw my items in the streets as soon as possible

4693    so I never see my items when I think of them – so my items would be erased from my brain as if

4694    they were never mine. What was killing me, the presidents were participating with voices

4695    without knowing what was robbed from my private brain but for sure they knew the imposed

4696    painful, harmful, intolerable, unacceptable and inappropriate situation, they knew my screams,

4697    they knew they must reply and speak to me. Please my previous work UPS, White House,

4698    Military, Bill Gates, Elon Musk, and Jeff Bezos help me! stop the crime

4699    [while I was writing this statement in October 14, I heard Jeff Bezos, ElonMusk, Obama, Minda

4700    McAllister, the Secretary of defense, James Mattis, and someone from Camp Pendleton I can't

4701    remember his name speaking to me]

4702

4703    Again! I keep repeating!

4704    The American-Iraqi, Majid Sabeah Mighael, one of the spirits' robbers, one of the MinYooks,

4705    the highly paid professional secret assigned unscrupulous spirits' robber with unethical and no

4706    decency, sped up the race with me to give the items from the nook my private brain to the sick

4707    illegal force. Starting 2007, Majid with the help of the sick illegal force, robbed one of the big

4708    items of the new cycle to himself and expedited the robberies from my private brain to other

4709    parts of the world so I would never see the banned crime. He, Majid robbed my black box to

4710    inside and outside USA.

4711    As I stated, for money purpose secretly without my permission and knowledge and the public

4712    knowledge, the spirits robbers were racing with my brain to rob my items in advance, sell them

4713    to investors to hire people to do them before me to conceal the banned crime.

4714    One of the big important items that I started in 2007 and kept adding sub-items to it over the

4715    years because the sick illegal force didn't let me work on my items, kept forcing harsh painful

4716    layoff and long unemployment intervals keeping me busy with ill-mannered interviews to make

4717    my living, specifically in February 2018, I was adding sub-items to this big item that was related

4718    to the new cycle.

4719

4720    In February 2018, as I was adding the vital and pivotal sub-items to this big important item, to

4721    make the situation worse, the sick illegal force led by the radio station of Jeff Detrow & Jerry

4722    Cesak was saying my sub-items loud through strangers' voices mixed with the voices of current

4723    and previous presidents of USA,UPS/Minda McAllister and Tim Davis and, Solar

4724    Turbines/Chris Deweese, Willis Tower Watson/Chris from training, Marc team leader Mark

4725    Tomonaga, Christina Rensfield, Shirley Huston, and Jessie, Hillebrand, and others from Jostens

4726    learning Corp, few old friends, and relatives that were forced to participate to find out the truth

4727    behind this banned crime. I started to scream **privately** with extremely bad cursing to Majid's

4728    family in my friend's email, in Wanda's email and others, because I saw a robbery, it was

4729    nightmare, I saw someone was stealing the item loud, it was an item from my personal brain,

4730    from my own formulas with the Creator that no way anyone could reach and touch. I emailed the

4731    media and kept my screams stating the sick illegal force was robbing me and cursed too without

4732    saying names of the spirits' robbers worrying about my items to be spread loud.

4733

4734    This big item that Majid robbed, was very big to me and I spend so much time formulating it, it

4735    has huge harvests, efforts, and talents of my creativities and inventions' designs, techniques,

4736    styles and ways and even robbed the skeleton of each item with its animation precisely from the

4737    nook of my private brain – my black box.

4738

4739

4740    In August 2018, I was correct, this big item was stolen from the nook of my private brain! I saw

4741    this big item in the internet, selling in Amazon between $30-$100.

4742

4743  I searched the internet, the sick illegal force, through spirit robbers, like Majid had already gave

4744  my sub-items of this big item that I was adding in February 2018 to the investors that had already

4745  hired people for them and finished them in 2014 because of the race with my private brain and

4746  the imposed situation. This item is very personal – no one can do unless someone is psychic

4747  reading and spirit robbing me.

4748  Plus, as the sick illegal force perceived in their psychic reading and spirit robbing, I was building

4749  and formulating one of the big items in 2007 and kept adding sub-items to it, promptly have

4750  robbed the big item from the nook of my private brain, sold to make a project, and kept adding

4751  sub-items to this big item from my private brain as if the item was never mine to burn and iron

4752  my heart on this big item.

4753

4754  I search the internet more for the owner of my items, I saw the owner of my item speaking about

4755  what I have had in my private brain, about what I had done in my formulas, my discussions with

4756  the Creator from 2007 until February 2018, and I went crazy. Then, I searched more in the

4757  internet, I saw trainers for this item, training people in how to use the project in YouTube. These

4758  trainers were gossiping about me, saying how the sick illegal force was raping, robbing, and

4759  emptying my private brain, they were speaking stupid about me saying in the YouTube

4760  "I swore to God, you are going to hear the biggest bomb after what we are doing. Hush! I am not

4761  saying anything! The broadcaster said that, keep fucking that chicken, and we get this, this is

4762  very good they fucked her this way, so we get this item, keep going, this is what the broadcaster

4763  said, it is OK."

4764  Then, one of the trainers of this stolen item or this project, started to speak about my formulas

4765  against me and against my family. The sick illegal force robbed me with grudge and malice.

4766    Everything was said by the trainers for this project in a very spiteful filled with malice and

4767    grudge because the sick illegal force wanted my item at any price and value without me, Zinia

4768    Boutros. The trainers even spoke about my valuable private discussions with the Creator in this

4769    youtube. It was all my private talk with myself and Creator that no one knows only God or only

4770    the Creator when I was doing this important big item.

4771    I went crazy and started to scream silently in my friend's email, in Wanda's email and others

4772    privately first. Then, I couldn't tolerate the nightmare and I started to scream at The American-

4773    Iraqi, Majid Sabeah Mighael in public in my emails to the Federal Court CNN, all media, white

4774    house, current and previous presidents, my selected previous coworkers' emails with saying the

4775    name of the spirit robber, the American-Iraqi, Majid Sabeah Mighael loud. It was an item from

4776    my personal brain, from my own formulas with the Creator that no way anyone could reach and

4777    touch, it was like reaching the Creator in a banned forbidden way. Majid robbed and gave away

4778    in advance to be done before me in 2014 because of the race with my private brain.

4779

4780    You don't know what I have been doing to formulate these items by myself alone and here is the

4781    illegal force has been sucking out my private items on golden plate and put them in streets for

4782    anyone for money purposes spitefully, with malice and grudge. The jealous illegal force was

4783    quivering from the joy and happiness robbing my private brain because of grudge and envy.

4784    I can't accept anyone rob my items from private brain and give these items to any owner on

4785    golden plate.

4786    The federal court and White House never responded to my screams in my emails to get me back

4787    my civil rights and put those people in jail. The White House and federal court wanted to kill me

4788    in this unresponsive action. the illegal force using Majid, wanted to throw my items in the streets

4789   as soon as possible so I never see my items when I think of them and formulating them – so my

4790   items would be erased from my brain as if they were never mine.

4791   In August 2018, deliberately to make the situation much worse and with freedom, the sick illegal

4792   force led by the radio station of Jeff Detrow & Jerry Cesak who have full knowledge and

4793   experience with the American mentality and the USA system and very good friend with other

4794   media members, Hollywood starts, who knew how to deceive and bluff other media members,

4795   White House, my previous employers' human resources with jokes and mocks, who knows the

4796   power and connection would cover them – cover Jeff Detrow & (Jerry Cesak whose origin is

4797   Jewish), brought the owner and the trainers of my item, my project that was stolen, with full guts

4798   to speak to me in the private air. I have been formulating new things no one knows! I don't

4799   accept this crime!

4800   While I was writing this statement in October 14, I heard Jeff Bezos, Elon Musk, Obama, Minda

4801   McAllister, the Secretary of defense, James Mattis, and someone from Camp Pendleton I can't

4802   remember his name speaking to me! ], Please my previous work UPS, White House, Military,

4803   Bill Gates, Elon Musk, and Jeff Bezos help me! stop the crime.

4804

4805   This sick illegal force did the same thing to the robbery that was sold on golden plate to Canada

4806   and Russia.

4807

4808   HH.    The show of American Ninja Warrior is 100% mine. Stop this show everywhere in the

4809   world! It is mine 100%. I formulated in 2007 but the sick illegal force using spirits' robbers like

4810   the American-Iraqi, Majid Sabeah Mighael -, raped, emptied, and robbed the items from the

4811   nook my private brain 20-30 years in advance so I never get on the stage! Fantasy Football,

4812   Baseball and basketball are 100% mine. They are 100% mine. I formulated them in 2007 but the

4813   sick illegal force using spirits' robbers like the American-Iraqi, Majid Sabeah Mighael -, raped,

4814   emptied, and robbed the items from the nook my private brain 20-30 years in advance so I never

4815   get on the stage! Whatever they said in Wikipedia are false information.

4816   II.    Designs were stolen from my private brain to American TV stations and Hollywood

4817   shows.

4818   JJ.    Designs were stolen from my private brain to Arab media like MTV, MBC, Al Jazeera,

4819   and Al Arabia TV stations and Arab shows.

4820   KK.    2 companies were build based on my private items after 2007 and have been growing

4821   based on emptying promptly whatever private formula I do with the Creator through highly paid

4822   professional secret assigned unscrupulous spirits' robbers with unethical and no decency. This

4823   Illegal force has been in process of keep adding and piling to them since 2009 from the private

4824   nook of my brain – my talented black box – my efforts and harvest.

4825

4826    LL.    Designs were stolen from my private brain to Arab Gulf, Israel and Saudi Arabia.

4827    MM.    Designs were stolen from my private brain to Europe TV stations.

4828    NN.    Designs were stolen from my private brain to do medical devices inside and outside

4829    USA.

4830    OO.    the sick illegal force has been stealing my private items to J.K Rowling to impersonate

4831    me.

4832    PP.    the sick illegal force has been stealing my private items to Elon Musk to impersonate me

4833    regardless of the spaceX, Tesla, and Solar city.

4834    QQ.    the sick illegal force has been stealing my private items to create small companies

4835    sponsored by Bill Gates, Elon Musk, Jeff Bezos and others and passed me like bypass heart

4836    surgery. Bill Gates, Elon Musk, Jeff Bezos and **others** never understood their fortune was stolen

4837    of the new cycle in this filth process because of their wealth.

4838    RR.    medical equipment and others like https://www.acornstairlifts.com/

4839    SS.    The American-Iraqi, Majid Sabeah Mighael:

4840    Very ill person! Very spiteful from me and my family! you always used

4841    Liar very ill person! God poison you to death in your private bed, Amen. God burn and iron your

4842    children's heart and your heart for what you robbed from me in this secret way.

4843    The American-Iraqi, Majid Sabeah Mighael has been one of the highly paid professional secret

4844    assigned unscrupulous spirits' robbers with unethical and no decency ) = MinYook's way, please

4845    refer to 4.2 Min-Nook = MinYook's Force definition.

4846    In 2007, the American-Iraqi, Majid Sabeah Mighael opened a business after psychic reading and

4847    spirit robbing – conjure up spirit the nook of my private brain. This business is part of the new

4848    cycle of Adam and Eve. The American-Iraqi, Majid Sabeah Mighael secretly inherited me

4849    through psychic reading and spirit robbing.

4850

4851    The American-Iraqi, Majid Sabeah Mighael, the MinYook, raped, robbed, emptied FOR

4852    MONEY PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND

4853    THE PUBLIC KNOWLEDGE all sole unique items from the nook of my private brain with their

4854    harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles, ways

4855    and they even robbed the skeleton of each item with its animation precisely because he was

4856    assigned by the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak.

4857    Huge projects after tweaking and un-tweaking the new cycle of Adam were created on account

4858    of my health, career, and personal destruction using the spirit's robber – The American-Iraqi,

4859    Majid Sabeah Mighael who used spirits' robbing = MinYook's way, please refer to 4.2 Min-

4860    Nook = MinYook's Force definition.

4861

4862    Very ill persons! ادب سز منيوك وسخ. You need jail with the illegal force led by the radio station of

4863    Jeff Detrow & Jerry Cesak, and Mario, Rafi, and Majid for this banned crime. Salah, Rafi, and

4864    Mario planned with Mazin's wife quietly and secretly to point the radio station on me and they

4865    psychic read the iraqi community and found out who was great spirits' robber, they saw you The

4866    American-Iraqi, Majid Sabeah Mighael were good for this filth and others I don't know, you

4867    were pointed to monitor my private brain secretly and innocently as if you never knew the radio

4868    station would destroy me really well while you robbed secretly too and stood aside mimicking

4869    innocent people in this banned crime – less than animals.

4870

Written by: Zinia Boutros

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

4871    God burns and irons your mothers' heart and quiver them in their tombs. Amen!

4872

4873    The American-Iraqi, Majid Sabeah Mighael, the MinYook, the secret spirit robber has been

4874    racing with my private brain and so far, as of today, he has been giving items to Canada, Russia,

4875    USA (SeaWorld, Submarine and Electric Eel, Updating the info of Black Hole, …. Lately he

4876    burned my heart by giving very huge item to some investors and made the radio station of Jeff

4877    Detrow & Jerry Cesak bring the owner and the trainers of the project to speak to me in the

4878    private air after I accidently found out through YouTube, they were doing my items that have

4879    huge vital, substantial, serious pat in the new cycle of Adam and eve. This force is despising my

4880    private brain and giving it away to anybody when I chose the main person and groups in the new

4881    cycle of Adam and Eve with the help of the White House, authority, police, and FBI. Please

4882    wake up, this is the new cycle and not a joke! The White House was not responding since 2004

4883    because they thought it was trivial thing. the sick illegal force acted deliberately by imposing the

4884    situation at my workplace because they have been psychic reading and spirit robbing me and

4885    have been putting placeholders to my items since the eighties, so I never touch them. Jesus

4886    bowed down to me in 2004 because he saw the robberies from my private brain and their place

4887    holders and for that reason He obligated me to help the White House starting 2004 in a

4888    prescheduled date instead of His real schedule in 2007.  the sick illegal force was giving my

4889    items to novice people in the nineties when I was expert in my items since 1997 – I had done 2

4890    things at my workplace that impressed my coworkers at that time, but my schedule with the

4891    Creator was in 2007 so I start them per His request. My items come as package. I never

4892    mentioned my items to even my family members or friends per the Creator's request. the sick

Written by: Zinia Boutros                                                   Page 231 of 895

4893    illegal force was robbing me since the eighties. the sick illegal force made me busy with problem

4894    since 1997 with low volume and since 2001 with high volume.

4895    In oct 5 2018, Laura Bush was mocking in the private air: Mmmmmm mmmm she is going to

4896    lead us when you did this her!

4897    Zinia: they are really robbing something huge, substantial and serious! Please stop the crime!

4898    You should have stopped the banned crime since 2004 when I asked the White house to

4899    sponsoring me in 2007 by seeing the Creator was doing something very big with me. I even

4900    emailed President and stated no one can reach because I was working with the Creator. I never

4901    know the sick illegal force has started with me since the eighties and they already put place

4902    holders for their banned crime – for their robberies from my private brain.

4903

4904    I was supposed to put things together for the new cycle of Adam and Eve calmly and sit with the

4905    President of USA as respect to the subject and not to do screaming and shouting at everyone

4906    after seeing my items from my the nook of private brain – my black box that I never give to

4907    anyone, were scattered and shattered inside and outside USA market because, secretly without

4908    my knowledge and permission, the sick illegal force led by the radio station of Jeff Detrow &

4909    Jerry Cesak, using highly paid professional secret assigned unscrupulous psychic readers and

4910    spirits' robbers with unethical and no decency like the spirit robber, The American-Iraqi, Majid

4911    Sabeah Mighael, had planned since the eighties a strategy to rob every item related/not related to

4912    the subject of the new cycle of Adam and Eve from the nook of my private brain, tweaked/not

4913    tweaked for themselves and sold to others, then implemented the strategy on me to destroy my

4914    health, career, and personal life in the nineties with low volume and at the beginning of the third

4915    millennium extremely loud with high volume.

4916

4917  The American-Iraqi, Majid Sabeah Mighael is speaking to me nicely as if he was helping, he

4918  opened business in 2007, sold items after tweak and not tweak from my items of the new cycle

4919  of Adam and eve.

4920  God despise, destroy, burn and iron Majid Sabeah Mighae's happiness and heart for whatever he

4921  robbed from my private brain, Amen. God despise, destroy, burn and iron the MinYook robber,

4922  Majid's mother happiness and heart for whatever he robbed from my private brain, Amen. (you

4923  heinous and impertinent person, without psychic reading and spirits' robbing - you are

4924  unsuccessful person in this hate crime)

4925

4926  After April 2016, 16-cv-0101-H-WVG, I kept formulating while the spirits' robbers like The

4927  American-Iraqi, Majid Sabeah Mighael sped up the race with me to give the items from my

4928  private brain to the sick illegal force. In August 2018, Jef and Jer brought the owner of project 1

4929  and two trainers from project 1 in the private air to speak to me for the last 2 days randomly. of

4930  course the sick illegal force, using the Minyook, the spirit robber, The American-Iraqi, Majid

4931  Sabeah Mighael, have been tweaking this items every day since 2007 and kept adding until they

4932  saw the clear picture. In 2017, when I found out The American-Iraqi, Majid Sabeah Mighael was

4933  one of the spirit's robbers, I emailed all of you and stated and iraqi person was one of the spirits'

4934  robbers - the less than animal creatures where animals are much higher than them. In my private

4935  emails to Summer, Wanda and other friends and relatives, I stayed almost one year cursing and

4936  cussing The American-Iraqi, Majid Sabeah Mighael's family without saying his name because I

4937  was worried about my items to be known.

4938

4939   In Aug. 2018, I was screaming more and more in my public emails because I found out I was

4940   correct about The American-Iraqi, Majid Sabeah Mighael as I saw my powerful items that I

4941   formulated and wrote in 2007 mixed with what I have formulated with the Creator after filing my

4942   federal case in April 2016, 16-cv-0101-H-WVG in the market. Please read Majid part. 3 items

4943   were robbed from my private brain to Russia, Canada, and here in USA. With full confidence,

4944   courage and guts, the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak

4945   made connection between me the owner of the project that was stolen from my private brain and

4946   sold inside USA as I was watching the youtube/owner and trainers speaking about the project

4947   while the item was selling in Amazon for $30 and for $100 – read Majid part- they have been

4948   selling items that were very new and creative no one had before. In 2014, one of the strangers

4949   who spoke to me in Arabic in the private air was discouraging me from continuing the image and

4950   asking me to find another job because the sick illegal force was controlling my items of the new

4951   cycle and no matter whatever I do, I would never reach this power and connection because they

4952   want to do the items. I was this banned crime – nightmare literally when the sick illegal force led

4953   by the radio station of Jeff Detrow & Jerry Cesak made the connection between me the

4954   youtube/owner and trainers of one of the projects to one of my items.

4955   Also, the American-Iraqi, Majid Sabeah Mighael was selling my items to Saudi Arabia and

4956   Israel.

4957

4958   Since April 2016, 16-cv-0101-H-WVG, I have been searching and finding out the robberies from

4959   my private brain that occurred since the eighties. I found out through formulas since 2007!

4960

4961    The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

4962    decency, kept psychic reading the nook of my private brain and raced with it as if there was

4963    contesting to derail me from the subject

4964    Example: an item A from the new cycle of Adam and Eve. Something I never stated to anyone

4965    like https://www.acornstairlifts.com/

4966

4967    The secret spirit robber = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force

4968    definition, robs my item A that consists from 5 subitem.

4969    item A subitem 1

4970    item A subitem 2

4971    item A subitem 3

4972    item A subitem 4

4973    item A subitem 5

4974

4975    sell the item A with its sole unique items that no one thinks of doing and I never said to anyone

4976    to rich family to bold and raise their kids by creating big tweaked sole unique items for their kids

4977    to make them famous. This happened after 2000. I saw 2 sole unique items went outside USA

4978    but are being sold inside USA.

4979

4980    This illegal force robbed my harvests, efforts, and talents of my creativities and inventions'

4981    designs, techniques, styles and ways and even robbed the skeleton of each item with its

4982    animation precisely from the nook of my private brain – my black box for those rich people to

4983    bold and emerge their kid as if I have no kids in my family! I never say one word waiting for the

4984  White House to speak to me and here is the sick illegal force poops diarrhea and constipation in

4985  my life and my family life by allowing the sick illegal force to rape, empty, and rob the nook of

4986  my private brain! I could have done the same thing to my family's kids if this illegal force was

4987  not in my life.

4988

4989  To The American-Iraqi, Majid Sabeah Mighael nd Jef and Jer radio station,

4990

4991  Very ill persons! ‫وسخ‬ ‫منيوك‬ ‫سز‬ ‫ادب‬. You need jail with the illegal force led by the radio station of

4992  Jeff Detrow & Jerry Cesak, and Mario, Rafi, and Majid for this banned crime. Salah, Rafi, and

4993  Mario planned with Mazin's wife quietly and secretly to point the radio station on me and they

4994  psychic read the iraqi community and found out who was great spirits' robber, they saw you The

4995  American-Iraqi, Majid Sabeah Mighael were good for this filth and others I don't know, you

4996  were pointed to monitor my private brain secretly and innocently as if you never knew the radio

4997  station would destroy me really well while you robbed secretly too and stood aside mimicking

4998  innocent people in this banned crime – less than animals.

4999

5000  You better stop the banned crime because very soon I will have power and connection to destroy

5001  you in court!

5002

5003  To the owner of project 1 that I had started and formulated since 2007 based on the Creator's

5004  business rules and I kept adding to it while the criminals, the sick illegal force led by the radio

5005  station of Jeff Detrow & Jerry Cesak using spirit's robber – conjure up spirit – like the

5006  American-Iraqi, Majid Sabeah Mighael were racing with my private brain to rape, emty, and rob

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

5007    all my items of the new cycle of Adam and Eve, tweak/not tweak and sell to others like investors

5008    to enjoy and have the biggest rapture secretly without my knowledge and permissions and

5009    without public knowledge :

5010    and broiling and burning my spirit day and night 24 hours/day loud, using highly paid secret

5011    spirits' robbers like the American-Iraqi, Majid Sabeah Mighael since 2001 loud and since the

5012    eighties with low volume. They destroyed my health, career, and personal life and for this reason

5013    I am very rude to you.

5014

5015    the sick illegal force led by Jef and jer brought investors after psychic reading this item from the

5016    nook of my private brain with its harvests, efforts, and talents of my creativities and inventions'

5017    designs, styles, ways and they even robbed the skeleton of each item with its animation precisely

5018    using highly paid secret spirits' robbers like the American-Iraqi, Majid Sabeah Mighael. Without

5019    my private brain, you, the owner and the trainers of project 1 would never exist doing this item.

5020

5021    I was watching this owner of project 1 in youtube that he was talking to me in the private air

5022    randomly for the last 2 days

5023    He was saying in youtube "I like stealing from the internet ... do like me I stole from the

5024    internet.. there is nothing wrong with stealing form internet .... Steal from the internet "

5025

5026    Zinia answering the owner of project 1 that was tweaked from my private formulas:

5027    since 2007, after the Creator requested from me to formulate, design, and write, I worked

5028    secretly on this item without telling anyone, I never told my family's members and I never told a

5029    friend. I was organizing and preparing all the items working hard on them with the Creator, I

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

5030    invented the formulas! and here are the Minyooks, the spirits' robbers who robbed, emptied, and

5031    raped the nook of my private brain secretly, gave one item to you golden plate! stealing the

5032    internet is something normal! you stole the core of my private brain – stealing the nook of

5033    private brain is abnormal.. it is Minyook in iraqi definition – it means take off your pants and let

5034    someone fuck you from your ass- and as I saw in the youtube, you are a man! excuse my

5035    language! I am going to court for this item because you have committed a banned crime - the

5036    sick illegal force led by jef and jer using the spirit robber The American-Iraqi, Majid Sabeah

5037    Mighael sold my item to investors and the investors brought you to do my item after tweaking.

5038

5039    One of the trainer's conversation in the reviews: "keep fucking that chicken" …. Anchor news

5040    …..the other person was saying, "this is very good"…. yesterday … he was talking to me in the

5041    air saying : Zinia you only know how to say fool and stupid!

5042    the sick illegal force using spirit robbers is making me accountable for each random bad

5043    thinking I have inside my private brain because of my anger under this imposed painful, harmful,

5044    intolerable, unacceptable and inappropriate situation while they are robbing my viral and

5045    substantial items from my private brain against me with mocking at me and despising me to burn

5046    and iron my heart on my items.

5047

5048    Zinia: Tell the trainers, no you will never reach without this banned crime!

5049    I have had the biggest depression and stress since 2001 but because I knew all of these people

5050    who are speaking to me in the air were true, I never cared and worked intensively hard with the

5051    Creator without caring about your voices. In 2004, Jesus bowed down to me and gave me full

5052    strength. In 2012, my depression and stress became serious because I saw the items from the

5053    nook of my private brain the market and I emailed screaming UPS and the White House. Since

5054    April 2016, 16-cv-0101-H-WVG until now my depression and stress became extremely serious

5055    and led to sleepiness because I never talk or write this way- I forced myself into cussing and

5056    cursing to draw the attention. In 2017, I found out through formulas, one of the highly paid secret

5057    sprits' robbers was The American-Iraqi, Majid Sabeah Mighael, I looked at his business, it was

5058    the same exact item I formulated with the Creator starting 2007, he even stole the name of this

5059    item! people would think the robbery was stolen from me saying it loud..... no it was robbery

5060    from the nook of my private brain with all of its efforts ... it was robbery from my black box that

5061    no one would knew about.

5062    the sick illegal force led by jef and jer using highly paid secret sprits' robbers, and one of them

5063    The American-Iraqi, Majid Sabeah Mighael robed, emptied, and raped everything from my

5064    private brain! .... In youtube you said: "The news said .... keep fucking that chicken... right!"

5065    They destroyed my health, career, and personal life .... They even clogged, froze, and paralyzed

5066    me in this imposed painful, harmful, intolerable, unacceptable and inappropriate situation to steal

5067    my private brain and gave to you on golden plate! All of these items in this project are my

5068    formulas with the Creator. Mr. highly paid secret sprits' robbers like the American-Iraqi, Majid

5069    Sabeah Mighael tweaked and sold to you on golden plate.

5070

5071    One of the trainer's conversation in the reviews: "keep fucking that chicken" .... Anchor news

5072    .....the other person was saying, "this is very good".... yesterday ... he was talking to me in the

5073    air saying : Zinia you only know how to say fool and stupid!

5074    the sick illegal force using spirit robbers is making me accountable for each random bad

5075    thinking I have inside my private brain because of my anger under this imposed painful, harmful,

5076    intolerable, unacceptable and inappropriate situation while they are robbing my viral and

5077    substantial items from my private brain against me with mocking at me and despising me to burn

5078    and iron my heart on my items.

5079

5080

5081    This force even robbed my night dreams, sold to investors to do attractions all over the world. I

5082    have to use those night dreams as references to the new cycle of Adam and Eve!

5083    These attractions I prepared them in details in my private brain and some in writing – they are

5084    mine 100% because they are part of the new cycle of Adam and eve.

5085    I never said them to anyone because I was preparing and putting the items together since 2007 as

5086    one package. the sick illegal force has been emptying everything from my private brain so I

5087    never start and the sick illegal force control on account of my health, career, and personal life

5088    destruction.

5089

5090    This force even robbed my night dreams, sold to novice celebrities – these celebrities were

5091    novice at that time in the nineties and got awards. I have to use those night dreams as references

5092    to the new cycle of Adam and Eve! the sick illegal force is still in the process of robbing my

5093    items while you are all participating! even President Obama and President Bush are going above

5094    and beyond in participating in this! I have been working on my items because I have installation

5095    but this force is robbing, selling to others and others are getting credits on them! these items are

5096    part of big installation inside me and i can't even say some of them! specifically when I am the

5097    one who is explaining by sneaking into emails, you illegal force led jef andjer radio through

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

5098    spirit's robbers like Majid Sabeah never explained what you were doing at my workplace and my

5099    life your intention. I had to explain after my formulas with the Creator!

5100    The invention of reusable missiles or busses to Mars is 100% mine.

5101    Elon Musk/Tesla/Solar, and SpaceX, invention of reusable missiles to Mars, Jeff Bezos/Blue

5102    Origin were hatched after this imposed painful, harmful, intolerable, unacceptable and

5103    inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, by the

5104    sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego, Ca.. My

5105    sole unique items were robbed, raped, and emptied from the nook of my private brain secretly in

5106    advance as if I weren't the creator of the sole unique items. These sole unique items were given

5107    to small companies to be sponsored by Bill Gates, to be done and sponsored by Elon Musk,

5108    NASA, Jeff Bezos, scientists, Hollywood, Disney, any inside and outside USA. Some of the sole

5109    unique items were not even related to the new cycle of Adam and Eve like medical equipment

5110    and others like https://www.acornstairlifts.com/

5111

5112    President Trump and previous presidents of USA

5113    You chose this way. They are robbing my private brain and I want to stop the crime!

5114    You don't want to respect and you don't want to stop the crime. the sick illegal force is

5115    constantly robbing my brain without stop.

5116

5117    James Mattis/United States Secretary of Defense,

5118

5119    Starting in 2007, the Creator wanted me to formulate the new cycle of Adam and Eve and

5120    formulate Lilith, Al-Lat, and Al-Uzza. Part of the new cycle, the Creator installed business rules

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis          March 2, 2022

5121    inside me to formulate eternal gifts to the main people/groups that will be part of the new cycle

5122    of Adam and Eve. These eternal gifts will stay with the main people/groups like the Military of

5123    USA, presidents of USA, Bill Gates, Elon Musk and Jeff Bezos whether we pass or not pass the

5124    new cycle of Adam and Eve. If we pass, the main people/groups will know they are the owners

5125    of the eternal gifts and if we don't pass, someone with name Zinia Boutros will formulate to give

5126    you the eternal gifts again.

5127

5128    This illegal force has been emptying my private brain since the eighties and I found out through

5129    formulas with the Creator there are big and main people in it, the sick illegal force used filthy

5130    route – spirit robbing and psychic reading to reach the new cycle, a route that is very dangerous

5131    to USA and the world = psychic reading and spirit robbing secretly without my permission and

5132    knowledge and without public permission and knowledge. I have the right to cuss and curse

5133    under this imposed painful, harmful, intolerable, unacceptable and inappropriate situation –

5134    situation of fraud and scam.

5135

5136     the sick illegal force using spirit robbers is making me accountable for each random bad

5137    thinking I have inside my private brain because of my anger under this imposed painful, harmful,

5138    intolerable, unacceptable and inappropriate situation while they are robbing my viral and

5139    substantial items from my private brain against me with mocking at me and despising me to burn

5140    and iron my heart on my items.

5141

5142    I need to do the new cycle of Adam and Eve whether the language I am using in this document is

5143    accepted or not by people because of this imposed painful, harmful, intolerable, unacceptable

5144    and inappropriate situation.

5145

5146    The Creator made me formulate 2 eternal gifts to the defense department in order to use it.

5147

5148    These eternal gifts will be like good faith between the main people/groups and I, Zinia Boutros

5149    so I can use the people/groups' names or wealth to do two tasks, main tasks and secondary tasks.

5150

5151

5152    Bill Gates, Elon Musk, and Jeff Bezos,

5153

5154    Can you please help me! Save me please! Stop the banned crime! they are shattering scattering

5155    my items everywhere.

5156    the sick illegal force is making people say in the air the main and secondary tasks.

5157

5158    SeaWorld submarine is 100% mine. Stop the ride promptly!

5159    SeaWorld electric eel is 100% mine. Stop the ride promptly!

5160    The show of American Ninja Warrior is 100% mine. Stop this show everywhere in the world

5161    promptly!

5162    Fantasy Football, Baseball and basketball are 100% mine. Stop the games promptly.

5163    In august 2018, the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak made

5164    me communicate with one of the companies that was doing my item and selling for 30 and 100

5165    dollars.

5166    I am asking the sick illegal force to stop what they gave to one of the companies my items

5167    promptly.

5168    I am asking the sick illegal force to stop what they gave to Russia

5169    I am asking the sick illegal force to stop what they gave to Canada

5170

5171

5172    The show of American Ninja Warrior is 100% mine. Stop this show everywhere in the world! It

5173    is mine 100%. I formulated in 2007 but the sick illegal force using spirits' robbers like the

5174    American-Iraqi, Majid Sabeah Mighael -, raped, emptied, and robbed the items from the nook

5175    my private brain 20-30 years in advance so I never get on the stage!

5176    Fantasy Football, Baseball and basketball are 100% mine. Theyare 100% mine. I formulated

5177    them in 2007 but the sick illegal force using spirits' robbers like the American-Iraqi, Majid

5178    Sabeah Mighael -, raped, emptied, and robbed the items from the nook my private brain 20-30

5179    years in advance so I never get on the stage! Whatever they said in Wikipedia are false

5180    information.

5181

5182

5183    To Bill Gates, Elon Musk, and Jeff Bezos,

5184    You are not the only people or groups in the new cycle of Adam and Eve.

5185    Can you please speak to me in person! The White House doesn't want to speak to me!

5186    This illegal force is robbing my brain and giving it to you and they are speeding up the race with

5187    my private brain to expedite the process of the robberies. Please save me from this illegal force!

5188

5189    Elon Musk was trying to make me laugh yesterday by communicating with me in buffalo sound!

5190    The reasons of my emails since April 2016, 16-cv-0101-H-WVG is to show you the imposed

5191    painful, harmful, intolerable, unacceptable and inappropriate situation and prove the sick illegal

5192    force was emptying my private brain since the eighties by saying the robberies after searching

5193    them then, in future, I need to go to federal court and explain the proof in detail.

5194

5195

5196    Jeff Bezos was trying to make me laugh by saying "we are going to do you"

5197

5198    The show of American Ninja Warrior is 100% mine. Stop this show everywhere in the world! It

5199    is mine 100%. I formulated in 2007 but the sick illegal force using spirits' robbers like the

5200    American-Iraqi, Majid Sabeah Mighael -, raped, emptied, and robbed the items from the nook

5201    my private brain 20-30 years in advance so I never get on the stage!

5202    Fantasy Football, Baseball and basketball are 100% mine. Theyare 100% mine. I formulated

5203    them in 2007 but the sick illegal force using spirits' robbers like the American-Iraqi, Majid

5204    Sabeah Mighael -, raped, emptied, and robbed the items from the nook my private brain 20-30

5205    years in advance so I never get on the stage! Whatever they said in Wikipedia are false

5206    information.

5207

5208    I am Lilith, go and read about me in the encyclopedia. You all are going to marry me – be my

5209    partner - to reach the Creator. I am the new cycle of Adam and eve and the new Lilith.

5210    Starting in 2007, the Creator wanted me to formulate eternal gifts to the main people/groups that

5211    will be part of the new cycle of Adam and Eve. These eternal gifts will stay with the main

5212    people/groups like the presidents of USA, Bill Gates, Elon Musk and Jeff Bezos whether we pass

5213    or not pass the new cycle of Adam and Eve. If we pass, the main people/groups will know they

5214    are the owners of the eternal gifts and if we don't pass, someone with name Zinia Boutros will

5215    99formulate to give you the eternal gifts again.

5216    the presidents of USA, Bill Gates, Elon Musk and Jeff Bezos, I will sue you because this illegal

5217    force gave you my items but you are in the business rules that were installed inside me by the

5218    Creator.

5219    These eternal gifts will be like good faith between the main people/groups and I, Zinia Boutros

5220    so I can use the people/groups' names or wealth to do two tasks, main tasks and secondary tasks.

5221

5222    In 2007, Elon Musk was not billionaire, but he was in the Creator's formula inside me without

5223    knowing his name and his title. In 2004, I emailed the White House and they were supposed to

5224    speak to me because I was screaming "I saw Jesus ….."

5225    Elon Musk was supposed to do my design!

5226    Whether I was involved or not, the formula continued, and he is one of the main characters

5227    inside part of the new cycle of Adam and Eve.

5228    the sick illegal force bypassed me similar to heart bypass surgery and started to give my items to

5229    Elon Musk, Jeff Bezos and others since the eighties! I will explain! the sick illegal force robbed

5230    my future and fortune since the eighties!

5231   Jeff Bezos would never accept to be part of the new cycle of Adam and Eve without giving him

5232   the eternal gift and explain to him his part.

5233

5234   since the eighties, through highly paid professional secret assigned unscrupulous spirits' robbers

5235   with unethical and no decency, the radio station of Jeff Detrow & Jerry Cesak in San Diego

5236   raped, empties, robbed all sole unique items from the nook of my private brain with their

5237   harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles and

5238   ways and even robbed the skeleton of each item with its animation precisely from the nook of

5239   my private brain – my black box for themselves and robbed to sell for others.

5240

5241   The show of American Ninja Warrior that started in 2009 is 100% mine. the sick illegal force

5242   using robbed the nook of my private brain the nineties and sold to Japan as Sasuke TV show

5243   1997.

5244   Please help me, I am in deep pain because of this imposed painful, harmful, intolerable,

5245   unacceptable and inappropriate situation .

5246   This American Ninja Warrior was one of the items that were parts of the new cycle of Adam and

5247   Eve.

5248

5249   Please Mr. President Trump, help me! Since 2007 I was preparing package for the event of the

5250   new cycle of Adam and Eve but the Illegal forc clogged my career and parallelized me to do my

5251   items because they have psychic read me in advance so I never do anything.

5252   The show of American Ninja Warrior is 100% mine. Stop this show everywhere in the world! It

5253   is mine 100%.

5254

5255    the presidents are in it, Bill Gates, Elon Musk and Jeff Bezos are in this new cycle, I formulated

5256    them since 2007 without knowing who they were but I could not say it. there are more people

5257    and groups are in the new cycle. I was hoping the White House speaks with me so I give the

5258    package. they have been emptying all the seeds and budding so I never do anything.

5259    The Creator installed the business rules in me and I formulated to find out the presidents of USA,

5260    Bill Gates, Elon Musk and Jeff Bezos, other people/groups are main characters in it. the sick

5261    illegal force emptied me since the eighties, so I never claim my items.

5262

5263

5264

5265

5266

5267

5268

5269

5270

5271

5272    I have been doing all of these sole unique items as preparation ot the new cycle fo Adam and

5273    Eve. the sick illegal force force quivered from jealousy, destroyed me for no reason.

5274

5275

5276

5277    These huge placeholders- projects that were created from my private brain, were giving them

5278    traits of my private brain's impersonation and kept enhancing the projects' impersonations until

5279    today's date as the sole unique items grew in my private brain.

5280

5281

5282    All of these sole unique items are mine and are parts of the new cycle of Adam and Eve that was

5283    installed inside me by the Creator.

5284

5285    All of these huge placeholders- projects are 100% mine and all of their owners and companies

5286    are not supposed to do anything with these projects because they are supposed to follow the

5287    Creator's installation inside me! I don't accept read my brain's data, rob and give to these people

5288    and companies because, for simple reason, none of these owners and companies accept this

5289    banned crime on themselves.

5290

5291

5292

5293    4. Illegal Force:

5294

5295    I don't know the origin of Jeff Detrow and Jerry Cesak, they could be middle easterners,

5296    European, south American, or north American with Christians or Jews religious, or even atheists,

5297    but they were definitely pro Jews.

5298

5299    Need to replace: This imposed painful, harmful, intolerable, unacceptable and inappropriate

5300    situation caused depression and stress that led to sleepiness because I saw my items from my

5301    private brain in the USA/not USA market and I started to scream in my emails to the White

5302    House, federal court, media but no response. This is very unacceptable banned crime filled with

5303    grudge, malice, envy and jealousy, please read 4.5 History of the sick illegal force authentic

5304    motive, item 5.

5305

5306    This illegal force has been robbing me same way as Mazin Yonan's wife since the eighties

5307    secretly. The illegal force hired very highly paid secret spirits' robbers since the eighties to

5308    monitor my private brain and raped, empties and robbed the nook of my private brain every

5309    second 24/7.

5310

5311    4.01      Important Note

5312

5313    The presidents of USA have immunity against cases and their cases most likely will be

5314    dismissed. I am not filing a case against policy or demeanors. I am a filing case against their

5315   unresponsive action to this painful, harmful, intolerable, unacceptable and inappropriate situation

5316   on me everywhere I go in USA like banks, Cost Co. Grocery Stores, Home Depot, department

5317   stores, around my neighbors, and more other places.

5318

5319

5320   the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca. was

5321   pointed to infringe my life as a whole by Mario – Romio's brother, Salah Alzughbi, Rafi

5322   Oghassabian, and Mazin Yonan's wife to throw my fortune [fortune of my career, personal life,

5323   and health, and the new cycle of Adam and Eve] in the streets.

5324

5325   I have been in contact through emails and mails, with the White House and presidents of USA

5326   since 2004 screaming at the imposed painful, harmful, intolerable, unacceptable and

5327   inappropriate situation that caused health, career, and personal destruction. I asked to hire the

5328   FBI for this imposed painful, harmful, intolerable, unacceptable and inappropriate situation and

5329   keep asking to hire FBI.

5330   I have been in contact with UPS/Minda McAllister since 2004 screaming at the imposed painful,

5331   harmful, intolerable, unacceptable and inappropriate situation. In polite way, I tried to speak to

5332   the people who were speaking to me in the private air inside UPS buildings to find out why this

5333   sick illegal force was imposed on me, but I got no response. Then, I started to scream, I was

5334   requesting to speak to the sick illegal force, but I got no response because the sick illegal force

5335   created deadlock, its members didn't want to speak to me because they were secretly racing as

5336   fast as possible with my private brain by psychic reading and spirit robbing through spirits'

5337   robbers like the Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael the nook of my

5338    private brain. I kept screaming after my painful layoff from UPS to UPS/Minda McAllister and

5339    the White House until I filed my federal case in April 2016.

5340    After filing my federal case in April 2016, I asked the president of USA to explain the imposed

5341    painful, harmful, intolerable, unacceptable and inappropriate situation because this sick illegal

5342    force is banned crime.

5343    Since April 2016, after the unresponsive actions by my selected previous employers and the

5344    current and previous president of USA, I have ben emailing my screams to the media/CNN, Bill

5345    Gates, and others.

5346    Since April 2016, the current and previous presidents of USA and my previous coworkers from

5347    selected employers have been criticizing the sick illegal force that was compelling them to speak

5348    to me in the private air inside the employers' buildings and have neen criticizing the imposed

5349    painful, harmful, intolerable, unacceptable and inappropriate situation. The current and previous

5350    presidents of USA and my previous coworkers from selected employers have been participating

5351    to show their blames at the sick illegal force that has been forcing to speak in the private air until

5352    today's date. The sick illegal force has been ignoring the current and previous presidents and my

5353    previous coworkers' criticisms in the private air and their blame at the members of this force,

5354    forcing the highly paid professional secret assigned unscrupulous spirits' robbers with unethical

5355    and no decency to race as fast they could with my private brain to rape, empty, and rob more and

5356    more from my private brain and add to chapter 3, my image that consists of all sole unique items

5357    from the nook of my private brain with their harvests, efforts, and talents of my creativities and

5358    inventions' designs, techniques, styles, under the painful, harmful, intolerable, unacceptable and

5359    inappropriate situation on me everywhere I go in USA like banks, Cost Co. Grocery Stores,

5360    Home Depot, department stores, around my neighbors, and more other places.

5361    The White House, current and previous presidents of USA, and previous employers participated

5362    in damaging my career by not responding to my screams in my emails, in addition to

5363    participating with this sick illegal force in the private air giving the chance to the highly paid

5364    professional secret assigned unscrupulous spirits' robbers with unethical and no decency to take

5365    advantage of this horrible situation and race as fast they could with my private brain to rape,

5366    empty, and rob more and more.

5367

5368    Why the previous employers like UPS, Solar Turbines, and Willis Towers Watson, and the

5369    White House accepted the sick illegal force punishing me for no reason other than jealousy. This

5370    sick illegal force was robbing my private brain through spirits' robbers using power and

5371    connection for BIG MONEY PURPOSE since 2001 by psychic reading loud as if I did

5372    something bad through harnessed voices of previous coworkers and strangers who had no clue

5373    what they were doing while the highly paid secret spirit robbers like the American-Iraqi, Majid

5374    Sabeah Mighael were racing with my private brain in raping, emptying, and robbing the items in

5375    advance.

5376

5377    The White House and the federal court didn't know in 2001. How about 2004, didn't I scream in

5378    my emails to the White House and UPS? How about in 2007, didn't I state to President Bush,

5379    "no body reach me because I am communicating with the Creator, can you sponsor?", instead,

5380    the highly paid secret spirit robbers like the American-Iraqi, Majid Sabeah Mighael started to

5381    race with my private brain to rob more items and get more money and be more than millionaires.

5382    How about in 2012, didn't I scream in my emails to President Obama and UPS in a polite way?

5383    How about April 2016, didn't I explain in a polite way inside my federal case, 16-cv-0101-H-

5384    WVG, against the presidents of USA? Why the White House and the federal court ignored me!

5385

5386    After filing my federal case in April 2016 16-cv-0101-H-WVG, Laura Bush mentioned in the

5387    private air through the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak,

5388    how hard it is when someone psychic reading other loud. The image in chapter 3 consists of all

5389    sole unique items from the nook of my private brain with their harvests, efforts, and talents of

5390    my creativities and inventions' designs, techniques, styles – will give full explanation in federal

5391    court, and the painful, harmful, intolerable, unacceptable and inappropriate situation on me at my

5392    workplaces was imposed to rob this image and race with my private brain secretly in advance.

5393    Why did my previous employers and the White House allowed the imposed painful, harmful,

5394    intolerable, unacceptable and inappropriate situation on me only and let others rapture and enjoy

5395    the items of my private brain on account of my health, career, and personal destruction making

5396    my heart burn and iron on my items? what were my previous employers and the White House

5397    trying to prove since April 2016, why is it taking so long? it has been more than 30 months  for

5398    allowing the illegal force to rob more from my private brain.

5399

5400    From 2001 to 2012, there were intensive English speakers without accent around my neighbors

5401    and my workplaces saying things to me in the private air to rob me by asking my private brain

5402    constantly "how…. Why … what " trying their best to get inside my private brain and empty it.

5403

5404    After filing my federal case in April 2016 16-cv-0101-H-WVG, in 2017, I found out one of the

5405    spirits' robbers was iraqi person, his name is The American-Iraqi, Majid Sabeah Mighael, this

5406    person became nice this year, Aug. 2018 acting he was psychic reading me and spirit robbing me

5407    loud because he was helping, this person opened business from my items of the new cycle of

5408    Adam and eve in 2007, this person, I have proof on him that he robbed, emptied, and raped my

5409    private brain since the eighties, this person became millionaire because of spirit robbing my

5410    private brain – conjure up spirit.

5411

5412    After filing my federal case in April 2016 16-cv-0101-H-WVG, the imposed painful, harmful,

5413    intolerable, unacceptable and inappropriate situation by the sick illegal force is still on. The sick

5414    illegal force has been forcing my previous coworkers and mangers to speak to me in the private

5415    air with jokes as if there is/was nothing going on – the truth is the sick illegal force, was forcing

5416    me to be busy with my previous coworkers' voices.

5417    After filing my federal case in April 2016, Jostens Learning/ Deb Linder, UPS/Minda McAllister

5418    and Tim Davis, Willis Towers Watson/ Mark Tomonaga, Christina Rensfield, Jessie Hillebrand,

5419    Shirley Huston, Marc..., and Chris from the training have been participating in the private air

5420    making the situation sounds very normal and funny to blame the illegal force for imposing the

5421    painful, harmful, intolerable, unacceptable and inappropriate situation on me at my previous

5422   workplaces meanwhile the sick illegal force is/was ignoring my previous coworkers' criticizms

5423   in the private air and their blame at the members of this force, forcing the highly paid

5424   professional secret assigned unscrupulous spirits' robbers with unethical and no decency to race

5425   as fast they could with my private brain to rob more and more from my private brain and add to

5426   to chapter 3, my image that consists of all sole unique items from the nook of my private brain

5427   with their harvests, efforts, and talents of my creativities and inventions' designs, techniques,

5428   styles – will give full explanation in federal court, under the painful, harmful, intolerable,

5429   unacceptable and inappropriate situation on me everywhere like banks, Cost Co. Grocery Stores,

5430   Home Depot, around my neighbors, and other places.

5431

5432   Aug 2018, the American-Iraqi, Majid Sabeah Mighael started to joke after I found out he was

5433   part of the banned crime.

5434

5435

5436  After I filed my federal case in April 2016, 16-cv-0101-H-WVG, Willis Towers Watson/Shirley

5437  huston described this situation one time by speaking to me in the private air "This is death!",

5438  "We are all doing it to burn Zinia" zzzzz deadlock

5439  I want my civil right! Can you, stop this mess! No one accept this to happen to themselves like

5440  Willis Towers Watson/ Shirley huston said - 'this is death if you steal brain.'"

5441

5442  2016: President Obama was saying in the air "Do I accept this?"

5443  Willis Towers Watson/ Shirley huston was saying "This is death! Do I accept this?"

5444  Willis Towers Watson/ Jessie Hillebrand was saying "we don't do meetings in our company, we

5445  communicate through psychic readers"

5446

5447  September 2018: Willis Towers Watson/ Chris from training was saying "we are doing it

5448  because they are fucking Zinia's brain. I don't know what they are doing. I am just saying things

5449  in the air?"

5450  Since 2001: UPS/Minda McAllister was speaking to m in the air.

5451  2004 and since 2012: UPS/Tim Davis was speaking to m in the air. In September 2018, he was

5452  saying "Hussssssssss" with laugh.

5453  I don't need to mention Salah Al Zughbi's participation because he must go to jail without

5454  question.

5455

5456  Again, the Creator installed inside me the business rules of the new cycle of Adam and Eve, the

5457  new Al-Lat, and Al-Uzza, the new Lilith. I have done all of these items because the Creator

5458  installed the business rules inside me since 2004 and I started to formulate them. the sick illegal

5459  force knew about the new cycle of Adam and Eve since the eighties and was raping, emptying,

5460  and robbing my private brain.

5461  Since the sick illegal force had no idea what my image was in the eighties and nineties or the

5462  image was not clear for the highly paid professional secret assigned unscrupulous spirits' robbers

5463  with unethical and no decency, its members asked the highly paid professional secret assigned

5464  unscrupulous spirits' robbers with unethical and no decency, to rape, rob, empty FOR MONEY

5465  PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

5466  PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

5467  health, career, and personal life destruction every single item relates to others from my private

5468  brain that had potential growth, 20 years in advance, and sold to others so I would never have the

5469  chance to grow in it and the sick illegal force control the situation.

5470

5471  Starting in 2007, the Creator wanted me to formulate the new cycle of Adam and Eve and

5472  formulate Lilith, Al-Lat, and Al-Uzza. Part of the new cycle, the Creator installed business rules

5473  inside me to formulate eternal gifts to the main people/groups that will be part of the new cycle

5474  of Adam and Eve. These eternal gifts will stay with the main people/groups like the Military of

5475  USA, presidents of USA, Bill Gates, Elon Musk and Jeff Bezos whether we pass or not pass the

5476  new cycle of Adam and Eve. If we pass, the main people/groups will know they are the owners

5477  of the eternal gifts and if we don't pass, someone with name Zinia Boutros will formulate to give

5478  you the eternal gifts again.

5479    the sick illegal force bypassed me similar to heart bypass surgery and started to give my items to

5480    Elon Musk, Jeff Bezos and others since the eighties! I will explain! the sick illegal force robbed

5481    my future and fortune since the eighties!

5482    Jeff Bezos and other main people and groups would never accept to be part of the new cycle of

5483    Adam and Eve without giving them the eternal gift WITH PROOF and explain to them their

5484    parts.

5485

5486    This illegal force has been led and facilitated by the radio station of Jeff Detrow & Jerry Cesak in

5487    San Diego since the eighties.

5488    All the robberies from my private brain must go through business rules – The Creator's

5489    installation business rules inside me. using assigned highly paid professional secret assigned

5490    unscrupulous spirits' robbers with unethical and no decency, the sick illegal force robbed my

5491    private brain on account of my health, career, and personal life destruction. This force didn't let

5492    me enjoy my career and robbed my happiness and joy of having a degree and job since 1997

5493    with low volume and since 2001 with high volume.

5494    I have been screaming since 2001, deliberately, this illegal force created incorrect illness in my

5495    health record - hearing your fool voices - Schizophrenia illness! then a cyst was formed inside

5496    my body because of this situation in 2003, later random blood pressure was developed when I

5497    was terminated from Solar Turbine and hired in Willis Towers Watsons!

5498    The psychiatrists I went to in 2004 need to go to jail for their actions with me and diagnosing me

5499    with incorrect illness - schizophrenia – hearing nonexistent voices when the voices existed at my

5500    workplaces and wherever I went. This illness is very dangerous leads to homicide and suicide. I

5501    am scared from this illegal force they would do something very bad to me and accuse me for

5502    doing it.

5503

5504    4.02    Harm and damage caused by Illegal Force:

5505    Since I worked until now, I was very organized to separate my work life from my personal life. I

5506    never mixed my work and my personal life together. the sick illegal force led by the radio station

5507    of Jeff Detrow & Jerry Cesak admitted themselves inside my employers' buildings with the

5508    permission of human resources to cause chaos and intolerable environment that led to painful

5509    layoff from each company I worked for. the sick illegal force 's intention was to rape, rob, empty

5510    FOR MONEY PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE

5511    AND THE PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account

5512    of my health, career, and personal life destruction

5513    In 2001, the sick illegal force admitted voices from my American -Iraqi community – these

5514    people I never spoke with or I only said hi and bye to them - inside my previous employers'

5515    building private air like MASI and UPS so if I ever have complained, the sick illegal force would

5516    allude and confuse the managers and the human resources that the problem was personal and not

5517    work. Actually, the sick illegal force stormed inside my previous employers' buildings to cause

5518    trouble and painful layoff to keep me busy looking for a job inside random ill-mannered

5519    interviews referencing item 5, please read 4.5 History of the sick illegal force authentic motive

5520    in general, staring at my genitals, yawning inside the interviews referencing 4.5 History of the

5521    sick illegal force authentic motive item 12, saying study …. Study in the private after the

5522    interview referencing 4.5 History of the sick illegal force authentic motive item 13, saying

5523    Assholes randomly inside my previous employers' buildings

5524

5525    Since 1997, this Illegal Force foisted people's voices with low volume randomly from only

5526    English speakers like my previous coworkers and strangers in the air inside my workplace to

5527    cause a quite disturbing environment that forced me to complain and to question this situation.

5528    Since 1997, this Illegal Force, using and psychic readers, have been admitted inside my

5529    employers' building with the permission of the human resources and security, indoctrinated my

5530    coworkers that I knew and didnt know without letting them know the intention, to say my private

5531    brain loud in the air inside my workplace which caused a quite disturbing environment that

5532    forced me to consistently complain and obligated people to complain and to question this

5533    situation. On the contrary, the coworkers were not affected by the imposed painful, harmful,

5534    intolerable, unacceptable and inappropriate situation because the sick illegal force was not saying

5535    their private brain loud. The intention of this imposed painful, harmful, intolerable, unacceptable

5536    and inappropriate situation was to rape, rob, empty FOR MONEY PURPOSE SECRETLY

5537    WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE all

5538    sole unique items from the nook of my private brain with their harvests, efforts, and talents of

5539    my creativities and inventions' designs, techniques, styles, ways and they even robbed the

5540    skeleton of each item with its animation precisely so I never grow and the illegal control any

5541    situation in my life using highly paid professional secret assigned unscrupulous spirits' robbers

5542    with unethical and no decency, by creating deliberate obstacles and painful layoff in my previous

5543    workplaces to derail me from doing the image of the new cycle of Adam and Eve. Huge projects

5544    after tweaking and un-tweaking the new cycle of Adam were created on account of my health,

5545    career, and personal destruction.

5546

5547    Since 2001, this Illegal Force foisted people's voices from my American-Iraqi community that I

5548    only say hi and bye to them mixed with coworkers' voices that I know and don't know, with

5549    unpermitted phone calls and with Sahar and Summer's voices in the air inside my workplace to

5550    cause a quite disturbing environment that forced people to complain and to question this

5551    situation.

5552    the sick illegal force didn't let me enjoy my career since 1998 and my image's sole unique items

5553    that I started since 2007, its members burned my degree and career by imposing unbearable and

5554    unacceptable unemployment gabs to show as if I am incompetent in my field and fabricated a

5555    difficult and severe state for me in explaining these unemployment gabs in front the current/new

5556    employers and everyone making it quite difficult for me to find a job because I can't say the truth

5557    while the newly and previous Presidents of USA have been participating and watching the

5558    situation since 2004 dragging and exhausting me in the middle of this imposed painful, harmful,

5559    intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

5560    Illegal Force's definition,!

5561    the sick illegal force monitored me using higly paid secret assigned psychic readers and since

5562    the eighties, imposed an painful, harmful, intolerable, unacceptable and inappropriate situation -

5563    the secret scam and fraud situation that no one has had clues to its reasons, - in my career since

5564    1997 to convert my degree to trash for sake of robbing my future in advance and steal the

5565    masterpieces of my image making tremendous wealth.

5566    the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

5567    degree person are the same making me beg for social security! The highly paid professional

5568    secret assigned unscrupulous spirits' robbers with unethical and no decency, kept psychic

5569    reading the nook of my private brain and raced with it as if there was contesting to derail me

5570    from the subject

5571

5572    This Illegal Force destroyed and robbed me as if there is no justice, law and authority and in the

5573    name of the freedom!

5574

5575    This Force destroyed my career to a point I can't do any loan - business or non-business to force

5576    me to find any fool job or paralyze me while I have a college degree forcing me to live on social

5577    security after destroying my career while others are enjoying the work on my image!

5578

5579    the sick illegal force has been going crazy to derail me from the subject – my image by bringing

5580    anyone to speak to me.

5581

5582    the sick illegal force damaged me since 2001 loud for sake of robbing me - I didn't know the

5583    intention from the beginning - please read all my documents of this case and respond

5584    Since the Creator inserted the installation of this new cycle inside me, the origin of the values

5585    and sole unique items are extremally rich which compelled the sick illegal force that were

5586    appointed by the source – Mario, Salah Alzughbi, and Rafi Oghassabian to rape, rob, empty FOR

5587    MONEY PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND

5588    THE PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of

5589    my health, career, and personal life destruction its sole unique items from the nook of my private

5590    brain secretly in advance as if I weren't the creator of the sole unique items using professional

5591    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

5592    decency, psychic readers, hypnotists, and others to tweak and make tremendous wealth since the

5593    eighties. I found out the robberies that occurred since the eighties by formulating with the

5594    Creator starting 2007. the sick illegal force keeps raping, emptying, and robbing the sole unique

5595    items from the nook of my private brain with its inventions' designs, techniques, styles, ways

5596    and they even robbed the skeleton of each item with its animation precisely, and ways using

5597    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

5598    decency, since the eighties until today's date, tweaked, and sold to be wealthy on golden plate to

5599    investors, big and small celebrities, scientists, Hollywood inside and outside USA, and TV inside

5600    and outside USA to implement without knowing the source on golden plate.

5601    I have been complaining since 2004 to White House, but I am not getting any response from the

5602    White House and presidents of USA. the sick illegal force used Iraqi, Arab, and non-Iraqi origin

5603    inside USA in this plot.

5604

5605    Since the Creator installed the new cycle of Adam and Eve inside me, it wasn't only extremely

5606    rich, but it needed power and connection to do them. the Iraqi and non-Iraqi and non-Arab

5607    robbed the sole unique items that didn't need power and connection for themselves taking

5608    advantage of the situation because no one replying to my complains and sold others to Middle

5609    East, South America, and Europe.

5610    I want to draw your attention that the sick illegal force never mentioned to me in the air what

5611    they had robbed, emptied, raped from the nook of my private brain secretly in advance as if I

5612    weren't the creator of the sole unique items through highly paid professional secret assigned

5613    unscrupulous spirits' robbers with unethical and no decency. the sick illegal force was confusing

5614    everyone at my workplaces with unacceptable and intolerable hurly burley voices and prattle

5615    noises mixed with dating and saying my life loud causing painful layoff forcing me to do tons of

5616    ill-mannered interviews referencing the federal case/history of source to deviate me from doing

5617    the image - the new cycle and never discover what was robbed, emptied, raped from the nook of

5618    my private brain in advance since the eighties.

5619    The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

5620    decency, kept psychic reading the nook of my private brain and raced with it as if there was

5621    contesting to derail me from the subject

5622

5623    4.03    Important Note

5624

5625    since the eighties, through highly paid professional secret assigned unscrupulous spirits' robbers

5626    with unethical and no decency, the radio station of Jeff Detrow & Jerry Cesak in San Diego

5627    raped, empties, robbed all sole unique items from the nook of my private brain with their

5628    harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles and

5629    ways and even robbed the skeleton of each item with its animation precisely from the nook of

5630    my private brain – my black box for themselves and robbed to sell for others.

5631

5632    4.04    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego

5633    plotted using filthy way to throw my sole unique items in the media and streets.

5634

5635    the sick illegal force, through read my past, current and future and acted accordingly.

5636    Its members read each unacceptable incidence in my life and acted accordingly as they copied

5637    each incidence to be imposed in my life again to throw my sole unique items in streets.

5638

5639

5640    4.05    Causing hurly burly voices and noise at my previous workplaces since the nineties to

5641    avoid me from growing and controlling all the situation in my life:

5642

5643    Since the eighties, the sick illegal force plotted secretly to prevent me from doing the image of

5644    the new cycle of Adam Eve, for this reason, its members plotted to destroy my career, personal

5645    life, and health deliberately, so I would never have the chance to work in it.

5646    In the nineties, the assigned spirits' robbers, perceived a potential growth in some of my sole

5647    unique items, so they plotted to infiltrate a radio station with the help of my employers'

5648    administration and Hollywood inside my workplace inducing dating with anyone and asking my

5649    coworkers to say loud what the secret spirit's robbers psychic read from my private brain without

5650    anyone knows except me.

5651    As this imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please

5652    refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, had caused me confusion and baffle,

5653    and stopped my concentration at my workplace, it obligated me to complain while the plot of the

5654    sick illegal force was persistently going on which was selling sole unique items from the nook of

5655    private brain secretly to create verity of projects in advance. To avoid the imposed painful,

5656    harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

5657    the Illegal Force's definition, swiftly, worrying about deadlines without getting into details and

5658    understanding, my previous employer terminated me painfully.

5659

5660    4.06    Selling the nook of my private brain since the eighties:

5661

5662    This situation was imposed on me deliberately to rob all sole unique items from the nook of my

5663    private brain with their harvests, efforts, and talents of my creativities and inventions' designs,

5664    techniques, styles, ways and they even robbed the skeleton of each item with its animation

5665    precisely and sell them secretly as they were growing inside the nook of my private brain – my

5666    black box that no one knows without my permission and knowledge secretly in advance.

5667    All sole unique items from the nook of my private brain with their harvests, efforts, and talents

5668    of my creativities and inventions' designs, techniques, styles, ways and they even robbed the

5669    skeleton of each item with its animation precisely inside the nook of my private brain – my black

5670    box were sold and kept selling until today's date inside and outside USA to big and small

5671    celebrities to do and sponsor, to investors to start projects inside and outside USA.

5672

5673   4.07   Monitoring and stealing the image of the new cycle of Adam and Eve since the eighties

5674   inside and outside usa

5675   Since the eighties, using -highly paid professional secret assigned unscrupulous spirits' robbers

5676   with unethical and no decency, ' way, please read 4.5 History of the sick illegal force authentic

5677   motive, the sick illegal force has been secretly following me because of my image of the new

5678   cycle of Adam and Eve, monitoring the nook of my private brain 24 hours/day, and raping,

5679   emptying, and robbing secretly every single item from the nook of my private brain that had

5680   potential and non-potential growth to be part of the new cycle of Adam and Eve without my

5681   knowledge and permission.

5682   the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca. was

5683   pointed to infringe my life as a whole by Mario – Romio's brother, Salah Alzughbi, Rafi

5684   Oghassabian, and Mazin Yonan's wife to throw my fortune [fortune of my career, personal life,

5685   and health, and the new cycle of Adam and Eve] in the streets.

5686   As I stated before, I started to formulate with Jesus since 2004 because He bowed down to me

5687   and per His request I started to write starting 2007, in late 2016, around November 2016, after

5688   filing my federal case against the previous presidents of USA, I was persistently formulating

5689   with the Creator, I found out some of the projects that were emptied, robbed, and raped by the

5690   sick illegal force through highly paid professional secret assigned unscrupulous spirits' robbers

5691   with unethical and no decency, from the nook of my private brain – my black box started in the

5692   eighties and nineties. These projects were sold inside and outside USA.

5693   I found out some of these projects were huge placeholders sold outside USA deliberately and

5694   were brought to USA in the nineties. These projects were tweaked from the new cycle of Adam

5695   and Eve that was installed by the Creator inside me. These huge placeholders- projects, were

5696  psychic read and spirit robbed in advance from my private brain, had included my day and night

5697  dreams, my private data, my personal life, the imposed painful, harmful, intolerable,

5698  unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's

5699  definition, in my life that started in the eighties with low volume and continued with high

5700  volume starting 2001, and my formulas with the Creator under this imposed painful, harmful,

5701  intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

5702  Illegal Force's definition, on me.

5703  These projects were tweaked and given secretly to investor, big companies, and big people.

5704  Novice users were assigned by the sick illegal force to do these huge placeholders - projects and

5705  to cover the crime. These projects were requested from me by the Creator.

5706  These projects were robbed to outside USA to distance the banned crime from USA – banned

5707  crime of psychic reading me secretly by Mario – Romio's brother, Salah Alzughbi in SDSU, and

5708  Rafi Oghassabian, Rafi Oghassabian is husband of Nadia Hammi, and pointing the sick illegal

5709  force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego ca with their highly

5710  paid professional secret assigned unscrupulous spirits' robbers with unethical and no decency, on

5711  me.

5712

5713  Since the eighties, the rotten to the core Salah Alzughbi, Rafi Oghassabian, and Mario secretly

5714  spirit robbed the nook of my brain, impersonated me and acted accordingly, they pointed the the

5715  radio station of Jeff Detrow & Jerry Cesak of San Diego, Ca. on me secretly and this radio in

5716  turn assigned illegal force to rape, rob, empty the nook of my private brain, enjoy and rapture on

5717  account of my health, career, and personal life destruction whatever they perceived from my

5718   private brain through highly paid professional secret assigned unscrupulous psychic readers and

5719   spirits' robbers with unethical and no decency.

5720   For money purpose, secretly without my permission and knowledge and the public knowledge,

5721   the sick illegal force had no idea what my image was in the eighties or the image was not clear,

5722   its members asked the the highly paid professional secret assigned unscrupulous psychic readers

5723   and spirits' robbers with unethical and no decency to rape, rob, empty every single item from my

5724   private brain that had potential growth 20 years in advance and sold each item so I would never

5725   have the chance to see the item was mine or I would never grow in it and control the situation.

5726   Since the eighties, the sick illegal force was persistently raping, emptying, and robbing whatever

5727   they were perceiving, creating huge placeholders- projects from the nook of my private brain

5728   until the image of the new cycle of Adam and Eve became clearer to its members.

5729

5730    the sick illegal force persisted in this filth banned crime – banned crime of secretly psychic and

5731   spirits' reading until today's date where the image of the new cycle of Adam and Eve became

5732   clearer for the secret assigned psychic readers and spirits' robbers - the less than animal creatures

5733   where animals are much higher than them. As the image of the new cycle of Adam and Eve

5734   became clearer every day, especially after Jesus bowed down to me starting 2004, after He asked

5735   me to write starting 2007, and after my formulas with the Creator, more projects were stolen,

5736   tweaked, and created from the nook of my private brain.

5737   This banned crime kept going on while I was complaining to the USA authorities – White House

5738   since 2004. This banned crime kept going on after filing my federal case in April 2016, 16-cv-

5739   0101-H-WVG without stop and after my persistent complains to the White House, my previous

5740   employers, celebrities, and Media.

5741

5742   These huge placeholders- projects were tweaked from the new cycle of Adam and Eve.

5743   Since the original image of the new cycle of Adam and Eve is mine, I know each item, phrase

5744   and symbol in these robbed huge placeholders - projects and why they were created.

5745

5746   I can take the oath in the federal court to explain through writing.

5747

5748   The owners of these huge placeholders- projects that were created from my private brain, were

5749   giving them traits of my private brain's impersonation and kept enhancing the owners'

5750   impersonations to my brain until today's date as the sole unique items grew in my private brain.

5751

5752   These huge placeholders- projects that were created from my private brain, were giving them

5753   traits of my private brain's impersonation and kept enhancing the projects' impersonations until

5754   today's date as the sole unique items grew in my private brain.

5755

5756

5757   All of these sole unique items are mine and are parts of the new cycle of Adam and Eve that was

5758   installed inside me by the Creator.

5759

5760   All of these huge placeholders- projects are 100% mine and all of their owners and companies

5761   are not supposed to do anything with these projects because they are supposed to follow the

5762   Creator's installation inside me! I don't accept read my brain's data, rob and give to these people

5763   and companies because, for simple reason, none of these owners and companies accept this

5764   banned crime on themselves.

5765

5766   They destroyed my health, career, and personal life and even went to each member of my family

5767   to ask them questions related to the new cycle to psychic read more so I never start anything,

5768   when I never mentioned anything to my family's members, the sick illegal force has been

5769   psychic reading my family's members in advance to rob the future of the new cycle. the sick

5770   illegal force hired highly paid secret psychic readers and spirit robbers to do this banned job with

5771   me, they led countries in this banned oppressive, unjust, unfair, iniquitous, inequitable, wrongful,

5772   and banned crime and the Creaor destroyed the previous cycle before because they involved big

5773   people and covered the crime.

5774

5775

5776   4.08    Secret Spirits Robbers:

5777

5778   The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

5779   decency, in this imposed painful, harmful, intolerable, unacceptable and inappropriate situation ,

5780   please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, are from different origin

5781   working for this illegal force. They were from America, Iraqi, Lebanon, non-Arab, non-

5782   American origin.

5783   In 2017, I found out through formulas with the Creator that some Iraqi people were part of the

5784   assigned secret spirits robbers that made tremendous wealth from all sole unique items from the

5785   nook of my private brain with their harvests, efforts, and talents of my creativities and

5786   inventions' designs, techniques, styles, ways and they even robbed the skeleton of each item with

5787   its animation precisely by tweaking and selling them secretly since the eighties.

5788   Since the image was not clear in the eighties, the Iraqi robbed the sole unique items in their

5789   seeds' level to sell and kept monitoring to rob for themselves to open businesses related to my

5790   formulas that I did with the Creator starting 2007. The Iraqi kept robbing to sell and became

5791   millionaires from my formulas inside the nook of my private brain – my black box that I never

5792   gave and talk to anyone about.

5793   The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

5794   decency, kept psychic reading the nook of my private brain and raced with it as if there was

5795   contesting to derail me from the subject

5796

5797   4.09     My previous workplaces, presidents of USA, celebrities, media:

5798   Add federal court

5799   Note: UPS/Minda McAllister has been speaking to me in the private air since 2001

5800   Note: UPS/Tim Davis has been speaking to me in the private air from 2002-2004 and from 2012

5801   until today's date.

5802

5803   My previous employers: Due to the power and connection of this filthy force - Illegal force, its

5804   members forced UPS/Minda McAllister and Tim Davis, to speak to me after April 2016, 16-cv-

5805   0101-H-WVG and they are speaking to me frequently since then while the sick illegal force has

5806   been facilitating and expediting the robberies of all sole unique items from the nook of my

5807   private brain with their harvests, efforts, and talents of my creativities and inventions' designs,

5808    techniques, styles and ways and even robbed the skeleton of each item with its animation

5809    precisely from the nook of my private brain – my black box for themselves and selling for others.

5810

5811    Presidents of usa: Due to the power and connection of this filthy force - Illegal force, its

5812    members forced the presidents of USA and first ladies, in specific President Clinton, Bush,

5813    Obama, and Trump, to speak to me after April 2016, 16-cv-0101-H-WVG and they are speaking

5814    to me frequently since then while the sick illegal force has been facilitating and expediting the

5815    robberies of all sole unique items from the nook of my private brain with their harvests, efforts,

5816    and talents of my creativities and inventions' designs, techniques, styles and ways and even

5817    robbed the skeleton of each item with its animation precisely from the nook of my private brain –

5818    my black box for themselves and selling for others.

5819

5820    Celebrities from Hollywood: Due to the power and connection of this filthy force - Illegal force,

5821    its members forced the media, new celebrities from Hollywood – I don't want to say names, to

5822    speak to me after April 2016, 16-cv-0101-H-WVG and they are speaking to me randomly since

5823    then while the sick illegal force has been facilitating and expediting the robberies of all sole

5824    unique items from the nook of my private brain with their harvests, efforts, and talents of my

5825    creativities and inventions' designs, techniques, styles and ways and even robbed the skeleton of

5826    each item with its animation precisely from the nook of my private brain – my black box for

5827    themselves and selling for others.

5828

5829    Elon Musk: Due to the power and connection of this filthy force - Illegal force, its members

5830    forced Elon Musk to speak to me after April 2016, 16-cv-0101-H-WVG and he has been

5831    speaking to me frequently since then while the sick illegal force has been facilitating and

5832    expediting the robberies of all sole unique items from the nook of my private brain with their

5833    harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles and

5834    ways and even robbed the skeleton of each item with its animation precisely from the nook of

5835    my private brain – my black box for themselves and selling for others.

5836    Elon Musk was asking me to not say one word in public or he would steal from me in the private

5837    air. And, I say to him, this illegal force has ben stealing me and preparing place holders since the

5838    eighties. The spirit robberes have been emptying everything they saw in my private brain and

5839    kept building businesses and projects until they saw the real image of the new cycle of Adam and

5840    Eve. The spirit robbers became millionares secretly from my private brain.

5841

5842    I had a schedule with the Creator in 2007 but the sick illegal force knew about it since the

5843    eighties, its members plotted against me to rape, robe, and empty every single item so I never

5844    formulate my items. Jesus bowed down to me in 2004 to force a situation under this imposed

5845    painful, harmful, intolerable, unacceptable and inappropriate situation to give some items to the

5846    White House and requested from me to write starting 2007. After 2007, I saw all the robberies

5847    from the nook of my private brain and therefore you are speaking to me in the air. The Creator

5848    requested the items from me.

5849

5850    As of October 2018, Elon Musk was asking me in the private air: Are you like me? you do these

5851    things?

5852    Zinia: No I don't know to do anything, this is why the sick illegal force hired highly paid secret

5853    spirits' robbers like Majid to rape, rob, empty my private brain secretly without my knowledge

5854    and permission and public knowledge and permission to you, J.K Rowling, Japan, and others, I

5855    can't even do my work and this is why the sick illegal force was psychic reading me loud at my

5856    previous workplace please read chapter 3, the image. The Creator requested the image from me –

5857    Zinia Boutros only! the sick illegal force has been robbing my private brain secretly since the

5858    eighties!

5859    Your question has nothing to do with the subject, THE SICK ILLEGAL FORCE IS SECRETLY

5860    ROBBING ME THROUGH SPIRITS' ROBBERS. In 1997, the illegal force saw I was doing 2

5861    things that were very impressive and decided to cut through painful layoff making me busy with

5862    interviews and looking for a job. the sick illegal force planned in to interfere in my workplaces

5863    and life so I never think about my items – they were doing my items 20-30 year in advance from

5864    my schedule day with the Creator! I had to start doing my items in 2007.

5865

5866    As of October 2018, Elon Musk is joking in the air showing me the sick illegal force is spirit

5867    robbing or psychic reading me by laughing and saying "did you hear this? They are talking to

5868    you!" at the same time, Vivian Hammi was saying things to me too.

5869

5870    Zinia: the illegal force is trying its best to pressure me and say my items loud!

5871    This illegal force has been psychic reading, spirit robbing my private brain secretly 20-30 years

5872    in advance since the eighties and nineties before my schedule with the Creator, so I never think

5873    or formulate my items. They destroyed my health, career, and personal life and even went to

5874    each member of my family to ask them questions related to the new cycle to psychic read more

5875    when I never mentioned anything, so I never start anything, the sick illegal force has been

5876   psychic reading my family's members in advance to rob the future of the new cycle. The Creator

5877   alerted me in 2007 and made me formulate the new cycle and find out the robberies.

5878    the sick illegal force hired highly paid secret psychic readers and spirit robbers to do this banned

5879   job with me, they led countries in this banned oppressive, unjust, unfair, iniquitous, inequitable,

5880   wrongful, and banned crime and the Creaor destroyed the previous cycle before because they

5881   involved big people and covered the crime!

5882

5883   Jeff Bezos: Due to the power and connection of this filthy force - Illegal force, its members

5884   forced Jeff Bezos to speak to me early 2018 and he has been speaking to me randomly since then

5885   while the sick illegal force has been facilitating and expediting the robberies of all sole unique

5886   items from the nook of my private brain with their harvests, efforts, and talents of my creativities

5887   and inventions' designs, techniques, styles and ways and even robbed the skeleton of each item

5888   with its animation precisely from the nook of my private brain – my black box for themselves

5889   and selling for others.

5890

5891

5892   Media: Due to the power and connection of this filthy force - Illegal force, its members forced

5893   the media, in specific CNN, Cooper Anderson, Jake Taper, and others to speak to me after April

5894   2016, 16-cv-0101-H-WVG and they are speaking to me randomly since then while the sick

5895   illegal force has been facilitating and expediting the robberies of all sole unique items from the

5896   nook of my private brain with their harvests, efforts, and talents of my creativities and

5897   inventions' designs, techniques, styles and ways and even robbed the skeleton of each item with

5898    its animation precisely from the nook of my private brain – my black box for themselves and

5899    selling for others.

5900

5901    In Auguest 2018

5902    I am asking the sick illegal force to stop what they gave to Russia

5903    I am asking the sick illegal force to stop what they gave to Canada

5904    The American-Iraqi, Majid Sabeah Mighael, one of the spirits' robbers, one of the MinYooks,

5905    the highly paid professional secret assigned unscrupulous spirits' robber with unethical and no

5906    decency, sped up the race with me to give the items from the nook my private brain to the sick

5907    illegal force starting 2007, he robbed one of the items of the new cycle to himself and expedited

5908    the robberies from my private brain to other parts of the world so I would never see the banned

5909    crime. He, Majid robbed my harvests, efforts, and talents of my creativities and inventions'

5910    designs, techniques, styles and ways and even robbed the skeleton of each item with its

5911    animation precisely from the nook of my private brain – my black box to Canada/kid making this

5912    kid and the family of the kid rapture from the joy and happiness on account of my health, career,

5913    and personal destruction while my heart was burning and ironing on my items when I was

5914    constantly screaming in the White House during Bush, Obama, and Trump. Since I noticed the

5915    banned crime – the robberies from my private brain, I kept searching in the internet and found

5916    out the robbery to the Canada/Kid. No one pen the subject of this item, it is very personal to my

5917    private brain. Majid wanted to throw my items in the streets as soon as possible so I never see

5918    my items when I think of them – so my items would be erased from my brain as if they were

5919    never mine. What was killing me, the presidents were participating with voices without knowing

5920    what was robbed from my private brain but for sure they knew the imposed painful, harmful,

5921    intolerable, unacceptable and inappropriate situation, they knew my screams, they knew they

5922    must reply and speak to me. Please my previous work UPS, White House, Military, Bill Gates,

5923    Elon Musk, and Jeff Bezos help me! stop the crime [while I was writing this statement in

5924    October 14, I heard Jeff Bezos, ElonMusk, Obama, Minda McAllister, the Secretary of defense,

5925    James Mattis, and someone from Camp Pendleton I can't remember his name speaking to me]

5926

5927    Again! I keep repeating!

5928    The American-Iraqi, Majid Sabeah Mighael, one of the spirits' robbers, one of the MinYooks,

5929    the highly paid professional secret assigned unscrupulous spirits' robber with unethical and no

5930    decency, sped up the race with me to give the items from the nook my private brain to the sick

5931    illegal force starting 2007, he robbed one of the items of the new cycle to himself and expedited

5932    the robberies from my private brain to other parts of the world so I would never see the banned

5933    crime. He, Majid robbed my harvests, efforts, and talents of my creativities and inventions'

5934    designs, techniques, styles and ways and even robbed the skeleton of each item with its

5935    animation precisely from the nook of my private brain – my black box to here, USA, inside

5936    USA.

5937    This item is very big to me and I spend so much time formulating it, it has huge harvests, efforts,

5938    and talents of my creativities and inventions' designs, techniques, styles and ways and even

5939    robbed the skeleton of each item with its animation precisely from the nook of my private brain –

5940    my black box.

5941    I saw my item in the internet and started to scream in wanda's email and others in August 2018,

5942    it was an item from my personal brain, from my own formulas with the Creator that no way

5943    anyone could reach and touch, it was like reaching the Creator in a banned forbidden way. Majid

March 2, 2022

5944  robbed and gave away. I saw the owner of my item speaking about what I have in my private

5945  brain, about what I have in my formulas, my discussions with the Creator and I went crazy, then

5946  I searched more in the internet and saw my items were selling for $30-$100 each. and I searched

5947  more in the internet, I saw trainers for my own items speaking stupid about me saying in the

5948  youtube "I swore to God you are going to hear the biggest bomb after what we are doing, keep

5949  fucking that chicken, we get this, this is very good they fucked her this way so we get this item,

5950  keep going, the broadcaster says it is OK," then one of the trainers of my stolen item started to

5951  speak about my formulas against me and against my family because they wanted my item at any

5952  price and value without Zinia Boutros, they even spoke about my valuable discussions in this

5953  youtube, everything was said in a very spiteful filled with malice and grudge. It was all my

5954  private talk with myself and Creator that no one knows only God only the Creator. I went crazy

5955  and I started to email the federal court and White House privately, then I couldn't tolerate the

5956  nightmare and I started to scream at Majid in public in CNN and others. You don't know what I

5957  have been doing to formulate these items alone and here is the illegal force sucking out my

5958  private items on golden plate and put them in streets for anyone. The jealous illegal force was

5959  quivering from the joy and happiness robbing my private brain because of grudge and envy. I

5960  can't accept anyone rob my items private brain and give these items to any owner on golden

5961  plate.

5962  The federal court and White House never responded to my screams in my emails, get me back

5963  my civil rights, and put those people in jail. The White House and federal court want to kill me.

5964  the illegal force using Majid, wanted to throw my items in the streets as soon as possible so I

5965  never see my items when I think of them – so my items would be erased from my brain as if they

5966  were never mine. Same thing to the item that was given to Russia. The illegal forced led by the

5967    radio station of Jeff Detrow & Jerry Cesak brought the owner and the trainers with full guts to

5968    speak to me in the private air. I have been formulating new things no one knows! I don't accept

5969    this crime! Please my previous work UPS, White House, Military, Bill Gates, Elon Musk, and

5970    Jeff Bezos help me! stop the crime.

5971    [while I was writing this statement in October 14, I heard Jeff Bezos, ElonMusk, Obama, Minda

5972    McAllister, the Secretary of defense, James Mattis, and someone from Camp Pendleton I can't

5973    remember his name speaking to me]

5974

5975    4.1 Illegal Force led by Jeff and Jer radio station definition:

5976

5977    Since 2001, a group of powerful people who had attained the authorization to act "Above the

5978    Law and security" where they passed the Human Resources at my workplace, White House,

5979    police, military base - Camp Pendleton, Navy, and every state in USA causing harassment,

5980    incorrect termination, repression, and discrimination against me, mainly at my workplace by

5981    breaking into my life virtually using psychic readers and highly paid professional secret assigned

5982    unscrupulous spirits' robbers with unethical and no decency, with Lebanese, Iraqi, and other

5983    origins, and readers in mirrors who has been acting deliberately against the law, infringing my

5984    civil rights.

5985    This group of powerful people, the sick illegal force was led by the radio station of Jeff Detrow

5986    & Jerry Cesak who have full knowledge and experience with the American mentality and the

5987    USA system, who have very good friends with other media members and Hollywood starts, who

5988    are very expert and very outspoken in how to deceive and bluff people in general, other media

5989    members, White House, my previous employers' human resources with jokes and mocks, who

5990     know the power and connection would cover them – cover Jeff Detrow & (Jerry Cesak whose

5991     origin is Jewish). The sick illegal force had hired highly paid professional secret assigned

5992     unscrupulous psychic readers, spirits' robbers, and readers in mirrors with unethical and no

5993     decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

5994     robber, The American-Iraqi, Majid Sabeah Mighael, all of whom were already monitoring the

5995     nook of my private brain and racing with it in advance as fast as they could to rape, rob, and

5996     empty as much as they could from my harvests, efforts, and talents of my creativities and

5997     inventions' designs, techniques, styles and ways and even robbed the skeleton of each item with

5998     its animation precisely from the nook of my private brain – my black box.

5999     Secretly without my knowledge and permission, for sake of robbing and selling the items of my

6000     image of the new cycle of Adam and Eve after tweaking and not tweaking, this sick illegal force

6001     has planned to impose painful, harmful, intolerable, unacceptable and inappropriate situation on

6002     me by freezing and destroying my life and my career since the eighties with silence, started to

6003     freeze and destroy my life and my career since 1997 with low volume and to fully froze and

6004     destroy my life and my career since 2001 with high volume.

6005     I didn't know this sick illegal force was monitoring me by psychic reading and spirit robbing me

6006     since the eighties and nineties until it became loud on me in specific at my workplace starting

6007     2001. Jesus bowed down to me in 2004, then He alerted me about this sick illegal force's

6008     robberies of the items from the nook of my private brain in 2007. After 2007, as I was

6009     formulating with the Creator to find out I was the new cycle of Adam and Eve, the new

6010     formulator of Lilith, the new formulator of Al-Lat, and Al-Uzza," and others, I saw the robberies

6011     from the nook of my private brain by this illegal force using highly paid professional secret

6012     assigned unscrupulous psychic readers and spirits' robbers with unethical and no decency with

6013    Lebanese, Iraqi, and other origins, like the American-Iraqi spirit robber, The American-Iraqi,

6014    Majid Sabeah Mighael.

6015

6016    For money purpose, secretly without my permission and knowledge and the public knowledge,

6017    the intention of this imposed painful, harmful, intolerable, unacceptable and inappropriate

6018    situation – imposed fraud and scam in my career - was to rape, rob, empty all sole unique items

6019    from the nook of my private brain with their harvests, efforts, and talents of my creativities and

6020    inventions' designs, techniques, styles, ways and they even robbed the skeleton of each item with

6021    its animation precisely so I never grow and the illegal control any situation in my life using

6022    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

6023    decency, by creating deliberate obstacles and painful layoff in my previous workplaces to derail

6024    me from doing the image of the new cycle of Adam and Eve.

6025    For money purpose, secretly without my permission and knowledge and the public knowledge,

6026    huge projects from the nook of my private brain after tweaking/not tweaking the new cycle of

6027    Adam were sold for money purposes by the sick illegal force led by the radio station of Jeff

6028    Detrow & Jerry Cesak, using highly paid professional secret assigned unscrupulous psychic

6029    readers and spirits' robbers with unethical and no decency like the spirit robber, the American-

6030    Iraqi, Majid Sabeah Mighael created on account of my health, career, and personal destruction.

6031

6032    Using Hollywood tricks, it was inspiring me to expose my image publicly in anyway and any

6033    price by storming and breaking through to damage my career and personal life virtually with

6034    jokes and fights, Please refer to section 4.6 Illegal Force Authentic Schema and section 4.7

6035   <u>Illegal Force Authentic Motive.</u> The motive was to rob my future and steal the masterpieces of

6036   my image, <u>please refer to chapter 3. The image.</u>

6037

6038    the sick illegal force stormed and broke into my personal life virtually with mixture of jokes and

6039   fights using psychic readers on the account of destroying my career, health, and life under the

6040   worst kinds of filth, impertinence, depravity, wickedness, villainy, and malignancy. The Force

6041   interfered in my personal life and caused boiling in my blood and nerve that led to random blood

6042   pressure and severe constipation.

6043

6044    the sick illegal force was assembling, tweaking, mixing and harnessing all the hurly burly noises

6045   and voices of the participants from strangers, previous/new coworkers, relatives, old/new friends,

6046   and the human resources of employers I worked for through phones network with adding

6047   different tones using sound editor without acknowledging them with its despised motive.

6048   Then, the Illegal added Domestic and international presidents and celebrities, and Hollywood

6049   figures.

6050   Substantially, the sick illegal force entered my workplace building under human resource

6051   *knowledge, imposed the situation on them to participate in this Illegal Force making me hear the*

6052   *mixed harnessed participants' voices with speaking to me without anyone knows.*

6053

6054   *I want to emphasize that my employers entered this Illegal Force for thinking it is very respectful*

6055   *and powerful force without knowing its despised motive.*

6056

6057    *the sick illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate*

6058    *situation where everyone can ask about the voices except me and if I ask, I leave the company.*

6059

6060    After one year from this Illegal Force's action, my brother's voice was added to this Illegal

6061    Force; then randomly other family members were added. This Illegal Force *exposed unpermitted*

6062    *phone calls as despise to the participants and to USA system;*

6063

6064    I like to emphasize in here, if the participants in this Illegal Force knew its motive, they would

6065    never participate, because basically most of these participants respect me.

6066

6067    Since year 2001, this Illegal Force has been following me loud wherever I went inside USA.

6068    If this Illegal Force was imposed on me in the public areas of USA, I wouldn't care because

6069    people in streets don't support me to make my living. the sick illegal force was imposed on me

6070    specifically in my workplace where I make the morsel of my living or the

6071

6072    the sick illegal force action was severe from year 2001-2008 wherever I went inside USA

6073    including public areas, and private areas like my workplace.

6074

6075    After 2009, it added many relatives and friends and became more sever at private areas - my

6076    workplace, but less sever in public area.

6077

6078    *While the sick illegal force was in process of stealing my future image through highly paid*

6079    *professional secret assigned unscrupulous psychic readers, spirits' robbers, and readers in*

6080    *mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq, and others,*

6081    *like the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael* who has been

6082    acting deliberately against the law, infringing my civil rights, it involved through air, please refer

6083    to section 4.10 Illegal Force harnessed hurly burly voices and 4.11 Ilegal Force phrases thrown in

6084    the air on me, voices of USA Presidents, mostly President George Bush, randomly President

6085    Obama since 2012, and rarely at the end, in 2015, President Clinton.

6086

6087    I have been in contact with the White House since 2004, then in contact with Mrs. Hillary

6088    Clinton but they never responded.

6089

6090    I want to emphasize on the impertinence and malignancy of this Illegal Force schema.

6091

6092    If the schema was innocent, the schemer would not wait for me to contact the White House,

6093    colleagues, old friends, friends, relatives, previous coworkers, and few of my family members to

6094    tell them the filth and despise motive of this Illegal Force.

6095

6096    If the sick illegal force was innocent, it had to take in consideration, that I Zinia Boutros, is a

6097    human that might die in any second, and it should have promptly contact the White House to

6098    first, confess to the damage it created in me and second, to reveal and announce my ownership to

6099    all the current and future masterpieces of the image that were stolen from me, and to

6100    acknowledge everyone it was raping, emptying, and robbing all the sole unique items in the nook

6101    of my private brain, selling them, and enjoying my future through highly paid professional secret

6102    assigned unscrupulous spirits' robbers with unethical and no decency.

March 2, 2022

6103

6104    Note: I was advised by some of my employers, relatives, members of my family, friends,

6105    psychiatrists, and agent Patrice Doehrn/State and Consume Services Agency/Department of Fair

6106    Employment & Housing to take mental medicine to ignore the sick illegal force situation.

6107

6108    My primary doctor, Doctor Prachi A. Karnik, M.D. advised me to write a letter to my employer

6109    explaining in summary the damage these imposed voices did to me.

6110

6111    This Illegal Force voices were harnessed to rob my future and steal the masterpieces of my

6112    image through secret psychic readers and and few others like hypnotists and reading in mirrors.

6113    At first, I didn't know it was robbing me and second I didn't want to disclose anything from my

6114    book before it is finished.

6115    I was surprised that the sick illegal force was raping, emptying, and robbing all the sole unique

6116    items in the nook of my private brain, selling them, and giving my future to powerful people

6117    which has been paralyzing my thinking while it was damaging me.

6118    I complained to the White House without telling them what was being robbed from me but no

6119    response until 2016.

6120    the sick illegal force harnessed Hollywood figures' voices on top of me before I finished my

6121    book to paralyze my thoughts while suffocating me into limited budget and robbing through

6122    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

6123    decency, with Lebanese, Iraqi, and other origins, and enjoying what I was writing.

6124    I was writing the book under the Creator observation.

6125

6126    the sick illegal force was robbing the nook of my brain.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis

March 2, 2022

6127

6128    4.2 Min-Nook = MinYook's Force definition:

6129

6130    At first, I called this imposed painful, harmful, intolerable, unacceptable and inappropriate

6131    situation with Illegal Force.

6132    After analyzing what the sick illegal force had done in my health, career and personal life with

6133    despising me and scoffing at me forcing tiresome and fatigue from obstacles and obstructions, I

6134    converted its name from Illegal Force into Min-Nook Force which is called in English Faggot

6135    Force.

6136

6137    Min-Nook is the filthiest term in my original country Iraq. It causes quarrel and scuffle. It is

6138    extremely vulgar street's word. In English, this word is called faggot.

6139

6140    If you want to start a fight in Iraq, you insult a man with his manhood by calling him with Min-

6141    Nook.

6142

6143    By Creation's Force, the **Creator** gave me the power to define the Arabic term Min-Nook in my

6144    way.

6145    It is a combination of Arabic and English words. It means "Robbery from your Nook or raping

6146    your black box of your brain which is the nook of your brain, the sanctum that makes your

6147    living"

6148

Written by: Zinia Boutros

Page 289 of 895

6149   This Min-Nook Force raped the nook of my brain to rob my future and steal the current and

6150   future masterpieces of my image, please refer to section 4.6 Illegal Force Authentic Schema and

6151   section 4.7 Illegal Force Authentic Motive by creating illusion and delusion state among

6152   participants, and utilizing the law to rape my civil rights as it is an illegitimate act which passed

6153   the White House, police, military and my workplace.

6154

6155   This Illegal Force robbed my private nook or my black box by raping, emptying, and robbing my

6156   brain to make millions and billions as my complaint to the White House was ignored since year

6157   2004.

6158

6159   Usually people uses the nook of their brain or the black box of their brain to make the morsel of

6160   the bread or living.

6161

6162   Here, I am disdaining and despising this Illegal Force's power by dishonoring it with making me

6163   define it with this term, Min-Nook Force which is Faggot Force, to let the USA law weighs the

6164   damage this Force did in my life as a whole because the schemers of it are fully educated with

6165   the rules of USA, the most powerful and civilized country in the world.

6166   The Min-Nook Force's conduct exhibited its filth intelligence by raping, emptying, and robbing

6167   my brain during formulating the image

6168

6169   This Illegal Force was not naïve when it monitored me day and night since I was in my early

6170   twenties to damage my life.

6171

March 2, 2022

6172    Fortunately, the Creator Force intervened to shock this Min-Nook Force by making Himself

6173    visible.

6174

6175    The filthy schemers harnessed the innocent participants' voices to participate in this Min-Nook

6176    Force.

6177

6178    4.3 Min-Nook = MinYook's Force under USA flag:

6179

6180    In 2001, since the sick illegal force was imposed on me, when I was at my workplace, MASI,

6181    please refer to section 4.15 Force incorrect mental illness, A. Incorrect Illness during MASI and

6182    section 6.1 MASI, I knew very well this was a sole illegal unmerciful situation and very

6183    illegitimate insulting due to this force's jealousy and invidious from me, Please refer to section

6184    4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic Motive, because I

6185    could have died from this situation without the Creator Force intervention, so I insisted and I was

6186    determined since I was at my workplace, MASI to be defiant to this Illegal Force by exposing

6187    my anger and bad side with cussing and cursing to let the powerful people judge and evaluate

6188    how harmful and painful this Illegal Force was on me.

6189

6190    I thought this way because the sick illegal force action was illegitimate but it was permitted as it

6191    passed the law with me so I was sure it was done for unknown purpose by powerful people.

6192

6193    Actually, it was patriotic act for me to cuss and curse in this situation as if I was standing in front

6194    the American flag giving salute because no one accepts what this Illegal Force has been doing to

6195    me and if I don't cuss ad curse I would be considered myself as disloyal and betrayer against my

6196    original Iraqi country flag and USA flag as one entity first and all other world's flags as another

6197    entity second.

6198    I was determined to cuss and curse as a patriotic act as if I was standing in front the USA flag to

6199    twists the steer of the flag's core values against this Illegal Force to restore my civil rights

6200    against the sick illegal force which passed the law and it infringed my civil rights to deliberately

6201    damaging my health, career, and personal life with lessen my value and to retrieve the current

6202    and future masterpieces of my image that were robbed and sold by this force prior, I, Zinia

6203    Boutros, utter them in public.

6204    This Illegal Force passed the White House, Military, Police, and USA Law with me.

6205

6206    I startled and I was shocked and didn't know how to explain myself about this Illegal Force

6207    knowing the fact that I was raised with highest manners, I remember I stood against my parents

6208    to show my ethics and morals by calling MASI and made sure I CUSS and CURSE – it was a

6209    MUST DO action through my phone calls to this company to exhibit my solemnity and honor to

6210    the USA flag as I realized this Illegal Force's oppressed and rotten actions was against me and

6211    my family first and was against the USA citizens second.

6212    In 2001, the voices through air, please refer to section 4.10 Illegal Force harnessed hurly burly

6213    voices and 4.11Ilegal Force phrases thrown in the air on me were so insulting and were despising

6214    me as they were psychic reading the nook of my brain without me knowing and I thought there

6215    was hidden cameras played on me in MASI and my home.

6216

6217    THERE IS NOBODY IN USA ACCEPT WHAT THIS ILLEGAL FORCE HAD DONE TO ME

6218    WITH KNOWING THEIR MOTIVE UNLESS THEY ARE "MIN-NOOK.

6219    THIS IS WHY I CUSSED AND CURSED.

6220    WHAT HAPPENED T OME WAS ILLEGAL!"

6221

6222    At that time, I told my family that I have been triggered by some radio station that was following

6223    me through satellite camera because this RADIO station had access to some corrupted system we

6224    have in USA, just to help my previous coworkers in speaking with me without telling these

6225    coworkers I have been followed by satellite camera.

6226

6227    My father was quite angry at me given the fact that not even the most viable figures in USA

6228    would experience this environment unless they are insane and it is the last thing in my parent's

6229    list to believe or think I was insane.

6230

6231    Deliberately, I had to raise my voice by cursing and cursing as evidence to prove one day what

6232    had being done to me was illegal in USA and against the flag, and to force a black stamp like

6233    stigma in the USA history first and the rest of the world second.

6234

6235    4.4 How the image was triggered:

6236    I was triggered since I was nineteen years old for having extremely precious image by some

6237    fellows in Grossmont College and SDSU who knew how to psychic read and spirit rob without

6238    letting me know and decided to be "Crows of Death or Poison Fly" in my life.

6239

6240    After I graduated from SDSU, these fellows who were determined to act as Crows of Death or

6241    Poison Fly in my life, spoke to a the radio station of Jeff Detrow & Jerry Cesak about their

6242    prediction in my image.

6243    This radio station followed my steps confidentially in the absence of my knowledge to examine

6244    the authenticity and validity of the prediction by monitoring my personal and career life through

6245    highly paid professional secret assigned unscrupulous psychic readers, spirits' robbers, and

6246    readers in mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq, and

6247    others, like the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael day and

6248    night 24 hours/day.

6249    This Illegal Force has been monitoring to be "Crows of Death or Poison Fly" in the morsel of my

6250    bread because my morsel had tremendous wealth behind it.

6251

6252    The sole motive behind monitoring my life was to rob my future and to steal, enjoy and rapture

6253    on account of my health, career, and personal life destruction the masterpieces of my image

6254    before I start anything.

6255

6256    The radio station harnessed regular and powerful people and unpermitted calls to consolidate and

6257    promote impertinent and malignant schema in order to monitor the nook of my private brain and

6258    race with it in advance as fast as they could to rape, rob, and empty as much as they could from

6259    my harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles and

6260    ways and even robbed the skeleton of each item with its animation precisely from the nook of

6261    my private brain – my black box, enjoy and rapture on account of my health, career, and personal

6262    life destruction, the image. the future of my image with deluding the participants with an illusion

6263    to surmise of its wackiness and shallow by imposing a non-sense dating on me at my workplace.

6264

6265

6266    4.5 History of the sick illegal force authentic motive:

6267

6268    For money purpose, secretly without my permission and knowledge and the public knowledge,

6269    the intention of this imposed painful, harmful, intolerable, unacceptable and inappropriate

6270    situation – imposed fraud and scam in my career - was to rape, rob, empty all sole unique items

6271    from the nook of my private brain with their harvests, efforts, and talents of my creativities and

6272    inventions' designs, techniques, styles, ways and they even robbed the skeleton of each item with

6273    its animation precisely so I never grow and the illegal control any situation in my life using

6274    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

6275    decency, by creating deliberate obstacles and painful layoff in my previous workplaces to derail

6276    me from doing the image of the new cycle of Adam and Eve.

6277    For money purpose, secretly without my permission and knowledge and the public knowledge,

6278    huge projects from the nook of my private brain after tweaking/not tweaking the new cycle of

6279    Adam were sold for money purposes by the sick illegal force led by the radio station of Jeff

6280    Detrow & Jerry Cesak, using highly paid professional secret assigned unscrupulous psychic

6281    readers and spirits' robbers with unethical and no decency like the spirit robber, the American-

6282    Iraqi, Majid Sabeah Mighael created on account of my health, career, and personal destruction.

6283

6284

6285    I want to emphasize in here, if the Creator didn't remind me with item 5 from the following

6286    incidences, I wouldn't never memorize all of the following sole unique items. I had to explain

6287    this section because the sick illegal force robbed the nook of my brain and trashed my degree as

6288    if I and the non-degree person are the same making me beg for social security!

6289    the sick illegal force converted my computer science degree into trash making me beg for work

6290    to keep my social security in order to derail me from writing the image. the sick illegal force

6291    robbed the nook of my brain and trashed my degree as if I and the non-degree person are the

6292    same making me beg for social security! I never needed anyone to make my living, the sick

6293    illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate situation -

6294    the secret scam and fraud situation that no one has had clues to its reasons, - in my career since

6295    1997 for sake of robbing my future and steal the masterpieces of my image making tremendous

6296    wealth because I am chosen by the Creator to be the new cycle formulator of the "Creation of

6297    Adam and Eve," "Al-Lat, and Al-Uzza," and others. This illegal force didn't believe what they

6298    perceived in the spirits' robbing and psychic reading of my private brain and decided secretly

6299    using psychic readers, hypnotists, and other witching types to rape, rob, empty FOR MONEY

6300    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

6301    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

6302    health, career, and personal life destruction the nook of my private brain without my knowledge

6303    and permission and without anyone knows.

6304    This Illegal Force destroyed and robbed me as if there is no justice, law and authority and in the

6305    name of the freedom!

6306   This Force destroyed my career to a point I can't do any loan - business or non-business to force

6307   me to find any fool job or paralyze me while I have a college degree forcing me to live on social

6308   security after destroying my career while others are enjoying the work on my image!

6309   I want to be loud in the media so I can say the truth to my previous employers and all the people

6310   who are wondering why this Illegal Force has been triggering me!

6311   the sick illegal force has been going crazy to derail me from the subject – my image by bringing

6312   anyone to speak to me.

6313   the sick illegal force damaged me since 2001 loud for sake of robbing me - I didn't know the

6314   intention from the beginning - please read all my documents of this case and respond.

6315

6316

6317   I have to say the following sole unique items because the sick illegal force destroyed my health,

6318   career, career's age, personal life, burned, boiled, and broiled my spirit everywhere using highly

6319   paid professional secret assigned unscrupulous spirits' robbers with unethical and no decency,

6320   like Majid Sabeah.

6321

6322   Very ill persons! ادب سز منيوك وسخ. You need jail with the illegal force led by the radio station of

6323   Jeff Detrow & Jerry Cesak, and Mario, Rafi, and Majid for this banned crime. You, Salah, Rafi,

6324   and Mario planned with Mazin's wife quietly and secretly to point the radio station on me and

6325   you psychic read the iraqi community and found out who was great spirits' robber, you saw The

6326   American-Iraqi, Majid Sabeah Mighael and others I don't know, you all pointed them on me to

6327   monitor my private brain secretly and innocently as if you never knew the radio station would

6328    destroy me really well while you robbed secretly too and stood aside mimicking innocent people

6329    in this banned crime – less than animals.

6330

6331    God burns and irons your mothers' heart and quiver them in their tombs. Amen!

6332

6333

6334    In Early Eighties, the following incidences occurred in my life inside San Diego, USA.

6335

6336    1.  Mario from Lebanon, a friend of Nadia Hammi, psychic read me while I was student in

6337    Grossmont College. Mario and his brother Romio had music band in San Diego in early eighties.

6338    Mario and Kamal Sweiss came to Nadia and said Mario psychic someone.

6339    Nadia Hammi came to me to say what Mario had psychic read but without telling me he psychic

6340    read me. I was surprised and scared because he has psychic read me without seeing him. Later

6341    after 2007, I found out it was spirit robbing - or reading by Mario.

6342

6343    Onetime in Grossmont College, I was sitting in cafeteria, having coffee 15 minutes before having

6344    exam in one of the classes, Kamal Sweiss, Hannan Eisa, and Anwar Gurmo were sitting on the

6345    same table.

6346    I had a gold ring in my figure, my cousin gifted it to me in my high school graduation in Iraqi.

6347    When I am saying I had gold ring, it wasn't big deal because a lot of people has rings, plus, I

6348    came from middle class family.

6349    Hannan asked me to see it, I passed it to her to see, she passed to Anwar to see, then it came to

6350    Kamal to pass to me. When it went to Kamal, I turned my head because Aseel called me to go to

6351   the class. The minute Aseel called me and I turned my head, Kamal threw my ring in the middle

6352   of huge cafeteria, but I didn't see him throwing it, I glimsed the tinge of how the ring was thrown

6353   by Kamal's hand and saw Hannan's face blushed with piercing her lips. I asked Hannan and

6354   Anwar about the ring, they didn't answer. I had to go to the class fast because of the exam. After

6355   the class, I asked Anwar and Hannan but they never answered me. I asked Nadia Hammi if she

6356   can speak to Kamal Sweiss because he was not student in Grossmont and she told me Anwar

6357   might robbed it. This ring had very precious value to my heart and the occasion. My heart was

6358   burned when this ring was lost.

6359   the sick illegal force psychic read each person I knew and acted accordingly. This illegal force

6360   threw my fortune in the streets - media same way my ring was thrown in the middle of the

6361   cafeteria of Grossmont college. the sick illegal force has been burning my heart and iron it

6362   without my knowledge and permission and the public knowledge by psychic reading and spirit

6363   robbing me secretly and acting accordingly using spirit robbers' way - less than animal way.

6364

6365   After 3-4 years, in SDSU, Salah asked me if I ever want to buy real diamonds or stones, there

6366   was black guy selling robbed items. I reprimanded him for buying things this way! Then I

6367   answered him back, first I don't buy from robbers and second, I don't have money for it. Salah

6368   told me Anwar bought some! Later after one year, I saw my ring I lost in Grossmont cafeteria

6369   with tweaked design and different stone in Anwar's figure. I asked Anwar and she told me she

6370   found it in Grossmont huge Cafeteria. I told her, this is my ring that was lost, do you remember?

6371   she replied back with raising her hand to my eyes "Are you the only has a ring from Iraq?" I

6372   replied back "only two people has this ring because it was handmade, and the jeweler died after

6373   creating it"

6374    I am saying Nadia told me Anwar might robbed it because Anwar told me I have talked about

6375    her – Anwar in front Nadia and said she is a robber.

6376

6377    the sick illegal force used spirit robbing - way like the rotton to the root, the spirit robber, Mario,

6378    salah, Rafi, Majid, and Mazin's wife to throw my fortune in streets same way Kamal Sweiss

6379    threw my ring in the middle of the cafeteria for no reason other than jealousy, malice, grudge,

6380    and envy.

6381

6382    Mario, Majid Sabeah, Mighael, Salah Alzughbi, and Rafi Oghassabian gave my sole unique

6383    items to Harry Potter and others.

6384

6385    ** Linking the history of the sick illegal force to what they did to me starting 1997:

6386    In 2016, after filing my federal case, the sick illegal force led by the radio station the radio

6387    station of Jeff Detrow & Jerry Cesak made me hear Kamal Sweiss saying in the private air "who

6388    would she caught, they are all doing it to her!" making me think he knows about what this illegal

6389    force was doing to me although I haven't seen him since SDSU school. the sick illegal force was

6390    throwing the fortune of my career and the new cycle of Adam and Eve similar to how Kamal

6391    threw my ring in the huge cafeteria without telling me or giving the ring back to me by one of

6392    Kamal, Hannan, or Anwar.

6393

6394    God despise, destroy, burn and iron Mario's happiness and heart for pointing the radio station on

6395    me because he is not naïve. God despise, destroy, burn and iron Mario's mother happiness and

6396    heart for pointing the radio station on me. Mario knows I had important items and they pointed

6374    I am saying Nadia told me Anwar might robbed it because Anwar told me I have talked about

6375    her – Anwar in front Nadia and said she is a robber.

6376

6377    the sick illegal force used spirit robbing - way like the rotton to the root, the spirit robber, Mario,

6378    salah, Rafi, Majid, and Mazin's wife to throw my fortune in streets same way Kamal Sweiss

6379    threw my ring in the middle of the cafeteria for no reason other than jealousy, malice, grudge,

6380    and envy.

6381

6382    Mario, Majid Sabeah, Mighael, Salah Alzughbi, and Rafi Oghassabian gave my sole unique

6383    items to Harry Potter and others.

6384

6385    ** Linking the history of the sick illegal force to what they did to me starting 1997:

6386    In 2016, after filing my federal case, the sick illegal force led by the radio station the radio

6387    station of Jeff Detrow & Jerry Cesak made me hear Kamal Sweiss saying in the private air "who

6388    would she caught, they are all doing it to her!" making me think he knows about what this illegal

6389    force was doing to me although I haven't seen him since SDSU school. the sick illegal force was

6390    throwing the fortune of my career and the new cycle of Adam and Eve similar to how Kamal

6391    threw my ring in the huge cafeteria without telling me or giving the ring back to me by one of

6392    Kamal, Hannan, or Anwar.

6393

6394    God despise, destroy, burn and iron Mario's happiness and heart for pointing the radio station on

6395    me because he is not naïve. God despise, destroy, burn and iron Mario's mother happiness and

6396    heart for pointing the radio station on me. Mario knows I had important items and they pointed

6397    the radio station on me because he knew the radio would rob my items because of my origin

6398    Iraq. (you heinous and impertinent person, without psychic reading and spirits' robbing - you are

6399    unsuccessful person in this hate crime)

6400

6401

6402    Back to History of the sick illegal force authentic motive:

6403

6404    2.  In early eighties, Mazin Yonan, my brother's friend from my American-Iraqi Community

6405    asked my hand for marriage. He was with me in SDSU. Our families were friends from back

6406    home in Iraq, but his parents were not in USA at that time – in the eighties.

6407    Mazin Yonan was millionaire since the eighties.

6408

6409    Some of my family's friends, George Mighael took a significant role in bringing us together.

6410    George Mighael was a psychic reader.

6411    .

6412    I was hesitated to accept this engagement because I was in SDSU and my degree was above all.

6413    I was worried I wouldn't finish my degree if I ever get engaged.

6414

6415    George Mighael and his wife took the initiative to convince Mazin Yonan and me into this

6416    engagement before finishing our study to get B.S. degree while Mazin Yonan knew about this

6417    subject.

6418    I accepted this preliminary engagement, in hopes of making a match as there was no loving

6419    relationship between us.

6420

6421    3.  Salah Al Zughbi, a friend in SDSU knew about the engagement, congratulated me and

6422    started to chat with me and I told him that I was worried I could not finish my study and degree

6423    within this engagement.

6424

6425    Before the official preliminary engagement, as I and Mazin Yonan were walking in the school, I

6426    was surprised with a woman with half white European origin and half non-Iraqi origin that was

6427    born and raised in USA giving me a depressed and fretful face staring at me and Mazin Yonan.

6428

6429    I thought this woman's action was alone. I didn't know someone like Mario or Salah have

6430    directed her in what to do with me. this woman stared at me and Mazin as if he was her husband

6431    and he did something wrong. Being shocked at this woman's expression, Mazin Yonan begged

6432    me very hard not to look at her if she ever followed me.

6433

6434    Later, I found out this woman had some relation with Mazin Yonan but I never asked what kind

6435    of relation.

6436

6437    This woman repeated few times – 5 to six times the same thing with swinging her head and

6438    squeezing her face from sadness when I was alone in the SDSU cafeteria. She was following me

6439    whenever I went to the cafeteria as if she knew at what time my classes started

6440

6441

6442    5.  Before the preliminary engagement in one day, I was sitting with my friends in the outside

6443   part of SDSU cafeteria, I was surprised with this woman sitting in the corner with a scary

6444   psychic reader/spirit reader or hypnotist who looked like a witch blinking her eyes fast, staring at

6445   me with only white eyes, and reading in the air. The woman was mimicking me in my makeup

6446   and clothes, but I thought it was coincidence.

6447   At that time, I didn't know she was directed by Radio station that was pointed on me by Mario,

6448   Salah Al Zughbi and Rafi Oghassabian and I thought the person that was with her was only

6449   psychic reader.

6450

6451   As I was looking in the direction of this woman and her psychic reader/spirit reader or hypnotist,

6452   I observed this psychic reader /spirit reader or hypnotist was gesturing and asking me with her

6453   hand and face to give away Mazin Yonan to this woman.

6454

6455   I looked at them and started to think about two things in the same time.

6456   I was thinking about what my friend, Nadia Hammi had told me about this engagement. She

6457   said to me "Your genitals are from diamond because Mazin Yonan asked you for marriage."

6458   Also, I started to think about the USA culture and environment taking in consideration if this

6459   woman had my culture and environment – not necessarily my culture but definitely my thoughts

6460   and opinion, Mazin Yonan wouldn't choose me.

6461   Again, I thought this woman's action was alone. I didn't know she was directed by Radio station

6462   that was pointed on me by Mario, Salah Al Zughbi and Rafi Oghassabian

6463

6464   ** Linking the history of the sick illegal force to what they did to me starting 1997:

6465   ** I heard the phrase of "…your genitals are from diamond." that was said by Nadia Hammi was

6466   repeated in my previous workplaces' buildings in the private air by strangers in Arabic and

6467   previous coworkers I knew and I didn't randomly and strangely were looking at my genitals

6468   since 2001 until 2016.

6469   No one knew the sick illegal force was creating intolerable environment to cause trouble while

6470   the sick illegal force using highly paid secret like  The American-Iraqi, Majid Sabeah Mighael

6471   were raping, emptying, robbing all sole unique items from the nook of my private brain with

6472   their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles,

6473   ways and they even robbed the skeleton of each item with its animation precisely so I never grow

6474   and the illegal control any situation in my life.

6475

6476   Back to History of  the sick illegal force authentic motive:

6477    I and my friends left the cafeteria and stood on the stairs chatting. This woman and the psychic

6478   reader/spirit reader or hypnotist followed me and stood 15-20 feet far away from me.

6479    This time, the psychic reader/spirit reader or hypnotist was staring at the top of my head, but

6480   blinking with the same white eyes, reading in the air while the woman was anxiously listening to

6481   the psychic reader/spirit reader or hypnotist to see the result of psychic reading or whatever ever

6482   she was doing loud. I want to remind you that Mazin Yonan was millionaire when there were not

6483   a lot of millionaires in USA in the eighties. This woman brought this psychic reader, spirit's

6484   robber or hypnotist because Mazin was rich and it was hard to find rich husband in the eighties

6485   so the the radio station of Jeff Detrow & Jerry Cesak pointed by the rotten to the core Salah

6486   Alzughbi, Rafi Oghassabian, and Mario helped this woman after psychic reading and spirit

6487   robbing = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, my

March 2, 2022

6488    brain at that time seeing the seeds of the new cycle of Adam and Eve.

6489

6490    "Later, they passed by me looking at each other genitals and they gave the sign of yawning at

6491    each other."

6492    = this part I didn't see at that moment, I saw it in Mazin Yonan's wedding to this woman.

6493

6494    At this moment, I told myself "What is this? What are they doing!!"

6495    As I was talking to myself inside me, I saw Jesus flashing in the air to present himself for

6496    seconds.

6497    I didn't think Jesus's appearance was real, but, I took this incidence seriously and I promised

6498    myself in front Jesus not to be an obstacle in this woman's life because of the culture and

6499    environment reason I stated before and I decided to think of not accepting this engagement with

6500    Mazin Yonan and continue my education on fear of not finishing my education and get my B.S.

6501    degree if I ever got married during university. So, Mazin's wife did this for money because

6502    Mazin was millionaire and the radio station of Jeff Detrow & Jerry Cesak pointed by Salah

6503    Alzughbi, Mario, and Rafi Oghassabian did it to rape, rob, empty FOR MONEY PURPOSE

6504    SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC

6505    KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my health, career,

6506    and personal life destruction the new cycle of Adam and Eve and tweak and sell to make huge

6507    money and wealth.

6508

6509    6.  In the preliminary engagement day, George Mighael family and Mazin Yonan came to my

6510    parent's house while Mazin Yonan's parents called from Iraq as a respect to me to ask my hand

6511    for marriage.

6512    I accepted while I was thinking about this woman. At that time, there was sanction on Iraq by

6513    USA and it was so hard to call from Iraq to USA in the eighties because of sanction

6514

6515    George Mighael emphasized in pretty phrases while he was asking my hand to Mazin Yonan

6516    that his family and Mazin Yonan came to pick up a flower from my parent's home and this

6517    flower was me.

6518    As everyone knows the engagement is a period before marriage where both sides see if they get

6519    along with each other and if there is mutual love and prepare themselves into marriage. In my

6520    case if there was no mutual initial love, Mazin or I could break the engagement.

6521    This woman was insinuated in this engagement period, so I never start or prepare anything with

6522    Mazin, again, I thought this woman's action was alone. I didn't know she was directed by the

6523    radio station of Jeff Detrow & Jerry Cesak that was pointed on me by Mario, Salah Al Zughbi

6524    and Rafi Oghassabian

6525

6526    ** Linking the history of the sick illegal force to what they did to me starting 1997:

6527    ** I heard the phrase of "…his family and Mazin Yonan came to pick up a flower from my

6528    parent's home and this flower was me." that was said by George Mighael was repeated in my

6529    previous workplaces' buildings in the private air by strangers in Arabic sicne 2001 until 2016.

6530    No one knew the sick illegal force was creating intolerable environment to cause trouble while

6531    the sick illegal force using highly paid secret like  The American-Iraqi, Majid Sabeah Mighael

6532    were raping, emptying, robbing all sole unique items from the nook of my private brain with

6533    their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles,

6534    ways and they even robbed the skeleton of each item with its animation precisely so I never grow

6535    and the illegal control any situation in my life. The highly paid professional secret assigned

6536    unscrupulous spirits' robbers with unethical and no decency, kept psychic reading the nook of

6537    my private brain and raced with it as if there was contesting to derail me from the subject.

6538

6539    Back to History of the sick illegal force authentic motive:

6540    7.  After my preliminary engagement, again, this woman repeated few times the same thing

6541    with me by swinging her head and squeezing her face from sadness whenever I went to SDSU

6542    cafeteria to get coffee and when I was alone in the SDSU cafeteria.

6543

6544    Whatever the reason was that pushed this woman to do this demeanor with me, I respected her

6545    at that time and broke up the engagement with Mazin Yonan as I thought her action was alone.

6546    Again, I thought this woman's action was alone. I didn't know she was directed by Radio station

6547    that was pointed on me by Mario, Salah Al Zughbi and Rafi Oghassabian.

6548

6549    I saw this woman slept with Mazin, I didn't want her to go and sleep in different bed if I ever

6550    continued with Mazin. I came from solid background that doesn't allow me to use my

6551    background against someone that has no background in this matter. If I ever had continued with

6552    Mazin, it would mean I have allowed her to commit another adultery in different bed and this is

6553    called committing sin – in this case my sin against using people with no background – sin to

6554    allow people commit adultery in case of having no relation with Mazin! I didn't want to be

6555    selfish and start with Mazin and ignore Mazin's wife.

6556  Mazin was doing his normal thing with this woman – his current wife and she was doing her

6557  normal thing with him. Mazin's wife was directed by the the radio station of Jeff Detrow & Jerry

6558  Cesak that were pointed in this matter by the rotten to the core Salah Alzughbi, Rafi

6559  Oghassabian, and Mario.

6560  Mazin was not bad guy – he was one of the best people I have known and probably she was the

6561  same among her friends – I never knew her or knew her name! I saw she was begging me and

6562  following me, I ignored everyone and did what I had in my brain which was promising God to

6563  not interfere in this woman's life.

6564  Without this woman in my life, I and Mazin could have continued but without knowing if that

6565  engagement would lead to marriage or breakage. This woman's action of following me and

6566  begging me told me not to start anything with Mazin. When I broke up with Mazin less than one

6567  month because of this situation, I gave the excuse of needing to concentrate in studying and

6568  getting my degree.

6569

6570  What I did was something very private between God and me no one knew! it was my personal

6571  preference! I never flaunted! I never said it to anyone. the sick illegal force took advantage,

6572  followed me with same as Mazin's wife and acted accordingly to steal, enjoy and rapture on

6573  account of my health, career, and personal life destruction my sole unique items from my private

6574  brain. This illegal force has been robbing and emptying my private brain since the eighties until

6575  today's date. They destroyed me and my family because they psychic read my sole unique items

6576  and wanted to steal, enjoy and rapture on account of my health, career, and personal life

6577  destruction them. The Creator inserted his installation inside me and I formulated to find out the

6578  robberies. The highly paid professional secret assigned unscrupulous spirits' robbers with

6579    unethical and no decency, kept psychic reading the nook of my private brain and raced with it as

6580    if there was contesting to derail me from the subject

6581

6582    ** Linking the history of the sick illegal force to what they did to me starting 1997:

6583    This illegal force followed me and emptied all my sole unique items since the eighties secretly,

6584    in 2004, Jesus bowed down to me to speak up because He saw fraud and scam in my workplace

6585    that were plotted to rape, empty, and rob my private brain. and I helped you - USA – helped

6586    Bush!

6587    In 2007, the Creator told me this illegal force robbed me the same way Mazin's wife robbed me

6588    in the eighties. It was considered robbery in front God because secret humiliated, ostracized and

6589    despised way no one uses was practiced in it - spirit robbing = MinYook's way, please refer to

6590    4.2 Min-Nook = MinYook's Force definition, way – Minyoook's way – the rotten to the root,

6591    Mario, Salah Alzughbi, Rafi Oghassabian, and the radio station of Jeff Detrow & Jerry Cesak's

6592    way, was used without my knowledge and permission. In 2007, Jesus told me about the banned

6593    crime by showing me the sick illegal force was raping, emptying, and robbing my private brain

6594    using Mazin Yonan's wife way - less than animal way.

6595    This illegal force brought Mazin's wife on me using spirit robbing = MinYook's way, please

6596    refer to 4.2 Min-Nook = MinYook's Force definition, and acted accordingly to rob me. Mazin

6597    Yonan wasn't mine from the beginning because only engagement was between us. Then,

6598    secretly, this illegal force brought J.K Rolling on me to rob me secretly! Mazin was not mine but

6599    what J.K. Rowling robbed was 100% mine. What was robbed from me since the eighties was

6600    mine and it was done because of envy and jealousy, and grudge and malice by Mazin's wife,

6601    Mario, Salah Alzughbi, Rafi Oghassabian, so they pointed the radio of Jef and Hollywood on me

6602    so I never get on the stage.

6603    But, all the robberies from the nook of my private brain that occurred since the eighties were

6604    mine and they were considered robberies in front God because secret humiliated, ostracized and

6605    despised way, no one uses, were practiced in them - spirit robbing = MinYook's way, please

6606    refer to 4.2 Min-Nook = MinYook's Force definition, way – Minyoook's way – Mario, Salah

6607    Alzughbi, Rafi Oghassabian, and the radio station of Jeff Detrow & Jerry Cesak's way, were

6608    used without my knowledge and permission.

6609    the sick illegal force, led by the radio station of Jeff Detrow & Jerry Cesak, using highly paid

6610    assigned secret spirits robbers like Majid Sabah Mighael, raced with my private, raped, robbed,

6611    and emptied sole unique items from the nook of my private brain with their harvests, efforts, and

6612    talents of my creativities and inventions' designs, techniques, styles, ways and they even robbed

6613    the skeleton of each item with its animation precisely, tweaked and not tweaked, then sold.

6614

6615    The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

6616    decency, kept psychic reading the nook of my private brain and raced with it as if there was

6617    contesting to derail me from the subject of the new cycle of Adam and Eve.

6618

6619    Back to History of the sick illegal force authentic motive:

6620

6621    My engagement to Mazin Yonan didn't last one month and I broke up giving the reason of

6622    wanting to study and continuing my education, B.S. degree. I never told the real reason to

6623    anyone which was I didn't want to be an obstacle in this woman's life.

6624      It was very easy for me to breakup up with Mazin Yonan because we never started any kind of

6625      relation.

6626

6627      After this, I forgot that I promised Jesus not to interfere in this woman's life until Jesus

6628      reminded me with item # 5 incidence in 2007.

6629

6630      ** Linking the history of the sick illegal force to what they did to me starting 1997:

6631      ** since 1997 until 2016, after each painful layoff and after the tons of interviews I did, I heard

6632      the phrase of "Study." in the private air by strangers in English.

6633      No one knew the sick illegal force was creating intolerable environment to cause trouble while

6634      the sick illegal force using highly paid secret like  The American-Iraqi, Majid Sabeah Mighael

6635      were raping, emptying, robbing all sole unique items from the nook of my private brain with

6636      their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles,

6637      ways and they even robbed the skeleton of each item with its animation precisely so I never grow

6638      and the illegal control any situation in my life. The highly paid professional secret assigned

6639      unscrupulous spirits' robbers with unethical and no decency, kept psychic reading the nook of

6640      my private brain and raced with it as if there was contesting to derail me from the subject

6641

6642      Back to History of  the sick illegal force authentic motive:

6643      This breakup faced a lot of criticisms. Mazin Yonan and his friends, and George Mighael got so

6644      mad at me. Mazin Yonan and his friends got mad at me thinking I should have never accepted

6645      this engagement from the beginning and let Mazin ask me for marriage and make his parents call

6646      USA at that time.

6647

6648    When George Mighael knew I broke up, he said to me "Be careful, the environment in USA is

6649    different than your surrounded family and relatives, these people that you are feeling sorry for

6650    can take you to the middle of the ocean and get you back thirsty!" this phrase means people can

6651    fool, bluff, and deceive you and rob everything from you without you know and never leave

6652    anything for you.

6653    I answered back inside me, "I love to be thirsty! I have God!" but outside me, I said "It is OK!"

6654

6655    ** Linking the history of the sick illegal force to what they did to me starting 1997:

6656    ** since 1997 until 2016, during my employment, I heard the phrase of "Drink water … drink

6657    water." in the private air by strangers in English.

6658    No one knew the sick illegal force was creating intolerable environment to cause trouble while

6659    the sick illegal force using highly paid secret like  The American-Iraqi, Majid Sabeah Mighael

6660    were raping, emptying, robbing all sole unique items from the nook of my private brain with

6661    their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles,

6662    ways and they even robbed the skeleton of each item with its animation precisely so I never grow

6663    and the illegal control any situation in my life. The highly paid professional secret assigned

6664    unscrupulous spirits' robbers with unethical and no decency, kept psychic reading the nook of

6665    my private brain and raced with it as if there was contesting to derail me from the subject

6666

6667

6668    Back to History of  the sick illegal force authentic motive:

6669    Again, I thought this woman's action was alone. I didn't know she was directed by Radio station

6670    that was pointed on me by Mario, Salah Al Zughbi and Rafi Oghassabian though spirit robbing =

6671    MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, and acting

6672    accordingly.

6673

6674    After this incidence, the woman disappeared because I believe someone had said something to

6675    her.

6676    Mazin Yonan was advised by George Mighael and some friends to keep his friendship with me.

6677    In SDSU, Mazin Yonan kept his friendship with me as if he was trying to get us back together

6678    into engagement.

6679

6680    8.   In SDSU, one day, Salah Alzughbi surprised me in the middle of midterm or finals tests with

6681    writing childish scandalous letters to degrade Mazin Yonan for some reasons that had nothing to

6682    do with me. the letters called Mazin Yonan with ass hole. At that time, I didn't know what ass

6683    hole meant. I thought it was stupid bad word had no exact meaning similar to "Hot Dog", I don't

6684    know what "Hot Dog" means other than food. Salah asked whether I knew this word – ass hole,

6685    and I thought it was something related to donkey = ass.

6686

6687    Later, onetime, I found out Salah and Rafi were doing something abnormal speaking about asses

6688    in Arabic when they took picture of radio station/the radio station of Jeff Detrow & Jerry

6689    Cesakr's ass in one of the restaurants, please read item 11, 15, 16 in this section. I remember I

6690    advised them to throw the negative tape of the picture from the kodak camera in the trash

6691    without looking at the picture, that was in the eighties.

6692   Then, I saw it was prank by the radio station and Salah and Rafi when the radio station of Jeff

6693   Detrow & Jerry Cesak came to UPS.

6694

6695    First, I thought Salah was joking and I ignored him.

6696   Later, I knew what Salah had done from my brother, Fadi, as he asked me if I ever knew about

6697   these letters. I said no because I was shocked plus I didn't want to intervene in this action.

6698

6699    In the next day, I saw Salah in school and had big argument and threatened him to confess about

6700   these letters.

6701    Salah convinced me he would confess about these letters in one week.

6702

6703    Allegedly, according to Salah Alzughbi, one Lebanese friend – Rafi Oghassabian and one Iraqi

6704   friend – Faris Istephan helped him in writing these letters.

6705   When I asked why they did the letters, Salah said to me Mazin Yonan had fight with this Iraqi

6706   friend because Mazin had called from USA to Iraq this iraqi friend's father – Faris Istephan's

6707   father in the middle of the night to tell him Faris was not studying busy in other stuffs. Also,

6708   Salah said Mazin Yonan was talking badly about one of our friends, Anwar.

6709

6710   Per Salah Alzughbi, the letters of ass hole were not written because of me.

6711

6712   After one week, Salah came back to me sweating and blushing saying that he and Rafi

6713   Oghassabian went to Las Vegas and God punished him as a robber burgled inside their bedroom

6714   in Las Vegas and robbed his precious gold watch given to him as gift from his parents, also

6715    robbed his family's gold cross which was 600 years old at that time in the eighties.

6716    I kept arguing and fighting with Salah to confess.

6717

6718    In the middle of this incidence, this woman went to George Mighael's home crying and exposing

6719    her deep love to Mazin Yonan, the millionaire.

6720

6721    George Mighael had a plan to live in Lebanon, before leaving USA, he told me only God will

6722    save me, Zinis from the people that I was nice to and he left to Lebanon without attending Mazin

6723    Yonan's wedding. George Mighael told me what this woman did was called fraud and scam.

6724

6725    As I had promised myself in front Jesus without telling anyone in my life to not be an obstacle

6726    in this woman's life, I didn't say that Salah had done these scandalous letters until Mazin

6727    married this woman.

6728

6729

6730    9.    Mazin Yonan brought FBI for this incidence and Salah Alzughabi begged me to not say the

6731    truth because if I ever said one word, the police would kick him- Salah Alzughabi, Rafi

6732    Oghassabian and this Iraqi guy – Faris Istephan out of USA or expel them from USA and all of

6733    them would lose their educational degrees and would never be allowed to enter USA again the

6734    middle of chaos inside Lebanon and Iraqi in the eighties. At that time, in the eighties, Lebanon

6735    was under civil war - was recovering from civil war and Iraq was under sanction by USA - was

6736    still in the middle of gulf war with Iran. It was very hard to leave the original country and to get

6737    visa to study in USA.

6738

6739    I didn't care about what Salah said but I stopped arguing by saying to him, "after the marriage of

6740    Mazin Yonan and this woman, I will tell Mazin Yonan that you and those two friends had

6741    planned and done the letters."

6742

6743    ** Linking the history of the sick illegal force to what they did to me starting 1997:

6744    Per Salah Alzughbi, the letters of ass hole were not written because of me.

6745    Starting in 2007, according to the formulas with the Creator, the letters of ass hole were written

6746    because of me against Mazin by Salah with involving Rafi Oghassabian and Faris and the the

6747    radio station of Jeff Detrow & Jerry Cesak after psychic reading and spirit robbing = MinYook's

6748    way, please refer to 4.2 Min-Nook = MinYook's Force definition, the nook of my private brain

6749    at that time seeing the seeds of the new cycle of Adam and Eve.

6750    Starting 2007, when the Creator asked me to write after installing his sole unique items inside

6751    me, I formulated the black hole with the Creator and named it something respectful and suitable

6752    to the world and to the Creator.

6753    By accident, during 2015-2017, as I was searching in the news trying to find my sole unique

6754    items that were robbed from the nook of my private brain, I saw an article in the news about the

6755    black hole and I read it.

6756    the subject of black hole was mine but given to scientists since the eighties and it was named

6757    with Black Hole as a farce and joke at the letters that were written about Mazin by Salah with

6758    involving Rafi Oghassabian, and Faris and the the radio station of Jeff Detrow & Jerry Cesak.

6759    Per Salah Alzughbi, the letters were not written because of me. Again, according to the formulas,

6760    the letters of ass hole were written because of me after psychic reading and spirit robbing =

6761    MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, my brain at that

6762    time seeing the seeds of the new cycle of Adam and Eve.

6763    The Black hole subject that I read in the news was created because it was one of the sole unique

6764    items of the new cycles of Adam and Eve and was robbed from the nook of my private brain in

6765    advance since the eighties.

6766    The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

6767    decency, kept psychic reading the nook of my private brain and raced with it as if they were

6768    contesting to derail me from the subject.

6769    At that time, the highly paid professional secret assigned unscrupulous spirits' robbers with

6770    unethical and no decency, couldn't see the clear picture, so they kept psychic reading every day

6771    and night my sole unique items about the black hole from my private brain and sold to scientists

6772    to study. the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak using highly

6773    paid professional secret assigned unscrupulous spirits' robbers with unethical and no decency,

6774    used old scientists' concepts and linked them to my black hole and kept adding scientists to the

6775    subject with feeding them with my formulas through psychic reading and spirit robbing -.

6776    The science about Back Hole would never be where they are now without robbing my formulas

6777    though the highly paid professional secret assigned unscrupulous spirits' robbers with unethical

6778    and no decency.

6779

6780    the radio station of Jeff Detrow & Jerry Cesak was allowed in Camp Pendleton during my

6781    employment there in 2010-2011 and said

6782    " Mazin Yonan! ...... Zinia is ass hole!" the the radio station of Jeff Detrow & Jerry Cesak,

6783    since you were allowed to be inside Camp Pendleton secretive buildings where my coworkers

6784    had no clues what the voices were there for except me and I had to ignore because I was

6785    intensively formulating with the Creator since 2007 in the middle of the imposed painful,

6786    harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

6787    the Illegal Force's definition, and working in that camp spending 2 hours of drive from El Cajon

6788    to the Camp, you need to say the story loud in CNN! Criminals!!!

6789

6790    The black hole is my creation! the sick illegal force robbed it from me in the eighties and nineties

6791    and named it this way as a farce and joke at what they did to me without my knowledge and

6792    permission! it was referring to the assholes letter they plotted against Mazin Yonan! What black

6793    hole means – my inventions – the Creator made me formulated to find out all these robberies –

6794    all of these items were my creations with respect and appreciation to the Creator and preparation

6795    to the new cycle fo Adam and Eve! The Creator installed the new cycle of Adam and Eve in me

6796    and I was working with him based on its business rules.

6797

6798

6799    Back to History of the sick illegal force authentic motive:

6800    10. I and my family were invited to Mazin Yonan and this woman's wedding. My mother and

6801    brother went to church and I passed the church and went to the party. I entered the party to

6802    congratulate Mazin and this woman, I looked at her smiling like "Oh you got Mazin because you

6803    love him – I didn't know there was plot against me to rob the new cycle of Adam and Eve that I

6804    had no clue about at that time". The woman quivered with grudge and hatred. Mazin quivered

6805    from anger as if he wanted to cry.

6806

6807    Again, I thought this woman's action was alone. I didn't know she was directed by Radio station

6808    that was pointed on me by Mario, Salah Al Zughbi and Rafi Oghassabian though spirit robbing =

6809    MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, and acting

6810    accordingly.

6811

6812    In the wedding party, before 12 am, I found out this woman and her psychic reader/spirit robber

6813    = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, or hypnotist did

6814    magic to me, please read item #5 - as I saw Jesus was flashing in the air outside SDSU cafeteria,

6815    [this part I saw in the wedding: the woman and the psychic reader/spirit robber = MinYook's

6816    way, please refer to 4.2 Min-Nook = MinYook's Force definition, or hypnotist passed by me

6817    looking at each other genitals and they gave the sign of yawning at each other."

6818

6819    Since the members of the sick illegal force was psychic reading and spirit robbing = MinYook's

6820    way, please refer to 4.2 Min-Nook = MinYook's Force definition, through highly paid

6821    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, my

6822    past, present and future day and night, they psychic read me at that moment and gave direction to

6823    the woman – Mazin Yonan's wife to claim she had bad cramps, she was lying – they told her

6824    what they psychic read in me and she left the hall with grudge and hatred. Mazin was told to end

6825    the party at 12 am because the woman- his wife was having bad cramps. He held the microphone

6826    quivering from anger and almost crying.

6827

6828    From that moment until today's date, the sick illegal force was spirits robbing me to Mazin's

6829    wife and others to impersonate me without my permission and knowledge, so I never grow in my

6830    personal life and career.

6831

6832    After the wedding party, after 12 am, I called my friend Aseel Paranda and told her some magic

6833    was done on me by Mazin Yonan's wife when I was in SDSU cafeteria. Since I don't believe in

6834    magic, I assumed it was imagination because I had no evidence. Later I found out it was

6835    hypnotizing with no evidence and I assumed it was imagination.

6836

6837    From that day until today's date, the sick illegal force, through assigned secret has been raping,

6838    emptying, robbing all sole unique items from the nook of my private brain with their harvests,

6839    efforts, and talents of my creativities and inventions' designs, techniques, styles, ways and they

6840    even robbed the skeleton of each item with its animation precisely so I never grow and the illegal

6841    control any situation in my life.

6842

6843    After Mazin Yonan and this woman marriage, my friend, Nadia Hammi told me that Mazin

6844    Yonan crowned Virgin Marry with 24K gold crown to make me pay price because I accepted the

6845    engagement and refused it immediately. At that time, Nadia Hammi didn't know about the

6846    scandalous letters, but her friend Anwar Murad knows. Mazin Yonan thought I plotted for these

6847    scandalous letters and people helped me and for this reason he crowned Virgin Marry with 24K

6848    gold crown.

6849

6850    the sick illegal force has been emptying me to mazin's wife after their marriage to impersonate

6851    me since the eighties.

6852

6853    The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

6854    decency, kept psychic reading the nook of my private brain and raced with it as if there was

6855    contesting to derail me from the subject.

6856

6857    the sick illegal force was revenging against me on behalf of Mazin's curse. According to Jesus,

6858    this force's members used Mazin's wife way – psychic reading and spirit robbing = MinYook's

6859    way, please refer to 4.2 Min-Nook = MinYook's Force definition, and acting accordingly to rob

6860    my sole unique items secretly.

6861    No one knew the sick illegal force was creating intolerable environment to cause trouble while

6862    the sick illegal force using highly paid secret like  The American-Iraqi, Majid Sabeah Mighael

6863    were raping, emptying, robbing all sole unique items from the nook of my private brain with

6864    their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles,

6865    ways and they even robbed the skeleton of each item with its animation precisely so I never grow

6866    and the illegal control any situation in my life. The highly paid professional secret assigned

6867    unscrupulous spirits' robbers with unethical and no decency, kept psychic reading the nook of

6868    my private brain and raced with it as if there was contesting to derail me from the subject.

6869

6870

6871    ** Linking the history of the sick illegal force to what they did to me starting 1997:

6872    ** since 1997 until 2016, after each painful layoff and during the tons of interviews I did,

6873    The interviewers were mimicking the signs of yawning and staring at my genitals.

6874    No one knew the sick illegal force was creating intolerable environment to cause trouble while

6875    the sick illegal force using highly paid secret like  The American-Iraqi, Majid Sabeah Mighael

6876    were raping, emptying, robbing all sole unique items from the nook of my private brain with

6877    their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles,

6878    ways and they even robbed the skeleton of each item with its animation precisely so I never grow

6879    and the illegal control any situation in my life. The highly paid professional secret assigned

6880    unscrupulous spirits' robbers with unethical and no decency, kept psychic reading the nook of

6881    my private brain and raced with it as if there was contesting to derail me from the subject.

6882

6883    Back to History of  the sick illegal force authentic motive

6884

6885    11. One time, I was sitting in SDSU cafeteria, Salah Alzughabi and his friend Rafi Oghassabian

6886    came and sat with me to tell me about prank being done to some radio station broadcasters, they

6887    mentioned the name of the radio station but I never paid attention and didn't know the name until

6888    1993, it was the radio station of Jeff Detrow & Jerry Cesak in San Diego, Ca.

6889

6890    Allegedly, per Salah Alzughbi, he and Rafi Oghassabian tricked the broadcasters into this prank

6891    because the radio station of Jeff Detrow & Jerry Cesak had done a lot of pranks in people. The

6892    prank was done by an accident in one of the restaurants. One of the the radio station of Jeff

6893    Detrow & Jerry Cesak broadcasters went to use the bathroom where Rafi Oghassabian followed,

6894    open the bathroom, took a picture of his butt – ass hole, and escaped into a car where Salah was

6895    waiting for him.

6896

6897    After Salah finished this story about this incidence, he asked me whether I knew the radio

6898    station of Jeff Detrow & Jerry Cesak, I answered with no.

6899    Salah started to laugh telling me who doesn't know the radio station of Jeff Detrow & Jerry

6900    Cesak in San Diego. I told Salah Alzughbi, I never listen to radio stations because I listened to

6901    music in cassettes. In the eighties, there were cassettes and no CDs.

6902    Few moments later, Rafi Oghassabian left his seat to get some food from the cafeteria. Salah

6903    told me, "I want to tell you something very important but don't say to anyone."

6904

6905    Salah was telling me "they plotted against you and are going to hurt you, be careful. Then he

6906    mentioned Rafi Oghassabian, Nadia, and some group had some conversation with the radio

6907    station of Jeff Detrow & Jerry Cesak about cultures and relationships."

6908

6909    I asked Salah Alzughbi, "who would do this to me and why? What do you mean with the word

6910    'they'? "

6911

6912    While I was asking this question, Rafi Oghassabian came back to sit with us, he stood behind

6913    Salah to listen to what Salah was telling me without Salah knew Rafi Oghassabian came back to

6914    the table to sit with us, Salah was continuing the statement, Rafi Oghassabian showed himself

6915    with blushing face and ears from madness to Salah as if telling him, why you are saying it all to

6916    Zinia. Salah stopped talking, Rafi Oghassabian left, then Salah asked me to be extra careful, they

6917    are going to do some bad stuff to you or in Arabic "رح يعملو عمايل فيكي يا بيي"

6918    Salah told me Rafi doesn't want you to know what I told you.

6919

6920    My question to Rafi is : why you didn't want me to know what this radio station was going to do

6921    to me in the eighties? You knew I had bright future from spirit robbing = MinYook's way, please

6922    refer to 4.2 Min-Nook = MinYook's Force definition, me and you pointed the radio on me with

6923    salah and Mario and Mazin's wife. the sick illegal force led by the radio station of Jeff Detrow &

6924    Jerry Cesak found your job and hired you in a Jewish company and started to bribe you through

6925    workplace by giving projects to the company you were working for in exchange for pointing

6926    Zinia to the radio station on golden plate.

6927

6928    I ignored Salah because I thought he was saying some wacky and goofy stuff as usual. Plus, I

6929    never listen or had any relation to any kind of radio station. So, Salah didn't make sense.

6930

6931    At that time, I didn't even store the name of the radio station, the radio station of Jeff Detrow &

6932    Jerry Cesak that Salah mentioned.

6933

6934    Later, this subject induced some friends at that time to tell me phrases unsuitable to the core

6935    subject of what was being discussed with the radio station of Jeff Detrow & Jerry Cesak..

6936

6937    The phrases: "Grow Up! Grow Up! Grow Up!"

6938

6939    12. In 1985, One time while I was still student in SDSU, in summer break, I was shopping in

6940    Fashion Valley area, in specific department store, Neiman Marcus, one of the sellers came to me

6941    and asked me if I was shopping in this store for long time because there was skin specialist has

6942    visited the store and has a new line with limited discount to only that day, and convinced me to

6943    stay.

6944    So, I went around shopping in Neiman Marcus. But, every time I reached the door to get out of

6945    this department store, the same seller would hurry to advise me to stay until this skin specialist

6946    appeared.

6947    This skin specialist appeared and started to chat with me asking me about my origin, and I told

6948    her my origin, Iraq.

6949    It turned out this skin specialist was Mazin Yonan's wife sister. She started to chat about her

6950    sister asking whether I know Mazin Yonan or not and I told her, he was my brother's friend.

6951    Then, she chatted about her Iranian boyfriend who gave her a gold bracelet.

6952

6953    Suddenly, I heard insulting voices talking about me all over Neiman Marcus similar to the the

6954    radio station of Jeff Detrow & Jerry Cesak in Jostens Learning Corp in 1998 and what was the

6955    sick illegal force was doing to me since 2001. I didn't understand what these voices were saying

6956    about me because of my second language, English. Synchronously, Mazin Yonan's wife sister

6957    pushed her gold bracelet gift from Iran into my eyes where I had to pull myself from and asked

6958    me a weird question referencing the bracelet, "Don't you like this?"

6959

6960    I interrupted this skin specialist, Mazin Yonan's wife sister asking about her line, and I was

6961    surprised she had nothing to sell and she referenced a regular Clinique line.

6962    I respected her and bought Clinique item that I didn't need which was the line I used in my

6963    twenties.

6964

6965    13. After Mazin's marriage to this woman, I told Mazin Yonan the truth about the scandalous

6966    letters from Salah's group. The truth raised a lot of criticisms because Raf and this Iraqi guy –

6967    Faris Istephan never wanted to say the truth.

6968

6969    the sick illegal force has been burning my heart and iron it without my knowledge and

6970    permission and the public knowledge by psychic reading and spirit robbing me secretly and

6971    acting accordingly using spirit robbers' way - less than animal way.

6972    Mazin Yonan was not mine, but the items that I have been claiming are 100% from my private

6973    brain.

6974

6975    14. One friend from the group, Namir Al Sabagh psychic read me too.

6976

6977    15. In 1992, while I was working in Jostens Learning Corp, one of the coworkers came to my

6978    office where I was sitting with my boss, she was laughing and asking us to listen the the radio

6979    station of Jeff Detrow & Jerry Cesak because they were hosting so funny show and she showed

6980    us a picture of the radio station of Jeff Detrow & Jerry Cesak group in the studio.

6981    I never remembered what Salah had told me about this radio station.

6982

6983    After my coworkers' recommendation to listen to this radio station, I started to listen to the radio

6984    station of Jeff Detrow & Jerry Cesak.

6985

6986    16. One day, as I was being monitored by this the radio station of Jeff Detrow & Jerry Cesak or

6987    the sick illegal force, day and night for 24 hours, one of the broadcasters said the story that Salah

6988    had told me in item # 11 as he was trying to find out who took a picture of his butt, explaining

6989    that they, the radio station of Jeff Detrow & Jerry Cesak, were super nice people and would

6990    never hurt anyone, and asking the listeners to call the radio station if anyone had known about

6991    this incidence.

6992

6993    At that time, I linked the name of the radio station, the radio station of Jeff Detrow & Jerry

6994    Cesak to what Salah told me. But, I never linked this story with the letters that were sent by

6995    Salah and his Arab and American group to Mazin Yonan.

6996

6997    In general, the above sole unique items of all of this section were playing in the air as the

6998    covering subject to the real one which was robbing my image of the new cycle of Adam and Eve.

6999

7000

7001    17. Since the eighties the rotten to the core Salah Alzughbi, Rafi Oghassabian, and Mario

7002    secretly spirit robbed the nook of my brain, impersonated me and acted accordingly, they pointed

7003    the the radio station of Jeff Detrow & Jerry Cesak of San Diego, Ca. on me secretly and this

7004    radio in turn assigned illegal force to rape, rob, empty FOR MONEY PURPOSE SECRETLY

7005    WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE, the

7006    nook of my private brain, enjoy and rapture on account of my health, career, and personal life

7007    destruction whatever they perceived from my private brain through highly paid professional

7008    secret assigned unscrupulous spirits' robbers with unethical and no decency.

7009    In return, the sick illegal force bribed the rotten to the core Salah Alzughbi, Rafi Oghassabian,

7010    and Mario from the door that no one knows and sees – workplace while I was persistently and

7011    consistently being laid off painfully since 1997 with low volume and since 2001 with high

7012    volume so I never think and do the new cycle of Adam and Eve.

7013    Standing far away from the hatred and filth banned crime as innocent and hardworking people,

7014    the rotten to the core the rotten to the core Salah Alzughbi, Rafi Oghassabian, and Mario had

7015    pointed the illegal orce led by the radio station of Jeff Detrow & Jerry Cesak on me as if they

7016    gave these robbers precious gift called Zinia Boutros on golden plate secretly and they were

7017    bribed with projects inside their workplaces, bonuses, salary raises and stocks while I was

7018    persistently and consistently being laid off painfully since 1997 with low volume and since 2001

7019    with high volume so I never think and do the new cycle of Adam and Eve.

7020

7021    It is Ok for Mario – Romio's brother – I don't know his last name, Salah Alzughbi, Rafi

7022    Oghassabian and Mazin Yonan's wife to point the the radio station of Jeff Detrow & Jerry Cesak

7023    on me as innocent people to rape, rob, empty FOR MONEY PURPOSE SECRETLY WITHOUT

7024    MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE all sole unique

7025    items from the nook of my private brain with their harvests, efforts, and talents of my creativities

7026    and inventions' designs, techniques, styles, ways and they even robbed the skeleton of each item

7027    with its animation precisely so I never grow and the illegal control any situation in my life.

7028    It is Ok for Mario – Romio's brother, Salah Alzughbi, Rafi Oghassabian, and Mazin Yonan's

7029    wife to point the the radio station of Jeff Detrow & Jerry Cesak to destroy my health, my career,

7030    personal life and my family while they were impersonating me, acting accordingly to grow and

7031    advance in their personal life and career.

7032

7033    Using power and connection, the sick illegal force led by the radio station of Jeff Detrow & Jerry

7034    Cesak, through highly paid professional secret assigned unscrupulous spirits' robbers with

7035    unethical and no decency, followed me at my workplaces with the help of human resources of

7036    each company, imposed intolerable situation by psychic reading me loud, irritated everyone to

7037    cause me painful termination so I would be busy in the lay off and looking for a job and never

7038    think about my image of the new cycle of Adam and eve that was tweaked into many sole unique

7039    items and sold to do projects inside and outside USA. the sick illegal force followed me in each

7040    company raising the word "ass hole", causing intolerable situation by psychic reading me loud to

7041    result a planned lay off from the human resources order by the sick illegal force.

7042

7043    18. Since the eighties, using highly paid professional secret assigned unscrupulous spirits'

7044    robbers with unethical and no decency, the sick illegal force has been secretly following me

7045    because of my image of the new cycle of Adam and Eve, monitoring the nook of my private

7046    brain 24 hours/day, and raping, emptying, and robbing secretly every single item from the nook

7047    of my private brain that had potential and non-potential growth to be part of the new cycle of

7048    Adam and Eve without my knowledge and permission.

7049    These projects were robbed to outside USA to distance the banned crime from USA – banned

7050    crime of psychic reading me secretly by Mario – Romio's brother, Salah Alzughbi in SDSU, and

7051    Rafi Oghassabian, Rafi Oghassabian is husband of Nadia Hammi, and pointing the sick illegal

7052    force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego ca with their highly

7053    paid professional secret assigned unscrupulous spirits' robbers with unethical and no decency, on

7054    me.

7055

7056    Since the members of the sick illegal force was psychic reading and spirit robbing = MinYook's

7057    way, please refer to 4.2 Min-Nook = MinYook's Force definition, through highly paid

7058    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, my

7059    past, present and future day and night 24 hours a day, they psychic read a very high potential

7060    item to grow when I was in Jostens Learning Corp in 1997. So they planned and plotted to admit

7061    themselves in Jostens Learning Corp by shocking and baffling me through psychic reading me

7062    loud inside the employer's building and causing me trouble with everyone which resulted my

7063    painful layoff. In this way, the sick illegal force would clog my brain from doing the image. At

7064    that time, one of the sole unique items that were spirit robbed by highly paid professional secret

7065    assigned unscrupulous spirits' robbers with unethical and no decency = MinYook's way, please

7066    refer to 4.2 Min-Nook = MinYook's Force definition, was in the seed's level, they saw there was

7067    potential for me to start and the sick illegal force started the hurly burly voices to get m out of the

7068    image as they already gave this item to .... .... After the tweaks to start .... that was supposed to

7069    be mine because the original story is mine. the sick illegal force gave .... the story .... from my

7070    private brain as place holder for my real story until the image gets clear for the highly paid

7071    professional secret assigned unscrupulous spirits' robbers with unethical and no decency.

7072    I didn't know this banned crime until November 2016 as I was formulating with the Creator in

7073    the middle of communicating with my previous coworkers inside emailing them, media,

7074    presidents, and Bill gates.

7075

7076    19. Since 2001 until now, the sick illegal force was spirit robbing = MinYook's way, please refer

7077    to 4.2 Min-Nook = MinYook's Force definition, and psychic reading the nook of my private

7078    brain loud causing planned painful layoff in order for me to keep looking for a job by doing

7079    interviews that had interviewers or strangers saying in the air " study this …. And study this…."

7080    and laugh and do other weird stuff like yawning, staring at my genitals.

7081    Read the highlights of yawning and staring at genitals - Through power and connection, the sick

7082    illegal force was controlling the period of my unemployment and were cracking from laugh at

7083    what they were doing to me inside and outside the interviews because nobody would guess why

7084    they would ask people to look at my genitals, to do the sign of yawning, act of not hearing me,

7085    and asking me in the private air to study unless the Creator had to intervene and explain which

7086    was what happened in my case.

7087

7088    Read Jostens Learning Corp first

7089    More Jostens Learning Corp. 1997:

7090    I didn't know there was radio station in Jostens learning Corp, I thought someone was using

7091    sound editing and talking to me. I asked one of my close coworker about that imposed painful,

7092    harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

7093    the Illegal Force's definition, she said, "it has nothing to do with you "

7094    although the voices were speaking to me and I was wandering what I have said to each coworker

7095    and to each previous coworker. The voices were psychic reading me randomly loud and I was

7096    shocked and couldn't believe what this force were doing to me through my employer, my

7097    managers, my coworkers.

7098

7099    In this company, the voices were all about me. The voices affected my work, so I started to go in

7100    the weekend to do my work. Since the sick illegal force was after me psychic reading my private

7101    brain day and night, the voices were inside Jostens Learning Corp in the weekends but with echo

7102   effect to make the situation sound stupid as if I was hallucinating if I ever asked. I asked a lot

7103   about the voices, but I was ignored!

7104

7105   the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca. went above and beyond to

7106   trigger the new cycle of Adam and Eve and rob through secretly in advance without my

7107   permission and knowledge forcing hurly burly situation so I get busy in troubles with everyone

7108   and never think about my image – the new cycle of Adam and Eve.

7109

7110   By going back to my memories in Jostens Learning Corp. 1997, and through formulas with the

7111   Creator starting in 2007, I found out the sick illegal force was asking each person in the company

7112   to do something to trigger the new cycle of Adam and Eve, rob and tweak to make tremendous

7113   money. At Jostens, I was sent indirectly by my manager to the IT department upstairs the office

7114   of the guy that looked at my genitals first. My manger requested from me to go to the IT

7115   department per request from the sick illegal force led by Je and jer. I was sent to this coworker's

7116   office to trigger something in me related to the new cycle of Adam and Eve without this

7117   coworkers' knowledge. the sick illegal force went above and beyond wanting to trigger the new

7118   cycle inside me, rob my private brain, and tweak.

7119

7120   Later, when my manger and that coworker who started looking at my genital first came to

7121   apologize, I was frozen, and my body couldn't turn around to say "OK" from the voices that were

7122   speaking to me for almost one month.

7123

7124   Harry Potter and Jostens Learning Corp:

7125

7126    I dont work with this kind of robbers! you used indirectly highly paid secret like  the rotten to the

7127    core,Mario the Minyook - Romio's brother, The American-Iraqi, Majid Sabeah Mighael, Salah

7128    Alzughbi, Rafi Oghassabian in raping, emptying, robbing all sole unique items of Harry Potter

7129    after tweaking from the nook of my private brain with their harvests, efforts, and talents of my

7130    creativities and inventions' designs, techniques, styles, ways and they even robbed the skeleton

7131    of each item with its animation precisely

7132    When J.K. Rowling started Harry Potter, she was living on the government! the sick illegal force

7133    reversed my life to make me live on government by psychic reading through highly paid

7134    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, my

7135    future. When they saw parts of the image of the new cycle of Adam and Eve were very pretty,

7136    they decided to rape, empty, and rob all the harvests, efforts, talents, styles,and ways of one of

7137    my sole unique items' formulas inside the nook of my private brain in advance secretly to J.K

7138    Rowling while smashing me with shoes at my workplace meaning = causing extremely painful

7139    layoff in a very funny and trivial ways making the incidence happy on account of my health,

7140    career, and personal destruction. They plotted deliberately and secretly to impose J.K. Rowling

7141    life before Harry Potter on me while she gets my sole unique items -- they gave her my brain and

7142    they reversed my life to live on government.

7143    since the eighties and nineties, through highly paid professional secret assigned unscrupulous

7144    spirits' robbers with unethical and no decency, the radio station of Jeff Detrow & Jerry Cesak in

7145    San Diego raped, empties, robbed all sole unique items from the nook of my private brain with

7146    their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles

7147    and ways and even robbed the skeleton of each item with its animation precisely from the nook

7148    of my private brain — my black box for themselves and robbed to sell for others and J.K Rowling

7149    on golden plate on account of my health, career, and personal life destruction – health, career,

7150    and personal destruction.

7151

7152     the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca.

7153    using highly paid secret highly paid assigned spirits' robbers, was pointed to infringe my life as a

7154    whole by Mario – Romio's brother, Salah Alzughbi, Rafi Oghassabian, and Mazin Yonan's wife

7155    to throw my fortune [fortune of my career, personal life, and health, and the new cycle of Adam

7156    and Eve] in the streets.

7157

7158    In November 2016, after formulating with the Creator, I found out many projects have started in

7159    the eighties and nineties that were based on my private brain. As the highly paid assigned secret

7160    were psychic reading my private brain day and night 24 hours a day without stop to monitor the

7161    image, they were raping, emptying, and robbing each protentional item that could be part or not

7162    of the new cycle of Adam and Eve but suitable to create a project from it.

7163

7164    Of course, not all the sole unique items inside my private brain were clear for the in the eighties

7165    and nineties, so the sick illegal force 's members plotted a strategy to steal, enjoy and rapture on

7166    account of my health, career, and personal life destruction as much as they could by creating

7167    projects and kept updating the project as they psychic read my private brain every day 24

7168    hours/day.

7169

7170

7171   As I stated before, I started to formulate with Jesus since 2004 because He bowed down to me

7172   and per His request I started to write starting 2007, in late 2016, around November 2016, after

7173   filing my federal case against the previous presidents of USA due to their unresponsive action to

7174   my screams against the imposed painful, harmful, intolerable, unacceptable and inappropriate

7175   situation in my previous employers' buildings, I was persistently formulating with the Creator, I

7176   found out some of the projects that were emptied, robbed, and raped by the sick illegal force

7177   through secret highly paid assigned spirits' robbers, from the nook of my private brain – my

7178   black box started in the eighties and nineties. These projects were sold inside and outside USA.

7179   One of the projects that was stolen from the nook of my private brain was the series of Harry

7180   Potter that was written based on my private brain after using highly paid secret highly paid

7181   assigned spirits' robbers, the sick illegal force tweaked the private sole unique items from my

7182   brain, then sold the story of Harry Potter little by little to J.K Rowling while monitoring my

7183   private brain every day and giving more and more.

7184

7185   I found out Harry Potter was a huge placeholder sold outside USA deliberately and was brought

7186   to USA in the nineties. This Harry Potter project was tweaked from the new cycle of Adam and

7187   Eve that was installed by the Creator inside me. This Harry Potter project was psychic read and

7188   spirit robbed in advance from my private brain, had included my day and night dreams, my

7189   private data, my personal life, the imposed painful, harmful, intolerable, unacceptable and

7190   inappropriate situation [imposed fraud and scam in my career using secret highly paid assigned

7191   spirits' robbers ], in my life that started in the eighties with low volume and continued with high

7192   volume starting 2001, and my formulas with the Creator under this imposed painful, harmful,

7193   intolerable, unacceptable and inappropriate situation on me – they were psychic reading my life

7194    with its all surrounded events starting 2001 in advance in the eighties and nineties, tweaked them

7195    and were given to the Author of Harry Potter, J.K. Rowling secretly.

7196    This Harry Potter project was tweaked from my private brain and given secretly to the Author of

7197    Harry Potter, J.K. Rowling.

7198    This Harry Potter project was requested from me by the Creator.

7199    This Harry Potter project was robbed to outside USA to distance the banned crime from USA –

7200    banned crime of psychic reading me secretly by Mario – Romio's brother, Salah Alzughbi in

7201    SDSU, and Rafi Oghassabian, Rafi Oghassabian is husband of Nadia Hammi, and pointing the

7202    sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego ca with their

7203    secret highly paid assigned spirits' robbers, on me.

7204

7205    Since the sick illegal force had no idea what my image was in the eighties and nineties or the

7206    image was not clear for the secret highly paid assigned spirits' robbers, its members asked the

7207    secret to rape, empty, and rob every single item relates to Harry Potter from my private brain that

7208    had potential growth 20 years in advance and sold to J.K Rowling so I would never have the

7209    chance to grow in it and they control the situation.

7210    Since the eighties, the sick illegal force was persistently raping, emptying, and robbing FOR

7211    MONEY PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND

7212    THE PUBLIC KNOWLEDGE each item relates to Harry Potter or whatever they were

7213    perceiving, creating huge placeholders inside Harry Potter from the nook of my private brain

7214    until the image of the new cycle of Adam and Eve became clearer to its members.

7215    the sick illegal force persisted in this filth banned crime – banned crime of secretly psychic and

7216    spirits' reading until today's date where the image of the new cycle of Adam and Eve became

7217    clearer for the secret assigned psychic readers and spirits' robbers - the less than animal creatures

7218    where animals are much higher than them. As the image of the new cycle of Adam and Eve

7219    became clearer every day, especially after Jesus bowed down to me starting 2004, after He asked

7220    me to write starting 2007, and after my formulas with the Creator, more sole unique items related

7221    to Harry Potter were stolen, tweaked, and created from the nook of my private brain.

7222    This banned crime kept going on while I was complaining to the USA authorities – White House

7223    since 2004. This banned crime kept going on after filing my federal case in April 2016, 16-cv-

7224    0101-H-WVG without stop and after my persistent complains to the White House, my previous

7225    employers, celebrities, and Media.

7226

7227    These huge placeholders inside Harry Potter were tweaked from the new cycle of Adam and Eve.

7228    Since the original image of the new cycle of Adam and Eve is mine, I know each item, phrase

7229    and symbol in these robbed huge placeholders and why they were created.

7230

7231    I can take the oath in the federal court to explain through writing.

7232

7233    The owner of Harry Potter, J.K Rowling was giving her traits of my private brain's

7234    impersonation and kept enhancing the owners' impersonations to mimic my brain until today's

7235    date as the sole unique items grew in my private brain.

7236    Deliberately, the sick illegal force was creating bad and good incidences and situations in the

7237    author's life to mimic my private brain.

7238

7239    This illegal force psychic read, through highly paid professional secret assigned unscrupulous

7240    spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

7241    cycle of Adam and Eve were very pretty, they decided to rape, empty, and rob all the harvests,

7242    efforts, talents, styles,and ways of one of my sole unique items' formulas inside the nook of my

7243    private brain in advance secretly to J.K Rowling while smashing me with shoes at my workplace

7244    meaning = causing extremely painful layoff in a very funny and trivial ways making the

7245    incidence happy. No one knew the real reason.

7246    The situation was imposed on me since 2001 loud and since 1997 with low volume.

7247

7248    In 1997, when I was in Jostens learning Corp, I did 2 things related to my career that impressed

7249    others at that time, since the sick illegal force was psychic reading me day and night, they

7250    promptly admitted themselves in the company through the company's human resource and

7251    created troubles by psychic reading me loud.

7252    Since this illegal force was spirit robbing - me starting in the eighties, in the nineties, the sick

7253    illegal force saw there was huge potential for me of big growing in my career inside Jostens

7254    Learning Corp or to do something very big in my own, they admitted themselves in a very funny

7255    way in my employer's building/ Jostens Learning Corp and smashed me with shoes in a very

7256    funny way = they psychic read me loud, befuddled and baffled me and driving me crazy and

7257    caused my painful layoff and they started harry Potter. I thought one of my coworkers caused

7258    trouble to me and I was very mad, I didn't know there was radio station in the building that was

7259    psychic reading me loud and I thought someone was using sound editing with permission of my

7260    manager. The intention was to steal, enjoy and rapture on account of my health, career, and

7261    personal life destruction my fortune of my career and the new cycle of Adam and Eve secretly.

7262    In 2004, the Creator bowed down to me and I started to help USA, later the economy raised in

7263    USA. Starting 2007, the Creator asked me to write and formulate with him to find all the

7264    robberies and J.K Rowling was given one sole unique items of the robberies!

7265

7266    the sick illegal force clogged and froze me so strangers raise on top of my shoulder. Harry Potter

7267    is 100% from my private brain but tweaked!the sick illegal force clogged and froze me so

7268    strangers raise on top of my shoulder. Harry Potter is 100% from my private brain but tweaked!

7269

7270    I kept complaining about the situation in Jostens Learning to my manager, Debbi Linder but

7271    Debbi Linder told me at the end in a very angry way because she didn't know what was going

7272    on, "this is how we are " and I complained to the vice president and I got painfully laid off.

7273    After I left Jostens Learning Corp, I was very relieved from the voices and I was so relaxed after

7274    that layoff because I was very stressed out from that imposed painful, harmful, intolerable,

7275    unacceptable and inappropriate situation – psychic reading me loud.

7276    After I left Jostens Learning Corp, this force followed me everywhere in only English speakers

7277    in the air and I prayed to forget because if I ever said to anyone, they would accuse me with

7278    craziness.

7279    Also, at that time, I saw the trailer of Harry Potter, I sensed it was from my brain.. the story was

7280    mine but I couldn't say to anyone because I had no proof, I prayed to forget because I saw my

7281    private brain the street – it was very uncomfortable, intolerable, unlivable situation that lead to

7282    craziness just like my reaction to the loud voices in 2001, I turned off all TVs and Radios.

7283    I called the administration of Jostens Learning Corp and my previous closed coworkers many

7284    times but I got no response.

7285

7286

7287    MASI:

7288    After the Jostens Learning Corp's layoff, someone called me to do a project for a singer who had

7289    interest in Venus and Mars, he gave me a CD with title - Venus and Mars - and asked me to

7290    listen that CD while designing that small project for the singer. This person was fraud and took

7291    the initial design of the project and left the CD for me. He was sent by the sick illegal force led

7292    by the radio station of Jeff Detrow & Jerry Cesak in San Diego, ca.

7293     the sick illegal force went above and beyond to trigger what I have simplified and explained in

7294    my emails to president bush and White House about Mars because I was speaking to the Creator

7295    and his crew, the sick illegal force wanted to trigger all of sole unique items of the new cycle. All

7296    of these sole unique items are parts of the Creator's installation inside me and we have to follow

7297    certain business rules to do.

7298

7299    Also, after the Jostens Learning Corp's layoff, the sick illegal force led by the radio station of

7300    Jeff Detrow & Jerry Cesak in San Diego plotted to give me an interview with MASI for more

7301    than 3 hours with 6-14 employee they were entering the conference room to listen to my

7302    answers.

7303    **The interview was prepared for me by the radio station Jeff Detrow & Jerry Cesak, it was**

7304    **for beginning – intermediate software engineer.**

7305    **The interviewer was asking me sarcastically putting the whole group down as if telling**

7306    **everyone in the room "Zinia knows thins and you don't! "l I was like teaching the whole**

7307    **group in what to do in this beginning -intermediate position.**

7308 **It was prepared to deplete all my strength to this particular project. I answered all the**

7309 **questions giving the business rules and Pseudocode code where a programmer would come**

7310 **and program it.**

7311 **I knew the answers because I took classes and had experience in different languages in**

7312 **what they asked me and none of MASI employees at that time was taking classes or had**

7313 **experience in different languages.**

7314 **At the end of the 3-4 hours of my interview, the team leader, David came entering the**

7315 **conference room with a startle and flinch trying to figure out what was going on as he was**

7316 **not in the company at the time of this weird interview.**

7317 **the radio station Jeff Detrow & Jerry Cesak wanted to garbage, scatter, spread, and**

7318 **shatter me everywhere while suffocating, freezing, and curbing so I keep interviewing and**

7319 **keep finding new jobs so I never do my items of the new cycle of Adam and Eve!**

7320

7321 The questions were prepared by the sick illegal force according to the project that I was

7322 interviewed for as the sick illegal force using assigned spirits' robbers, were monitoring my

7323 private brain day and night to rape, rob, empty FOR MONEY PURPOSE SECRETLY

7324 WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE, the

7325 nook of my private brain, enjoy and rapture on account of my health, career, and personal life

7326 destruction whatever potential important item they perceive with its inventions' harvests, efforts

7327 talents, styles, ways and they even robbed the skeleton of each item with its animation precisely

7328 for others so I never grow.

7329 Later after 2 years, I was hired by MASI in 5-10 minutes and I saw whatever I said in that

7330 interview in code inside a project. I didn't stay in MASI more than one month and left because of

7331   the nasty hurly burly voices of strangers speaking to me through phone speakers saying my

7332   brain, whatever I was typing, whatever I was doing at my cubical desk with raising quivering

7333   jealousy criticism against me loud to make me feel uncomfortable and I thought they had camera

7334   on me.

7335

7336   Read UPS:

7337   During my employment in UPS:

7338   The Arab voices were added since 2001 loud inside MASI and UPS.

7339   One of the iraqi people I recognized his voice, An iraqi male with coarsed voice said in the

7340   private air in Arabic inside UPS building at the end of 2001, "اشبيهم بيت عائلة زينيا مثل بول البعير الى

7341   ليش.....وراءؤؤ", "what is wrong with Zinia's family, they are like camel's pee moving

7342   backward… why!"

7343   the sick illegal force brought highly paid secret spirit's robbers to psychic rem me loud, rob me

7344   in advance and race with my brain.

7345   my coworker, database developer, Alex whispered to me about the imposed painful, harmful,

7346   intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

7347   Illegal Force's definition, and whatever was playing in the air with gesturing in his face and

7348   pointing a dental small mirror to his rear genital and said, "this is all about ass holes "

7349

7350   One of the the radio station of Jeff Detrow & Jerry Cesak members of the radio station was

7351   admitted in the UPS/Mail Box Etc, Jeff Detrow showed up in our software engineering meeting

7352   in 2002 but I couldn't recognize him immediately until 2004. He **came to one of the software**

7353   **developers' meeting and sat in front of me facing me while I was standing, I noticed he was**

7354    not one of our team's members, but I didn't know who he was, he had his computer facing

7355    him against me. when I looked at him to find out what he was doing, he started to quiver

7356    with hate, and I didn't know what he was doing.

7357    Some of the software developers' team's members were angry at me because they thought I was

7358    the one behind briniging this broadcaster/ the radio station of Jeff Detrow & Jerry Cesak in San

7359    Diego, Ca to UPS and to one of our software developers' meetings.

7360

7361    (Jerry Cesak whose origin is Jewish) was admitted the second time in **UPS/Mail Box Etc, in our**

7362    **software engineering department, he entered the building babbling within himself. As soon**

7363    **as he entered, few cowokers looked at me with anger as if I was the one behind admitting**

7364    **him. Jerry was saying things no one could understand except me.**

7365

7366    (Jerry Cesak whose origin is Jewish) was admitted the third time in **UPS/Mail Box Etc, parking**

7367    **lot. He parked very close to my car, sitting in the passener's seat, waiting for me to get out**

7368    **of the building, to see him innocently sitting in his car, reading the holly book, torrah.**

7369

7370    The sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak made my previous

7371    coworkers from Innovative enterprise solution speak to me politics and religions in the air before

7372    Jesus bowed down to me.

7373

7374    **the radio station of Jeff Detrow & Jerry Cesak kept following me to make the situation**

7375    **farce.**

7376

7377

7378    One of the hardware and network department engineers, Sam Tobia was saying in Arabic exactly

7379    what I was typing and thinking by going to the network room and he was indoctrinated to say

7380   what the sick illegal force using highly paid professional secret assigned unscrupulous spirits'

7381   robbers with unethical and no decency, was telling him to say through phone speaker. The name

7382   of the employee is Sam Tobia.

7383

7384

7385   At that time, I would never think about making connection between what the source inside this

7386   4.5 History of the sick illegal force authentic motive item 1 to 14:, please 4.5 History of the sick

7387   illegal force authentic motive item 1 to 14, did and what was happening at my workplaces

7388   because I couldn't believe they involved my bosses, managers, big celebrities, radio stations,

7389   president of USA in this crime. Things didn't make sense to my previous employers and

7390   employees because they didn't know this force was psychic reading me loud and they thought

7391   what was playing in the air was stupid, fool, crazy, and trivial. I didn't believe this illegal force

7392   used or harnessed voices to rape, empty, and rob the nook of my private brain secretly making

7393   busy with complains against the situation - the fraud and scam - that was imposed on me in

7394   specific.

7395

7396   One of the people from the upper management threw words on me with wrinkling his face asking

7397   me to ignore by saying "they are stupid… crazy people … they are saying garbage…"

7398

7399    In 2003, I and some of my previous coworkers were asked to go to a meeting inside one of the

7400    UPS' buildings, we had to pass the reception area, at that time I hadn't had any complain to my

7401    boss/Minda McAllister because of previous workplaces' bad experience, I was worried the UPS

7402    administration would lay me off for my complain and I always needed to work, also Minda

7403    McAllister was participating like it was fun thing to do in the air when she hadn't have any clue

7404    this illegal force was psychic reading me loud although she knew all of the voices were imposed

7405    on me. Anyway, when I and my previous coworkers passed the reception area, someone from the

7406    sick illegal force directed one of my previous coworkers to get something and asked me to stand

7407    by the door that goes to the other buildings, this coworker did it on purpose because he was told

7408    to do so, he was looking at me and smiling because he didn't know what was going on, he

7409    thought he was doing it for fun or as respect. While I was waiting by the door for my other

7410    coworker to come back, there was a lady that I hadn't seen before, I believe she was a customer,

7411    she was sitting in the reception area. this lady that I had never seen before, she sat straight,

7412    looked at me in the eye, after she got a sign from the receptionist as if she was looking for

7413    someone and the receptionist smiled and shook her head as if gesturing with "Yes, it is her".

7414    Then this lady closed her eye towards me and showed only her eyes' white parts and started to

7415    do something like psychic reading me or hypnotizing me. She was directed to stare at me in a

7416    very weird way, she was psychic reading me with blinking eyes eyes with only white and doing

7417    some stuffs I couldn't recognize.

7418    During that period, before 2004, the voices and noises were everywhere and very loud at my

7419    workplaces and at my neighbor. I was wondering why that lady would do this action to me. Even

7420    if she wanted to psychic read me, she would never do this for 3-5 minutes.

7421    For almost two months, after seeing that lady in the UPS reception area was psychic reading me

7422    with closed eyes but showing only white in it, I noticed three random events to cover the sick

7423    illegal force banned crime – banned crime of psychic reading me and spirits' robbing my private

7424    brain in advance to sell and do huge projects.

7425    First event, the sick illegal force was bringing American Iraqi people from my community

7426    chatting with me at night and sung for me. Second event, this illegal force taped all UPS

7427    employees' and my previous employers' employees' voices and noises and made me hear them

7428    at night in the private air. The third event which the real banned crime was, I noticed after

7429    sleeping at night, and before waking up and opening my eyes before sunrise, I was moving my

7430    lips as if I was speaking in my sleep answering questions to people from American iraqi and

7431    non-American iraqi communities, also, the sick illegal force had brought people to say whatever

7432    I was saying in my sleep loud in the private air loud.

7433    After period of time, Jesus bowed down to me forcing me to help the White House during Bush

7434    tenure with suggested solutions. I noticed when I was helping the White House, my eyes were

7435    hurting very bad.

7436

7437    Later, after my federal case in April 2016, 16-cv-0101-H-WVG, I found out he was quivering to

7438    trigger something in me so the assigned spirits' robbers, rob the item from the nook of my

7439    private brain.

7440

7441    Since 2004, I have been complaining to Minda McAllister when I was inside and outside UPS

7442    but I got no answer.

7443    Since 2001, Minda McAllister has been participating in this hurly-burly voices without

7444    understand this imposed an painful, harmful, intolerable, unacceptable and inappropriate

7445    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me by

7446    Illegal Force which was plotted to rape, rob, empty FOR MONEY PURPOSE SECRETLY

7447    WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE the

7448    nook of my brain with its inventions' harvests, talents, efforts, styles and ways in advance

7449    secretly through assigned psychic readers, hypnotists, and other types of witching no one

7450    understand. the sick illegal force, secretly, created intolerable and unacceptable environment and

7451    were acting deliberately against the law, infringing my civil rights.

7452    The UPS administrative staffs' excuses in admitting the sick illegal force, the voices and noises,

7453    have been playing everywhere.

7454    Regardless of where the voices and noises were playing, my response was/is this imposed

7455    painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2,

7456    and 4.3 for the Illegal Force's definition, was not supposed to be admitted inside the UPS'

7457    building specifically where I was sitting and asking previous coworkers to say whatever I was

7458    doing loud without knowing.

7459

7460    Since 2004 until now, after I left UPS, Minda McAllister voice kept playing by the sick illegal

7461    force in other workplaces and wherever I went. Tim Davis voice was playing in the air after

7462    2012.

7463    After filing my federal case in April 2016, 16-cv-0101-H-WVG, Minda McAllister and Tim

7464    Davis voices kept playing by the sick illegal force wherever I went.

7465

7466    UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

7467    my computer science degree into trash making me beg for work to keep my social security in

7468    order to derail me from writing the image of the New Cycle of Adam Eve.

7469

7470    UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

7471    my computer science degree into trash making me beg for work to keep my social security in

7472    order to derail me from writing the image = New Cycle of Adam Eve

7473     the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

7474    degree person are the same making me beg for social security! I never needed anyone to make

7475    my living, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and

7476    inappropriate situation - the secret scam and fraud situation that no one has had clues to its

7477    reasons, - in my career since 1997 for sake of robbing my future and steal the masterpieces of my

7478    image making tremendous wealth.

7479

7480    I have been asking the UPS, UPS/Minda McAllister, UPS/Tim Davis to file lawsuit and take

7481    civil actions against the sick illegal force that passed the law and security with me since 2001 but

7482    I got no response due to their cooperation with this Illegal Force.

7483

7484    the sick illegal force used assigned spirits' robbers, to psychic read my life and indoctrinating

7485    random coworkers to speak my private life and my brain mixed with garbage loud inside UPS

7486    and all companies after UPS including my last employer Willis Towers Watson forcing

7487    extremely clog and freeze to me so others raise on top of my shoulder by selling my private sole

7488    unique items secretly without my knowledge and permission. the sick illegal force used assigned

7489    spirits' robbers, for sake of robbing my private brain and sell to scientists, investors, big

7490    celebrities, Hollywood inside and outside USA, all on account of my health, career, and personal

7491    life destruction since 1997 with low volume and since 2001 loud causing hurly burly voices with

7492    intolerable and unacceptable environment that no one could stand while the spirit's robbers rob

7493    the nook of my private brain and sell!

7494    The imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer

7495    to 4.1,4.2, and 4.3 for the Illegal Force's definition, repeated itself in all companies after UPS

7496    including Solar Turbines and Willis Towers Watson making all the coworkers hear the big

7497    celebrities and all current and previous presidents of USA in 2016 and other countries. The

7498    voices in Willis Towers Watson were only around were I used to sit.

7499    Some other previous coworkers' eyes' vessels were exploding from anger because it was

7500    horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

7501    fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

7502    get rid of it but with harsh painful lay off.

7503    I have been screaming since 2001, deliberately, this illegal force created incorrect illness in my

7504    health record - hearing your fool voices - Schizophrenia illness! then a cyst was formed inside

7505    my body because of this situation in 2003, later random blood pressure was developed when I

7506    was terminated from Solar Turbine and hired in Willis Towers Watsos!

7507

7508

7509    Please read Solar Turbines Added to Solar Turbines:

7510

7511    the radio station of Jeff Detrow & Jerry Cesak followed me inside Solar Turbines parking lot in

7512    a car, opened the window, and showed me someone sitting in passenger seat, both looking at me

7513    impressed with shaking their faces from top to bottom. This person who was sitting in the

7514    passenger seat was scary with very long bear, a bear that had no end.

7515    Another time, the radio station of Jeff Detrow & Jerry Cesak showed in car gesturing to me and

7516    showing me that they are psychic reading me by doing something I don't do in public but only at

7517    home.

7518    the radio station of Jeff Detrow & Jerry Cesak were trying to be defiant in case I mention these

7519    incidences in the future, people will think I am crazy person and laugh.

7520

7521    During my employment in Solar Turbines, one of the members of the radio station of Jeff

7522    Detrow & Jerry Cesak in San Diego, Ca., either Jeff or Jerry followed me near the parking lot of

7523    Solar Turbines at 5am in the morning, opened his passenger's window to show me someone

7524    scary with very long bear as if he wanted to introduce me to him indirectly with shaking his face

7525    and the passenger's face up and down and gesturing in his hand towards the scary passenger. The

7526    passenger was wearing from the top something weird and scary related to what this radio station

7527  was involving me in during their psychic reading me and communicating with me to get me out

7528  of the new cycle of Adam and Eve.

7529

7530  Also, one of the members of the radio station of Jeff Detrow & Jerry Cesak in San Diego, Ca.,

7531  either Jeff or Jerry followed me near the parking lot of Solar Turbines in one of the intersection

7532  to show me something I do at home no one knows about just to give me a sign that He is being

7533  psychic reading me.

7534

7535

7536  Camp Pendleton:

7537   the radio station of Jeff Detrow & Jerry Cesak was allowed and admitted in Camp Pendleton

7538  during my employment there in 2010-20111 and said

7539  " Mazin Yonan!  ...... Zinia is ass hole!" the the radio station of Jeff Detrow & Jerry Cesak,

7540  since you were allowed to be inside Camp Pendleton secretive buildings where my coworkers

7541  had no clues what the voices were there for except me and I had to ignore because I was

7542  intensively formulating with the Creator since 2007 in the middle of the imposed painful,

7543  harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

7544  the Illegal Force's definition, and working in that camp spending 2 hours of drive from El Cajon

7545  to the Camp, you need to say the story loud in CNN! Criminals!!!

7546

7547  Some other previous coworkers' eyes' vessels were exploding from anger because it was

7548  horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

7549   fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

7550   get rid of it other with laying me off.

7551

7552

7553

7554    the sick illegal force is play the following voices in the private air and I am emailing the media

7555   explaining the situation :

7556

7557   Big Note: To President Trump, previous presidents of USA, and United States Secretary of

7558   Defense, Jim Mattis,

7559

7560   Laura Bush in the air: we get all information from the internet.

7561   Zinia replying: you got my items from my emails, using your power and connection, you and

7562   Clinton did closed door seminars without video to spread over youtube. In addition to my emails,

7563   the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak using highly paid

7564   professional secret assigned unscrupulous spirits' robbers with unethical and no decency, like

7565   The American-Iraqi, Majid Sabeah Mighael, the MinYook, raped, emptied, and robbed the items

7566   from the nook of my private brain and helped Clinton's family.

7567   The items that I am claiming, were not taken from the internet, but were taken from my private

7568   brain over years through highly paid professional secret assigned unscrupulous spirits' robbers

7569   with unethical and no decency, like  The American-Iraqi, Majid Sabeah Mighael and kept

7570   psychic reading to add more to the items in order to see the correct image.

7571    You have been harshly participating in this crime! You are supposed to use your power and

7572    connection to freeze the banned crime because the spirit robbers = MinYook's way, please refer

7573    to 4.2 Min-Nook = MinYook's Force definition, intentionally are racing with my brain and

7574    robbing my items while you are receiving my emails mimicking naïve people.

7575    The Creator installed the new cycle of Adam and Eve inside me through business rules and I

7576    started to work with Him based on His request starting 2007 but the highly paid professional

7577    secret assigned unscrupulous spirits' robbers with unethical and no decency, like  The American-

7578    Iraqi, Majid Sabeah Mighael were racing with me to give my items away through spirit robbing

7579    = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, from the nook

7580    of my private brain - MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force

7581    definition, while the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesakr were

7582    getting me out of my workplace causing me troubles with everyone with jokes and mocks. I

7583    worked in the items I mentioned because of the Creator's installation inside me.

7584

7585    You need to freeze this crime! Your unresponsive actions mean you want my items to be in

7586    streets and market in Minyoook's way – raping, emptying, and robbing the items from the nook

7587    of my private brain using spirit robbing = MinYook's way, please refer to 4.2 Min-Nook =

7588    MinYook's Force definition, secretly without my knowledge and permission!

7589

7590    Please read item 8-11.

7591

7592    In Solar Turbines, when I left the company in a painful layoff, the human resource staff told me

7593    with gesture in her hand "Are you the only one who has solutions" while the voices were playing

7594   in the building but my manager Chris Deweese told me "Zinia I want to hire you but volt doesn't

7595   allow us to hire you!" then he looked in the air with gesture in his hand referring to the voices in

7596   the air "what is this!"

7597   I never praised myself in front anyone in Solar Turbines. the human resource staff was

7598   indoctrinated by the sick illegal force to say it to me.

7599

7600   Sempra and SDGE would never have solutions without me!

7601   I don't see The American-Iraqi, Majid Sabeah Mighael a lot and I only see him in certain

7602   occasions randomly and if I ever saw him, we would never say hi to each other. Starting 1997,

7603   the American-Iraqi, Majid Sabeah Mighael became friendly to me and my family and I was

7604   extremely surprised from the first moment.

7605

7606   The American-Iraqi, Majid Sabeah Mighael is criminal and probably his cousin/Wanda Abdel

7607   will defend him! Using spirit robbing -, the American-Iraqi, Majid Sabeah Mighael robbed me

7608   since the eighties and kept robbing to see and psychic read better until today's date.

7609   He has been acting like he is helping after I put his name in my emails here in Aug. 2018. I

7610   found out The American-Iraqi, Majid Sabeah Mighael was robbing me in 2017. The American-

7611   Iraqi, Majid Sabeah Mighael became millionaire after robbing items from my private brain,

7612   tweaked them, and sold to others using the sick illegal force led by the radio station of Jeff

7613   Detrow & Jerry Cesak, and he robbed one of the items to himself. The American-Iraqi, Majid

7614   Sabeah Mighael robbed items from my private brain related and not related to the new cycle of

7615   Adam and eve like https://www.acornstairlifts.com/.

7616   Salah, Rafi, Mario, and Mazin's wife pointed the radio station of Jeff Detrow & Jerry Cesak on

7617   me. the radio station of Jeff Detrow & Jerry Cesak with using power and connection inside my

7618   previous workplaces, they controlled my employment to deviate me from writing the image

7619   while they others were doing the robberies from my private brain.

7620

7621   I don't accept this punishment! I had to sum all these emails to explain myself because no one

7622   knew what this illegal force did to me. I don't accept this sarcastic punishment! I want this

7623   banned crime in jail! This punishment was plotted carefully and secretly

7624   based on malice, jealousy, grudge, and hatred and Jesus bowed down to me to formulate and

7625   expose the banned crime loud in the media.

7626   Starting 2007, I had schedule with the Creator, but the sick illegal force robbed the schedule in

7627   advance using highly paid professional secret assigned unscrupulous spirits' robbers with

7628   unethical and no decency, like  The American-Iraqi, Majid Sabeah Mighael and tweaked it. I was

7629   supposed to spend my time formulating the new cycle and not wasting my time formulating to

7630   find out the robberies from my private brain.

7631

7632   The current and previous presidents of USA were supposed to speak to me and should never

7633   watch this crime. The previous presidents took my emails, used power and connection and did

7634   private seminars while I was screaming, you were supposed to speak to me.

7635   Laura Bush: we were not supposed to do seminars after the emails you sent!

7636   Zinia: what you are doing is banned crime with malice, jealousy, grudge, and hatred! No, you

7637   were supposed to speak to me first!

7638

7639   In Aug 2018, the American-Iraqi, Majid Sabeah Mighael is confessing in the private air because

7640   I found out he was one of my spirit's robbers through my formulas with the Creator.

7641

7642   The imposed painful, harmful, intolerable, unacceptable and inappropriate situation by the sick

7643   illegal force is still on. the sick illegal force is forcing my previous coworkers and mangers to

7644   speak to me in the private air. Jostens Learning/ Deb Linder, UPS/Minda McAllister and Tim

7645   Davis, Willis Towers Watson/ mark tomonaga, christina rensfield, jessie hillebrand, shirley

7646   huston, Marc..., and Chris from the training

7647    are participating making the situation sounds very normal and funny. The American-Iraqi, Majid

7648   Sabeah Mighael has been joking since I found out he was part of the crime.

7649   The American-Iraqi, Majid Sabeah Mighael is telling me in the air "they found out I, Majid can

7650   burn you- Zinia"

7651   My reply: Oh, you and the sick illegal force led by the radio station of Jeff Detrow & Jerry

7652   Cesak, didn't burn and iron my heart on my private brain yet! So who had burned my private

7653   brain to Japan, United Kingdom, and south America since the nineties? who had burned my

7654   private brain to Las Vegas in the eighties?

7655   who has been burning my private brain to Russia, Canada, and inside USA starting 2007? I am

7656   referring to items I never mentioned to anyone! Who burned my private brain to do that chair -

7657   https://www.acornstairlifts.com/

7658

7659

7660    The Creator made me formulate to find out the robberies. without my emails you would not

7661    know this illegal force was secretly spirit robbing = MinYook's way, please refer to 4.2 Min-

7662    Nook = MinYook's Force definition, me.

7663

7664    In the nineties, after the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak

7665    using highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

7666    no decency, like  The American-Iraqi, Majid Sabeah Mighael robbed my inventions and

7667    formulas from the nook of my private brain, they tweaked three items from my private brain, and

7668    gave one item to United Kingdom/J.K Rowling:Harry Potter, one item Japan/Can't say only in

7669    court, and one item to south America/Can't say only in court. The members of the sick illegal

7670    force used same schema in each plot which was tweaking/ not tweaking the sub items of each

7671    item, then added despise and malice as farce to one of the sub items.

7672    Without psychic reading and spirit robbing - my private brain since the eighties and nineties, the

7673    items that went to United Kingdom, Japan, and South America would be mine – would be

7674    American after the Creator's schedule with me starting 2007. the sick illegal force didn't care if

7675    the buyer was inside or outside USA because they sold inside USA too.

7676    In 2003-2004, the sick illegal force led by Jef and Jer, using highly paid professional secret

7677    assigned unscrupulous spirits' robbers with unethical and no decency, like  The American-Iraqi,

7678    Majid Sabeah Mighael, were harnessing my spirit after robbing it and asked strangers to say my

7679    brain loud. For this reason, Jesus bowed down to me to force a situation and obligate me to email

7680    the White House in the middle of my screams against what this illegal force was doing to me at

7681    my workplace. I emailed the White House, things don't happen overnight, later the economy

7682    went up. The White House's unresponsive actions encouraged and gave the whole freedom to

7683   the sick illegal force led by Jef and Jer, using highly paid professional secret assigned

7684   unscrupulous spirits' robbers with unethical and no decency, like  The American-Iraqi, Majid

7685   Sabeah Mighael, to expedite the race with my brain and to sell more items from my private

7686   brain.

7687

7688   Since 2006 the sick illegal force brought Mazin Yonan to speak to me. After 2008, illegal force

7689   brought Mazin Yonan to speak to me while strangers using highly paid professional secret

7690   assigned unscrupulous spirits' robbers with unethical and no decency, like  The American-Iraqi,

7691   Majid Sabeah Mighael were speaking in the air what I was inventing and writing privately in my

7692   brain and Mazin was saying "they are helping you ... they are helping you .... You can't do it

7693   yourself .... My wife says they are helping you.... do you ever do these things.... Do we do

7694   these things ..... they do these things ..... this is why we are speaking to you .... They are

7695   helping you."

7696   Oh! They – the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak were

7697   helping me just like Salah, Rafi, and Mario or whoever helped your wife in the eighties through

7698   spirit robbing = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition,

7699   and hypnotizing! They saw I have bright future and acted naïve by going to the radio station to

7700   steal my private brain secretly and assigned J.K Rowling on it to burn and iron my heart on my

7701   item. After 2008, they decided to rob more and asked you to speak to me in the air to get busy

7702   with why you were speaking to me in the air while the spirits robbers race with my private brain

7703   and throw all my items in the market.

7704   in the middle of this crime, I was screaming at my family because of this banned crime I sensed

7705   they were psychic reading my inventions and formulas and selling them and I saw the robberies

7706  from my private brain 2012 in the market. The highly paid professional secret assigned

7707  unscrupulous spirits' robbers with unethical and no decency, like The American-Iraqi, Majid

7708  Sabeah Mighael were racing with my private brain while I knew but I couldn't do anything other

7709  than screaming at my family.

7710  I didn't know the sick illegal force was actually or really robbing me so I never cared when you

7711  Mazin was speaking to me in the air. But in 2012, I started to scream at UPS and the White

7712  House then after April 2016, 16-cv-0101-H-WVG, I saw the real robberies from my private brain

7713  and I started to scream in the federal court, media, White House, and some selected previous

7714  workplaces. It is OK for the sick illegal force and the enjoy and rapture in my items on account

7715  of my health, career, and personal destruction and my parents' destruction!

7716

7717  After April 2016, 16-cv-0101-H-WVG, I kept formulating while the spirits' robbers like The

7718  American-Iraqi, Majid Sabeah Mighael sped up the race with me to give the items from my

7719  private brain to the sick illegal force.

7720

7721  In 2017, when I found out The American-Iraqi, Majid Sabeah Mighael was one of the spirit's

7722  robbers, I emailed all of you and stated and iraqi person was one of the spirits' robbers - the less

7723  than animal creatures where animals are much higher than them. In my private emails to

7724  Summer, Wanda and other friends and relatives, I stayed almost one year cursing and cussing

7725  The American-Iraqi, Majid Sabeah Mighael's family without saying his name because I was

7726  worried about my items to be known.

7727  In Aug. 2018, I was screaming more and more in my public emails because I found out I was

7728  correct about The American-Iraqi, Majid Sabeah Mighael as I saw my powerful items that I

7729    formulated and wrote in 2007 mixed with what I have formulated with the Creator after filing my

7730    federal case in April 2016, 16-cv-0101-H-WVG in the market. Please read Majid part. 3 items

7731    were robbed from my private brain to Russia, Canada,and here in USA. With full confidence,

7732    courage and guts, the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak

7733    made connection between me the owner of the project that was stolen from my private brain and

7734    sold inside USA as I was watching the youtube/owner and trainers speaking about the project

7735    while the item was selling in Amazon for $30 and for $100 – read Majid part- they have been

7736    selling items that were very new and creative no one had before. In 2014, one of the strangers

7737    who spoke to me in Arabic in the private air was discouraging me from continuing the image and

7738    asking me to find another job because the sick illegal force was controlling my items of the new

7739    cycle and no matter whatever I do, I would never reach this power and connection because they

7740    want to do the items. I was this banned crime – nightmare literally when the sick illegal force led

7741    by the radio station of Jeff Detrow & Jerry Cesak made the connection between me the

7742    youtube/owner and trainers of one of the projects to one of my items.

7743    Also, the American-Iraqi, Majid Sabeah Mighael was selling my items to Saudi Arabia and

7744    Israel.

7745

7746    The Creator asked me to help USA starting 2004, and asked to formulate with Him based on

7747    business rules He inserted in me to find out the main characters that will be in the new cycle of

7748    Adam and Eve. My formulas to the main characters – persons and groups are very powerful and

7749    can't be tweaked and sold. the sick illegal force has been selling the formulas after tweaks/no

7750    tweaks to iron and burn my heart on my spirit while I am screaming at the authorities like the

7751    White House but no response.

7752

7753    You need to freeze the crime. Please freeze the banned crime and call me. The American-Iraqi,

7754    Majid Sabeah Mighael is criminal! Please read Majid Part here and below at the end. He was/is

7755    racing with my private brain! You are not contacting me on purpose! You are destroying me.

7756    why did you allow this illegal force to punish me for no reason! They were robbing my private

7757    brain in advance and enjoying and rapturing in it on account of burning and ironing my heart on

7758    my own items from my private brain. It is like you did it on purpose to throw my items in the

7759    streets – media.

7760    Salah, Rafi, Mario, and Mazin's wife had pointed the radio station one me because they had

7761    psychic read me and spiri's robbed me and knew my future. In the eighties, Salah was throwing

7762    words on me about some items from the new cycle but I never asked and ignored, also he

7763    indoctrinated some friends to do the same thing but I ignored because I didn't know what they

7764    meant. So, Instead of arguing and getting angry, I ignored!

7765

7766    You are insulting me! you know very well this illegal force robbed my spirit and enjoying it and

7767    rapturing in it from the items they robbed, tweaked and not tweaked and sold.

7768

7769    It is OK for employees in my age and B.S. degree in my field to stay in one company and get out

7770    as millionaire but not OK to me because the sick illegal force led by the radio station of Jeff

7771    Detrow & Jerry Cesak using the highly paid professional secret assigned unscrupulous spirits'

7772    robbers with unethical and no decency, like  The American-Iraqi, Majid Sabeah Mighael were

7773    pointed on me to get me out of my workplace with the help of power and connection, to race

7774    with my private brain to derail me from the new cycle of Adam and Eve on account of my

7775   health, career and personal destruction while you as current and previous presidents distanced

7776   yourselves.

7777

7778   The Creator installed inside me the business rules and I formulated and understood all the items.

7779   I formulated to find the persons and groups inside the new cycle of Adam and Eve. In addition to

7780   the tons of robberies from the nook of my private brain that were sold all over the world since

7781   the eighties by the sick illegal force, illegal force led by the radio station of Jeff Detrow & Jerry

7782   Cesak using the highly paid professional secret assigned unscrupulous spirits' robbers with

7783   unethical and no decency, like  The American-Iraqi, Majid Sabeah Mighael emptied my private

7784   brain to the selected persons and groups that I formulated to find them in the new cycle and

7785   passed me.

7786   Freeze the crime! the sick illegal force were selling each item after tweak/not tweak, added farce

7787   in it as despise and malice to the respectful content secretly. I need to say all the items and all the

7788   persons and groups that I formulated to find them in the new cycle of Adam and Eve.

7789

7790   You must help! You are not freezing the crime! I could formulate with the Creator and see all the

7791   robberies if you have/haven't opened the case! your unresponsive actions led to more robberies.

7792   I don't accept someone else other than me enjoy and rapture in my private brain before me. they

7793   have been doing this to me since 1997 with low volume and since 2001 with high volume and

7794   you as White House, police, FBI, ad military are not saying one word to them to stop the their

7795   banned crime because you wanted everything in streets so you tell me we already have these

7796   items. I have proof for everything I am saying. Without the sick illegal force and you would see

7797   me working on my items and giving them away to the right people and groups I saw in the

7798    business rules the creator inserted in me. the sick illegal force passed me, sold to others and you

7799    are not saying one word. It is very inappropriate and stupid to claim items like the items I

7800    mentioned and others that I can't mention.

7801

7802    Note 1: The American-Iraqi, Majid Sabeah Mighael, I am cursing your children to death! God

7803    burn your heart into ashes on your children. God burn your children to death for robbing me in

7804    this way. Amen! You better stop the robberies! You are being nice in the private air because you

7805    knew I found out you are in the crime.

7806

7807    Note 2: the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak using the

7808    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

7809    decency, like  The American-Iraqi, Majid Sabeah Mighael has been emptying my private brain

7810    and sold to Japan to do something big in 1997, made me a farce, despised and mocked at me

7811    secretly in the nineties because they didn't know I was going to formulate with the Creator and

7812    reveals the robberies from my private brain, then the item was sold to USA. In this item, they

7813    sold to Japan, they mocked at me and despised me on purpose inside this item because they were

7814    quivering from jealousy, envy, grudge and malice – they didn't know Jesus would bow down to

7815    me then asked me to formulate with him to find out their despise and mocking.

7816    They robbed something very respectful and changed to farce as despise to the subject. They

7817    couldn't see the seed before. this is why they kept going after me and psychic read me. less than

7818    animals.

7819

7820    Note 3: Minda doesn't receive my emails and she has speaking to me in the air inside and outside

7821    UPS while the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak using the

7822    highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

7823    decency, like  The American-Iraqi, Majid Sabeah Mighael has been emptying my private brain!

7824    the psychiatrists with that I was forced to see, had notebooks, were asking me about what the

7825    voices were saying so they would give them to the sick illegal force.

7826    The Creator had schedule with me in the third millennium. Specifically, he started with me in

7827    2007. But the robberies of the sick illegal force led by the radio station of Jeff Detrow & Jerry

7828    Cesak using the highly paid professional secret assigned unscrupulous spirits' robbers with

7829    unethical and no decency, like  The American-Iraqi, Majid Sabeah Mighael, forced Jesus to bow

7830    down to me in 2004 to help USA. the sick illegal force was secretly robbing my brain and

7831    selling. In 2007, Jesus told me the sick illegal force has been robbing same as Mazin Yonan's

7832    wife way - less than animal way.

7833    I was supposed to formulate to do the new cycle of Adam and Eve. the sick illegal force was

7834    interrupting my formulas of new cycle of Adam and Eve by forcing obstacles at my workplace

7835    and wasting my time. the sick illegal force admitted themselves in a very funny way in my

7836    employer's building, and smashed me with shoes in a very funny way = they psychic read me

7837    loud, befuddled and baffled me and drove me crazy and caused my painful layoff so I never

7838    formulate and find out their robberies from my private brain. the sick illegal force wasted my

7839    time in formulating to find out the robberies instead of formulating the new cycle of Adam and

7840    Eve- I mean I could formulate more and more without the interruption and wasting my time.

7841

7842    Note 4:

7843    Hypnotizing was used in this section. I was embarrassed to say it loud because I didn't know if it

7844    was magic or imagination. All I knew my eyes were hurting at sleep and wake up. First time, in

7845    the eighties, Jesus showed up to obey Him and second time, in 2004, Jesus bowed down to me to

7846    obey Him. In 2007, Jesus told me this illegal force has been robbing you same as Mazin Yonan's

7847    wife way - less than animal way. Let's assume hypnotizing was imagination when I am sure

7848    hypnotizing was used and I named it magic because I didn't know, why my eyes were hurting at

7849    sleep and wake up? Let's forget about hypnotizing! the spirits' robbing is 100% true, the sick

7850    illegal force was following me through to impersonate me in many people like Mazin Yonan's

7851    wife, J,K Rowling, Elon Musk and others! Why the highly paid professional secret assigned

7852    unscrupulous spirits' robbers with unethical and no decency, like  The American-Iraqi, Majid

7853    Sabeah Mighael, the MinYook, the secret spirit robber has been racing with me since the eighties

7854    to rob my private items?

7855

7856    After 2007, I saw my items that I never said before to anyone in the market. In 2017, I found out

7857    through formula, one of the highly paid professional secret assigned unscrupulous spirits'

7858    robbers with unethical and no decency, was The American-Iraqi, Majid Sabeah Mighael. I found

7859    out Majid robbed me from Majid's business. He was racing with my private brain to get my

7860    items and give away to the sick illegal force led by the radio station of Jeff Detrow & Jerry

7861    Cesak to expedite and facilitate the robberies all over USA and outside USA. Around 2016, I

7862    saw my items were given to Iraqi people to do. the sick illegal force wanted to burn my heart on

7863    my items.

7864

7865   Note 5: A lot of people do spirits' reading and psychic reading, but they can't steal the

7866   businesses from the nook of the private brain unless there is power, connection, and money. the

7867   sick illegal force involved respectful companies and parts of governments like military and my

7868   previous companies in this banned crime by infiltrated themselves in the human resources

7869   departments because the members of the sick illegal force has been well-known as clean-cut

7870   people, no one believe what the sick illegal force did to me unless I explain the details. This is

7871   considered a BANNED ROBBERIES because secret humiliated, ostracized and despised way no

7872   one uses was practiced in it - spirit robbing = MinYook's way, please refer to 4.2 Min-Nook =

7873   MinYook's Force definition, way and others.

7874

7875   Mazin's wife, Mario, Salah, and Rafi knew about my precious items, pointed the the radio

7876   station of Jeff Detrow & Jerry Cesak on me to spirit rob in less than animal way = MinYook's

7877   way, please refer to 4.2 Min-Nook = MinYook's Force definition, me through The American-

7878   Iraqi, Majid Sabeah Mighael whom in turn raced with my brain and gave away my powerful

7879   projects. the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak were psychic

7880   and spirit rob me day and night 24/day, through many brought subject-matter expert (SME) in

7881   many fields, told them what they have psychic read loud and sold them the items. the sick illegal

7882   force bribed Majid for what he secretly spirit's robbed from me, plus, they gave Majid the

7883   business that was psychic read by Majid because he could do it.

7884

7885   I know you are all speak to me in the air but the sick illegal force has been persistently robbing

7886   me and I had to formulate to find out the robberies. I know there are more robberies.

7887

7888    Mazin Yonan: they did this to you because you don't love me

7889    Zinia: off course I don't love you and you don't love me! George Mighael was trying to match us

7890    to find out whether we can make good couple or not. In the initial engagement, your wife was

7891    sent to me and kept following me during the one-month engagemt. the sick illegal force planned

7892    this banned crime on me to rob me since the eighties.

7893    I didn't love you and you too didn't love me!

7894

7895    read this part really well.

7896    the sick illegal force brought you to tell me in the private air they are helping me because they

7897    were raping, rob, emptying my brain through the same way your wife robbed me. whoever was

7898    asking you to speak to me in the air, they were stealing me through spirit robbing = MinYook's

7899    way, please refer to 4.2 Min-Nook = MinYook's Force definition, acting accordingly, and selling

7900    my items same as your wife.

7901

7902

7903

7904    President Clinton: Do you see what they did to this?

7905    Zinia :

7906    I have sent a lot of emails from my AOL account to president Bush starting 2004. When I didn't

7907    get any response, I emailed Hillary Clinton, or I involved her in the yahoo emails. the sick illegal

7908    force led by the radio station of Jeff Detrow & Jerry Cesak using the highly paid professional

7909    secret assigned unscrupulous spirits' robbers with unethical and no decency, like The American-

7910    Iraqi, Majid Sabeah Mighael emptied in detail and in depth my items from the nook of my

7911    private brain that are related to my emails to president Bush and gave to Hillary Clinton. I was

7912    surprised with the details that was given to Hillary Clinton from my private brain.

7913

7914    lately since 2014 this illegal force led by the radio station of Jeff Detrow & Jerry Cesak, using

7915    the spirit robbers = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force

7916    definition, like  Majid to race with my brain and to give as much as could my items from my

7917    private brain to Canada, Russia, and inside USA to burn my heart into ashes. They mixed my

7918    personal life and my items that are part of the new cycle of Adam and Eve and tweaked/not

7919    tweaked to create new projects. Read Majid's part! If I didn't formulate with the Creator, I

7920    wouldn't know these projects were robbed from my brain

7921    .

7922    When J.K. Rowling started Harry Potter, she was living on the government! the sick illegal force

7923    reversed my life to make me live on government by psychic reading through highly paid

7924    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, my

7925    future. When they saw parts of the image of the new cycle of Adam and Eve were very pretty,

7926    they decided to rape, empty, and rob all the harvests, efforts, talents, styles,and ways of one of

7927    my sole unique items' formulas inside the nook of my private brain in advance secretly to J.K

7928    Rowling while smashing me with shoes at my workplace meaning = causing extremely painful

7929    layoff in a very funny and trivial ways making the incidence happy on account of my health,

7930    career, and personal destruction. They plotted deliberately and secretly to impose J.K. Rowling

7931    life before Harry Potter on me while she gets my sole unique items – they gave her my brain and

7932    they reversed my life to live on government.

7933    Jesus bowed down to me in 2004, then he told me the sick illegal force has been robbing you like

7934    Mazin Yonan's wife in 2007. Mazin Yonan's wife knew exactly what she did with direction of

7935    spirt robbers. the sick illegal force actions with me, with Zinia Boutros were secretive criminal

7936    actions using highly paid assigned secret spirit robbers = MinYook's way, please refer to 4.2

7937    Min-Nook = MinYook's Force definition, where there is no forgiveness in the middle. The

7938    Creator inserted the holy spirit in me to BAN YOU, Mazin Yonan's WIFE from visiting and

7939    doing me while standing aside mimicking innocent person. This is crime! You have been psychic

7940    reading me since your marriage to impersonate me!

7941    Allowing someone like you, Mazin Yonan's WIFE to visit me means ordering the presidents of

7942    USA to take off their pants permitting the military to use the presidents' asses from behind! Jesus

7943    was not a donkey when he told me they are robbing you same as Mazin Yonan's wife way - less

7944    than animal way.

7945    The Arab voices were added since 2001 loud inside MASI and UPS.

7946    One of the iraqi people I recognized his voice, An iraqi male with coarsed voice said in the

7947    private air in Arabic inside UPS building at the end of 2001, "اشبيهم بيت عائلة زينيا مثل بول البعير الى

7948    وراء ..... ليش", "what is wrong with Zinia's family, they are like camel's pee moving backward…

7949    why!"

7950    the sick illegal force brought highly paid secret spirit's robbers to psychic rem me loud, rob me

7951    in advance and race with my brain.

7952

7953    Willis Towers Watson:

7954    Before I left Willis Towers Watson, the receptionist brought 2 coworkers, I don't know, from

7955    other floor in the building to pass by my cubical desk and shake their heads with giving the

7956    gesture of impressed!

7957    Before my layoff in one month, I gave my employer's phone to mortgage company for

7958    employment verification. A mortgage company called the human resources to verify my

7959    employment and the staff member told the mortgage I wasn't an employee there. When I called

7960    the human resource to find out the reason. The human resources staff member put me on hold, I

7961    heard whispering on the phone "Hush! She is still here.. Hss", then another staff came, asked me

7962    to let the mortgage company call again to verify employment by asking to speak to her.

7963    When I left Willis Towers Watson, human resources staff member spoke to me in the phone

7964    while I was complaining about the voices in front Christina Rensfield, and the staff

7965    recommended to me to call a HELP number and get disability denying the voices inside the

7966    building. When I spoke to Christina Rensfield after I sent a letter to her and Mark Y.

7967    Tomonaga/Developer Team Lead, Christina told me you wrote the truth – you said it all in your

7968    email to me and Mark.

7969

7970

7971    To President Trump: I found Majid's participation in this banned crime through formulas with

7972    the Creator I did in 2007 but I found out his robbery in 2017. He has been burning my heart into

7973    ashes by giving away items stored inside me for the new cycle of Adan and Eve after

7974    tweaking/not tweaking to the sick illegal force led by the radio station of Jeff Detrow & Jerry

7975    Cesak to open big projects. the radio station of Jeff Detrow & Jerry Cesak was connecting me to

7976    the owner and the trainers of one of the projects through spirit robbing - and I started cursing and

7977    cussing the owner and trainers last week. Please read Majid Part below at the end. He robbed a

7978    very powerful item to get me out of the subject. Mazin's wife, Mario, Salah, and Rafi knew

7979    about my precious items and went to the radio station to spirit rob in less than animal way =

7980    MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, me and steal me

7981    and brought Majid to race with my brain and give away my powerful projects. Without the

7982    Creator, I would never know all of the robberies. I formulated the items based on business rules

7983    installed in me. lately, since 201402018, the sick illegal force led by the radio station of Jeff

7984    Detrow & Jerry Cesak using Majid has been giving my items inside and outside USA.

7985

7986

7987    Note 6: To Mazin

7988    Mazin Yonan's mother: they did this to you because you didn't respect us!

7989    Zinia: I don't respect Mazin! Someone needs to read this and explain to you. let's assume I don't

7990    respect Mazin, they bring illegal force led by the radio station of Jeff Detrow & Jerry Cesak

7991    using the highly paid professional secret assigned unscrupulous spirits' robbers with unethical

7992    and no decency, like  The American-Iraqi, Majid Sabeah Mighael to rape, empty, and rob the

7993    nook of my private brain and sell on the account of my destruction and my family's destruction.

7994    This force forced me out of work and clogged my life to listen to Mazin while the spirit robbers

7995    = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, were emptying

7996    my private brain to others to make huge money.

7997    My mother doesn't anything about this filth crime!

7998    Mazin Yonan's mother: thank you for your beautiful gift

7999    Zinia: I never gave any gift. I did what I thought it was correct, I didn't know there was plot

8000    against me to rob me. I have nothing to do with this filth! They plotted against me to rob from

8001    me the new cycle of Adam and Eve since the eighties!

8002

8003    Mazin Yonan's mother: why did you all follow her- Zinia?

8004    Zinia: Money= the items in my private brain after tweaking! This force bought Mazin since 2006

8005    to speak to me in the air, while the sick illegal force led by the radio station of Jeff Detrow &

8006    Jerry Cesak using the highly paid professional secret assigned unscrupulous spirits' robbers with

8007    unethical and no decency, like  The American-Iraqi, Majid Sabeah Mighael has been emptying

8008    my private brain and selling on account of my health, career, and personal destruction and my

8009    family's destruction. They did this to throw my fortune in the street with the help of Mazin since

8010    2006.

8011    By the way, I know why Mazin's father didn't want to stay alone in hospital and wanted you to

8012    be with him all the time, he was not worried from death, he was scared from something bigger

8013    than death and that was why he wanted you to be with him all the time in the hospital.

8014

8015    To Mazin:

8016

8017    Mazin the private air: if I really get in this and argue face to face with Zinia, I fight! If you speak

8018    about my wife, I would rip off your mouth.

8019    Zinia:

8020    Mazin has been speaking to me in the private air in very bad attitude and tone with cussing and

8021    cursing having full freedom since 2008. Very spiteful as if I did wrong to you.

8022    ابو حلق الجايف سفيه زوج العرمة السفيهة محد يسوي الشيء الي سوته مرتك

8023    Filthy mouth, husband of impertinent and insolent person. No one does what your wife did!

8024    your mouth became filthy because of your wife, I have nothing to do with the subject! Your wife

8025    is biggest liar! She has been directed by the sick illegal force to rob my items and impersonate

8026    me since the eighties, she raped, robbed, and emptied the nook of my private brain secretly

8027    through spirits' robbers. She did spirit robbing, psychic reading and hypnotizing with me and

8028    acting accordingly secretly. God doesn't accept this banned crime and He told me the illegal

8029    force has been robbing me same way s your wife in animations in 2007.

8030   She planned with Salah, Mario, Rafi, and radio station/ the radio station of Jeff Detrow & Jerry

8031   Cesak secretly and quietly without my knowledge. Jesus warned me in 2007, the sick illegal

8032   force is robbing me same way as your wife.

8033   The illegal force has been raping, robbing, and empying my items to everyone on golden plate

8034   through assigned highly paid secret spirits' robbers same way as Mazin Yonan's wife while they

8035   created coup in my home by destroying my health, career, and personal life. The illegal force

8036   started coup in my family by destroying my career with low volume in the nineties when they

8037   saw I could do the image of the new cycle and they quivered from jealousy. I am the creator of

8038   the new cycle of Adam and Eve, the new Al-Lat, and Al-Uzza, the new Lilith. The illegal force

8039   destroyed me and gave away my items to NASA.

8040

8041   Femal dogs are accepted but Psychic reading, Spirit robbing and hypnotizing secretly without

8042   permission and knowledge of me or any person are not accepted! Yor wife did Psychic reading,

8043   Spirit robbing and hypnotizing secretly without my permission and knowledge to impersonate

8044   me. She was directed by the sick illegal force to impersonate me since the eighites. This action is

8045   banned by any person in this world! No one accept this crime.

8046

8047   tell you wife,

8048   This illegal force has been robbing me same way as Mazin Yonan's wife [stigma of all women in

8049   their twenties during the eighties, only less than animal creatures do hypnotizing and spirit

8050   robbing, and act accordingly to get millionaires and impersonate Zinia Boutros' life. I thought

8051   your action was alone and not with the stigma of Mario, Salah, Rafi and Radio Station. prostitute

8052   and female dogs don't do this banned job. This job is banned by the Creator and human beings, it

8053   was too much for the illegal force and Mazin's wife to see me respect her situation, the force

8054   plotted to rape, empty, and rob the nook of my private brain since the eighties while Mazin's

8055   wife stood aside mimicking the innocent people, no one accept this banned crime unless you are

8056   less than animal because animals are much higher than this level. I didn't know the illegal force

8057   was emptying me same way as Mazin's wife! the Jesus alerted me in 2007 and He bowed down

8058   to me in 2004 to help USA because the imposed painful, harmful, intolerable, unacceptable and

8059   inappropriate situation was fraud and scam] since the eighties secretly. The illegal force hired

8060   very highly paid secret spirits' robbers since the eighties to monitor my private brain and raped,

8061   empties and robbed every second 24/7.

8062   Liar very ill person! God poison you to death in your private bed, Amen. God burn and iron your

8063   children's heart and your heart for what you robbed from me in this secret way. Amen!

8064   This is very ugle and spiteful! You and this illegal force led by the radio station of Jeff Detrow &

8065   Jerry Cesak must go to jail filled with psychiatrists, YOU SPIRITS' ROBBER.

8066   You need a psychiatrist for psychic reading and spirit robbing me and using hypnotizing secretly

8067   to get Mazin in any price because he was only millionaire and following me secretly after your

8068   marriage to impersonate me secretly on account of my health, career, and personal life

8069   destruction mimicking innocent person! You would never do this type of action [Plan with the

8070   radio station psychic reading, spirit robbing and hypnotizing me then impersonate me and acting

8071   accordingly, you kept following secretly through radio station, so I never get bigger and do my

8072   items, criminal!] if Mazin was someone like you and not millionaire.

8073

8074   Your wife was humiliated, despised, and ostracized by you before marrying you by YOU, she

8075   begged me and kept following me to beg me for sake of getting you and kneeled to George

8076    Meghael to marry you! the sick illegal force was directed to follow me since the eighties and

8077    found out I had beautiful image of the new cycle. Since this force helped your wife in the

8078    eighties through psychic reading and spirit robbing and acted accordingly, this force's members

8079    were afraid I would get big one day, so they hired highly paid spirits' robbers to rape, empty, and

8080    rob the nook of my private brain and gave to other for money.

8081    the sick illegal force saw I had precious image, this force's memebers destroyed, clogged, froze

8082    my career and life and brought J.K Rowling and Japan - Sasuke TV in the nineties on me

8083    secretly with jokes and mocks as if the projects with their details didn't come from someone

8084    inside USA, from Zinia Boutros. the sick illegal force brought J,K Rowling and Japan- Sasuke

8085    TV on me secretly in the nineties same way they brought your wife on me in the eighties. This

8086    force robbed the items from my private brain in the seeds' levels and kept monitoring my private

8087    brain, so I never do my items and Jesus bowed down to me in 2004 and asked me to do my items

8088    starting in 2007 after He alerted me about the robberies. Without Jesus, I would never know what

8089    was robbed from my private brain in the eighties and nineties, He made me formulate and find

8090    out!

8091    the sick illegal force revenged from me because of your actions to your wife before marriage.

8092    the sick illegal force was very jealous from my action with your wife – it was too much for me to

8093    respect her quietly because I didn't know what was going on - and they decided to ruin me and

8094    ruin even my nephews by following them and finding the new cycle.

8095    Secretly, the sick illegal force, using secret spirits robbers and psychic readers emptied my

8096    private brain to everyone since the eighties, so I never do my private items. In 2007, Jesus

8097    explained to me through animations that the sick illegal force has been robbing me the same way

8098    as your wife. Your wife has been psychic reading and spirit robbing me secretly to impersonate

8099 me since the eighties with the help of the sick illegal force. Your wife, similar to Rafi, Nadia,

8100 Mario, Salah, stood on the side mimicking innocent people while the sick illegal force was

8101 destroying and making tons of money!

8102 Mazin, I don't want to see you in our weddings and funerals. You are very spiteful wrong way –

8103 no reasons. you don't know the truth and even if you know you don't want to believe, and I don't

8104 care because I am forced to explain and answer you back in media – you chose to speak to me

8105 through radio media – I choose TV media too. I don't care whether the media and people respect

8106 me because people don't accept this banned crime on themselves.

8107

8108 why are you using this tone in the air – cussing and cursing since 2008 or 2009 as if I had done

8109 something wrong to you. it was not me, your wife planned your marriage to her with Salah, Rafi,

8110 Mario, and the Radio of Jef and Jer. I didn't know.

8111

8112 Your wife has been impersonating secretly me through the sick illegal force led by the radio

8113 station of Jeff Detrow & Jerry Cesak and spirits' robbers, she has connection with them and you

8114 Mazin knows about my items before me so I never do anything – because my items worth big

8115 money! You are revenging in this bad ton tone speaking too me in the air because you don't

8116 know what your wife did to me and I don't care whatever you say in the private air. Jesus told

8117 me this illegal force has been robbing me through spirits' robbers and psychic readers and acting

8118 accordingly same as your wife, I thought it was something simple because I never knew people

8119 can psychic read, and spirits rob precise! You are taking advantage of the situation and revenging

8120 in your very bad tone. No one told me the story, Jesus told me this force is robbing me same as

8121 your wife! Then, I noticed she was impersonating me.

8122    I was staring at the situation in the eighties because I didn't know what was going? the filth is in

8123    your home! I didn't know! If I knew, I would be like the shepherd protecting myself and my

8124    family's members fortune by using rod to drive off and beat your wife, Mazin's wife, the spirit's

8125    robber when you and the less than animal, the Minyook your wife visited us to pick up a piece of

8126    cloth!

8127

8128    Since when you cussed me or fought with me! you have been aggressor since 2006, the sick

8129    illegal force brought you to speak to me in a very bad tone the air so the highly paid professional

8130    secret assigned unscrupulous spirits' robbers with unethical and no decency, like  The American-

8131    Iraqi, Majid Sabeah Mighael empty my private brain and sell.

8132

8133    Since 2006, you mazin has been having the freedom to shit on me for no reason while I was

8134    intensively busy with the Creator! This illegal force has been pressuring your voice in te private

8135    air in my life so I never do my items by letting strangers say my items in the private air and you

8136    are cursing and cussing and making fools in the private air.

8137    Every time you cuss curse, or I hear you speaking like fool in the air, I want you to remember

8138    this: To mazin yonan's wife's and her children: every time you lust in your very private bed, God

8139    insert my father's - Ezzet Boutros' testicles including the poop and pee in your mouths, teeth,

8140    gums, noses, eyes and ears. And this is my father's shit in your mouth, Mazin! You re shitting

8141    for no reason! God revenges from what your wife did to me and convert her life into grief and

8142    misery in jails filled with psychiatrists. Amen! Read 4,5 the hirstory – this section!

8143    God convert every occasion and anniversary into poison to burn Mazin's wife heart and convert

8144    her life into misery. Amen! God insert my father's - Ezzet Boutros' testicles including the poop

8145    and pee in your wife's mouth, teeth, gum, nose, eyes and ear for robbing my items in this banned

8146    way to impersonate me on account of my health, career, and personal destruction.

8147    God despise, destroy, burn and iron your wife's children, their happiness and their heart for

8148    whatever your wife robbed from my private brain, Amen.

8149    God despise, destroy, burn and iron, the MinYook robber, your wife's happiness and heart for

8150    whatever she robbed from my private brain, Amen. (you heinous and impertinent person, without

8151    psychic reading and spirits' robbing - you are unsuccessful person in this hate crime) why I am

8152    saying it? This force has been destroying my health, career, and personal life same way as your

8153    wife and this force's members has connection with your wife. You wife was directed to

8154    impersonate me. the sick illegal force planned, plotted and pranked this banned crime with your

8155    wife secretly and Jesus told me this force is robbing me same as Mazin Yonan's wife! This force

8156    clogged, paralyzed and froze my life for sake of robbing the image of the new cycle of Adam

8157    and Eve, tweak, and sell for Money same as your wife through spirit robbing and psychic

8158    reading!

8159    Why? Read the case! The same apply to Mario, Salah Al Zughbi, Nadia Hammi, Rafi

8160    Oghassabian, The American-Iraqi, Majid Sabeah Mighael. You brought the radio station to rob

8161    me in less than animal way and you all stood aside mimciknig naïve and innocent persons with

8162    principles when you all robbed me to yourselfves and others using spirits' robbers – conjure up

8163    spirit.

8164

8165    Read this section, I have nothing to do with your wife, Salah, Mario, and Rafi's crime. You are

8166    being spiteful because you didn't know the story and even if you know, again you are spiteful,

8167    you don't want to believe.

8168    the sick illegal force robbed me the same way your wife did, she brought the radio, so they steal

8169    my items from my private brain- this is what Jesus told me! whoever did this to me needs to go

8170    to jail!

8171    After following me and begging me more than 5 times to give away Mazin, your wife brought

8172    the radio station on me because she saw and knew my fortune was bright and she knew if she

8173    would bring them on me, they would steal me secretly just like she robbed everything from me

8174    excluding you. Jesus told me in 2007 that the sick illegal force led by the radio station of Jeff

8175    Detrow & Jerry Cesak has been robbing me same way as your wife robbed me. She used

8176    MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, less than animal

8177    way – secret spirit robbing = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force

8178    definition and acting accordingly!

8179    why the radio station was brought on me? your wife didn't know what she did? Your wife has

8180    been psychic reading and spirit robbing = MinYook's way, please refer to 4.2 Min-Nook =

8181    MinYook's Force definition, me since your marriage and saw I have bright future and she

8182    brought the radio station on me to rape, rob, and empty me on account of destruction

8183    I don't want you and your wife to visit us anymore for any reason – good or bad! And if you and

8184    your wife tried to visit us I will be like the shepherd protecting the flock by using rod to drive off

8185    and beat predators like hyena! I mean I will be like the shepherd protecting myself and my

8186    family's members fortune by using rod to drive off and beat your wife, Mazin's wife, the spirit's

8187    robber, the less than animal! If you ever visited us for some reason before, God converts this

8188    visit into poison and death in your wife's life and burn her heart into ashes. Amen!

8189    God converts your wife's spirit robbing = MinYook's way, please refer to 4.2 Min-Nook =

8190    MinYook's Force definition, from my brainto poison and death in your wife's life and burn her

8191    heart into ashes. Amen!

8192    Jesus bowed down to me in 2004, then he told me the sick illegal force has been robbing you like

8193    Mazin Yonan's wife in 2007. Mazin Yonan's wife knew exactly what she did with direction of

8194    spirt robbers. the sick illegal force actions with me, with Zinia Boutros were secretive criminal

8195    actions using highly paid assigned secret spirit robbers = MinYook's way, please refer to 4.2

8196    Min-Nook = MinYook's Force definition, where there is no forgiveness in the middle. The

8197    Creator inserted the holy spirit in me to BAN YOU, Mazin Yonan's WIFE from visiting and

8198    doing me while she is standing aside mimicking innocent person. This is crime! You have been

8199    psychic reading me since your marriage to impersonate me!

8200    Allowing someone like you, Mazin Yonan's WIFE to visit me means ordering the presidents of

8201    USA to take off their pants permitting the military to use the presidents' asses from behind! Jesus

8202    was not a donkey when he told me they are robbing me same as Mazin Yonan's wife way - less

8203    than animal way.

8204

8205    God geld mazin yonan's wife's and her children with my father's - Ezzet Boutros' testicles

8206    including the poop and pee filling their mouths, teeth, gums, noses, eyes and ears in their private

8207    bed, career, health, and personal life for robbing me secretly using and for allowing the sick

8208    illegal force / – the radio station of Jeff Detrow & Jerry Cesak and Majid Mighael to storm my

8209    home using spirit robbing -.

8210    God convert every blessing, birth, occasion and anniversary into poison and curse to burn

8211    Mazin's wife heart into ashes and convert her life into misery and death. Amen!

8212    God convert every robbery through spirit robbing = MinYook's way, please refer to 4.2 Min-

8213    Nook = MinYook's Force definition, into poison and curse to burn Mazin's wife heart into ashes

8214    and convert her life into misery and death. Amen!

8215

8216    God revenges from what you did to me and convert your life into grief and misery in jails filled

8217    with psychiatrists! Amen

8218    To mazin yonan's wife's and her children: every time you lust in your very private bed, God

8219    insert my father's - Ezzet Boutros' testicles including the poop and pee in your mouths, teeth,

8220    gums, noses, eyes and ears. God revenges from what you did to me and convert your life into

8221    grief and misery in jails filled with psychiatrists. Amen!

8222    God convert every occasion and anniversary into poison to burn Mazin's wife heart and convert

8223    her life into misery. Amen!

8224

8225    Mazin: you didn't see my value and my family's value before as you are seeing it today

8226    Zinia: your value and your family's value never changed inside me since the eighties.

8227    Jesus told me the sick illegal force has been raping, emptying, and stealing my private brain

8228    same way as your wife, they did it on account of my health, career, personal destruction and my

8229    parents' destruction. They forced me out of my workplace through painful layoff and pressured

8230    me to hear you in the private air while other were doing my items – the tweaked items of the new

8231    cycle secretly to burn and iron my heart on them.

8232    Starting 2007, I had schedule with the Creator, but the sick illegal force robbed the schedule and

8233    tweaked it. I was supposed to spend my time formulating the new cycle and not wasting my time

8234    formulating to find out the robberies from my private brain.

8235

8236    Note 7: To Nadia

8237    جبنا ماريو حتى يطلع جيفتكم

8238    (we brought Mario on you to show your filth)

8239    Zinia:

8240    Very ill person!

8241    Liar very ill person! God poison you to death in your private bed, Amen. God burn and iron your

8242    children's heart and your heart for what you robbed from me in this secret way.

8243    Nadia has been speaking to me in the private aire in very bad attitude and tone with cussing and

8244    cursing having full freedom since 2008.

8245    You mean your filth! You are the biggest liar! You are only showing off or bluffing people

8246    around you by speaking this way to me in the private air. this is your filth and you know it.

8247    God despise, destroy, burn and iron Rafi and your happiness and heart for pointing the radio

8248    station on me because you are not naïve. God despise, destroy, burn and iron your mother

8249    happiness and heart for pointing the radio station on me. Rafi knows I had important items and

8250    he pointed the radio station on me.

8251    God insert my father's - Ezzet Boutros' testicles including the poop and pee in your husband's

8252    mouth, teeth, gum, nose, eyes and ear for robbing my items in this banned way to impersonate

8253    me on account of my health, career, and personal destruction.

8254    God despise, destroy, burn and iron the radio station of Jeff Detrow & Jerry Cesak, Salah and

8255    Mario's happiness and heart for pointing the radio station on me because they are not naïve. God

8256    despise, destroy, burn and iron Salah and Mario's mother happiness and heart for pointing the

8257    radio station on me. Salah and Mario know I had important items and they pointed the radio

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis          March 2, 2022

8258    station on me because they knew the radio would rob my items because of my origin Iraq. (you

8259    heinous and impertinent person, without psychic reading and spirits' robbing - you are

8260    unsuccessful person in this hate crime)

8261

8262    Why did you bring the radio station? You are being spiteful! I found out through formulas that

8263    your husband rafi and the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak

8264    have psychic read you before and acted accordingly with you because they are defiant! they did a

8265    mistake with you and corrected the mistake and you accepted the correction.

8266    Your husband, rafi, the MinYook, has been psychic reading and spirit robbing = MinYook's

8267    way, please refer to 4.2 Min-Nook = MinYook's Force definition, me through Salah since the

8268    eighties and saw I have bright future and you as group brought the radio station on me to rape,

8269    rob, and empty the nook of my private brain on account of destruction using the highly paid

8270    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, like

8271    The American-Iraqi, Majid Sabeah Mighael. Your husband was already bribed from the door he

8272    doesn't know because he pointed the radio – the filth on me.

8273    It is OK for your cousin Vivian Hammi to stay in one company and get out as millionaire (

8274    bonses, 401K, salary, and decent house because she is single = this is millionare) but not OK to

8275    me because your husband pointed the sick illegal force led by the radio station of Jeff Detrow &

8276    Jerry Cesak using the highly paid professional secret assigned unscrupulous spirits' robbers with

8277    unethical and no decency, like  The American-Iraqi, Majid Sabeah Mighael on me to get me out

8278    of my workplace with the help of power and connection, to race with my private brain to derail

8279    me from the new cycle of Adam and Eve on account of my health, career and personal

8280    destruction so you revenge from me while you and your husband distanced yourselves

Written by: Zinia Boutros          Page 385 of 895

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

8281    mimicking innocent people. Secretly your husband was bribed through workplace for pointing

8282    the radio on me.

8283    Go and say the real story in CNN to find out your filth.

8284

8285    Note 8: As I am writing this item on 09/12/2018, Mrs. Laura Bush was mocking in the air after

8286    she received tons of emails from me, "Do you accept us this way!" and manager I can't

8287    remember his name from MTCSC in Camp Pendleton are speaking to me in the air

8288

8289    Note 9: I am not sure who brought the sick illegal force led by the radio station of Jeff Detrow &

8290    Jerry Cesak and hollyowood to rape, rob, empty FOR MONEY PURPOSE SECRETLY

8291    WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE all

8292    sole unique items from the nook of my private brain with their harvests, efforts, and talents of

8293    my creativities and inventions' designs, techniques, styles, ways and they even robbed the

8294    skeleton of each item with its animation precisely so I never grow and the illegal control any

8295    situation in my life using highly paid professional secret assigned unscrupulous spirits' robbers

8296    with unethical and no decency, by creating deliberate obstacles and painful layoff in my previous

8297    workplaces to derail me from doing the image of the new cycle of Adam and Eve. Huge projects

8298    after tweaking and un-tweaking the new cycle of Adam were created on account of my health,

8299    career, and personal destruction.

8300    Is it Mario, Is it Salah Al Zughbi and Rafi Oghassabian, Mazin's wife or all of them agreed to

8301    plot this banned crime of throwing my items in the streets. You all knew if one of you speak to

8302    the radio station, the radio station would plot and rob my fortune. Mario, Salah, Rafi

8303    Oghassabian, Mazin's wife or all of them pointed the radio station on me and recommended the

8304    iraqi spirits robbers, like the American-Iraqi, Majid Sabeah Mighael after psychic reading him,

8305    on me to race with my private brain and throw my items in the streets as soon as they could and

8306    as much as they could.

8307

8308    Note 10: To Salah:

8309    Very ill persons! وسخ منيوك سز ادب. You need jail with the illegal force led by the radio station of

8310    Jeff Detrow & Jerry Cesak, and Mario, Rafi, and Majid for this banned crime. You, Salah, Rafi,

8311    and Mario planned with Mazin's wife quietly and secretly to point the radio station on me and

8312    you psychic read the iraqi community and found out who was great spirits' robber, you saw The

8313    American-Iraqi, Majid Sabeah Mighael and others I don't know, you all pointed them on me to

8314    monitor my private brain secretly and innocently as if you never knew the radio station would

8315    destroy me really well while you robbed secretly too and stood aside mimicking innocent people

8316    in this banned crime – less than animals.

8317

8318    Liar very ill person! وسخ منيوك سز ادب! You need jail with the illegal force led by the radio station

8319    of Jeff Detrow & Jerry Cesak, and Mario, Rafi, and Majid for this banned crime. God burns and

8320    irons your mothers' heart and quiver them in their tombs. Amen.

8321    You are MinYook! You robbed the nook of my private brain and directed the radio station on

8322    me. You robbed from my private brain to your personal life. You directed Rafi and the radio

8323    station of Jeff on me and Rafi found a job accordingly based on your psychic reading to my life

8324    so he would be bribed in normal way. You know very well what Mazin Yonan's wife did, you

8325    actually helped her and you never said anything then you planned the letters so she marries him

8326    you planned with Mazin Yonan's wife and the radio station of Jeff Detrow & Jerry Cesak

8327    secretly.

8328

8329    God poison you to death in your private bed, Amen. God burn and iron your children's heart and

8330    your heart for what you robbed from me in this secret way. Amen.

8331    Salah has been trying to help the sick illegal force in pulling my items from my private brain

8332    since 2004. He has been speaking to me in the private aire in very bad attitude and tone with

8333    cussing and cursing having full freedom.

8334    you and this illegal force led by the radio station of Jeff Detrow & Jerry Cesak must go to jail

8335    filled with psychiatrists, YOU SPIRITS' ROBBERS. You are banned from speaking to me! ادب

8336    سز منيوك وسخ

8337    You robbed my items from the nook of my private brain, you are MinYook. you need a

8338    psychiatrist for what you did! You are insane

8339    The Creator inserted inside me the business rules and I am stating in here in the document I am

8340    sending to court this:

8341    "You are banned from speaking to me! If you try to speak to me, I will be like the shepherd

8342    protecting the flock by using rod to drive off and beat predators like hyena! I mean I will be like

8343    the shepherd protecting myself and my family's members fortune by using rod to drive off and

8344    beat you, the spirit's robber, the less than animal! God convert your life into poison and death

8345    and burn your heart into ashes. Amen!"

8346

8347    every time you and your children lust in your very private bed, God insert my father's - Ezzet

8348    Boutros' testicles including the poop and pee in your mouths, teeth, gums, noses, eyes and ears.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

8349   God revenge from what you did to me and convert your life into grief and misery in jails filled

8350   with psychiatrists. God insert my father's - Ezzet Boutros' testicles including the poop and pee in

8351   your mouth, teeth, gum, nose, eyes and ear for robbing my items in this banned way to

8352   impersonate me on account of my health, career, and personal destruction.

8353   Amen!

8354   God convert every occasion and anniversary into poison to burn your heart and life into misery.

8355   Amen!

8356   God despise, destroy, burn and iron your children and your happiness and heart for whatever you

8357   robbed from my private brain, Amen. (you heinous and impertinent person, without psychic

8358   reading and spirits' robbing - you are unsuccessful person in this hate crime) why I am saying it?

8359   This force has been destroying my health, career, and personal life same way you did, and this

8360   force's members has connection with you. the sick illegal force planned, plotted and pranked this

8361   banned crime with you secretly and Jesus told me this force is robbing me same as Mazin

8362   Yonan's wife – the one you helped! This force clogged, paralyzed and froze my life for sake of

8363   robbing the image of the new cycle of Adam and Eve after tweaking, and sold for Money same

8364   as you did through spirit robbing and psychic reading!

8365

8366   Note 11:

8367   Samira Bodagh, my neighbor was told about what this illegal force was doing to me and she is

8368   asking me in the private air to scream in my emails at the White House.

8369

8370   Jenan Kattula Halak, my cousin was told about what this illegal force was doing to me and she is

8371   asking me in the private air to scream in my emails at the White House.

8372

8373    In 2012, I told Wanda Abdel, my friend about what this illegal force was doing to me and she

8374    has asked to email the White House.

8375    No one had told me about the robberies from my private brain other than Jesus. No one had told

8376    about Majid Sabeah other than my formulas with the Creator. the sick illegal force was racing

8377    with me using highly paid assigned secret like  Majid, Mario, salah, Rafi Oghassabian and

8378    Mazin's wife. the sick illegal force using people like Majid has been burning, boiling and

8379    broiling my spirit to everyone. Majid is acting like he is helping after I found I found out the

8380    robberies. Attractions were built inside and outside USA after tweak from the sole unique items

8381    of the new cycle of Adam and Eve. Criminals! the sick illegal force has been forcing despised

8382    state by making one of the projects' owner speak to me in the private air so I spit the name of the

8383    project in the private air. This company has been making from 30 – 100 for each piece.

8384    In this project, there are powerful sole unique items I never says to anyone and no one think of –

8385    they are burning my precious items in front of me converting my heart into ashes causing

8386    depression and stress led to sleepiness!

8387    The spirits robbers like the American-Iraqi, Majid Sabeah Mighael knew exactly my heart is

8388    burned over all of these projects that were built based on raping, emptying, robbing all sole

8389    unique items from the nook of my private brain with their harvests, efforts, and talents of my

8390    creativities and inventions' designs, techniques, styles, ways and they even robbed the skeleton

8391    of each item with its animation precisely so I never grow and the illegal control any situation in

8392    my life. The intention of the robberies and the unresponsive actions by the White House is to

8393    throw my sole unique items in streets. I can't say the name of this project and others.

8394

8395    I ask Samira Bodagh, Jenan Kattula Halak, and Wanda to interfere and stop the banned crime

8396    because this project was used to burn my heart in it.

8397

8398    Majid knew I found out about his participation in the banned crime with the radio station of Jeff

8399    Detrow & Jerry Cesak, he is confessing in the air as if he is helping me.

8400

8401    I found Majid's participation in this banned crime through formulas with the Creator I did in

8402    2007 but I found out his robberies in 2017. He has been burning my heart into ashes by giving

8403    away items stored inside me for the new cycle of Adan and Eve after tweaking/not tweaking to

8404    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak to open big projects.

8405    the radio station of Jeff Detrow & Jerry Cesak was connecting me to the owner and the trainers

8406    of one of the projects through spirit robbing – and I started cursing and cussing the owner and

8407    trainers last week.

8408

8409    Elon Musk/Tesla/Solar, and SpaceX, invention of reusable missiles to Mars, Jeff Bezos/Blue

8410    Origin were hatched after this imposed painful, harmful, intolerable, unacceptable and

8411    inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, by the

8412    sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego, Ca.. My

8413    sole unique items were robbed, raped, and emptied from the nook of my private brain secretly in

8414    advance as if I weren't the creator of the sole unique items. These sole unique items were given

8415    to small companies to be sponsored by Bill Gates, to be done and sponsored by Elon Musk,

8416    NASA, Jeff Bezos, scientists, Hollywood, Disney, any inside and outside USA. Some of the sole

8417   unique items were not even related to the new cycle of Adam and Eve like medical equipment

8418   and others like https://www.acornstairlifts.com/

8419

8420   Sempra and SDGE would never have solutions without me!

8421

8422   This is mine: it was robbed from my private brain through like Majid with respect to Dr. Eugene

8423   N. Parker. This scientist needs to know this invention is mine and I am Lilith that married

8424   everyone to reach God – the formulator of the new cycle of Adam and Eve. From article "Sixty

8425   years after Dr. Parker's paper, NASA is about to launch a spacecraft that is to dive into outer

8426   wisps of the sun's atmosphere and gather information about how our star generates the solar

8427   wind." I have been doing all of these sole unique items as preparation ot the new cycle fo Adam

8428   and Eve. the sick illegal force force quivered from jealousy, destroyed me for no reason.

8429

8430   Jeff Bezos was given my sole unique items and he asked me in the private air: Why ddi they give

8431   us your sole unique items? What was reason and goal? He already got more sole unique items

8432   from the spirit' robbers lie The American-Iraqi, Majid Sabeah Mighael

8433   All of these sole unique items were supposed to be parts of the new cycle of Adam and Eve. the

8434   sick illegal force deceived and fooled everyone at my previous workplaces to rape, empty, and

8435   rob the nook of my private brain using assigned highly paid professional secret assigned

8436   unscrupulous spirits' robbers with unethical and no decency. the sick illegal force plotted to

8437   destroy my health, career age, and personal and financial life to rape, rob, empty FOR MONEY

8438   PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

8439   PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

8440    health, career, and personal life destruction the sole unique items with their efforts, talents,

8441    harvests, styles, and ways through secretly from the nook of my private brain.

8442    Some of the that I have known since the eighties became wealthy after this crime, I never knew

8443    there are psychic readers or spirits' readers that can read precisely to a point that can rob the

8444    brain literally in detail with adding garbage, for instance, if I ever think about deceased actor,

8445    actress, or president inside or outside USA, this illegal force with its crews act promptly with

8446    deep efforts to get this celebrity's voice and making me hear his/her voice. Of course, this illegal

8447    force has been trying their best to get my private brain because they havn been making millions

8448    and billions from this imposed painful, harmful, intolerable, unacceptable and inappropriate

8449    situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, they even went back

8450    to my childhood finding out my neighbors in Iraq that I had not seen and hear for decades and

8451    make them speak to me to in the air, why? They were making huge wealth from creating

8452    incorrect health history – hallucinating – hearing echoed nonexistent voices forcing disability

8453    that I never needed to destroy me and raise others as non-main people in the new cycle – the

8454    were shattering my sole unique items for wealth. this illegal force plotted to read my private

8455    brain precisely and be used by on golden plates and sold to others to make wealth on golden

8456    plate too.

8457    I didn't know there were iraqi accidentally, I found out and I had to search and ask to find out

8458    more, I didn't know until 2017 when I searched these iraqi businesses and found out these Iraqi

8459    people were and robbed literally what I have written starting 2007 for themselves and robbed me

8460    for investors in Las Vegas since the eighties, I found out through formulas with the Creator and

8461    His crew when I was doing the new cycle of Adam and Eve. This illegal force robbed my sole

8462    unique items that needed power and connection and others that didn't need power and

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

8463    connection. Due to unresponsive actions by the White House and current and previous

8464    presidents, these Iraqi and Arab and non-Iraqi and non-Arab origin have been persistently

8465    enjoying my private brain secretly by robbing and selling my sole unique items inside and

8466    outside USA – selling my harvests with their talents, efforts, styles and ways.

8467    The highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

8468    decency, kept psychic reading the nook of my private brain and raced with it as if there was

8469    contesting to derail me from the subject

8470

8471    I am very shocked and surprised from the White House and the previous and current presidents

8472    of USA, they had to respond promptly, they never did. They must have been listening to the

8473    power and connection of this illegal force like slaves! This illegal force has a power and

8474    connection on police, presidents of USA, FBI, and Military but not on me because I am speaking

8475    to the Creator.. I didn't need to go through this hell! I am very good person! Presidents of USA

8476    had to speak to me!

8477

8478    In 2001, the radio station was mimicking my private screams and happiness at home in one of

8479    the radio stations. I turned this radio off, the sick illegal force was psychic reading me all over

8480    USA loud and I was going crazy complaining.

8481

8482    In 2004, after I knew the the radio station of Jeff Detrow & Jerry Cesak was admitted to UPS, I

8483    called the radio station, they put me on hold for 15 min, then someone came to mimic my private

8484    screams and happiness at home same way in one of the radio stations in 2001.

8485

8486   In 2018, the the radio station of Jeff Detrow & Jerry Cesak brought Mazin's wife in the air to do

8487   my private screams and happiness at home same way in one of the radio stations in 2001.

8488   This illegal force robbed my personal life and gave to Mazin's wife to copy me and my mother.

8489

8490   Then someone in the air said: we did this you to copy you.

8491

8492

8493   4.6 Illegal Force authentic schema:

8494   Note1: When I am referring the secret psychic readers and and few others like hypnotists and

8495   reading in mirrors, I am not sure if the sick illegal force was psychic reading me or psychic

8496   reading my spirit. I am not very familiar in this line.

8497   Note2: I have tried my best to speak to the sick illegal force since 2001 through my employers,

8498   White House, relatives, and friends but the sick illegal force created deadlock with no response.

8499   This is why I documented this case to the FEDERAL COURT as this Illegal Force robbed my

8500   future and destroyed my health, career, and personal life with despising me and scoffing at me

8501   forcing tiresome and fatigue from obstacles and obstructions which paralyzed my brain and

8502   damaged my health into sever constipation and random blood pressure. In 2003, a cyst was

8503   developed inside my body and I had to go to hospital to remove.

8504

8505   Fortunately, the Creator Force intervened to shock this Illegal Force by making Himself visible.

8506   Please refer to chapter 1, 2, and 3.

8507

8508   Added:

8509

8510  As jealousy and invidious have various motives and notions, this Illegal Force was jealous and

8511  invidious in odd and anomalous way from me for one reason which was it couldn't see me the

8512  owner of this image of the new cycle of Adam and Eve. the sick illegal force desired to have

8513  significant chance infiltrating inside me by raping, emptying, and robbing the nook of my brain

8514  through psychic readers and highly paid professional secret spirits' robbers and readers in

8515  mirrors, acting deliberately against the law, infringing my civil rights, robbing my future to halt

8516  me from putting the image together and scattering it everywhere to gain tremendous wealth.

8517  For this reason, it imposed this keep imposing the painful, harmful, intolerable, unacceptable and

8518  inappropriate situation – imposed fraud and scam in my career inside my workplace to force

8519  harsh painful layoff, ruining reputation and destroying my health, career and personal life.

8520

8521  This Illegal Force couldn't wait for me to formulate one idea, immediately it robbed the idea and

8522  sell it while this Illegal Force was intruding itself as a fly in my bread depriving me from work in

8523  my computer programming field at my workplace through highly paid professional secret

8524  assigned unscrupulous psychic readers, spirits' robbers, and readers in mirrors with unethical and

8525  no decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

8526  robber, The American-Iraqi, Majid Sabeah Mighael.

8527

8528  The schema was to slow me down at my workplace by imposing and forcing destruction in my

8529  health, career and personal life in order to derail me from doing the image and let the psychic

8530  readers and spirits' robbers would race with the nook of my private brain – my black box and rob

March 2, 2022

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis

8531    it, and do my items before me so I would never know the items were mine because someone else

8532    had done them before me, and if I ever complain, no one would believe me.

8533    These robbers forgot one big important and pivotal alarm! The Creator installed the robbed items

8534    in chapter 3, the image, inside me, so the original skeleton of all the robbed items are inside me.

8535    Starting 2007, I formulated under the Creator observation to find out all the robbed items inside

8536    chapter 3, the image, were mine and I could easily prove the robbed items were mine and were

8537    robbed from the nook of my private brain by doing the original items.

8538

8539    the schema of this sick illegal force was to admit themselves to my previous employers'

8540    buildings with the permission of the human resources using power and connection. The sick

8541    illegal force agreed secretly with the human resources of each previous employer to force

8542    denying to my allegations about the existence of the imposed painful, harmful, intolerable,

8543    unacceptable and inappropriate situation in my previous employers' buildings, if I ever raised

8544    them, making the subject of the hurly burly voices ridicules among my previous coworkers,

8545    making the incidence happy in a very funny and trivial ways, but causing extremely painful

8546    layoff on account of my health, career, and personal destruction with giving me disability as if

8547    my allegations were incorrect inside each company I worked for and forcing incorrect

8548    schizophrenia in my official health records.

8549    But, my previous employers never knew the reason behind the hurly burly voices was, without

8550    my knowledge and permission and public permission, the sick illegal force led by the radio

8551    station of Jeff Detrow & Jerry Cesak, using highly paid professional secret assigned

8552    unscrupulous psychic readers, spirits' robbers, and readers in mirrors with unethical and no

8553    decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

Written by: Zinia Boutros

8554    robber, The American-Iraqi, Majid Sabeah Mighael, all of whom were already monitoring the

8555    nook of my private brain and racing with it in advance as fast as they could to rape, rob, and

8556    empty as much as they could from my harvests, efforts, and talents of my creativities and

8557    inventions' designs, techniques, styles and ways and even robbed the skeleton of each item with

8558    its animation precisely from the nook of my private brain – my black box. I didn't know to!!! I

8559    had to formulate with the Creator to find out.

8560

8561    These hurly burly voices consisted of the following items below.

8562    -    The sick illegal force convinced my coworkers inside the employer's building to speak to

8563    me in the private air phrases or statements related to what I had in my private brain with adding

8564    subjects to the phrases or statements.

8565    -    The sick illegal force convinced my coworkers from my previous employers and strangers

8566    to speak to me inside the employer's building in the private air phrases or statements related to

8567    what I have had in my private brain with adding subjects to the phrases or statements.

8568    -    The sick illegal force convinced my coworkers inside the employer's building and

8569    strangers to speak to me in the private air very despised and insulting phrases or statements.

8570    -    Each employer's building had different type of tape of voices. For example, the cafeteria

8571    had a tape of crazy voices with subject related to my life only but imposed on everyone. If I ever

8572    went from one building to another, the tape of voices would change to a different one about my

8573    personal life.

8574    -    Voices of presidents of USA, Hollywood starts, middle eastern stars, relatives from inside

8575    and outside USA, not living in San Diego, friends I have talked to for more than 30 years.

8576     -     Randomly, only few times, the sick illegal force was saying my private brain loud inside

8577     my previous employers' building to baffle and bridle me where others could pick up and do.

8578

8579     Consistently and constantly, the sick illegal force was saying my items of the new cycle of Adam

8580     and Eve loud outside my previous employers' building so others could pick up and do.

8581     The sick illegal force was racing with my private brain as fast as it could and robbed me into

8582     projects to be sold in market so if I ever complain, no one would believe me, and when I see my

8583     items in projects before I start, I would scream and complain and say the rest.

8584

8585     The phrases and statements were psychic read and spirit robbed from my private brain using

8586     highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no

8587     decency with Lebanese, Iraqi, and other origins, like the American-Iraqi spirit robber, The

8588     American-Iraqi, Majid Sabeah Mighael. The intention of the imposed voices was to distract my

8589     attention from work and to cause chaos that stimulate everyone to complain at the unknown

8590     reasons for the voices and if I ever complain or not complain, the company would lay me off to

8591     get rid of the intolerable, unacceptable inappropriate situation - the secret scam and fraud

8592     situation that no one has had clues to its reasons,.

8593     Some other previous coworkers' eyes' vessels were exploding from anger because it was an

8594     horrible, intolerable, unacceptable and inappropriate imposed situation- the secret scam and

8595     fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

8596     get rid of, but with laying me off.

8597     After the lay off of each company I worked for, the sick illegal force led by the radio station of

8598     Jeff Detrow & Jerry Cesak, plotted to keep me without employment for long period of time to

99   give chance and freedom for the highly paid professional secret assigned unscrupulous psychic

8600  readers, spirits' robbers, and readers in mirrors with unethical and no decency, whose origin was

8601  America, Lebanon, Iraq, and others, like the American-Iraqi spirit robber, The American-Iraqi,

8602  Majid Sabeah Mighael, to race as fast as they could with the nook of my private brain in advance

8603  and to rape, rob, and empty as much as they could from my harvests, efforts, and talents of my

8604  creativities and inventions' designs, techniques, styles and ways and even robbed the skeleton of

8605  each item with its animation precisely from the nook of my private brain – my black box.

8606  The schema of this imposed situation by the sick illegal force was to waste my time and to derail

8607  me from thinking about my precious image of the new cycle of Adam and Eve where the spirits'

8608  robbers would race with my private brain in advance. The styles and design of the items inside

8609  the image in chapter 3 are mine 100%. The members of this sick illegal force robbed the subjects

8610  of each item. For instance, each item consisted of 10 subjects, secretly, the illegal force robbed

8611  the overall design and skeleton with my unique styles of each item with its subjects and sold to

8612  big people or investors to hire people for each item.

8613

8614  The schema was to stop my process in formulating the image which coerced the Creator to point

8615  me to my ownership of the image's sole unique items I didn't write down. Please refer to section

8616  4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic Motive.

8617

8618  Added:

8619  In 2001, the sick illegal force plotted against me to create a stumbling stone in my career because

8620  it had already robbed my future and it forced a situation in my life that led to depression and

8621  sleepiness in order to derail me from putting the image together where the secret psychic readers

8622   and and few others like hypnotists and reading in mirrors have been acting deliberately against

8623   the law, infringing my civil rights, robbing the details of the image through this imposed painful,

8624   harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

8625   the Illegal Force's definition, making me hear voices in the air.

8626

8627   the sick illegal force schema was acting as "Crows of Death or Poison Fly" in my life, especially

8628   in the morsel of my bread because my morsel had tremendous wealth behind it, by using 24

8629   hours determined employees, highly paid profetional secret spirit robbers, for this purpose Please

8630   refer to 4.10 Illegal Force harnessed hurly burly voices and 4.11 Illegal Force phrases thrown in

8631   the air on me.

8632

8633   the sick illegal force schema was to induce me to think about the image loud in my private brain

8634   or internally through harnessed hurly burly voices in the air that were asking me "How, Why,

8635   Who, and What ", which definitely could help facilitating the psychic reader and spirits' robbers

8636   to race with my private brain and pick up the future stones and seeds of the image from the nook

8637   of my private brain easily, then to sell it to the powerful people.

8638

8639   the sick illegal force schemed to deliberately psychic reading my personal information loud

8640   through these voices in the air at my workplace and everywhere to cause a nonsense unaccepted

8641   situation leading to trouble making and fights which was getting me in trouble with everyone

8642   when no one was responding to me.

8643

8644  I want to emphasize here that this Illegal Force action was as a sign of jealousy and invidious

8645  from my Americanism and as a despise act to USA flag and all USA citizens because this action

8646  no one accepts especially when it passed the all USA laws.

8647

8648   the sick illegal force schemed to infringe the sanctity of my career and personal life with jokes

8649  through these hurly burly voices in order to demoralize my motivation, to burn my blood, and

8650  damage my nerve system. As a result, it was imposing by force to have incorrect mental illness

8651  through psychiatrists in order to deceive me into false medicine that effect my brain's

8652  functionality and to make me go through deep depression as no one was responding to me. But,

8653  the Creator Force intervened to give me strength against this Illegal Force and I, proudly, refused

8654  to take any medicine.

8655

8656  I never searched the medicine that was imposed on me by psychiatrists due to hearing existing

8657  voices through air specific at workplace because I never planned to take it at that time due to the

8658  true existing of the hurly burly voices.

8659  After year 2007, I recognized this medicine was for people who were diagnosed with

8660          .

8661  In 2012, I read about this illness and found out in the news incidences some situations related to

8662  this illness were very dangerous because it can induce homicide and suicide.

8663  I was scared and shared this information with the president of UPS, Tim Davis, my manager,

8664  Minda McAlister and the White House because I was horrified from this Illegal Force as I don't

8665  have this illness, and this diagnose could lead the sick illegal force to kill me making the doctors

8666  think I was ill and did it.

the sick illegal force schemed on wasting my time and efforts to scatter and shatter my thoughts, and to paralyze and cripple my motivation, bridle my tongue, demoralized my personality, and to twist my path into immobile state that definitely prevented me from putting together the image that was a command by the Creator under the His observation in His unscheduled tasks with me.

the sick illegal force *was overlaid by the covered reason t*hat deluded the participants with an illusion to surmise of its wackiness and shallow by imposing a non-sense dating on me that no one can tolerate at my workplace *to deceive and delude the USA citizens given* the fact that all of this started with staring at my genital in sarcastic and mocking way in Jostens Learning Corp as if dating starts this way and needed radio stations.

It needed a sewage level or filthy power to implement this action against me because this Illegal Force was exposed to people around me as a non-sense dating me that no one can tolerate while it was raping, emptying, and robbing all the sole unique items in the nook of my private brain, selling them, and enjoying my future through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and no decency, with Lebanese, Iraqi, and other origins, and it was stealing the masterpieces of the image before the process of my scheduled tasks and during the unscheduled tasks with the Creator in formulating the image taking advantage of me that I can't say a word about the image in public as the image was in its seed level.

8689   the sick illegal force schema compelled USA system to act deliberately against the law with me

8690   and against its core value as a whole country and against every company I worked for by wasting

8691   my time and efforts through more than 200 interviews preventing high-principled and reputable

8692   companies from admitting me in their buildings due to my short work intervals and low career

8693   reputation, and due to their concerns about this imposed painful, harmful, intolerable,

8694   unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's

8695   definition, that might effects employees' work and might deteriorate the companies' businesses.

8696

8697   Before the Creator asked me to put down the image in writing in 2007, the sick illegal force kept

8698   laying me off from places I worked for whether I was complaining or not to control my budget

8699   and to forbid me from thinking in my own image because it was raping, emptying, and robbing

8700   all the sole unique items in the nook of my private brain, selling them, and enjoying my future

8701   through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

8702   no decency.

8703   Then, the sick illegal force schema forced me to go through a career cycle where I look for a job,

8704   find a job, and work hard and overtime to prove myself; then, I get terminated so I don't have

8705   time to complete my image in writing when the sick illegal force was in process of depleting the

8706   future of the image or my formula of the Nobel inventions, ideas, and suggestions to benefit

8707   them on my account as no one was responding to me!

8708

8709   The schema forced career and personal damage by swamping me with needing to work under

8710   limited budget causing unacceptable unemployment period, waste of time and efforts, and major

8711   financial loss, converted my life and family's life into hell, and damaged me.

8712

8713    After 2004, the sick illegal force wasn't letting me stay in one company trying to ruin my degree

8714    by to show I was crippling in my line in order to paralyze my advancement in my career,

8715    demoralized my personality and converted it into immobile state after I gave some parts of the

8716    image, please refer to chapter 3. The Image, to the White House and others. The schema was to

8717    bridle the tongue after seeing my future was robbed.

8718

8719    the sick illegal force prevented me from refinance because of my short work intervals where the

8720    banks couldn't accept me and while the sick illegal force was imposing strangers saying through

8721    air "Greedy …. Greedy …. Greedy?"

8722

8723    the sick illegal force prevented me from even getting into real estate business because of my

8724    short work intervals where the banks couldn't accept me and while the sick illegal force was

8725    imposing strangers saying through air "Greedy …. Greedy …. Greedy?"

8726

8727    So to speak, the consequences of this schema was deliberately caused a serious financial loss

8728    where I couldn't afford to stay at home without working. In addition, it coerced me to lose 401K

8729    where I used to put the maximum, to miss out promotions, to miss stock options, and to miss

8730    bonuses.

8731

8732    the sick illegal force wanted to limit my budget and to swamp me in loans to prevent me from

8733    writing the image while it was raping, emptying, and robbing all the sole unique items in the

8734    nook of my private brain, selling them, and enjoying my future through highly paid professional

8735    secret assigned unscrupulous spirits' robbers with unethical and no decency, with Lebanese,

8736    Iraqi, and other origins, and stripping my whole image, please refer to chapter 3, The image,

8737    from my brain leaving me to beg for work and to limit my social security and to live within very

8738    limited budget.

8739

8740    This Force prolonged my retirement plan by decreasing my social security portion comparing to

8741    my Bachelor of Science degree's salaries and level after its intervention in controlling my

8742    employment intervals preventing me to develop a solid retirement savings strategy and live

8743    comfortably after I stop working.

8744     the sick illegal force disallowed me from getting into investment business on the side as I

8745    wanted to develop a solid retirement savings strategy and live comfortably after I stop working.

8746    I want to emphasize in here that if I ever ignored this Illegal Force in some of my workplaces, it

8747    was because I needed to make my living. Plus, I had concerns of being forced to go to hospital

8748    for incorrect illness.

8749

8750    In 2012, After analysis, I observed the sick illegal force purposely intervened in my career

8751    during my employment inside Jostens Learning Corp which was in 1997, the instant I took

8752    courses in Microsoft to update myself in my computer software field.

8753

8754    The schema was to waste my bachelor degree through forcing short and long unemployment

8755    intervals and to derail me from using my updated software computer classes in my field and

8756    eventually it intended to turn my degree into immobile state as if I was sick person hearing

8757    nonexistent voices then to submerge me with problems, while the sick illegal force psychic

8758    reading by stealing the current and future masterpieces of my image, robbing my future and

8759    selling them.

8760

8761    the sick illegal force brought Hollywood actors and actress to speak to me in the air, with other

8762    harnessed hurly and burly recorded voices, creating a nice joking environment while I was

8763    emailing the White House giving options in how to communicate with me the right way under

8764    this circumstances of burning my blood, nerve, and destroying my health, career, career age,

8765    personal life, and personal life age.

8766

8767    *As a result, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and*

8768    *inappropriate situation - the secret scam and fraud situation that no one has had clues to its*

8769    *reasons, - in my career and life where if I ever get on the stage, my demeanor would be exposed*

8770    *without ethics and morals, would expose me as an ill person with mental health having history of*

8771    *schizophrenia, would expose me as an employee who has bad reputation at work, and would*

8772    *expose me as a person coming from a family that has a member with criminal records.*

8773    *This imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please*

8774    *refer to 4.1,4.2, and 4.3 for the Illegal Force's definition,* involved innocent powerful people to

8775    consolidate and promote impertinent and malignant schema.

8776

8777    the sick illegal force got jealous and envied my manners and it decided to follow me since in my

8778    twenties, destroyed my health, career, and personal life with despising me causing fatigue from

8779    obstacles through the secret psychic readers and and few others like hypnotists and reading in

8780    mirrors because it had the desire to be Zinia Boutros but without Zinia Boutros. So, the sick

8781    illegal force took advantage of me because of its control on White House, Military, and Police,

8782    and this is why the Creator intervened in unscheduled task.

8783

8784    the sick illegal force didn't affect my performance to cause the incorrect termination.

8785

8786    It effected my performance in Jostens learning Corp because I startled and I was shocked from

8787    the unknown situation at that time. It effected my performance in my current job, Willis Towers

8788    Watson.

8789

8790  Usually, I work hard and overtime to prove myself in new job to build confidence between me

8791  and my boss, but, after the numerous layoffs that were imposed via the sick illegal force, after

8792  experiencing the health and budget suffocation via this Illegal Force which robbed my future by

8793  psychic reading the nook of my brain that is the sanctum of my brain's black box, acting

8794  deliberately against the law, infringing my civil rights, after seeing my brain being robbed to

8795  powerful people, please refer to my image, chapter 3, after the random blood pressure and severe

8796  constipation, after the consist hurly burly voices inside my workplace building, I didn't want to

8797  work hard and overtime to prove myself in my current job, Willis Towers Watson, because the

8798  sick illegal force kept robbing and scattering my image and sold the pieces to powerful people

8799  and celebrities which it didn't let me function correct, and I needed to and must write this case

8800  document to Federal Court to get my civil right, to stop the robbery, and stop the process of what

8801  was robbed from me.

8802

8803  For money purpose secretly without my permission and knowledge and the public knowledge,

8804  the intention of this imposed situation by the sick illegal force led by the radio station of Jeff

8805  Detrow & Jerry Cesak, was to waste my time in complaining at my workplaces and long ill-

8806  mannered interviews, and long unemployment to derail me from thinking about my precious

8807  image of the new cycle of Adam and Eve and formulating where the psychic readers and spirits'

8808  robbers, and readers in mirrors like the American-Iraqi spirit robber, the American-Iraqi, Majid

8809  Sabeah Mighael would race with my private brain in advance. They raped, robbed, and emptied

8810  every item related/not related to the subject of the new cycle of Adam and Eve from the nook of

8811  my private brain, tweaked/not tweaked for themselves and sold to others to enjoy and rapture in

8812  my items that were stolen from my private brain in advance and gain tremendous wealth on

8813    account of destruction my health, career, and personal life and on account of creating incorrect

8814    illness – schizophrenia in my professional health records.

8815

8816    For money purpose secretly without my permission and knowledge and the public knowledge,

8817    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak, entered my workplace

8818    with jokes as its powerful capabilities harnessed regular and powerful people and unpermitted

8819    calls to consolidate and promote impertinent and malignant schema in order to monitor the nook

8820    of my private brain and race with it in advance as fast as they could to rape, rob, and empty as

8821    much as they could from my harvests, efforts, and talents of my creativities and inventions'

8822    designs, techniques, styles and ways and even robbed the skeleton of each item with its

8823    animation precisely from the nook of my private brain – my black box, enjoy and rapture on

8824    account of my health, career, and personal life destruction, the image. the future of my image

8825    with deluding the participants with an illusion to surmise of its wackiness and shallow by

8826    imposing a non-sense dating on me at my workplace me that no one can tolerate.

8827    The secretive the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael made

8828    tremendous wealth in this banned crime after working with this the sick illegal force led by the

8829    radio station of Jeff Detrow & Jerry Cesak on account of creating incorrect illness –

8830    schizophrenia in my professional health records.

8831

8832    The styles and design of the items inside the image in chapter 3 are mine 100%.

8833    For money purpose secretly without my permission and knowledge and the public knowledge,

8834    the members of this sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak, using

8835    the highly paid professional secret assigned unscrupulous psychic readers, spirits' robbers, and

8836  readers in mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq, and

8837  others, like the American-Iraqi spirit robber, Majid Sabeah Mighael, in the middle of the

8838  horrible, intolerable, unacceptable and inappropriate imposed situation – the secret scam and

8839  fraud situation that no one has had clues to its reasons, raced with my private brain and raped,

8840  robbed, and emptied the subjects of each item with their harvests, efforts, and talents of my

8841  creativities and inventions' designs, techniques, styles, ways and even the skeleton of each item

8842  with its animation precisely – my black box in advance on golden plate in chapter 3, the image.

8843  For instance, let me simplify the imposed robberies for each item in the middle of the fraud-scam

8844  imposed situation on me. Lets' say each item in chapter 3, the image, consisted of 10 subjects.

8845  the sick illegal force, using spirits' robbers, since the eighties with mute, since the nineties with

8846  low volume, and over the beginning of third millennium, have raped, emptied, and robbed the

8847  overall design and skeleton with my unique creativities and styles of each item with its subjects

8848  and sold to big people, celebrities, and investors to hire people for each item.

8849

8850  I didn't prove myself in my last job, Willis Towers Watson, in order to write this case document

8851  to Federal Court and announce what this Illegal Force had robbed from me since I was in my

8852  twenties.

8853

8854  I am very worried from this Illegal Force action with me.

8855

8856  4.7 Illegal Force authentic motive:

8857

8858    the sick illegal force imposed this hurly burly situation in specific my workplace and in general

8859    wherever I went to lessen my value and the value of the image for sake of robbing it and make

8860    tremendous wealth. the sick illegal force wanted me to get on the stage without a book to rob

8861    more as if I never gave anything to the White House!

8862    the sick illegal force robbed the seeds of my image to paralyze my brain from thinking and

8863    derail me from the image and for this reason the Creator Intervened!

8864

8865    Fortunately, the Creator Force intervened to shock this Illegal Force by making Himself visible.

8866    Please refer to chapter 1, 2, and 3.

8867

8868    In 2004, some of the hurly burly voices were intensified asking me to ignore the situation

8869    because it was robbing me through psychic readers and trying to claim my precious pieces while

8870    I was giving away my image, please refer to chapter 3. The Image, as Nobel inventions,

8871    suggestions, and ideas to President George Bush/ White House. the sick illegal force was

8872    requesting from me to ignore because it was raping, emptying, and robbing all the sole unique

8873    items in the nook of my private brain, selling them, and enjoying my future through highly paid

8874    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, trying

8875    to claim them.

8876

8877    The sole authentic motive of the sick illegal force behind monitoring my life as Crows of Death

8878    or Poison Fly was to steal, enjoy and rapture on account of my health, career, and personal life

8879    destruction the future of my image prior I, Zinia Boutros uttering any part of it.

8880

8881    It turned out the sick illegal force psychic read the future of the scheduled task under the Creator

8882    observation with me and it predicted my image, and decided to sell and scatter the image among

8883    powerful people.

8884

8885    *The motive was to rob my future through highly paid professional secret assigned unscrupulous*

8886    *psychic readers, spirits' robbers, and readers in mirrors with unethical and no decency, whose*

8887    *origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit robber, the*

8888    *American-Iraqi, Majid Sabeah Mighael who were acting deliberately against the law, infringing*

8889    *my civil rights coercing me to vomit my precious image without morals and ethics causing me to*

8890    *fight with everyone, screaming, cussing and cursing at everyone for the benefit of the sick illegal*

8891    *force.*

8892

8893    As I said, please refer to chapter 3. The Image, the image induced and burst an abnormal

8894    jealousy and invidious by the sick illegal force because of its strong ties to my Americanism, the

8895    sick illegal force was taking a significant chance on me by causing destruction in my health,

8896    career and personal life with despising me thinking I might pull myself from my own image after

8897    it robbed my future before I touch it.

8898    the sick illegal force couldn't visualize me as successful and beautiful person on the stage

8899    because of my image and decided to be "Crows of Death or Poison Fly" in the morsel of my

8900    bread because my morsel had tremendous wealth behind it. This is why this Illegal Force decided

8901    to destroy me.

8902    Using psychic readers and highly paid professional secret assigned unscrupulous spirits' robbers

8903    with unethical and no decency, with Lebanese, Iraqi, and other origins, and readers in mirrors,

8904    the sick illegal force authentic motive was to rape, rob, empty FOR MONEY PURPOSE

8905    SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC

8906    KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my health, career,

8907    and personal life destruction the nook of my private brain which is the sanctum of my brain's

8908    black box with its with its inventions' designs, techniques, styles, ways and they even robbed the

8909    skeleton of each item with its animation precisely, and ways after tweaking and selling secretly

8910    and enjoying the wealth acting deliberately against the law, infringing my civil rights stripping

8911    the future masterpieces of the core or the nucleus of my image's stones and the seeds under the

8912    worst kinds of filth, impertinence, depravity, wickedness, villainy, and malignancy.

8913

8914    All the current and future masterpieces of the core or the nucleus of my image's stones and seeds

8915    that were given to the White House have strong ties to my Americanism with its multi Nobel

8916    values in solemnity and honor, and with its priceless precious treasures and tremendous wealth.

8917

8918    Please refer to chapter 2. The White House and chapter 3. The Image, to how I was

8919    demonstrating my honor, respect, solemnity to the Creator by writing down the image under His

8920    observation in a book that I was prohibited from writing because of this imposed painful,

8921    harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

8922    the Illegal Force's definition, while others were gaining respect and appreciation among the USA

8923    citizens inside America and among other part of the world citizens for what I gave away in my

8924    emails to the White House and others.

8925    The motive was to sell the current and future masterpieces of the image that I didn't utter due to

8926    the imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer

8927    to 4.1,4.2, and 4.3 for the Illegal Force's definition, by scattering them among powerful people,

8928    celebrities, and others domestically and internationally in order to earn respect and appreciation

8929    among the USA citizens inside America and among other part of the world citizens.

8930    the sick illegal force emphasized on agitating me without ethics and morals extremely loud to

8931    reduce and lessen my value and the image's significance in my emails to the White House while

8932    the powerful people, companies, and celebrities take the image on golden tray.

8933    I have studied and worked hard on my image since I was 4 years old and this was why I gave it

8934    to the White House fast.

8935

8936    All the voices were mixed with my coworkers' voices where ever I went inside and outside my

8937    workplace. Many coworkers were unintentionally angry at me for thinking I admitted these

8938    voices in the company.

8939

8940    *As a result, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and*

8941    *inappropriate situation - the secret scam and fraud situation that no one has had clues to its*

8942    *reasons, - in my career and life where if I ever get on the stage, my demeanor would be exposed*

8943    *without ethics and morals, would expose me as an ill person with mental health having history of*

8944    *schizophrenia, would expose me as an employee who has bad reputation at work, and would*

8945    *expose me as a person coming from a family that has a member with criminal records.*

8946

8947   Example: Let's say some business group of people have invention in their brain that was not

8948   ready to be exposed in the market, would they say the invention before they display in market or

8949   after finishing the invention?

8950

8951   This Illegal Force harnessed all voices through highly paid professional secret assigned

8952   unscrupulous psychic readers, spirits' robbers, and readers in mirrors with unethical and no

8953   decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

8954   robber, the American-Iraqi, Majid Sabeah Mighael to hide what they robbed from me and sell

8955   my image to powerful people, large companies, major business people, famous authors, and

8956   celebrities.

8957

8958   I spent huge efforts and time to formulate the image that is being robbed by this Illegal Force

8959   while it was causing destruction in my health, career, and personal life with despising me and

8960   scoffing at me forcing tiresome and fatigue from obstacles and obstructions in order to halt my

8961   process in building the image by forcing layoff and long unemployment periods and forcing me

8962   to beg for work to at least have small portion social security when I get old.

8963

8964   No one was responding to me when I was complaining about this imposed painful, harmful,

8965   intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

8966   Illegal Force's definition, on me because they don't know I was being robbed through their

8967   harnessed hurly burly voices in the air as the sick illegal force made it sound as a joke and fun.

8968    In 2015, President George Bush and Obama participated, Minda McAllister from MailBox Etc,

8969    UPS, and Deb Linder from Jostens Learning Corp. to find out what was this Illegal Force

8970    imposed on me for since 2001.

8971

8972    I am very worried from this Illegal Force action with me.

8973

8974    The White House took my image through my emails and started to implement as if I don't exist

8975    and as if there was competition between me and them.

8976    the sick illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate

8977    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on the

8978    White House to not speak to me because it was robbing through highly paid professional secret

8979    assigned unscrupulous spirits' robbers with unethical and no decency, with Lebanese, Iraqi, and

8980    other origins, and enjoying what I was formulating in the nook of my brain and sold to the White

8981    House some parts of it.

8982    The White House acted as if there was a race between me and them, took my emailed image and

8983    bought my undisclosed image from the sick illegal force and implement.

8984

8985    the sick illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate

8986    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me to

8987    not speak to me and prolonged my employments to derail me from my image because it was

8988    robbing through highly paid professional secret assigned unscrupulous spirits' robbers with

8989    unethical and no decency, with Lebanese, Iraqi, and other origins, and enjoying what I was

8990    formulating in the nook of my brain and giving it away to famous authors and business

8991    companies like 3.14 A,B and get them on stage before me with my stuff.

8992

8993     the sick illegal force imposed an painful, harmful, intolerable, unacceptable and inappropriate

8994    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me to

8995    rob my image in its seed level so when I get on stage, people perceive it as if it is not my image.

8996

8997    Over years, this state created random blood pressure and constipation from the imposed painful,

8998    harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

8999    the Illegal Force's definition, as no one responded to me.

9000

9001

9002

9003

9004    4.8 Force covered reason:

9005

9006    Since year 2001, this Illegal Force has been speaking to me in the open air through strangers,

9007    previous/new coworkers, friends, relatives, the human resources of employers, and few family

9008    members. Then, the sick illegal force involved Presidents and celebrities. Please refer to 4.10

9009    Illegal Force harnessed hurly burly voices and 4.11 Illegal Force phrases thrown in the air on me.

9010

9011    Substantially, the sick illegal force was playing through air everywhere I go, but, intensively and

9012    mainly it was entered my workplace building under human resources *knowledge* innocently but

9013    insulting and despising with taunt and jokes about creating a date for me, making everyone joke

9014    and laugh while placing stupid attention on me by psychic reading my private information,

9015    acting deliberately against the law, infringing my civil rights as a spiteful and nasty way making

9016    me guess there was hidden camera in my cubical desk.

9017

9018    *the sick illegal force imposed the situation on the human resources and coworkers to participate*

9019    *in creating prejudiced environment stirred with sarcastic harassment which caused ironic*

9020    *mental repression inside my body as no one responded to me* because coworkers didn't know the

9021    sick illegal force was abusing me *under this fabricated situation.*

9022

9023    *Only few managers knew this Illegal Force was extremely insulting like Minda McAlister,*

9024    *MailBox UPS. These managers didn't know the authentic motive behind this dating so they*

9025    *participated.*

9026

9027    *Since 2004, when I complained to the White House, there was no one responded to me.*

9028

9029    the sick illegal force has been telling each company I work for something different in order to

9030    react with me. Mostly, it has been convincing whoever I know they are playing dating with me,

9031    and imposing unacceptable uncomfortable harassing situation on me and coworkers around me

9032    without my permission at the workplace.

9033    the sick illegal force explained their dating pleasantly but differently to each employer as I heard

9034    through air. the sick illegal force has made the situation sounds very trivial and pleasant. Usually

9035    trivial stuff should not last for more than 5 to 10 minutes, one day, or at most one week.

9036

9037   Definitely, the sick illegal force has convinced coworkers and bosses to participate in its action.

9038   Thus, if I ever complain, it would be nonsense, and it would expose me as taking advantage of

9039   this trivial and pleasant Force because everyone has been hearing the noises and voices without

9040   knowing what this Illegal Force had done to me in the background.

9041

9042   Again, *the motive behind this covered reason was to rob my future through highly paid*

9043   *professional secret assigned unscrupulous psychic readers, spirits' robbers, and readers in*

9044   *mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq, and others,*

9045   *like the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael coercing me to*

9046   *vomit my precious image without morals and ethics causing me to fight with everyone,*

9047   *screaming, cussing and cursing at everyone for the benefit of the sick illegal force.*

9048

9049

9050   4.9 Why the sick illegal force was loud:

9051

9052   I want to emphasize in this section that all of the voices, Please refer to 4.10 Illegal Force

9053   harnessed hurly burly voices and 4.11 Illegal Force phrases thrown in the air on me, were acting

9054   as a cover to rob my future by psychic reading the nook of my brain acting deliberately against

9055   the law, infringing my civil rights and stealing in detail and in-depth the current and future

9056   masterpieces of the image.

9057

9058   the sick illegal force assigned filthy strangers speaking in a nasty, harmful, and painful way in

9059   Arabic and English languages asking me questions about the current and future masterpieces of

9060   the image. These strangers forced conversation with me to psychic read the nook of my brain

9061   while asking me 'How … How … How' where the sole unique items of the image were

9062   automatically being formulated inside my brain.

9063

9064    the sick illegal force schema was to induce me to think about the image loud but internally

9065   which definitely could help facilitating the psychic reader to pick up deeply and in detail the

9066   image, please refer to chapter 3. The Image, easily, then to sell it to the powerful people in the

9067   middle keeping me busy and suffocating me with health and budget by imposing the multi layoff

9068   layoffs which prevented me from writing the image that was robbed by this Force.

9069

9070

9071   4.10 Illegal Force showing their members:

9072   Randomly, the radio station of Jeff Detrow & Jerry Cesak in San Diego follow me in their cars

9073   separately where ever I go and show themselves to me.

9074

9075   4.11 Illegal Force harnessed hurly burly voices:

9076

9077   Collections of different sets of voices imposed on me where ever I went since 2001 were playing

9078   as a tape everywhere psychic reading my brain and several parts of my personal life loud from 6-

9079   7 directions circling through air insulting and despising with taunt and jokes through determined

9080   nasty and innocent employees, and volunteers employed by the sick illegal force.

9081

9082    These 24 hours/day determined employees involving a blend of impertinent and malignant

9083    schemers to exploit unfortunately private radio stations, Hollywood capabilities and abilities, to

9084    harness amplified mixture of previous/current coworkers, friends, relatives, the human resources

9085    of employers, few family members, domestic and international Presidents, Hollywood actors and

9086    actresses, and domestic and international celebrities with different tones, by using psychic

9087    readers and highly paid professional secret assigned unscrupulous spirits' robbers with unethical

9088    and no decency, with Lebanese, Iraqi, and other origins, and readers in mirrors who have been

9089    acting deliberately against the law, infringing my civil rights, to speak to me on secluded private

9090    air far away from public media in order to monitor the nook of my private brain and race with it

9091    in advance as fast as they could to rape, rob, and empty as much as they could from my harvests,

9092    efforts, and talents of my creativities and inventions' designs, techniques, styles and ways and

9093    even robbed the skeleton of each item with its animation precisely from the nook of my private

9094    brain – my black box, enjoy and rapture on account of my health, career, and personal life

9095    destruction, the image. the future of my image in-depth and in detail and implement before I

9096    start. In this way, this action bridled my tongue, demoralized my personality and paralyze my

9097    brain.

9098

9099    the sick illegal force imposed this hurly burly situation in specific my workplace and in general

9100    wherever I went to lessen my value and the value of the image for sake of robbing it and make

9101    tremendous wealth.

9102

9103    Since 2001 until now, after leaving one of my employers, Innovative Enterprise Solution, the

9104    sick illegal force was making me hear voices.

9105

9106    Usually the tone of this Illegal Force has been going around from low and calm to loud and

9107    outrageous *with repeating itself and exposing few unpermitted phone calls.*

9108

9109    At my workplace, I didn't complain at coworkers. My question was very clear, "Why are they

9110    doing this?" and "Why did you enter this Illegal Force in the company?"

9111

9112   The voices were intensified where some voices were asking me to ignore the situation while I

9113   was giving away my image, please refer to chapter 3. The Image, as Nobel inventions,

9114   suggestions, and ideas to President George Bush/ White House.

9115

9116   The voices was requesting from me to ignore because it was raping, emptying, and robbing all

9117   the sole unique items in the nook of my private brain, selling them, and enjoying my future

9118   through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

9119   no decency, with Lebanese, Iraqi, and other origins, and it was infringing my home privacy as it

9120   was repeating what I was saying at home.

9121

9122   4.12 Voices of the following relatives, friends, and coworkers played in the air:

9123

9124   **1.**   In January 2001MASI, coworkers knocking on my cubical walls where I sat saying "911 HI

9125   HI HI 911."

9126   **2.**   Since 2001, Nasty English speakers and Arabic speakers' voices.

9127   **3.**   Strangers following me and speaking to me and throwing words on me through psychic

9128   reading wherever I have been going like in the grocery and department stores.

9129   **4.**   At the beginning of 2001, voices of Gaizka's group from Innovative Enterprise solution.

9130   **5.**   Periodically, since 2001, in short period, Arabic voices of Nagham Abdel, her mother, and

9131   her brothers.

9132   **6.**   Randomly, since 2007, in long period, Arabic voices Nagham Abdel, her mother, and her

9133   brothers.

9134     **7.** Rarely, since 2012, in short period, Arabic voices Nagham Abdel, her mother, and her

9135     brothers.

9136     **8.** Sawsan Zara and her family, Hussam Azu and his family, Hayfah and May relatives of

9137     Sawsan.

9138     **9.** Always, Summer Battah and her mother, Sahar Ashu and her mother, and Linda Michael

9139     Roy.

9140     **10.** Randomly since 2001, Arabic voices of Vivian Hammi, Dahafer Hammi, Salah Alzughbi.

9141     Faris Istephan.

9142     **11.** Rarely, voice of Fadi, my brother and his family.

9143     **12.** Rarely, voice of Fadi's wife, Dina's family voices.

9144     **13.** Randomly, the families of the above people.

9145     **14.** Few unpermitted phone calls of the above people

9146     **15.** Arab voices saying in the air to get out, to breathe air, and advising to not suffocate myself at

9147     work.

9148     **16.** Arab voices saying "we are going to market you."

9149     **17.** Arabic voices say "Hush Hush without word!" this group was saying Hush in order for

9150     psychic reader to rob my future and give away to powerful people, large companies, famous

9151     authors, and celebrities to do.

9152     **18.** In 2001, Arab voices of some America-Iraqi community like Basma Shabu, Helen's

9153     Manshour's wife.

9154

9155

9156

9157   4.13 Why Collections of English and Arabic voices to give specific messages:

9158

9159   **19.** Intensively people following me everywhere and speaking to me through psychic readers.

9160   **20.** At the beginning of 2001, intensified voices of Nagham Abdel, her mother, and her brothers,

9161   Summer Battah, my cousin's wife, her mother, and her relative.

9162   **21.** English and Arabic languages voices of strangers saying loud. "Happy Birthday. They saw

9163   you a cake!" with the siren of 911 ambulance. Get ready! When are you going to cut the cake?

9164

9165   **22.** English and Arabic languages voices of strangers saying loud "You don't have fortune with

9166   us."

9167   **23.** In periodic short intervals, one member of my family's arrest video voices with the 911 siren

9168   while I was in my bedroom sleeping, while I was once in my previous employer, while I was in

9169   Core Logic, and while I was once in my other previous employer, Solar Turbines. The voice

9170   mixed with part A.

9171   **24.** In periodic short intervals, Sahar Ashu and Summer Battah, my cousin's wife, speaking to

9172   me like illusion inside my work building. Randomly, not in frequent intervals, Linda Michael

9173   speaking too.

9174   **25.** At frequent intervals, the sick illegal force was playing a record of insane people stating the

9175   situation in English language mixed with my personal life in comic way in some of my

9176   workplaces and hospitals.

9177   **26.** Arabic voices saying 'this is all for you.', 'we are going to market you!'

9178   **27.** Arabic voices infringing my home's privacy loud.

9179    the sick illegal force transgressed its limits with me by psychic reading my very personal life.

9180   Arabic Language voices of my American- Iraqi community psychic reading my very personal

9181   life very loud.

9182   English language voices of strangers reading phrases of my very private personal life very loud.

9183   **28.** Arabic and English voices saying 'don't pay attention to us,' while the sick illegal force was

9184   raping, emptying, and robbing all the sole unique items in the nook of my private brain, selling

9185   them, and enjoying my future through highly paid professional secret assigned unscrupulous

9186   spirits' robbers with unethical and no decency, by psychic reading my brain.

9187   **29.** At frequent intervals, the sick illegal force was playing a record of Arabic speaker voices to

9188   entertain me with jokes.

9189   **30.** At frequent intervals, the sick illegal force was playing a record of relatives' voices to

9190   entertain me with jokes.

9191   **31.** Sounds from mouth and butt of defecation, constipation, and diarrhea.

9192   **32.** Voices saying "Hush" This group listens to my conversation at home and says it loud.

9193   **33.** Arab and English voices in the background of my phone conversation while I was speaking

9194   in the phone listening to my Arab and English language conversations intentionally signaling

9195   people were listening.

9196   **34.** At frequent intervals, Sahar Ashu's mother saying "I am helping you….I was helping you."

9197   **35.** Since 2001, periodically mixing voices of Gaizka's group from Innovative Enterprise

9198   solution, Deb Linder from Jostens Learning, and Minda McAllister from Mail Box Etc.

9199  **36.** the sick illegal force prevented me from even getting into real estate business like

9200  purchasing and refinancing because of my short work intervals where the sick illegal force was

9201  imposing strangers saying through air "Greedy …. Greedy …. Greedy?"

9202  **37.** the sick illegal force was imposing strangers saying through air "Zinia is a housewife, she

9203  doesn't to work"

9204  **38.** the sick illegal force requesting from coworkers to ask me if I am Friend #2?

9205  **39.** Some people from section, 4.5 History of the sick illegal force authentic motive, were

9206  speaking to me in the air trying hard with me and induce me to disclose the rest of the image.

9207

9208  **40.** Since 2004, President George W. Bush

9209  **41.** From 2004-2008, the sick illegal force was making me hear voices of terrorist parties.

9210  **42.** Voices of Al-Qaida leaders, some terrorists' voices speaking to me in 2004

9211  **43.** Since 2012, President George W. Bush and President Barak Obama together.

9212  **44.** Since 2012, International Presidents and Royal families.

9213  **45.** Since 2015, President George W. Bush and President Barak Obama, rarely President Clinton,

9214  and other international presidents

9215

9216  **46.** Minda McAllister from UPS was added to the Presidents voices to find out why the sick

9217  illegal force was monitoring Zinia all her life since she was twenties.

9218  There was no excuse for this Illegal Force's action other than being jealous of Zinia's image, so

9219  it damaged all aspects of Zinia's life to be Zinia.

9220  I may die any minute and this Illegal Force has my precious image in its hand.

9221    **47.** At periodic intervals, President George Bush Family and Minda McAllister indulging me

9222    showing their participation from year 2012-now was deliberate to understand why Illegal Force

9223    did this to me.

9224    **48.** After I sent my emails to President Obama and MailBox Etc, UPS Store. President Obama

9225    was added randomly saying "we are doing it", "Jinx."

9226    **49.** the sick illegal force was trying to make a point to everyone by making me hear all

9227    presidents that this imposed painful, harmful, intolerable, unacceptable and inappropriate

9228    situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, was done for a valid

9229    reason after it destroyed my health, career, personal life, and family life with despising me and

9230    scoffing at me forcing tiresome and fatigue from obstacles and obstructions causing real sickness

9231    in my body.

9232

9233

9234    **50.** Since 2012, voices of actors and actresses from Hollywood with USA media and Arab

9235    cinema industry with its media.

9236    **51.** Sole unique items related to some part of the current and future masterpieces were

9237    consistently given to Arab Cinema and Hollywood shows and fictions.

9238

9239    **52.** American TV and radio stations, and International Arab TV speaking to me indirectly which

9240    obligated me to not watch TV and listen to Radio Stations.

9241

9242    **53.** Phrases and pieces from parts of the undisclosed image were robbed through raping,

9243    emptying, and robbing the nook of my brain and were sold to American and United Kingdom

9244    celebrities to do movies, episodes and shows.

9245    **54.** Phrases and pieces from parts of the undisclosed image were robbed through raping,

9246    emptying, and robbing the nook my brain and sold to Arab celebrities to do Arab movies,

9247    episodes and shows, specifically in Lebanon and generally in Egypt.

9248

9249    **55.** Voices of the following relatives and friends played in the air rarely since 2001, randomly

9250    since 2007, and periodically since 2012:

9251

9252    In general, the sole unique items of all of 2.5 History of the sick illegal force authentic motive

9253    were playing in the air as the covering subject to the real one which was robbing the future my

9254    image.

9255

9256    **56.** Randomly, Arabic voices saying "Grow Up! Grow Up! Grow Up!"

9257    **57.** Randomly, Arabic voices saying "We are here to pick up our flower, Zinia!"

9258    **58.** Arab voices saying "They are making you pay price for what you did to Friend #1."

9259    **59.** Dhafer Hammi, in 2007 saying "They told us, Zinia invents!"

9260    **60.** Dhafer Hammi, in 1990 saying "Zinia shivers!"

9261    **61.** Randomly since 2001, Arabic voices of Vivian Hammi, Dahafer Hammi, Mazin Yonan,

9262    Salah Alzughbi, Waleed Guli, and Faris Istephan.

9263    **62.** Periodically, in long period, since 2007, Arabic voices of Vivian Hammi, Dahafer Hammi,

9264    Mazin Yonan, Salah Alzughbi, Waleed Guli, and Faris Istephan.

9265    **63.** Periodically, in short period since 2012, Arabic voices of Vivian Hammi, Dahafer Hammi,

9266    Mazin Yonan, Salah Alzughbi, Waleed Guli, and Faris Istephan.

9267    **64.** From 2001-2010, randomly Nadia Hammi and Aseel Mansour. After 2010, especially

9268    periodically Nadia Hammi and Aseel Mansour.

9269    **65.** In 2010, Hammi family fighting in the phone at my workplace mixed with one member of

9270    my family's arrest video voices with the 911 siren.

9271    **66.** Rarely, since 2012, voice of Wanda Abdel

9272    **67.** Arab voices saying "they facilitated the robbery of the image."

9273    **68.** From 2015, the Lebanese media in its program throw phrases and words to me on the whole

9274    subject of the image!!!

9275

9276    4.09.1  Years: Very beginning of 2001

9277    Circulating voices from A B, and C.

9278

9279    1.   the sick illegal force synchronized all my previous coworkers' voices with Arabic voices

9280    from my original Iraqi community describing every movement in my bedroom and bathroom.

9281    2.   the sick illegal force implied in Arabic language voices thrown on me in air as if there were

9282    some labors inside a radio station fixing blurry monitors that were intentionally pointing at my

9283    bedroom, and whispering with wonder who this person on the monitors was.

9284

9285    I want to emphasis here the sick illegal force was deluding me with an illusion to guess whether

9286    what it had implied to me was true or not. I am sure there were no one from the voices I heard

9287    had seen me on any monitor, but I am not sure whether there were any monitor controlled by

9288    satellite or not as a despise to me, Zinia Boutros, especially when the sick illegal force was

9289    deliberately making me hear authentic unpermitted phone calls speaking about me in bad tone.

9290    This is why I believed the sick illegal force had imposed hidden camera through satellite. It was

9291    just to despise me.

9292

9293    3. The shameless part, at the beginning of imposing this Illegal Force on me in 2001, I heard

9294    voices of some Chaldean phrases through air which induced my anger, and I found out in 2012

9295    after putting the image together under the Creator's observation, it was a poor and shameful joke

9296    about President George Bush.

9297    .

9298

9299    4.09.2  Years: 2001-2003:

9300    Circulating voices from A B, and C.

9301

9302    All of the following sole unique items were playing randomly and periodically in the background

9303    of my face to face interviews and in the background of my employment inside the employers'

9304    buildings like someone whispering making coworkers open their eyes like globes.

9305 1.   Periodically, English language voices of strangers saying "You have no fortune with us! We are

9306    going to pluck and pick you"

9307 **2.**   Periodically, the sick illegal force was requesting from coworkers to look at my genitals.

9308 **3.**   Playing a record saying in Arabic language that the sick illegal force perceived me as "Movie

9309    theatres' ticket window."

9310 **4.**   Playing a record saying in Arabic language that the sick illegal force perceived me as "there

9311    is big rumor that Zinia is being trapped as a show of "light, sound, and picture."

9312 **5.**   Playing a record saying in Arabic language that the sick illegal force perceived me as a

9313    famous author.

9314 **6.**   Usually people contemplate in numerous thought in one second, as I was doing the same

9315    thing, the sick illegal force picked out one of my thoughts and forced discussion with me

9316    elevating my irritation and outrageous, and boil my nerve system in order to explode me without

9317    morals and ethics. This group tended to force trivial subjects and consistently played to delay my

9318    thoughts.

9319 **7.**   At periodic intervals,, my coworkers from different employers especially Jostens Learning

9320    Corp, Innovative Enterprise Solution, including coworkers from MailBox Etc, UPS Store were

9321    saying any phrase.

9322 **8.**   English language voices of strangers psychic reading exactly what I was typing in my

9323    computer, reading each text I typed, and describing all my movements at home and workplace.

9324 **9.**   English and Arabic language voices of strangers, relatives, friends asking me earnestly or

9325    humbly acting like hungry kittens to give all the ideas of my image away.

9326 **10.** American Articles in News deliberately referencing my phrases I used.

9327   **11.** Arabic language voices of joy chanting and cheering taken from Egyptian movies and real
9328   wedding as praise and encouragement to cut a wedding cake.

9329   **12.** English language voices of indulging, dandling, and coddling support to me to agitate me and
9330   boil my nerve system.

9331   **13.** English language voices saying "Are you ripen yet."

9332   **14.** English and Arabic language voices of date discussion and encouragement explaining how to
9333   date very loud.

9334   **15.** Voices in Arabic and English languages mocking in a nasty, harmful, and painful at the
9335   situation without mercy.

9336   **16.** Vulgar voices cussing, cursing and exposing mocking sexual conduct noises.

9337   **17.** American TV and radio stations, and International Arab TV speaking to me indirectly which
9338   compelled me to not watch TV and listen to Radio Stations.

9339   **18.** Mocking and laughing at the situation at the end of some of fraud phone interviews by
9340   interviewees.

9341   **19.** Interviewees' feedbacks telling me the sick illegal force is preventing us from hiring you or
9342   they are not interested.

9343   **20.** From 2001-2004, randomly, the sick illegal force requested from some of people to stand as
9344   group in streets where my car was passing by, giving military salute and holding sun flower's
9345   plant waving in streets.

9346   **21.** Sometime, at work, the sick illegal force was playing scout drummer's salute.

9347    **22.** Randomly, the sick illegal force infringed the laws and played with my emotions like

9348    thermostat by mixing private phone conversation with private scream conversation inside home

9349    to agitate me deluding me with an illusion about someone died from my family and induced me

9350    to call home from work to make sure everyone is fine.

9351    **23.** In 2002, during my employment in MailBox Etc, UPS Store, the sick illegal force said, "we

9352    are psychic reading you … there are no hidden camera, it was the radio station of Jeff Detrow &

9353    Jerry Cesak."

9354

9355    This voice relaxed me a little bit because it promptly made me think, at least there was no hidden

9356    satellite camera but still I was very suspicious and I couldn't trust the sick illegal force that might

9357    take advantage of the USA system with using satellite camera to monitor the prediction in my

9358    home as it had the authorization to pass all USA laws.

9359    Especially, after the sick illegal force was exposing unpermitted phone conversation from my

9360    American- Iraqi community speaking badly about me in a very private conversation, followed by

9361    some strangers telling me "See! See! What they are saying about you." Or someone saying "Did

9362    she hear this!"

9363

9364    4.09.3  Years: 2004-2009:

9365

9366    Circulating voices from A- E.

9367    Circulating voices from Years: 2001-2003

9368    **1.** Mass sessions extracted from Chaldean churches playing.

9369    **2.** Voices of English speakers crying at Isaac.

9370    **3.** Voices saying 'You are the Messiah' which induced my anger.

9371    **4.** Very private radio station faraway from media playing my biography in how I came from

9372    Iraq to USA as if it was on TV.

9373    **5.** In 2005, few people from my American-Iraqi community were cracking from laugh saying

9374    slowly that my genitals from diamonds while I was angrily waiting in my home to get back to

9375    my work in MailBox Etc, UPS Store.

9376    **6.** At Periodic intervals, before each lay off from the previous companies I worked for, Sahar

9377    Ashu, my friend who denied her participation in this Illegal Force, announced, "They are going

9378    to get you out of this company, and they are going to burn you. They are psychic reading you!"

9379    **7.** Two times, the sick illegal force showed me a burned living room chair on the sidewalk of

9380    the street when I was driving in my car.

9381    **8.** After 2007, I observed the White House figures were intensively directed to what I was

9382    writing. Plus, the sick illegal force was infiltrating and sneaking with huge efforts through

9383    innocent coworker at work to stimulate me in speaking the image loud.

9384    **9.** <u>In Camp Pendleton, I heard the radio station of Jeff Detrow & Jerry Cesak saying in a deep</u>

9385    <u>voice "They are making you pay price for what you did to Friend #1.</u>

9386    **10.** Strangers' voices saying in the air "Novelist! Novelist! Novelist is that why?" referencing my

9387    writing in the middle of this imposed painful, harmful, intolerable, unacceptable and

9388    inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, trying to

9389    derail me because it robbed my future.

9390

9391

9392

9393    4.09.4  Years: 2010-Now:

9394    Circulating voices from A-I.

9395    Circulating voices from Years: 2001-2003

9396    Circulating voices from Years: 2004-2009

9397

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

9398  **1.** Randomly, the sick illegal force was requesting from people to look at my genitals.

9399  **2.** From 2001-2012 Nagham Abdel with her brothers and mother, and their cousin, Linda

9400  Michael were speaking to me through air but stopped when I disclosed to my friend, Wanda

9401  Abdel what the sick illegal force has being doing to me but Linda Michael didn't stop and

9402  Wanda was added randomly.

9403  **3.**  the sick illegal force started to exhibit some strange voices through air, saying what I was

9404  writing in the image and repeating my writing that I never disclosed to anyone.

9405  **4.** Strangers saying in English language "Is this why?" after robbing each piece of my image

9406  and noticing me I found out about it.

9407  **5.** Since 2010, Hollywood environment was surrounding me indirectly, few Arab media and

9408  celebrities were speaking to me through air

9409  **6.** In 2012, more Hollywood figures and Arab media and celebrities were speaking to me

9410  through air.

9411  **7.** From 2010 until now, I have seen my undisclosed phrases related to the image were given to

9412  American and Arabic movies and episodes.

9413  **8.** From 2010 until now, my undisclosed planned ideas related to the image were consistently

9414  been given away to powerful people, large companies, famous authors, and celebrities.

9415  **9.** In 2012, Arabic voices asking through air "Why did you do nine eleven?"

9416  **10.** In 2016, I found out the sick illegal force was referring to one of my masterpieces, "Birth

9417  Cake within 911 Siren with the Creator" as part of the image.

9418  **11.** In 2016, Dina's sister, Dr. Noor and Dr. Farah's voices was intensive at work and

9419  everywhere.

9420    **12.** In 2016, Tom Hanks, Sandra Bullock, Julie Robert, and John Goodman voices.... were

9421    intensified.

9422

9423

9424    4.14 Force plot in military binoculars transaction

9425

9426    <u>Please refer to section 5.3 Military Binoculars Transaction</u>

9427

9428    After the sick illegal force was psychic reading me since I was in my early twenties, monitoring

9429    my image day and night, it found out I have precious image.

9430

9431    the sick illegal force found out binoculars in my image was encased with tremendous wealth as

9432    a vision with its influential part in the image

9433

9434    The schema was to delude and deceive some family members, one member of my family, in

9435    1998, into exporting illegally a military item, binoculars which has ultimately the most

9436    influential part in the current and future masterpieces of my image and it is the beauty of my

9437    image.

9438

9439    The motive behind the military binoculars wasn't One member of my family, it was to suppress

9440    and restrain me, Zinia Boutros' morals to rob my future by creating criminals from my home in

9441    order to dampen and cripple my motivation in putting together the image and scatter my

9442    thoughts, and to derail and paralyze me from writing the image because the violation of

9443   exporting this military item, binoculars was the core subject of my image and the beauty of my

9444   image that I correlated it gradually after writing some of the current and future masterpieces of

9445   the image in 2007.

9446   This motive was to bridle my tongue after seeing my future was robbed by the sick illegal force.

9447   The motive behind this schema was to rob my future through highly paid professional secret

9448   assigned unscrupulous psychic readers, spirits' robbers, and readers in mirrors with unethical and

9449   no decency, whose origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit

9450   robber, The American-Iraqi, Majid Sabeah Mighael. The motive was acting deliberately against

9451   the law, infringing my civil rights to steal the current and future masterpieces of my image,

9452   please refer to section 4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic

9453   Motive

9454

9455   The schema was to take a chance on the current and future masterpieces of image by intervening

9456   in one of my family's member's life, who had pure clean records faraway from any crimes and

9457   felonies. the sick illegal force plotted a schema to jut the binoculars in an improper way in my

9458   personal life through psychic reading my brother's patriotic vulnerabilities, then facilitating and

9459   expediting the violations and faults on a golden tray to one member of my family.

9460

9461   In this way, the Force thought it could induce me without knowing to think depressingly about

9462   my image loud but internally that might help facilitating the psychic reader to pick up the current

9463   and future stones of the image easily and to expose it to the powerful people, large companies,

9464   famous authors, and celebrities.

9465

9466

9467

9468    4.14 Force my managers, Minda McAllister and Deb Linder in the sick illegal force :

9469    the sick illegal force harnessed Minda McAllister and Deb Linder voices to make tremendous

9470    wealth.

9471

9472

9473    4.15 Force relatives and friends in the sick illegal force :

9474    This section is written especial to some of my relatives and friends. Summer Battah, my cousin's

9475    wife and her mother, and my friend Sahar Ashu and her mother, Nagham Abdul, her mother, and

9476    her brothers, and Linda Michael Roy.

9477    You participated in this Illegal Force since 2001, you really didn't perceive yourselves as

9478    participants of this Min-Nook Force?

9479

9480    I could have died from this Illegal Force but the Creator Force intervention saved me.

9481

9482    This group voices were harnessed on me loud to facilitate and expedite the robbery of my future

9483    through highly paid professional secret assigned unscrupulous psychic readers, spirits' robbers,

9484    and readers in mirrors with unethical and no decency, whose origin was America, Lebanon, Iraq,

9485    and others, like the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael the

9486    current and future masterpieces of my image. This group refused to speak to me or confess their

9487    participation in the destruction this Illegal Force created in my health, career, and personal life.

9488

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis        March 2, 2022

9489    This group had major impact in destroying my health, career, and personal life parallel to the

9490    White House for unresponsive action. I was putting the image privately while the sick illegal

9491    force was scattering it everywhere under imposing budget suffocation through layoffs while it

9492    harnessing this group to make me speak the image loud.

9493    The robbery of my future was facilitated through involving the American-Iraq community voices

9494    with this group in my workplace to force me into speaking the image loud where I speak to this

9495    community rarely and the motive was to force lose concentration in my job at my workplace.

9496    The motive was to lay me off and force me on limited budget while facilitating the sick illegal

9497    force was robbery of my future.

9498

9499

9500    4.16 Force incorrect mental illness:

9501     the sick illegal force 's motive was to rob my future by slowing me down and destroying me via

9502    forcing incorrect mental illness through highly paid professional secret assigned unscrupulous

9503    psychic readers, spirits' robbers, and readers in mirrors with unethical and no decency, whose

9504    origin was America, Lebanon, Iraq, and others, like the American-Iraqi spirit robber, the

9505    American-Iraqi, Majid Sabeah Mighael who were acting deliberately against the law, infringing

9506    my civil rights as they were building illusion to delude me and delude the harness voices of my

9507    employers with an illusion in order to facilitate the stealing of the image, please refer to section

9508    4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic Motive as I was

9509    correlated the incidences together gradually after writing the image in 2007.

9510

9511    This Illegal Force caused officially incorrect mental illness; it caused a real physical illness in

9512    my body where I am not supposed to have one.

9513

9514    In 2012, after I complained to President Obama and never had response from him, I started to

9515    observe a weird severe headache that has been going since 2009 because of my repression,

9516    suppression, and burn of my nerve system as the sick illegal force compelled the USA system to

9517    act deliberately against the law with me, to lay me off for no reason and imposed dating at

9518    workplace as a joke.

9519

9520    In 2015, the unresponsive reaction from the White House created unbearable headache that

9521    induced me to examine my random blood pressure and found out about my random high random

9522    blood pressure.

9523    As result of this stress and anxiety, I started to have real illness. My random blood pressure

9524    elevated and had bad constipation where the imposed Illegal Force was despairingly joking about

9525    it making me hear the sounds of defecation, constipation, and diarrhea through air.

9526

9527    This Illegal Force created real illness of random blood pressure and constipation, and incorrect

9528    mental illness of schizophrenia because I have been hearing existing voices where no one

9529    responding to me about them.

9530    I want to emphasize that I ignored all of the below psychiatrists conducts and facilities as I saw

9531    they were fabricating the situation amid the ongoing imposed Illegal Force.

9532    Also, I want to emphasize that I showed my anger only in 3 workplaces. I showed my anger in

9533    MASI through phones. I showed my anger in MailBox Etc, UPS Store through phones and

9534   emails to Minda McAlister, and in EDS through making a scene by screaming deliberately at that

9535   ongoing situation from 2001-2007.

9536

9537   4.17     Incorrect illness after MASI:

9538

9539   In 2001, when the situation was imposed on me through air by English and Arabic speakers via

9540   psychic readers and highly paid professional secret assigned unscrupulous spirits' robbers with

9541   unethical and no decency, with Lebanese, Iraqi, and other origins, and readers in mirrors saying

9542   all my detailed steps everywhere, describing me in my work and home. This blew up a hysteria

9543   inside my body because I suspected someone had put hidden camera in my cubical desk area

9544   without human resource permission and in my home covertly although I knew this is illegal in

9545   USA. This conduct made me sensed the sick illegal force were monitoring me through satellite

9546   camera for ambiguous powerful reason which I didn't know at that time as the voices were

9547   through air imposed on me everywhere I went.

9548

9549   After I left MASI, this situation compelled my family to take me to psychiatrist office for being

9550   extremely upset as I thought the sick illegal force had installed a hidden camera in my home and

9551   had seen me naked by saying my personal information through air.

9552

9553   I was taking to a psychiatrists' office by one member of my family who didn't know anything

9554   about this Illegal Force as my parents explained to him that I had been hearing nonexistence

9555   voices. My parents didn't know anything about this Illegal Force. I was shocked and consistently

9556   crying from this unknown situation.

9557   When I saw the psychiatrist, he was very uncooperative with the situation as if someone told him

9558   about the radio station without I uttered anything in this subject and he had asked me in a very

9559   hateful and rough way whether I wanted the radio station to follow me or not when I was worried

9560   this Illegal Force had installed hidden camera in my workplace and home and I was worried

9561   about my career which I had foreseen it was in process of being damaged because of this

9562   imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to

9563   4.1,4.2, and 4.3 for the Illegal Force's definition.

9564

9565   The psychiatrist gave me some medicine to relax me from this situation and I was diagnosed

9566   with hearing nonexistence voices.

9567

9568   In 2001, when I took the medicine, I immediately saw myself like corpse [sleep very deep] so I

9569   forced myself not to sleep by drinking a lot of coca cola cans to resist this medicine and

9570   screamed in my home in front my parents, "This Illegal Force is making me behind... the sick

9571   illegal force is destroying me … it is destroying my career and future."

9572   I refused completely in taking the medicine afterword because the medicine made me so sleepy

9573   and drowsy while I wanted to be cautious to make my living!

9574   After this incidence, I took all my books that are related to my career and put them in my car and

9575   started to go to library every day to read and read without stop.

9576

9577   I stayed for 6-9 months changing my clothes at my home in darkness and sometimes in closet

9578   because I couldn't trust the USA system with not using satellite camera to monitor me in my

9579    home as I thought the Radio Station was doing it for unknown powerful reason as the voices

9580    were through air imposed on me everywhere I went.

9581

9582    Later, in 2004, after I perceived the sick illegal force prediction to my image, I suspected it

9583    infringed the USA law with using satellite camera to monitor the prediction.

9584

9585    After sometime when the psychiatrist noticed I was not taking the medicine, he degreased the

9586    doses on me where the aspirin had more effect than that medicine as the psychiatrist stated.

9587    Here I surmised some powerful people like the sick illegal force insisted to build incorrect

9588    mental health history in any way.

9589

9590    I refused to go to the psychiatrist because this Illegal Force is real. I didn't mind going to the

9591    psychiatrist and taking medicine if there was something incorrect in me. My question was "why

9592    are they doing this?"

9593

9594

9595    My Cousin, Sawsan Zara took me to one of the psychiatric facility after I heard her brother,

9596    Hussam Azu stating something through air while I was in my bathroom and after strangers were

9597    following my steps in the department stores and supermarkets referencing me in my bedroom

9598    and bathroom.

9599

9600  I spoke to Hussam about this incidence telling him some people have been following me and

9601  monitoring me through satellite but the sick illegal force compelled him not to say the truth for

9602  unknown reasons I didn't know at that time.

9603  the sick illegal force in Hussam incidence was saying part of my future image, please refer to

9604  my image, chapter 3. The image.

9605

9606  I was given some medicine by psychiatric facility, but I didn't take it. I decided to lie to everyone

9607  and go with the flow.

9608

9609  After year 2007, I recognized this medicine was for people who were diagnosed with

9610  schizophrenia.

9611

9612

9613

9614  4.18    Incorrect illness during UPS:

9615  During my employment in UPS, in the amid of helping President Bush/White House, after what I

9616  experienced with Virgin Mary and Jesus in 2003, please refer to sections 1.15 Command vs

9617  Judgment, I complained to my manager about the sick illegal force, Minda McAlester who in

9618  turn forced me to go to psychiatrist and take medicine and never get back to work without

9619  visiting psychiatrist because *this situation was overlaid by the covered reason t*hat deluded the

9620  Minda McAllister with an illusion to surmise of its wackiness and shallow by imposing a non-

9621  sense dating on me at my workplace me that no one can tolerate *to deceive and delude my*

9622  *coworkers, employers, and USA citizens.*

9623

9624  The following psychiatrists were harnessed by the sick illegal force to speak to me in order to

9625  derail me from understanding its motive.

9626

9627  I visited 2 psychiatrists before I went back to work.

9628

9629  ▪ First psychiatrist: He offered white wine and asked me to stay for 2 weeks at home. I didn't

9630  want to waste my time and efforts, so, I went the next day to ask the doctor to go back to work

9631  right away. The receptionist told me, he was fired and in turn she asked me 'Do you know why?'

9632  I didn't reply back and I asked her to see some other psychiatrist in order to promptly go back to

9633  work, and she assigned me to a new one.

9634

9635  The motive behind this Illegal Force compelling this psychiatrist into giving me wine was to

9636  scatter my thoughts from the image and derail me into thinking about what happened in Jostens

9637  Learning Corp and Innovative Enterprise Solution was only a date where I didn't need to be

9638  angry and wouldn't need any medicine, giving the fact that all of this started with staring at my

9639  genital in sarcastic and mocking way in Jostens Learning Corp as if dating starts this way and

9640  needed radio stations.

9641

9642  I called Minda McAlister screaming and shouting in her voice mail in order to go back to work.

9643  I didn't want to waste my time. I had to wait to see another psychiatrist for 2 weeks.

9644

9645    ▪ Second psychiatrist: I had to go to this psychiatrist the next day to ask her to get me back to

9646    work immediately, I had to wait to see this psychiatrist in break time because she didn't have a

9647    space to fit me in her schedule.

9648    I was shocked to see this psychiatrist shivering with horror in the midst of her phone

9649    conversation which I believe with Illegal Force that was monitoring me. She cautioned me to

9650    stay still because she called the ambulance to take me to psychiatric facility and if I didn't stay

9651    still she would call the police while I was very calm.

9652

9653    When the ambulance vehicle arrived, the paramedic was in his best restful day because he didn't

9654    perform any efforts with me and he was asking specifically what type of degree I had, having his

9655    best conversation ever with me. When I arrived, all nurses were smiling like it was the most

9656    joyful day they had in all their career.

9657

9658    I had to stay in the psychiatric unit for one week in an environment where all patients were fake

9659    or some of them were nurses acting on me and listening to the same noises through air played by

9660    the sick illegal force with adding some nurses and patients voices from the same psychiatrist

9661    unit.

9662

9663    During my stay at this psychiatrist unit, the doctors took a scan of my brain laughing at me while

9664    I startled and I was shocked at the situation and the sick illegal force was circulating strangers

9665    saying 'Precious brain …..'

9666

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

9667  I was forced to take a liquid medicine which compelled me to vomit and caused me to nausea for

9668  one week.

9669  At the end of the week, someone claimed he was a psychiatrist, got me out of the psychiatric

9670  unit. This psychiatrist compelled me to say something to go with the flow in order for me to

9671  leave this psychiatrist unit and I noticed they recorded me.

9672  It turned out this psychiatrist was either Mike Moor or somebody resembled him to make me

9673  look fool if I ever mention it in the future.

9674

9675   the sick illegal force or Min-Nook's Force coerced the psychiatric unit in forcing me to sign a

9676  paper agreeing on not to carry weapons for five years while I never own or hold weapon in my

9677  life; and it has asked me to sign a paper that I came to this unit voluntarily. I signed the papers in

9678  order to leave.

9679

9680  Since I don't watch TV a lot and since the sick illegal force was monitoring me 24 hours/day,

9681  one time, after approximately 2 months from leaving the psychiatric unit, I saw Mike Moore on

9682  TV and I resembled his face with the psychiatrist who got me out.

9683

9684  After one week, MailBox Etc, UPS Store allowed me to go back to work.in one condition which

9685  was taking the medicine.

9686  I lied to everyone and went back to work.

9687

9688    The voices were intensified where some voices were asking me to ignore the situation while I

9689    was giving away my image, please refer to chapter 3. The Image, as Nobel inventions,

9690    suggestions, and ideas to President Geroge Bush/ White House.

9691

9692    I had to say something to Minda about the voices that were intensified inside the MailBox Etc,

9693    UPS Store building where everyone was noticing the voices and opening their eyes like globes.

9694

9695    Again, the human resources sent me to home to see psychiatrists raising the fact that the voices

9696    were everywhere and not only inside MailBox Etc, UPS Store building.

9697    I argued with human resource that MailBox Etc, UPS Store was my workplace where I and my

9698    coworkers needed to concentrate at work.

9699    Plus, I kept saying my age to the human resource due to what the sick illegal force was spitting

9700    through air as some voices were indulging, dandling, and coddling me into date like I was under

9701    age..

9702

9703    I tried to see psychiatrists but the psychiatrist office delayed me due to no opening for more than

9704    2 weeks and I kept pushing to get an appointment and I saw 2 psychiatrists.

9705

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

9706    ▪ First Psychiatrist: The appointment was in Oceanside which was more than 1 hour from my

9707    home. The psychiatrist coerced me to wait more than one 1 hour in the waiting room and when I

9708    saw this psychiatrist, he didn't say a word, he was smiling for few seconds and frowning for

9709    another few seconds and kept doing this movements in his face for 2-3 minutes and said, "You

9710    are not ready to go back to work."

9711    ▪ Second psychiatrist: I didn't get to see this psychiatrist because he called me before seeing me

9712    and started to scream and shout at me like he was the sick person and I was his psychiatrist.

9713

9714    I complained to MailBox Etc, UPS Store human resources which in turn changed the psychiatric

9715    office into a new office where I saw the nurse practitioner, Marsha Green, who was very

9716    cooperative and angry at this imposed painful, harmful, intolerable, unacceptable and

9717    inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition,

9718    especially when MailBox Etc, UPS Store put me on disability.

9719    I kept seeing psychiatrists who were asking me what the voices were saying to me, what I was

9720    saying to voices, and what I was emailing President George Bush as a way to copy my image by

9721    the sick illegal force indirectly by making me spreading it everywhere, but I never said anything

9722    to them.

9723

9724    I argued with Marsha Green about why I should build a incorrect mental history when the voices

9725    and noises exist inside and outside my work building and why I should I take mental disorder

9726    medicine when my mental state is very balanced as the voices exist everywhere, and the

9727    medicine would affect my brain functionality. But, I didn't get any correct answer from Marsha

9728

9729    Onetime, prior my lay off from MailBox Etc, UPS store, the psychiatrist asked me to bring my

9730    mother with me.

9731    I asked Marsha Green about the reason when I was 42 years old at that time, she didn't know.

9732    My mother came with me, all the psychiatrists were in the room looking at me and my mother

9733    from top to bottom and vice versa without saying a word.

9734

9735    My mother noticed their stupidity but didn't say a word because my relative were not

9736    cooperative in this matter.

9737

9738    Marsha Green called the MailBox Etc, UPS store in front of the psychiatrists to get me back to

9739    work but the human resources didn't accept me back highlighting my cusses and curses of my

9740    emails to Minda as if there was no voices inside the UPS building.

9741    Later, UPS laid me off.

9742

9743    the sick illegal force kept laying me off from places I worked for whether I was complaining or

9744    not to control my budget and to forbid from thinking in my own image because it was raping,

9745    emptying, and robbing all the sole unique items in the nook of my private brain, selling them,

9746    and enjoying my future through highly paid professional secret assigned unscrupulous spirits'

9747    robbers with unethical and no decency.

9748

9749    If the sick illegal force was only imposed on me in the public areas of USA, I wouldn't care

9750    because people in streets don't support me to make my living. the sick illegal force was imposed

9751    on me in the workplace buildings.

9752

9753   As I am definite this Illegal Force exists in my life at the workplace, I am sure it had created a

9754   mental repression, anxiety, and stress in my life because I was forced to go to psychiatrists and I

9755   was diagnosed with incorrect sickness, "Hearing inexistent voices" because no one was

9756   responding to me from my workplace at the existence of this imposed sarcastic harassment under

9757   the fabricated situation via the sick illegal force on me.

9758

9759   Later, as the voices are real, I refused to complain to the psychiatrist at the existence of this

9760   Illegal Force in my life at the workplace anymore because of the workplaces' misleading

9761   feedbacks which was impelled by this Illegal Force.

9762

9763   The existence of this Illegal Force has caused boiling in my blood and nerve while I had to act

9764   normal to resume my life at workplace in order to coexist with this *sarcastic harassment under*

9765   *the fabricated situation* that *caused mental repression.*

9766

9767   4.19    Force career damage:

9768

9769   The motive was to concentrate on reversing my well-being into ill-being. There was no reason

9770   for this Illegal Force in my life other than scheming impertinently and malignantly as it robbed

9771   my future and it was in process of stealing the current and future masterpieces of my image,

9772   please refer to section 4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic

9773   Motive.

9774

9775    The motive was to curb my personality and to paralyze my brain from thinking., was to intervene

9776    in my career life to inflict, harm, and demoralize my morale and motivations which could lead to

9777    strong feelings of sadness, stress or anxiety in order to derail my from writing the image while

9778    the sick illegal force was raping, emptying, and robbing all the sole unique items in the nook of

9779    my private brain, selling them, and enjoying my future through highly paid professional secret

9780    assigned unscrupulous spirits' robbers with unethical and no decency, or the image's future

9781    before I uttered anything.

9782

9783    The schema of this Illegal Force resulted damage to my career as it reversed my workplace into

9784    hurly-burly intolerable place to work in as it was acting like a stumbling, clogging, and

9785    obstructing stone in my career advancement by deceiving and deluding everyone at work with

9786    the voices to raise brows and questions about 'How can we work in this environment' while I

9787    was doing as good as others.

9788     the sick illegal force was deluding everyone that I was unable to think clearly. This force was

9789    disturbing and befuddling my thoughts and concentration at my workplace by appointing

9790    tension, stress, strain, tenseness, tautness in my body physically and mentally.

9791    It was pressuring me to complain to my managers at the sick illegal force with anger when no

9792    one replied back.

9793    It was demoralizing and restrain my motivations and morale while the sick illegal force was

9794    periodically speaking my private information and sometimes speaking my ideas loud at my

9795    workplace and forcing coworkers to say my ideas before me.

9796

9797  On periodic intervals at companies I was hired, the sick illegal force asked coworkers to stare at

9798  my genital as a joke for more than couple of time to question the situation and agitate me while it

9799  was imposing dating through air inside my workplace.

9800

9801  100% of people can't do their job when they are monitored for 1 second. I have been monitored

9802  by the sick illegal force intensively since 2001. This Illegal Force was psychic reading me day

9803  night without stop since 2001 loud acting deliberately against the law, infringing my civil rights.

9804

9805   the sick illegal force prevented me from even getting into real estate business because of my

9806  short work intervals where the banks couldn't accept me and while the sick illegal force was

9807  imposing strangers saying through air "Greedy …. Greedy …. Greedy?"

9808

9809   the sick illegal force wanted to limit my budget and to swamp me in loans to prevent me from

9810  writing the image while it was raping, emptying, and robbing all the sole unique items in the

9811  nook of my private brain, selling them, and enjoying my future through highly paid professional

9812  secret assigned unscrupulous spirits' robbers with unethical and no decency, with Lebanese,

9813  Iraqi, and other origins, and stripping my image from the nook of my brain leaving me to beg for

9814  work and to limit my social security and to live within very limited budget.

9815

9816  In 1997, I lost concentration at my workplace, Jostens Learning Corp as I was shocked at the

9817  situation - the fraud and scam - that was imposed on only me.

9818

9819    At the beginning of 2012, I didn't know the sick illegal force was robbing my private brain, so I

9820    never mentioned anything to my few relatives and friends. Since 2001 until 2012, few relatives

9821    and friends have been advising me to concentrate at my work inside my previous employers'

9822    buildings and to take pills whenever I hear the sick illegal force at my workplace although I have

9823    told my relatives and friends this illegal force has been psychic reading me loud in a very nasty

9824    way with jokes.

9825    Relatives and friends called the sick illegal force with "ill-mannered crazy radio" and asked me

9826    to let them get lost and to concentrate at work = هذولة ناس وراديو ادب سزية بلا تربية يطبهم مرض مخابيل

9827    "ديري بالكي على شغلكي"

9828    My previous coworkers advised me to wear headphones to avoid the intolerable lousy

9829    environment.

9830

9831    In 2012, after seeing the robberies from the nook of my private brain, I was forced to complain to

9832    the White House, President Obama and my managers, Minda McAlister and Tim Davis from

9833    MailBox Etc, UPS in a document explaining what the sick illegal force has been doing to me

9834    through tweaking and harnessing their voices in some details Please refer to 4.10 Illegal Force

9835    harnessed hurly burly voices and 4.11 Illegal Force phrases thrown in the air on me where I

9836    showed them I have been robbed through this imposed Illegal Force.

9837

9838    I have explained to the White House, President Obama and my managers, Minda McAlister and

9839    Tim Davis from MailBox Etc, UPS that for money purpose secretly without my permission and

9840    knowledge and the public knowledge, this illegal force wanted to keep imposing the painful,

9841    harmful, intolerable, unacceptable and inappropriate situation – imposed fraud and scam in my

9842    career and causing harsh painful layoff on regular bases to live on limited budget that has been

9843    controlled by them, so I never had chance to grow and never let me have time to think in my

9844    image while the highly paid professional secret assigned unscrupulous spirits' robbers with

9845    unethical and no decency, with Lebanese, Iraqi, and other origins, were raping, emptying, and

9846    robbing all sole unique items from the nook of my private brain with their harvests, efforts, and

9847    talents of my creativities and inventions' designs, techniques, styles, ways and they even robbed

9848    the skeleton of each item with its animation precisely – my black box in advance on golden plate

9849    to all to do my items before me so I would never know the items were mine because someone

9850    else had done them before me, and if I ever complain in the future, no one would believe me.

9851    The imposed situation of creating deliberate obstacles and painful layoff in my previous

9852    workplaces and destroying my health, career, and person life, was to derail me from doing the

9853    image of the new cycle of Adam and Eve.

9854

9855    Also, Earlier to my complain to my managers in MailBox Etc, UPS, I had complained to Deb

9856    Linder, my manger in Jostens Learning Corp,

9857

9858    Usually, I work hard and overtime to prove myself in new job to build confidence between me

9859    and my boss. In 2016, after the numerous layoffs that were imposed on me, after experiencing

9860    the health and budget suffocation that caused random blood pressure and severe constipation,

9861    after seeing my brain being robbed to powerful people, major business entrepreneurs, celebrities,

9862    and authors, after the consist hurly burly voices inside my workplace building, I couldn't

9863    function correct, work hard and overtime to prove myself in my current job, Willis Towers

9864    Watson because I needed to and must write this case document to Federal Court to get my civil

9865    right, to stop the robberies, and stop the process of what was robbed from me by this Illegal

9866    Force which was raping, emptying, and robbing all the sole unique items from the nook of my

9867    private brain, selling them, and enjoying my future through highly paid professional secret

9868    assigned unscrupulous spirits' robbers with unethical and no decency whom were acting

9869    deliberately against the law, infringing my civil rights.

9870

9871

9872    Thus, I am writing this case document to Federal Court which was my priority after I left Solar

9873    Turbines but I couldn't have the time and budget to concentrate at the nightmare this Force did to

9874    me.

9875

9876    I needed to think deeply in explaining this impost situation given the true facts in how the White

9877    House didn't respond while I was screaming at them and the true facts about creating criminal in

9878    my family, and the true facts of creating incorrect mental health history of schizophrenia and

9879    correct illness of constipation and random blood pressure after being in this horrible situation.

9880

9881    4.20    Incorrect illness during EDS:

9882    In 2007, In EDS, one coworker gestured at my genitals as if asking in the air "What is going

9883    on?"

9884    After I spoke to the FBI and working under the voices of the imposed Illegal Force, please refer

9885    to section 6.5 EDS. I was fed up with noises. I screamed inside the EDS office which was shared

9886    by the main office of Northern Grumman, I asked for FBI to investigate the incidence inside the

9887    building.

9888   Northern Grumman called the police instead of FBI. After the police came to investigate the

9889   situation, I became calm and told the police this situation had been going since 2001 loud and I

9890   had to deliberately scream to bring the FBI and not police.

9891

9892   The reason for my scream was to request the reason behind these voices that were following me

9893   and to stop these voices but the sick illegal force didn't want to speak to me as it created

9894   deadlock because it knew what it has been doing to me was illegal.

9895

9896   The police took me to first floor. Rudely and harshly, one of the police men gripped my wrist

9897   and handcuffed me while I was calm and never resist him. The policeman who handcuffed me

9898   left in one car. The other 2 policemen took me to two psychiatric units while they were mocking

9899   by sucking suckers in front of me inside the first psychiatric unit.

9900

9901   Inside the first psychiatric unit, I was alone in this unit; I believe it was new psychiatric unit. It

9902   was like a jail, I was scared for many reasons.

9903   First, one of the staffs inside this psychiatric unit told me "You need a lawyer!"

9904   Second, while I was sleep in the middle of night with the light and door open, a male nurse

9905   brought a female patient with messy hair to sleep in the same room, turned off the light and

9906   closed the door on us.

9907   I immediately left the room, and stayed in the hall way all night long. I left the first psychiatric

9908   unit after one day.

9909   Later, by accident, I found out this female patient who scared me in the middle of night was not a

9910   patient, she was a nurse acting like a patient.

9911

9912    In the second psychiatric unit, it was also a jail, the situation repeated itself from the psychiatric

9913    unit I visited while I was in Mail Boxes Etc, UPS Store, the patients looked like they were acting

9914    with me as they were pointing and commenting at the situation imposed via this Illegal Force.

9915

9916    One of the patients was wandering in the hallway exhibiting little of her genitals, and the other

9917    female patient was throwing her underwear near my bed where people asking in the air "Clean

9918    us".

9919    I left the second psychiatric unit after two days.

9920

9921    The psychiatrist unit never examined me but it officially wrote in my health history record that I

9922    was diagnosed with schizophrenia coercing incorrect mental health disorders and schizophrenia

9923    history.

9924

9925    After I was terminated from EDS, I had called the psychiatric units billing departments to find if

9926    there are any missing payments to take of through my health insurances, but the answer was no

9927    payment.

9928    In 2009, I was surprised with a collection notice – Delinquency mental health service sent to me

9929    from the San Diego County/Auditor and Controller claiming I didn't pay $2096.40 for the first

9930    psychiatric unit visit.

9931    I called my health insurance through the company that hired me in EDS, Milvets System

9932    Technology, Inc. which had requested the therapists and procedures from me.

9933  After speaking in the phone and sending many explanation letters to the agents of my insurances,

9934  Aetna, and San Diego County/Auditor and Controller, the psychiatric unit couldn't provide the

9935  any information for the therapists and procedures claiming the police had charged me to pay

9936  $2096.40.

9937  When I asked about the police account number for the incidence, I didn't get reply from my

9938  insurances, Aetna, San Diego County/Auditor and Controller, and the psychiatric unit.

9939

9940  After wasting my time writing and calling agents for 9 months, I paid the $2096.40 from my

9941  pocket because it was a collection going in my record.

9942  Then, the Diego County/Auditor and Controller had surprised me with dismissing my account

9943  and didn't allow me to pay $2096.40; so, it returned the money back to my account.

9944

9945

9946  4.21    Force numerous interviews:

9947

9948  Deliberately, the sick illegal force dragged me into many interviews to waste my time, efforts

9949  and to control my budget for sake of robbing my future and to steal, enjoy and rapture on

9950  account of my health, career, and personal life destruction the current and future masterpieces of

9951  my image please refer to section 4.6 Illegal Force Authentic Schema and section 4.7 Illegal

9952  Force Authentic Motive.

9953  The schema of this Illegal Force imposed numerous of phone and face to face interviews like

9954  more than 200 hundreds interviews. Some of the interviews were counterfeit as the interviewees

9955   were exhibiting their venom and spite by laughing at the end of the interview as a sign of wasting

9956   my time and efforts.

9957   Some staffing agents avoided me to make their living and didn't want to deal with this imposed

9958   painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2,

9959   and 4.3 for the Illegal Force's definition.

9960   Some staffing agents dragged me into long tests asking me long questions to waste my time and

9961   efforts, and in turn they boiled my random blood pressure by saying their opinion through air

9962   with the hurly burly voices.

9963

9964   Since 2001 until now, the sick illegal force was spirit robbing and psychic reading the nook of

9965   my private brain loud causing planned painful layoff in order for me to keep looking for a job by

9966   doing interviews that had interviewers or strangers saying in the air " study this …. And study

9967   this…." and laugh and do other weird stuff like yawning, staring at my genitals.

9968

9969   Through power and connection, the sick illegal force was controlling the period of my

9970   unemployment and were cracking from laugh at what they were doing to me inside and outside

9971   the interviews because nobody would guess why this illegal force would ask people to look at

9972   my genitals, to do the sign of yawning, to act as if not hearing me, and asking me in the private

9973   air to study unless the Creator had to intervene and this is what happened to me. The Creator

9974   intevened in 2004 to force a situation and He explain to me in 2007 that this sick illegal force has

9975   been robbing me same way as Mazin Yonan's wife since the eighits.

9976

March 2, 2022

9977  Most of my interviews were accompanied with sole unique items, please refer to section 4.10

9978  Illegal Force phrases thrown through air, please refer to section 4.11 Illegal Force harnessed

9979  hurly burly voices on me.

9980  Some staffing agents were surprised because no one wanted to hire me as they kept testing me

9981  for hours and laid me off while I was hearing some interviewees' voices through air.

9982

9983  As the sick illegal force was psychic reading me day and night, every 20 hours acting

9984  deliberately against the law, infringing my civil rights, it was psychic reading the sole unique

9985  items I didn't read as preparation for my work interviews, and forced the interviewers to ask me

9986  exactly the sole unique items I didn't read for interview just to prolonged my unemployment

9987  intervals.

9988

9989

9990    4.22    Reaction at work and personal life:

9991

9992    A. Years: 2001-2003: My reaction at work and personal life:

9993    **1.** In 2001, after thinking there was hidden camera, I called MASI to curse and cuss in the

9994    phone for their involvement in the mess the sick illegal force created in my life.

9995    **2.** In 2001, after leaving my workplace, MASI, I went to one of my coworkers' home, David

9996    Gilbert to explain the situation. David and his wife recommended to me to go any police station

9997    and record the incidence of the hidden camera. When I went to the El Cajon police station to

9998    report the incidence of the hidden camera, I didn't have evidence according to the police officer.

9999    **3.** In 2001, after MASI, I decided to go to Laughlin, Nevada for 3 days with my aunt, Juliet, to

10000   change the atmosphere hoping the sick illegal force would leave me alone. In all my 3 days

10001   there, the sick illegal force was making me believe it had installed hidden camera in my room

10002   because I was hearing whispers in low voices of women stating what I was doing.

10003   I started screaming in historical way in the hotel room and wanted to file the incidence but my

10004   aunt didn't let me. Before I left the hotel, I told the receptionist someone had placed a hidden

10005   camera in my room. My Aunt didn't notice because she was not the center of the attention and

10006   the words had no meaning to her like me.

10007  **4.**  In 2001, I went to the community church and spoke to the Pastor, Father Michael Bazzi about

10008  the incidence. I told the priest, "I want to be nun because some people have seen me naked in my

10009  bedroom inside my house due to hidden cameras," even though some family members took off

10010  my clothes in front of me.

10011  I couldn't believe this radio station didn't use the USA system to use satellite cameras to

10012  following me and monitoring because it was involving powerful people and forcing my

10013  workplace to pass the law in this situation.

10014

10015  I sensed someone was doing something major with me but I didn't why!

10016

10017  **5.**  In the midst of my agitation, I asked my cousin's wife, Summer about why I was hearing the

10018  voices of her mother, her relatives, and her through air everywhere. She told me happily these

10019  are day dreams that will come true. I didn't know what she meant at that time and didn't push her

10020  because she didn't want to talk about it.

10021

10022  I was hoping this Illegal Force would leave me alone as no one was responding. the sick illegal

10023  force is stealing the nook of my brain, my time and efforts to make my dreams come true on

10024  account of suffocating my budget by damaging my health, career, and personal life.

10025

10026   **6.** I had many long interviews and I wasn't hired because the sick illegal force was prolonging

10027   my unemployment interval making me listen to the interviewees in the air.

10028   **7.** In 2001, after MASI, I started to change my clothes or to take a bath only in darkness until I

10029   was hired in MailBox Etc, UPS Store and the sick illegal force stated through air "we are psychic

10030   reading you." But it was stated in a quite hilarious way involving all coworkers in this psychic

10031   reading as if it was psychic reading all of us as fun.

10032   **8.** My family and my relatives were telling me to ignore the situation of the voice. I didn't know

10033   at that time the sick illegal force was raping, emptying, and robbing all the sole unique items in

10034   the nook of my private brain, selling them, and enjoying my future through highly paid

10035   professional secret assigned unscrupulous psychic readers, spirits' robbers, and few readers in

10036   mirrors and hypnotists with unethical and no decency, whose origin was America, Lebanon, Iraq,

10037   and others, like the American-Iraqi spirit robber, the American-Iraqi, Majid Sabeah Mighael.

10038

10039  4.23 Years: 2004-2009: My reaction at work and personal life:

10040   In 2004, when it was taking long time to go back to work, I started to email Minda McAlister

10041   with curses and cusses because the situation was wasting my time and efforts, and destroying my

10042   career especially when my health insurance changed to disability.

10043   I argued with human resources that this disability might affect my social security in the future

10044   and limit it to the least.

10045

10046   Later I found out these shot interval of work was as result of the sick illegal force in my life to

10047   derail my from putting the image together while it was robbing the seeds of my future.

10048

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis          March 2, 2022

10049     I left some of the companies because the sick illegal force was playing salute drums for me.

10050     In every lay off, I had a station to call which was Minda McAllister, my manager in MailBox

10051     Etc, UPS Store informing her with the imposed painful, harmful, intolerable, unacceptable and

10052     inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, and my

10053     layoff.

10054     I didn't ignore the situation of the voice around me but I said no word because I was intensively

10055     and in-depth busy with the Creator from one side and I didn't want to lose my job from the other

10056     side.

10057 4.24 From 2001-2009, I was consistently complaining at the voices.

10058

10059 4.25 Years: 2010-2012: My reaction at work and personal life:

10060

10061     In 2009, after I left my workplace in CDG, the sick illegal force, purposely prevented companies

10062     from hiring me because it was waiting for MTCSC/ManTech/Camp Pendleton to have an

10063     opening in order to hire me there. The motive was to deliberately be defiant in front the

10064     American flag with its mission and core values. the sick illegal force entered the shambles and

10065     hurly burly noises inside the camp and wasted my time in highways as the commute was more 3

10066     hours a day. The motive was to deviate me from having the time to write the image and robbing

10067     the future of my image.

10068     In 2010, I was laid off from MTCSC/ManTech. The Human Resources administrator stated to

10069     me that my manager in Camp Pendleton chose not to renew my contract with gesturing in

10070     wrinkled face and nose as if she was vomiting with shaking her face left and right and said "you

10071     manager said, we don't want her to work in here anymore! She didn't specify the reason"

March 2, 2022

10072   No one was responding to this imposed painful, harmful, intolerable, unacceptable and

10073   inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, on me

10074   because they don't know I was being robbed through their harnessed hurly burly voices in the air

10075   as the sick illegal force made it sound as a joke and fun.

10076   I asked the human resource whether I can talk to this manager but my request was rejected.

10077

10078   Later, I asked my team leader, Michael Murphy about the voices in the air, his answer was "You

10079   are hearing our voices!"

10080

10081   In 2011, inside CoreLogic, my team leader laid me off because he couldn't afford the noises that

10082   the sick illegal force imposed in the company.

10083

10084   the sick illegal force controlled my employment making me hear voices of the interviewees

10085   saying "We can't hire you."

10086

10087   4.26     Years: 20010-2012: My reaction at work and personal life:

10088   I had a telephone interview on 04/25/2012 at 9:00 am regarding the imposed Illegal Force with

10089   the agent, Patrice Doehrn from the following agency,

10090   State and Consume Services Agency/Department of Fair Employment & Housing

10091   Communication Center Tel: 6613953816

10092   2218 Kausen Dr. Ste 100 ELK Grove, Ca 95758

10093

10094   The interviewee suggested back to me to take medicine if I can't tolerate the situation.

10095

10096    **1.** Since 2012-now, I had been in contact with the MailBox Etc, UPS Store explaining the

10097    situation but not in detail.

10098    **2.** I tried my best through Summer Battah, Sahar Ashu, and my employers to speak to the sick

10099    illegal force but no one responded as they all created a deadlock communication and I stopped

10100    complaining. My action didn't stop the sick illegal force from destroying me.

10101

10102

10103 4.27 Reaction at the White House:

10104

10105    A.  Years: 2001-2003: My reaction in the White House:

10106    NA.

10107    B.  Years: 2004-2009: My reaction in the White House:

10108

10109    After Jesus bowed down to me and forced me as a Command in an unscheduled tasks due to the

10110    uncounted causalities and death, Link from chapter 2, to speak to the White House because the

10111    sick illegal force was raping, emptying, and robbing the nook of my brainfringing the civil rights,

10112    robbing my future to halt me from putting the image together and scattering it everywhere to

10113    gain tremendous wealth, I promptly and exclusively started to think loud and to formulate and

10114    give away to President George Bush/ White House some of the image, please refer to chapter 3.

10115    The Image, in detailed inventions, suggestions, and ideas that needed only experienced people in

10116    the particular fields, managers, team leaders, technicians for these stones and seeds under the

10117    intensive unscheduled tasks with the Creator while I was in the middle of this imposed Illegal

10118    Force.

10119

10120    I want to emphasize here I didn't tell the participants like relatives and friends who I heard their

10121    voices through air, what I emailed to the White House because I didn't want to interrupt my

10122    intensive and in-depth connection with the Creator while I was formulating the current and future

10123    stones and seeds. I was in process but my future was being robbed under this imposed Illegal

10124    Force.

10125

10126    Later, I found out the sick illegal force was harnessing the voices of my coworkers, my relative,

10127    my friends, Hollywood stars, media, celebrities, and politicians for its benefits and for

10128    facilitating my brain's robbery.

10129

10130    I want to emphasize here, when I emailed President George Bush/White House, I went with the

10131    flow of this imposed painful, harmful, intolerable, unacceptable and inappropriate situation ,

10132    please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, because of my in-depth

10133    connection with the Creator.

10134

10135    I perceived there was connection between the White House and the sick illegal force. So, I

10136    decided to have freedom in my emails and started to cuss and curse the sick illegal force when I

10137    perceived it was passing the law with me.

10138

10139

10140    In 2007, after my screams in EDS, the Creator forced me as a Command in an unscheduled tasks

10141    to write down the image, please refer to chapter 1.

10142    I was intensively in connection with the Creator and I was determined to continue writing the

10143    image despite the imposed painful, harmful, intolerable, unacceptable and inappropriate situation

10144    , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, by the sick illegal force which

10145    was chasing me everywhere and, it was deliberately selling away my undisclosed image to

10146    powerful people, businesses, famous authors and celebrities.

10147

10148    The Creator asked me not to disclose what I was writing while I saw consistently parts of the

10149    image were given away everywhere in the world and hurly burly voices were sating in the air, "Is

10150    this why?"

10151

10152    Before I even knew what the Creator was planning, I intensified my request to President George

10153    Bush/White House explaining the seriousness of what the Creator was doing with me,

10154    emphasizing the point "People will try to mimic me but they can't reach me!"

10155

10156    In periodic intervals, I was explaining the imposed Illegal Force to the White House and their

10157    unresponsive action spurred my cussing and cursing to them as I tried extremely hard to speak to

10158    the White House.

10159

10160    In 2007, I cautioned the White House with this sole situation of the Creator Force and repeatedly

10161    asked the White House to sponsor me because the Creator was doing something major with me

10162    and I couldn't afford what the sick illegal force was doing to me.

10163

10164    I included more politicians in my email like Mrs. Hilary Clinton.

10165    I pressured the White House and Mrs. Hilary Clinton for help, but I was cussing cursing at the

10166    situation for their unresponsive action. I saw the sick illegal force was giving away my stuff to

10167    Mrs. Hilary Clinton.

10168

10169    Also, in year 2007 while I was in process of stacking the incidences and correlating them

10170    together per the Creator Force Command, I found out President George Bush was directed by

10171    this Illegal Force into my image and I found out a very respectful figure was directed by the sick

10172    illegal force into my image since 2001.

10173

10174   From 2009 until 2012, I stopped complaining about the voices because I didn't want to waste my

10175   time and efforts, and I wanted to concentrate on my connection with the Creator where the sick

10176   illegal force was trying its best to interrupt and scatter my thoughts, while it was raping,

10177   emptying, and robbing all the sole unique items in the nook of my private brain, selling them,

10178   and enjoying my future through highly paid professional secret assigned unscrupulous spirits'

10179   robbers with unethical and no decency, to gain Nobel respect and appreciation.

10180

10181   C.  Years: 2010-2012: My reaction in the White House:

10182   Please refer to Years: 2004-2009 and 2010-2012.

10183

10184   1.  Since 2012-now, I had been in contact with the White House explaining the details where

10185   they never responded back to me.

10186

10187   Later, I found out the sick illegal force gave away my undisclosed parts of the image to President

10188   Clinton, Mrs. Hillary Clinton, and President Obama in order to get credit for it.

10189

10190   2.  After calling the White House in 2012 enormous times, some of the receptionists asked me in

10191   sarcastic way to write "Hardship" in my document that I faxed more than 20 times and emailed

10192   more than 100 times, in order for President Obama to read it and respond.

10193   3. I tried my best through the White House to speak to the sick illegal force but no one responded

10194   as they all created a deadlock communication and I stopped complaining. My action didn't stop

10195   the sick illegal force from destroying me.

10196

10197   D.  Years: 20012-Now: My reaction in the White House:

10198   1.  Same as Years: 20010-2012: My reaction in the White House.

10199   2.  From 2015- now, the sick illegal force was showing me that President George Bush,

10200   President Obama, and my employer, UPS managers, Minda McAllister and Tim Davis that I

10201   complained to, are participating to find out why the sick illegal force did this.

10202   3.  President George Bush and others saying, "Is this how we communicate and function," he

10203   meant is this how we speak to each other through psychic reading and pass the law.

10204   4.  International presidents' voices harnessed to participate in this imposed Illegal Force like

10205   Queen Elizabeth and her grandchildren, President of Syria, Bashar Al Asaad, Arab Gulf

10206   Presidents, and President of Russia.

10207

10208

10209   5.  Incidences related to the sick illegal force covered reason:

10210

10211   Incidences had happened to me at my workplace before which were related to what this Illegal

10212   Force has been doing to me since 2001.

10213

10214   5.1 Jostens Learning Corp incidence:

10215   In 1996-1997, I was working under Manager #1 – my manager.

10216   In general, one of the coworkers I slightly know and never spoke to in regular bases, gestured at

10217   my genital spots in sarcastic way.

10218   I didn't care because I thought it was a mistake.

10219    In few minutes later, some of the company's clients or contractors I had never seen before came

10220    to my work area and gestured at my genital spots in the same way, then some other coworkers

10221    came to look at me with opened eyes like globes.

10222

10223    I thought this person, played an immoral joke on me which compelled me to complain to my

10224    manager, Manager #1.

10225

10226    When I complained to my manger, I didn't explain these coworkers' conducts with me because I

10227    didn't know what to say and I was embarrassed to say it, but it was an insult and I had to

10228    complain.

10229    I only said to my manager, "I didn't like this person's behavior with me and I don't know what

10230    he is doing."

10231

10232    After few days, Deb Liner converted the subject into a non-sense dating me that no one can

10233    tolerate. She played unexpected vague and fabricated weird dating where I questioned it because

10234    this person's conduct had nothing to do with dating.

10235    This dating was joined with amplified noises and pothers of footsteps and gossip mixed with

10236    comments and criticisms of coworkers inside my workplace framed with love and caring tone as

10237    if there was wedding in a zoo type of environment.

10238    It was hurly-burly environment.

10239

10240    At first, I connect these noises with the company's business which it deals with sound editing

10241    doing educational software with animated movies.

10242    I thought someone was playing a joke! After few more days, Manager #1 started to shout and

10243    scream like crazy person.

10244

10245    Coworkers were directed by the sick illegal force to throw insolent phrases on me accompanied

10246    with some rude and lack of respect attitude, mixed with some indulgence phrases when they

10247    were passing my cubical desk.

10248

10249    I recognized some of the phrases that were thrown on me because they were phrases from my

10250    brain and I suspected someone was psychic reading me.

10251    the sick illegal force was psychic reading few words from my brain and therefore I couldn't

10252    believe someone was psychic reading me. I didn't know there was radio station or Illegal Force

10253    in this incidence.

10254

10255    Here are some of the phrases that were thrown on me through air, inside the company by

10256    coworkers and strangers. I didn't correlate these phrases to my image until year 2012:

10257

10258    1. Coworkers: I really want to know what is this all about.

10259    2. Strangers' voices saying through air, Zinia is an alien. Zinia speaks to aliens.

10260    please refer to Chapter 1.

10261    I want to emphasize on this item because it was the sick illegal force 's prediction.

10262

10263    3. Strangers' voices saying through air, <u>please refer to section 4.11 Illegal Force phrases thrown</u>

10264    <u>in the air on me</u>, Happy Birthday!

10265    4. Coworkers: Referencing the Dating, why she is not understanding, even camel Jackie

10266    understand this!

10267    5. Coworkers: It is about politics.

10268    <u>please refer to chapter 2.</u>

10269    6. Pieces I started writing in 2003-2007 to President Bush

10270    7. Pieces of the undisclosed image that I started writing in 2007.

10271

10272    Manager #1 stopped giving me work because everyone was busy with this environment.

10273    This type of environment wasn't limited to my workplace, it was played rarely and randomly

10274    through air where I was living like illusion, but I couldn't say a word because I didn't know at

10275    that time there was Illegal Force involved in this incidence, and if I did say a word I would sound

10276    crazy.

10277

10278    The type of environment that was being played on me and my coworkers by the sick illegal force

10279    placed me as the center of the attention and imposed on me tension, stress, and tautness because

10280    it was referencing me.

10281    This disturbing environment caused me sever anxiety and nervousness with tension from this

10282    situation because it kept playing in the company without stop even when coworkers were out of

10283    work, after 6pm every day, like illusion.

10284    I had to stay after 6pm to finish my work because I couldn't work in this imposed environment,

10285    but the noises were still playing through air with whispering voices or with low volume as

10286    illusion.

10287    I was the subject of all the noises because it was psychic reading me infringing my civil rights

10288    but small in degree.

10289

10290    Later, manager #1 and this person came to my area to apologize but my body couldn't turn back

10291    to them to say "It is OK" because my body was extremely tensed from the voices that were

10292    imposed on me at that time.

10293

10294    My manager obligated me to think I was not performing well. In fact, I was unfairly terminated

10295    from Jostens Learning because I was totally angry at the situation.

10296

10297    During this incidence, I was taking Microsoft courses. Despite the fact I was updating myself to

10298    get up to speed in my field to grow and advance in Jostens Learning using new computer

10299    software courses, I was relieved from this condition's discomfort through this layoff.

10300

10301    Note: I asked many times my coworkers, 'Why manager #1 was doing this and what these are

10302    for.' The response I got "It is not about you."

10303

10304    After my experience with this imposed Force since 2001, I am assured, my manager, manager #1

10305    was directed by the sick illegal force and this dating didn't come from her brain.

10306

10307    After all, If people in USA stare at each other genitals to start dating, then why did we need radio

10308    station and Hollywood abilities and capabilities to amplify this dating giving the fact I didn't

10309    know there was radio station in this company until 2012.

10310    Also, if people in USA stare at each other genital to start dating, why do they need the USA

10311    system to *act against its* core value as a whole country and against every company *by imposing*

10312    *this radio station or what I am calling it with the sick illegal force ?*

10313

10314    If anyone from Jostens Learning Corp ever thought at that time the sick illegal force was stepped

10315    inside the company by accident or some managers, like manager #1 called this radio station, this

10316    assumption was incorrect because the sick illegal force has been monitoring me day and night 24

10317    hours/day since I was in my twenties and it stepped in this company as if it was by accident.

10318

10319    This Illegal Force has been monitoring to be "Crows of Death or Poison Fly" in my life.

10320

10321    At the end of 2007, the Creator explained to me why people were staring at my genitals to

10322    caution me as this Illegal Force was raping, emptying, and robbing all the sole unique items in

10323    the nook of my private brain, selling them, and enjoying my future through highly paid

10324    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, with

10325    Lebanese, Iraqi, and other origins, and for this reason He intervened

10326    Please refer to chapter 1.

10327

10328    I want to emphasize in here, I didn't realize there was Illegal Force involved in this specific

10329    incidence until year 2012; and as recently as January of 2015, while I was in process of stacking

10330    the incidences together, <u>please refer to section 4.6 Illegal Force Authentic Schema and section</u>

10331    <u>4.7 Illegal Force Authentic Motive.</u>

10332

10333    Since the members of the sick illegal force was psychic reading and spirit robbing = MinYook's

10334    way, please refer to 4.2 Min-Nook = MinYook's Force definition, through highly paid

10335    professional secret assigned unscrupulous spirits' robbers with unethical and no decency, my

10336    past, present and future day and night 24 hours a day, they psychic read a very high potential

10337    item to grow when I was in Jostens Learning Corp in 1997. So they planned and plotted to admit

10338    themselves in Jostens Learning Corp by shocking and baffling me through psychic reading me

10339    loud inside the employer's building and causing me trouble with everyone which resulted my

10340    painful layoff. In this way, the sick illegal force would clog my brain from doing the image. At

10341    that time, one of the sole unique items that were spirit robbed by highly paid professional secret

10342    assigned unscrupulous spirits' robbers with unethical and no decency = MinYook's way, please

10343    refer to 4.2 Min-Nook = MinYook's Force definition, was in the seed's level, they saw there was

10344    potential for me to start and the sick illegal force started the hurly burly voices to get m out of the

10345    image as they already gave this item to …. …. After the tweaks to start …. that was supposed to

10346    be mine because the original story is mine. the sick illegal force gave …. the story …. from my

10347    private brain as place holder for my real story until the image gets clear for the highly paid

10348    professional secret assigned unscrupulous spirits' robbers with unethical and no decency.

10349    I didn't know this banned crime until November 2016 as I was formulating with the Creator in

10350    the middle of communicating with my previous coworkers inside emailing them, media,

10351    presidents, and Bill gates.

10352

10353

10354    *Zzzzzz* delete Read Jostens Learning Corp first

10355    More Jostens Learning Corp. 1997:

10356    I didn't know there was radio station in Jostens learning Corp, I thought someone was using

10357    sound editing and talking to me. I asked one of my close coworker about that imposed painful,

10358    harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

10359    the Illegal Force's definition, she said, "it has nothing to do with you "

10360

10361    although the voices were speaking to me and I was wandering what I have said to each coworker

10362    and to each previous coworker. The voices were psychic reading me randomly loud and I was

10363    shocked and couldn't believe what this force were doing to me through my employer, my

10364    managers, my coworkers.

10365

10366    In this company, the voices were all about me. The voices affected my work, so I started to go in

10367    the weekend to do my work. Since the sick illegal force was after me psychic reading my private

10368    brain day and night, the voices were inside Jostens Learning Corp in the weekends but with echo

10369    effect to make the situation sound stupid as if I was hallucinating if I ever asked. I asked a lot

10370    about the voices, but I was ignored!

10371

10372    the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca. went above and beyond to

10373    trigger the new cycle of Adam and Eve and rob through secretly in advance without my

10374    permission and knowledge forcing hurly burly situation so I get busy in troubles with everyone

10375    and never think about my image – the new cycle of Adam and Eve.

10376

10377    By going back to my memories in Jostens Learning Corp. 1997, and through formulas with the

10378    Creator starting in 2007, I found out the sick illegal force was asking each person in the company

10379    to do something to trigger the new cycle of Adam and Eve, rob and tweak to make tremendous

10380    money. At Jostens, I was sent indirectly by my manager to the IT department upstairs the office

10381    of the guy that looked at my genitals first. My manger requested from me to go to the IT

10382    department per request from the sick illegal force led by Je and jer. I was sent to this coworker's

10383    office to trigger something in me related to the new cycle of Adam and Eve without this

10384    coworkers' knowledge. the sick illegal force went above and beyond wanting to trigger the new

10385    cycle inside me, rob my private brain, and tweak.

10386

10387    Later, when my manger and that coworker who started looking at my genital first came to

10388    apologize, I was frozen, and my body couldn't turn around to say "OK" from the voices that were

10389    speaking to me for almost one month.

10390

10391    Harry Potter and Jostens Learning Corp:

10392

10393    I dont work with this kind of robbers! you used indirectly highly paid secret like  the rotten to the

10394    core,Mario the Minyook - Romio's brother, The American-Iraqi, Majid Sabeah Mighael, Salah

10395    Alzughbi, Rafi Oghassabian in raping, emptying, robbing all sole unique items of Harry Potter

10396    after tweaking from the nook of my private brain with their harvests, efforts, and talents of my

10397    creativities and inventions' designs, techniques, styles, ways and they even robbed the skeleton

10398    of each item with its animation precisely

10399   When J.K. Rowling started Harry Potter, she was living on the government! the sick illegal force

10400   reversed my life to make me live on government by psychic reading through highly paid

10401   professional secret assigned unscrupulous spirits' robbers with unethical and no decency, my

10402   future. When they saw parts of the image of the new cycle of Adam and Eve were very pretty,

10403   they decided to rape, empty, and rob all the harvests, efforts, talents, styles,and ways of one of

10404   my sole unique items' formulas inside the nook of my private brain in advance secretly to J.K

10405   Rowling while smashing me with shoes at my workplace meaning = causing extremely painful

10406   layoff in a very funny and trivial ways making the incidence happy on account of my health,

10407   career, and personal destruction. They plotted deliberately and secretly to impose J.K. Rowling

10408   life before Harry Potter on me while she gets my sole unique items – they gave her my brain and

10409   they reversed my life to live on government.

10410   since the eighties and nineties, through highly paid professional secret assigned unscrupulous

10411   spirits' robbers with unethical and no decency, the radio station of Jeff Detrow & Jerry Cesak in

10412   San Diego raped, empties, robbed all sole unique items from the nook of my private brain with

10413   their harvests, efforts, and talents of my creativities and inventions' designs, techniques, styles

10414   and ways and even robbed the skeleton of each item with its animation precisely from the nook

10415   of my private brain – my black box for themselves and robbed to sell for others and J.K Rowling

10416   on golden plate on account of my health, career, and personal life destruction – health, career,

10417   and personal destruction.

10418

10419    the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca.

10420   using highly paid secret highly paid assigned spirits' robbers, was pointed to infringe my life as a

10421   whole by Mario – Romio's brother, Salah Alzughbi, Rafi Oghassabian, and Mazin Yonan's wife

10422    to throw my fortune [fortune of my career, personal life, and health, and the new cycle of Adam

10423    and Eve] in the streets.

10424

10425     the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego Ca.

10426    using highly paid secret highly paid assigned spirits' robbers, was pointed to infringe my life as a

10427    whole by Mario – Romio's brother, Salah Alzughbi, Rafi Oghassabian, and Mazin Yonan's wife

10428    to throw my fortune [fortune of my career, personal life, and health, and the new cycle of Adam

10429    and Eve] in the streets.

10430    Zinia zinia

10431    In November 2016, after formulating with the Creator, I found out many projects have started in

10432    the eighties and nineties that were based on my private brain. As the highly paid assigned secret

10433    were psychic reading my private brain day and night 24 hours a day without stop to monitor the

10434    image, they were raping, emptying, and robbing each protentional item that could be part or not

10435    of the new cycle of Adam and Eve but suitable to create a project from it.

10436

10437    Of course, not all the sole unique items inside my private brain were clear for the in the eighties

10438    and nineties, so the sick illegal force 's members plotted a strategy to steal, enjoy and rapture on

10439    account of my health, career, and personal life destruction as much as they could by creating

10440    projects and kept updating the project as they psychic read my private brain every day 24

10441    hours/day.

10442

10443

10444    As I stated before, I started to formulate with Jesus since 2004 because He bowed down to me

10445    and per His request I started to write starting 2007, in late 2016, around November 2016, after

10446    filing my federal case against the previous presidents of USA due to their unresponsive action to

10447    my screams against the imposed painful, harmful, intolerable, unacceptable and inappropriate

10448    situation in my previous employers' buildings, I was persistently formulating with the Creator, I

10449    found out some of the projects that were emptied, robbed, and raped by the sick illegal force

10450    through secret highly paid assigned spirits' robbers, from the nook of my private brain – my

10451    black box started in the eighties and nineties. These projects were sold inside and outside USA.

10452    One of the projects that was stolen from the nook of my private brain was the series of Harry

10453    Potter that was written based on my private brain after using highly paid secret highly paid

10454    assigned spirits' robbers, the sick illegal force tweaked the private sole unique items from my

10455    brain, then sold the story of Harry Potter little by little to J.K Rowling while monitoring my

10456    private brain every day and giving more and more.

10457

10458    I found out Harry Potter was a huge placeholder sold outside USA deliberately and was brought

10459    to USA in the nineties. This Harry Potter project was tweaked from the new cycle of Adam and

10460    Eve that was installed by the Creator inside me. This Harry Potter project was psychic read and

10461    spirit robbed in advance from my private brain, had included my day and night dreams, my

10462    private data, my personal life, the imposed painful, harmful, intolerable, unacceptable and

10463    inappropriate situation [imposed fraud and scam in my career using secret highly paid assigned

10464    spirits' robbers ], in my life that started in the eighties with low volume and continued with high

10465    volume starting 2001, and my formulas with the Creator under this imposed painful, harmful,

10466    intolerable, unacceptable and inappropriate situation on me – they were psychic reading my life

10467    with its all surrounded events starting 2001 in advance in the eighties and nineties, tweaked them

10468    and were given to the Author of Harry Potter, J.K. Rowling secretly.

10469    This Harry Potter project was tweaked from my private brain and given secretly to the Author of

10470    Harry Potter, J.K. Rowling.

10471    This Harry Potter project was requested from me by the Creator.

10472    This Harry Potter project was robbed to outside USA to distance the banned crime from USA –

10473    banned crime of psychic reading me secretly by Mario – Romio's brother, Salah Alzughbi in

10474    SDSU, and Rafi Oghassabian, Rafi Oghassabian is husband of Nadia Hammi, and pointing the

10475    sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak in San Diego ca with their

10476    secret highly paid assigned spirits' robbers, on me.

10477

10478    Since the sick illegal force had no idea what my image was in the eighties and nineties or the

10479    image was not clear for the secret highly paid assigned spirits' robbers, its members asked the

10480    secret to rape, empty, and rob every single item relates to Harry Potter from my private brain that

10481    had potential growth 20 years in advance and sold to J.K Rowling so I would never have the

10482    chance to grow in it and they control the situation.

10483    Since the eighties, the sick illegal force was persistently raping, emptying, and robbing FOR

10484    MONEY PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND

10485    THE PUBLIC KNOWLEDGE each item relates to Harry Potter or whatever they were

10486    perceiving, creating huge placeholders inside Harry Potter from the nook of my private brain

10487    until the image of the new cycle of Adam and Eve became clearer to its members.

10488    the sick illegal force persisted in this filth banned crime – banned crime of secretly psychic and

10489    spirits' reading until today's date where the image of the new cycle of Adam and Eve became

10490    clearer for the secret assigned psychic readers and spirits' robbers - the less than animal creatures

10491    where animals are much higher than them. As the image of the new cycle of Adam and Eve

10492    became clearer every day, especially after Jesus bowed down to me starting 2004, after He asked

10493    me to write starting 2007, and after my formulas with the Creator, more sole unique items related

10494    to Harry Potter were stolen, tweaked, and created from the nook of my private brain.

10495    This banned crime kept going on while I was complaining to the USA authorities – White House

10496    since 2004. This banned crime kept going on after filing my federal case in April 2016, 16-cv-

10497    0101-H-WVG without stop and after my persistent complains to the White House, my previous

10498    employers, celebrities, and Media.

10499

10500    These huge placeholders inside Harry Potter were tweaked from the new cycle of Adam and Eve.

10501    Since the original image of the new cycle of Adam and Eve is mine, I know each item, phrase

10502    and symbol in these robbed huge placeholders and why they were created.

10503

10504    I can take the oath in the federal court to explain through writing.

10505

10506    The owner of Harry Potter, J.K Rowling was giving her traits of my private brain's

10507    impersonation and kept enhancing the owners' impersonations to mimic my brain until today's

10508    date as the sole unique items grew in my private brain.

10509    Deliberately, the sick illegal force was creating bad and good incidences and situations in the

10510    author's life to mimic my private brain.

10511

10512    This illegal force psychic read, through highly paid professional secret assigned unscrupulous

10513    spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

10514    cycle of Adam and Eve were very pretty, they decided to rape, empty, and rob all the harvests,

10515    efforts, talents, styles,and ways of one of my sole unique items' formulas inside the nook of my

10516    private brain in advance secretly to J.K Rowling while smashing me with shoes at my workplace

10517    meaning = causing extremely painful layoff in a very funny and trivial ways making the

10518    incidence happy. No one knew the real reason.

10519    The situation was imposed on me since 2001 loud and since 1997 with low volume.

10520

10521    zzzzzz

10522    In 1997, when I was in Jostens learning Corp, I did 2 things related to my career that impressed

10523    others at that time, since the sick illegal force was psychic reading me day and night, they

10524    promptly admitted themselves in the company through the company's human resource and

10525    created troubles by psychic reading me loud.

10526    Since this illegal force was spirit robbing - me starting in the eighties, in the nineties, the sick

10527    illegal force saw there was huge potential for me of big growing in my career inside Jostens

10528    Learning Corp or to do something very big in my own, they admitted themselves in a very funny

10529    way in my employer's building/ Jostens Learning Corp and smashed me with shoes in a very

10530    funny way = they psychic read me loud, befuddled and baffled me and driving me crazy and

10531    caused my painful layoff and they started harry Potter. I thought one of my coworkers caused

10532    trouble to me and I was very mad, I didn't know there was radio station in the building that was

10533    psychic reading me loud and I thought someone was using sound editing with permission of my

10534    manager. The intention was to steal, enjoy and rapture on account of my health, career, and

10535  personal life destruction my fortune of my career and the new cycle of Adam and Eve secretly.

10536  In 2004, the Creator bowed down to me and I started to help USA, later the economy raised in

10537  USA. Starting 2007, the Creator asked me to write and formulate with him to find all the

10538  robberies and J.K Rowling was given one sole unique items of the robberies!

10539  ! the sick illegal force clogged and froze me so strangers raise on top of my shoulder. Harry

10540  Potter is 100% from my private brain but tweaked!

10541  I kept complaining about the situation in Jostens Learning to my manager, Debbi Linder but

10542  Debbi Linder told me at the end in a very angry way because she didn't know what was going

10543  on, "this is how we are" and I complained to the vice president and I got painfully laid off.

10544  After I left Jostens Learning Corp, I was very relieved from the voices and I was so relaxed after

10545  that layoff because I was very stressed out from that imposed painful, harmful, intolerable,

10546  unacceptable and inappropriate situation – psychic reading me loud.

10547  After I left Jostens Learning Corp, this force followed me everywhere in only English speakers

10548  in the air and I prayed to forget because if I ever said to anyone, they would accuse me with

10549  craziness.

10550  Also, at that time, I saw the trailer of Harry Potter, I sensed it was from my brain.. the story was

10551  mine, but I couldn't say to anyone because I had no proof, I prayed to forget because I saw my

10552  private brain the street – it was very uncomfortable, intolerable, unlivable situation that lead to

10553  craziness just like my reaction to the loud voices in 2001, I turned off all TVs and Radios.

10554  I called the administration of Jostens Learning Corp and my previous closed coworkers many

10555  times but I got no response.

10556

10557    5.2 Crafty interview - Venus and Mars:

10558    I continued to take computer software classes in Microsoft to get up to speed with the

10559    technology. While I was in middle of taking computer classes, one day, I saw an ad of my on the

10560    class's door, so I called the phone number on the ad to apply for the position.

10561    According to the interviewee I spoke on the phone, he was a staff agent of a singer whom he

10562    described as very fascinated in Venus and Mars and was exceedingly interested in creating

10563    computer software applications. When I met this agent in Starbucks per his request, he brought

10564    to me photos of Venus and Mars attached to CD and asked me to create a demo of the

10565    application he discussed with me. When I finished the sketch of the demo in a software

10566    application, I called this agent to show the demo. He came to my parents' home where I recite. I

10567    remembered an incidence that was related to Mars, <u>please refer to chapter 1</u>.

10568    He joked in the phone with someone as if he was taking orders from somewhere and kept asking

10569    me many questions with humors about Mars and Venus.

10570    Promptly he took the software sketch in a disk, and left without any response asking me to keep

10571    the photos and CD.

10572

10573    Do I remember the name of this agent or this singer? No! As matter of fact, I threw the photos

10574    and CD away.

10575

10576    I didn't realize there was Illegal Force involved in this incidence especially in 2004, when the

10577    Creator Force obligated me as a Command in an unscheduled tasks, <u>please refer to chapter 2,</u> to

10578    speak to the White House as the sick illegal force was raping my brain, and I promptly and

10579    exclusively started to formulate and give away to President George Bush/ White House some of

10580    the current and future masterpieces that relates to this incidence of Venus and Mars.

10581

10582    I want to emphasize in here, in year 2007 while I was in process of stacking the incidences and

10583    correlating them together per the Creator Force Command, I found out the story of this singer

10584    was fabricated and I observed the sick illegal force purposely intervened in my career to trigger

10585    the image facilitating the psychic reading and spirit robbing = MinYook's way, please refer to

10586    4.2 Min-Nook = MinYook's Force definition, of the nook of my brain acting deliberately against

10587    the law, infringing my civil rights through this Illegal Force harnessing voices in the air for sake

10588    of robbing my future and steal the current and future masterpieces of my image, please refer to

10589    section 4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic Motive where

10590    Mars was a major part of it.

10591

10592    This interviewee was a fake person who was imposed on me by the sick illegal force.

10593    5.3 Military binoculars transaction:

10594    In1997, one member of my family, my brother was aspired to expand his business and intend to

10595    get into import/export business with some parts of the Middle East and especially Iraq. He asked

10596    me to write a letter to one of the manufactures in Iraq presenting his service in exporting some

10597    parts from USA under my father's supervision.

10598    In 1998, I and my family were extremely surprised when we heard one member of my family

10599    was arrested for exporting military binoculars to Jordan through a connection with FBI staff.

10600

10601  Some family's supporters recommended to us a lawyer from New York for this case. As I spoke

10602  with the lawyer, I comprehend my brother had built a quite strong deep friendship with an FBI

10603  staff through sole phone calls that facilitated the military biangular transaction to Jordan. The

10604  lawyer send me a proof of evidence through a video.

10605  When I was talking to the lawyer, in the background of the phone conversation, I was very alert

10606  about hearing the same type of Illegal Force that was imposed on me in Jostens Learning Corp,

10607  my previous employer that I was laid off from. But, this Illegal Force was only indulging me

10608  with amplified chanting and cheering voices of huge audience mixed with comments of the

10609  lawyer's office employees framed with love and caring tone of big audience as if there would be

10610  wedding of me and the lawyer saying Happy Birthday.

10611

10612  At that time, I couldn't care about this incidence because if I cared, I would be considered a

10613  crazy person.

10614

10615  I remember I gave the phone to my father at the moment of hearing the pothers in the middle of

10616  my conversation with the lawyer. After my father finished his conversation with the lawyer, he

10617  optimistically smiled in my face asking me, "what did you say to the lawyer?, I heard the staff

10618  shouting your name, Zinia Boutros, Zinia Boutros…what Zinia Boutros did to us … what did

10619  you say, they seemed very nice people!" My father said to me with question mark in his face.

10620

10621  My father was very optimistic because he heard the background and thought the outcome of my

10622  conversation with the lawyer was positive and promising while I didn't believe something good

10623  would come up from my conversation with the lawyer.

March 2, 2022

10624

10625   My father didn't know there was a massive banned crime that was bigger than the Earth's level

10626   had been plotted against his daughter, Zinia Boutros, since she was in her barely twenties by the

10627   sick illegal force to be determined "Crows of Death or Poison Fly" in my bread and my father's

10628   bread.

10629

10630   I stared at my father with an opened eyes and I sensed a trap mixed with prank but it was no one

10631   in this existence would believe it.

10632

10633   At that time, within myself, without saying it loud, I asked myself multiple questions in one

10634   second as follows, "Exporting military parts need to go through deep regulations and

10635   backgrounds to take place and things like this don't happen on phones.

10636   This was why I perceived this transaction as trap mixed with prank.

10637   How can a powerful country like USA facilitate a military transaction through phone and with

10638   someone as little as my brother who had pure and clean background with no criminal

10639   background whatsoever? He should have had a ticket for this banned crime instead of sentence

10640   for three years in jail."

10641

10642   As I stated, the lawyer sent me a video of my brother's arrest. After watching the video multiple

10643   times, I didn't see anything in this video other than my brother didn't possess a license to export

10644   and I considered the military binocular as none sense trap because my brother had no criminal

10645   background and I emphasized this point to the lawyer.

10646

10647    My brother was sentenced to go to jail for 3 years. My brother's case was officially ruled as

10648    exporting illegal military binoculars without possessing license. If the sole unique items were not

10649    military, my brother, position wouldn't be deteriorated as much in front the judge and juries.

10650

10651    I didn't realize there was Illegal Force involved in this incidence especially in 2004, when the

10652    Creator Force obligated me as a Command in an unscheduled tasks, please refer to chapter 1, to

10653    speak to the White House as the sick illegal force was raping, emptying, and robbing all the sole

10654    unique items in the nook of my private brain, selling them, and enjoying my future through

10655    highly paid professional secret assigned unscrupulous psychic readers, spirits' robbers, and few

10656    readers in mirrors and hypnotists with unethical and no decency, whose origin was America,

10657    Lebanon, Iraq, and others, like the American-Iraqi spirit robber, the American-Iraqi, Majid

10658    Sabeah Mighael acting deliberately against the law, infringing my civil rights who raped my

10659    brain or my black box, and I promptly and exclusively started to formulate and give away to

10660    President George Bush/ White House some of the current and future masterpieces that relates to

10661    this incidence which had something to do with binoculars because it is the beauty of my image.

10662

10663    I want to emphasize in here, in year 2007 while I was in process of stacking the incidences and

10664    correlating them together, I found out facilitating military binocular was a trap to spur my brain to

10665    thinking about the image and I observed the sick illegal force purposely intervened in my

10666    family's life to trigger the image facilitating the secret psychic readers and and few others like

10667    hypnotists and reading in mirrors to rob my future and to steal, enjoy and rapture on account of

10668    my health, career, and personal life destruction the current and future masterpieces of my image,

10669    please refer to section 4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic

10670   Motive where the binocular was a major influential part of it as it is the symbol beauty of my

10671   image.

10672   No one would facilitate and implicate my brother in this military transaction without me, Zinia,

10673   being exist in my brother's life.

10674

10675

10676   5.4 MASI interview in 1998:

10677   In 1998, I persisted in taking courses on my account in Microsoft to get myself up to speed with

10678   the technology which was my plan to advance in my career at Jostens Learning Corp but as I

10679   stated previously as soon as I took courses in Microsoft, the sick illegal force imposed on me the

10680   hurly-burly environment to suffocate my brain from thinking and forced laid off because of my

10681   anger.

10682   My determination to take courses in Microsoft on my account prevented the sick illegal force

10683   from stopping me in taking courses but it schemed against employers from hiring me and against

10684   the my employers that hired me by controlling my employment.

10685

10686   After having experience in different languages and after taking few courses in Microsoft in a

10687   time where Microsoft classes offered few courses only in certain locations, I was called for an

10688   interview in a company called, MAS.I. The interview was held in conference room with almost 8

10689   coworkers or 6- to 12 coworkers from different departments and it was directed by a person who

10690   was very motivated and impelled to ask me questions that burst the best of what I learned in the

10691   Microsoft classed I took on my account. The interview took 3 hours while in the middle of the

10692   interview, the director of this interview called more people to stand in the conference room and

10693    added almost 12 people to this interview, asking me more questions, and made me repeat my

10694    answers.

10695

10696    **The interview was prepared for me by the radio station Jeff Detrow & Jerry Cesak, it was**

10697    **for beginning – intermediate software engineer.**

10698    **The interviewer was asking me sarcastically putting the whole group down as if telling**

10699    **everyone in the room "Zinia knows thins and you don't! "l I was like teaching the whole**

10700    **group in what to do in this beginning -intermediate position.**

10701    **It was prepared to deplete all my strength to this particular project. I answered all the**

10702    **questions giving the business rules and Pseudocode code where a programmer would come**

10703    **and program it.**

10704    **I knew the answers because I took classes and had experience in different languages in**

10705    **what they asked me and none of MASI employees at that time was taking classes or had**

10706    **experience in different languages.**

10707    **At the end of the 3-4 hours of my interview, the team leader, David came entering the**

10708    **conference room with a startle and flinch trying to figure out what was going on as he was**

10709    **not in the company at the time of this weird interview.**

10710    **the radio station Jeff Detrow & Jerry Cesak wanted to garbage, scatter, spread, and**

10711    **shatter me everywhere while suffocating, freezing, and curbing so I keep interviewing and**

10712    **keep finding new jobs so I never do my items of the new cycle of Adam and Eve!**

10713

10714    Unlike today's system, few software engineers knew the answers for the questions the

10715    interviewees asked in this interview. I want to emphasize all he interviewees had same education

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

10716    as me and better but I knew the answers because it just happened I took classes in the subject

10717    they were interested in. the sick illegal force played big part in this interview without anyone

10718    knows.

10719

10720    I didn't realize there was Illegal Force involved in this incidence especially in 2004, when the

10721    Creator Force obligated me as a Command in an unscheduled tasks, please refer to chapter 1, to

10722    speak to the White House as the sick illegal force was raping, emptying, and robbing all the sole

10723    unique items in the nook of my private brain, selling them, and enjoying my future through

10724    highly paid professional secret assigned unscrupulous psychic readers, spirits' robbers, and few

10725    readers in mirrors and hypnotists with unethical and no decency, whose origin was America,

10726    Lebanon, Iraq, and others, like the American-Iraqi spirit robber, the American-Iraqi, Majid

10727    Sabeah Mighael who raped my brain or my black box, and I promptly and exclusively started to

10728    formulate and give away to President George Bush/ White House some of the current and future

10729    masterpieces that relates to the incidence of having degree and taking Microsoft computer

10730    software classes.

10731

10732    I want to emphasize in here, I didn't realize there was Illegal Force involved in this specific

10733    incidence until year 2012; and as recently as January of 2015, while I was in process of stacking

10734    the incidences together, I observed the sick illegal force purposely intervened in my career the

10735    instant I took courses in Microsoft to create a stumbled stone in my career and delayed me. I

10736    observed the sick illegal force purposely intervened in my career to trigger the image facilitating

10737    the psychic reading and spirit robbing = MinYook's way, please refer to 4.2 Min-Nook =

10738    MinYook's Force definition, of the nook of my brain acting deliberately against the law,

10739    infringing my civil rights through this Illegal Force with radio station and Hollywood abilities

10740    and capabilities on private air in order to monitor the nook of my private brain and race with it in

10741    advance as fast as they could to rape, rob, and empty as much as they could from my harvests,

10742    efforts, and talents of my creativities and inventions' designs, techniques, styles and ways and

10743    even robbed the skeleton of each item with its animation precisely from the nook of my private

10744    brain – my black box, have enjoyed and raptured on account of my health, career, and personal

10745    life destruction, the image. the current and future masterpieces of my image, please refer to

10746    section 4.6 Illegal Force Authentic Schema and section 4.7 Illegal Force Authentic Motive where

10747    my degree played major part in it.

10748

10749    5.5 Innovative Enterprise Solutions:

10750

10751    In 2000, I was hired innovative Enterprise Solutions under Team Leader, Team Leader #1.

10752    In general, the situation was repeated reminding me with what happened in Jostens but it wasn't

10753    as loud as Jostens learning Corp.

10754    Some women coworkers repeated some incidences had happened in Jostens Learning Corp like

10755    staring at my genitals and wondering.

10756    It was unknown to me if Team Leader #1was aware of my lay off from Jostens Learning Corp or

10757    of he was aware of the meaning of the phrases he threw on me reminding me indirectly with

10758    what manager #1 did to me at Jostens Learning Corp because he was directed by the sick illegal

10759    force.

10760    Team Leader #1and coworkers were directed by phones to throw phrases on me they don't know

10761    what they mean, but I understood these phrases.

10762

10763    I decided to participate and repeat what I did in Jostens Learning Corp.

10764    Promptly, the sick illegal force transformed the work environment into hurly –burly situation

10765    mixed with indulgence and insult phrases referencing the image like there was a date without

10766    giving a chance to question why they were throwing phrases related to the incidence of Jostens

10767    Learning Corp.

10768

10769    Coworkers were directed to throw new phrases that were not related to Jostens Learning Corp on

10770    me by passing my work area. At that time I didn't know what all these phrases meant and I

10771    deemed them as weird expressions.

10772    Here are some of the phrases that were thrown on me through air inside the company.

10773    1.  She is on mission.

10774    2.  She is a Ruler.

10775    3.  We are going to iron her

10776    4.  Happy Birthday.

10777    Phrases of strangers saying "Happy Birthday. They saw you a cake! Ready! When are you going

10778    to cut the cake?"

10779    5.  I can't wait to see her pouring all of it

10780    6.  Team Leader #1 acting like Jesus

10781    7.  Team Leader #1 looking at me and putting apple on the table with some coworkers reminding me

10782    with Eve character.

10783    8.  We all want to have Zinia's Background. We all want to go to Zina's School.

10784

10785    Before I left the company, I told Team Leader #1, that he was repeating what happened in

10786    Jostens learning Corp. Also, I told one of the coworkers, I need to know the source of this.

10787

10788    I want to emphasize in here, I didn't realize there was Illegal Force involved in this specific

10789    incidence until as recently as January of 2015, while I was in process of stacking the incidences

10790    together, I observed the sick illegal force purposely intervened in my workplace to delude me

10791    into a none-sense date since Jostens Learning Corp while I was relating the incidence of this

10792    company to what happened with Jostens learning to know why these incidences were related to

10793    each other.

10794    the sick illegal force motive was to create a stumbled stone in my health, career, and personal

10795    life with despising me and scoffing at me forcing tiresome and fatigue from obstacles and

10796    obstructions and to delay me to trigger the image facilitating the psychic reading and spirit

10797    robbing = MinYook's way, please refer to 4.2 Min-Nook = MinYook's Force definition, of my

10798    brain through this Illegal Force with Radio Station and Hollywood abilities and capabilities on

10799    private air in order to monitor the nook of my private brain and race with it in advance as fast as

10800    they could to rape, rob, and empty as much as they could from my harvests, efforts, and talents

10801    of my creativities and inventions' designs, techniques, styles and ways and even robbed the

10802    skeleton of each item with its animation precisely from the nook of my private brain – my black

10803    box, enjoy and rapture on account of my health, career, and personal life destruction, the image.

10804    the current and future masterpieces of my image, please refer to section 4.6 Illegal Force

10805    Authentic Schema and section 4.7 Illegal Force Authentic Motive.

10806

10807

10808    6.  Loud damages by the sick illegal force :

10809

10810    The following sole unique items were accompanied with continues voices tweaked and

10811    harnessed hurly burly voices to give specific messages:

10812    Please refer to 4.10 Illegal Force harnessed hurly burly voices and 4.11 Illegal Force phrases

10813    thrown in the air on me.

10814

10815

10816    6.1 Innovative Enterprise Solutions:

10817

10818    In 2001, when I left Innovative Enterprise solutions, I was hired in less than 30 minutes in MASI

10819    as desktop application software developer.

10820

10821    In the first week of my employment in MASI, I saw my harvest of the 3 hours interview that I

10822    had with this company in year 1998 inside a big project.

10823

10824    Inside MASI, the sick illegal force was asking coworkers to joke with me by knocking on my

10825    cubical walls where I sat and saying "911 Hi Hi Hi 911!"

10826    Also, the sick illegal force was speaking to me through air by strangers' voices in English

10827    language inside the company saying exactly what I was typing in my computer, reading every

10828    text, and describing all my movements through psychic reading acting deliberately against the

10829    law, infringing my civil rights. The voices grew day after day, describing every movement being

March 2, 2022

10830    done by me at my desk like adjusting my clothes especially in sensitive places where no one

10831    would do in public place. The voices were flirting with me when I was adjusting my clothes.

10832    Some other voices were asking me to ignore.

10833    The voices were not coming from any coworkers but they were coming either from phone

10834    speakers or somewhere from ceiling. I was shocked from the situation, my brain was paralyzed

10835    and didn't know how to explain the situation.

10836    There was hate in the language of this Illegal Force but no one would know it unless the target

10837    person was the one who was experiencing it.

10838

10839    I want to emphasize, none of the coworkers knew why I was angry because they didn't know the

10840    sick illegal force was psychic reading acting deliberately against the law, infringing my civil

10841    rights exactly what I was typing in my computer, reading all my movements, and throwing

10842    insolent phrases accompanied with a despise and rude phrases at me with lack of respect attitude

10843    while some coworkers were passing by my cubical desk joking and knocking at my cubical wall.

10844

10845    I was severely shocked, and I have complained about this Illegal Force inside the company. This

10846    Illegal Force had caused me a major sarcastic harassment in MASI; it surprised me because it

10847    had imposed the situation on Human Resources and involved them in the participation.

10848    I thought someone had installed a hidden camera in my computer. I thought the human resources

10849    had participated in having cameras where I was sitting. Later, in 2002, I found out the sick illegal

10850    force was psychic reading the nook of my brain.

10851

10852   When I complained, MASI didn't do anything because this Illegal Force has been accompanying

10853   me wherever I went; I went to the CEO office and complained about how he would allow this

10854   Illegal Force at work, I was shocked and didn't know how to explain the situation, I was

10855   embarrassed to say there might be a hidden camera at my desk, CEO, Mr. Robinson's answer

10856   was "The voices entered the company with you!"

10857

10858   The CEO, Jack Robinson at that time didn't pay too much attention to *this situation because it*

10859   *was overlaid by the covered reason t*hat deluded him to surmise of its wackiness and shallow by

10860   imposing a non-sense dating on me that no one can tolerate at my workplace *to deceive and*

10861   *delude my coworkers, employers, and USA citizens.*

10862

10863   I asked the CEO to work from home because I couldn't tolerate the voices inside the office, and I

10864   couldn't accept the cooperation between the HR and the sick illegal force that allowed that

10865   conduct on me while some voices in the air were saying "Ignore us!"

10866

10867   Later I knew the motive was to rob my future through secret psychic readers and and few others

10868   like hypnotists and reading in mirrors who were acting deliberately against the law, infringing

10869   my civil rights which was stealing my image.

10870

10871   the sick illegal force followed me to my home. While I was in my way home in my car, I opened

10872   radio stations and grasped the sick illegal force was aiming their best phrase to me indirectly, so I

10873   turned off the radio station and TV or in other word I didn't watch or listen to any media to

10874   concentrate at my work.

10875    When the sick illegal force realized I didn't aspire to listen, it boosted the noises in Arabic

10876    language mixed with English language near my home and wherever I went.

10877

10878    It was not easy to work from home too because the sick illegal force was doing the same exact

10879    thing it did at MASI office, so I decided to leave the company after one month of hiring.

10880    I quit my job at MASI. My manager asked me to give a notice but I refused to listen to him for

10881    allowing the sick illegal force inside the company.

10882    Leaving the company in this situation means no unemployment insurance.

10883

10884    After I left MASI, the sarcastic harassment and the fabricated situation imposed via this Illegal

10885    Force kept living with me day and night speaking to me loud in the air. The voices came as

10886    amplified mixture with different tones of MASI coworkers, previous coworkers, strangers, and

10887    old/new friends.

10888    I called MASI asking them "Why are you doing this?" They answered, "There is no such a

10889    thing." They denied their participation while I know it was true. My concern was my work; I lost

10890    my job because of the sick illegal force, so, I replied with improper phrases –cusses and curses.

10891

10892    I went to one of my coworker's home, David Gilbert to explain the situation to him and his wife.

10893    He advised to go to the police station and complain.

10894

10895    My parents were completely surprised at my anger and agitation. My parents thought this Illegal

10896    Force has never existed because my mother doesn't speak English well and my father who

10897    passed away 8 years ago had a hearing problem.

10898

10899    I even went to the Chaldean church and spoke to Pastor, Father Michael Bazzi because this

10900    Illegal Force was acting as if it had camera on top of me where ever I was going.

10901

10902    After leaving MASI, it was hard for me to find a job because of the economy from one side and

10903    because of the sick illegal force which was forcing the interviewees to say their opinion about

10904    me, like "We are not hiring you" and to say anything in the secluded air just to prolong the

10905    duration of my unemployment.

10906    The sarcastic harassment and the fabricated situation imposed via this Illegal Force persisted

10907    during my face to face interviews inside the employers' building, and during my phone's

10908    interviews.

10909

10910    Some interviewers had a very sarcastic tone exposing joy at my situation!

10911

10912    I called the unemployment to get unemployment insurance, but, they refused because I left

10913    MASI by myself. Thus, the unemployment had advised me to appeal to get only unemployment

10914    insurance. I lost the appeal because I left the company by myself, I couldn't explain myself, and I

10915    couldn't prove what the sick illegal force did to me because I was shocked.

10916    I didn't know what the the sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak

10917    had planned for me at that time. I wanted to ignore the situation but the sick illegal force didn't

10918    leave me alone.

10919

10920    Later, MASI put a red sign in my record and discriminated me from working for the company

10921    anymore because I called its human resources to curse and cuss in the phone for their

10922    involvement in the mess the sick illegal force created in my life. Later, I found out this

10923    involvement of this employer's coworkers was fabricated. the sick illegal force mixed the voices

10924    of this company's employees with other people voices.

10925

10926    Since, MASI was bought by Northrop Grumman; consequently, Northrop Grumman put a red

10927    sign in my record and discriminated me from working for it anymore.

10928

10929    +Please refer to section 4.14.2.1 Incorrect Illness during MASI.

10930

10931    Later, from 2007 until now, I found out after my analysis and the Creator Intervention as

10932    command in the unscheduled task, the sick illegal force was raping, emptying, and robbing all

10933    the sole unique items in the nook of my private brain, selling them, and enjoying my future

10934    through highly paid professional secret assigned unscrupulous spirits' robbers with unethical and

10935    no decency, to make tremendous wealth while I was formulating my image, please refer to

10936    chapter 1, 2, and 3.

10937    5.1.1  the sick illegal force imposed on me to stay at home for numerous months to suffocate me

10938    in health and budget problems to derail me from writing the image in order to sell my brain to

10939    powerful people.

10940

10941    Added MASI:

10942   After the Jostens Learning Corp's layoff, someone called me to do a project for a singer who had

10943   interest in Venus and Mars, he gave me a CD with title - Venus and Mars - and asked me to

10944   listen that CD while designing that small project for the singer. This person was fraud and took

10945   the initial design of the project and left the CD for me. He was sent by the sick illegal force led

10946   by the radio station of Jeff Detrow & Jerry Cesak in San Diego, ca.

10947   the sick illegal force went above and beyond to trigger what I have simplified and explained in

10948   my emails to president bush and White House about Mars because I was speaking to the Creator

10949   and his crew, the sick illegal force wanted to trigger all of sole unique items of the new cycle. All

10950   of these sole unique items are parts of the Creator's installation inside me and we have to follow

10951   certain business rules to do.

10952

10953   Also, after the Jostens Learning Corp's layoff, the sick illegal force led by the radio station of

10954   Jeff Detrow & Jerry Cesak in San Diego plotted to give me an interview with MASI for more

10955   than 3 hours with 6-14 employee they were entering the conference room to listen to my

10956   answers. The questions were prepared by the sick illegal force according to the project that I was

10957   interviewed for as the sick illegal force using assigned spirits' robbers, were monitoring my

10958   private brain day and night to rape, rob, empty FOR MONEY PURPOSE SECRETLY

10959   WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE, the

10960   nook of my private brain, enjoy and rapture on account of my health, career, and personal life

10961   destruction whatever potential important item they perceive with its inventions' harvests, efforts

10962   talents, styles, ways and they even robbed the skeleton of each item with its animation precisely

10963   for others so I never grow. I knew the answers because I took classes and none of MASI

10964   employees at that time was taking classes. Later after 2 years, I was hired by MASI in 5-10

10965    minutes and I saw whatever I said in that interview in code inside a project. I didn't stay in

10966    MASI more than one month and left because of the nasty hurly burly voices of strangers

10967    speaking to me through phone speakers saying my brain, whatever I was typing, whatever I was

10968    doing at my cubical desk with raising quivering jealousy criticism against me loud to make me

10969    feel uncomfortable and I thought they had camera on me.

10970

10971

10972    6.2 Please refer to section 4.11.1 Years: Very beginning of 2001

10973

10974

10975    6.3 Crafty Interview After MASI:

10976    In 2001, after MASI and before my employment in UPS, after September 11/World Center

10977    tragic, I had an interview that I believe it was counterfeit one and was imposed via the sick

10978    illegal force.

10979    The interviewee was aspired to find someone to work on educational project that need to be

10980    packaged to go oversea and had asked me more than three times in detail about the process of

10981    how to build an educational software application from creating the application until packaging it

10982    without stop.

10983    I noticed I was repeating myself because he kept asking me the same questions over and over

10984    again with mocking tone.

10985    I stopped for moments staring at this person, while I was looking at his face, he asked me if I had

10986    ever heard about the term "Imperialism" or know what it means. I thought he was speaking

10987    Microsoft language referencing.NET Framework class library and I said to him, 'I have heard of

10988    it but I haven't used it, I can learn as I am fast learner.'

10989    Then, my eyes peered through air recalling the interviewee whose employer was a singer that

10990    was fascinated by Mars and Venus and I immediately resembled these interviewees with each

10991    other, please refer to section 3.2 Crafty interview after Jostens Learning.

10992    I said to myself at that moment, it can't be, how someone in this world can play this prank with

10993    me. He kept mockingly repeating the same questions again and again.

10994    While I was staring at his face in a despised way because of his demeanor, I stood, walked to the

10995    door and slammed it very hard on him.

10996    I couldn't wait to go home searching in the dictionary for this word, "Imperialism" suspecting

10997    what it means, I was right, it was political term being referenced a lot in Iraq's text books. The

10998    agent who found this interview for me called specifically after the interview to apologize for this

10999    interviewee's attitude.

11000

11001

11002    6.4 MailBox Etc, UPS:

11003     the sick illegal force deliberately delayed my hiring while I have had many interviews making

11004    me hear the interviewees' opinions about me.

11005

11006    After MASI, Later, in year 2001, I was hired at Mail Boxes Etc, UPS Store.

11007

11008    In the first weeks of my employment, many coworkers complained at the situation but the voices

11009    never stopped. Many coworkers were angry at me for thinking I admitted these voices in the

11010    company. Many coworkers were speaking in the phone with members of their families amid the

11011    noisiness saying I have been triggered by radio station for unknown reason.

11012

11013     the sick illegal force involved Minda McAllister and Deb Linder to sync their voice in all the

11014    groups played through air.

11015

11016    The situation didn't stop where the sick illegal force was describing every movement by me.

11017

11018   At that time, the voices started advising me in the open air they were psychic reading me and

11019   there is no camera involved. Then, the voices started mentioning <u>Jef, Jerr, and Laura names,</u>

11020   <u>reminding me with the broadcasters of one of the San Diego Radio Stations.</u>

11021

11022   Though I was angry at home with my relative and few family members because they didn't

11023   admit their participation in this Illegal Force, I had acted polite at my workplace.

11024

11025   I had stayed with this company for almost 3 to 4 years without saying a word about this Illegal

11026   Force for a simple reason – I need to make my living.

11027

11028   *Continuously, the imposed Illegal Force on the human resources and coworkers to participate in*

11029   *creating sarcastic harassment kept playing through air causing me ironic mental repression as*

11030   *no one responded to me under this fabricated situation.*

11031

11032   Deliberately, the background of the sick illegal force was not respecting, and was insulting and

11033   despising with taunt and jokes at me which was what I said to my boss, Minda McAllister who

11034   had agreed with me in my last months working at Mail Boxes Etc, UPS Store.

11035

11036    the sick illegal force was acting deliberately against the law, infringing my civil rights, was

11037   psychic reading my thoughts and threw them through air.so other coworkers speaks these

11038   thoughts before me and spurring me to think fast hoping to trigger the image. Then, it

11039   encouraged me to participate in Mail boxes Ets, UPS Store.

11040

11041   This action demoralized my personality because I had no clue why this Illegal Force was

11042   imposed on me.

11043

11044   Once I decided to complain calm way inside Minda's office in 2003/2004 saying, "Why are they

11045   doing this through air?"

11046   Mail Boxes Etc, UPS Store had forced me to stay at home to follow up with psychiatrist, or it

11047   would reject my return to work.

11048   I refused to stay at home because this Illegal Force was real, and there was nothing incorrect in

11049   me to build false health history. Plus, I wanted to work and be alert! But, I had to obey in order

11050   to return to work.

11051

11052   During this period, I spoke with my father's lawyer <u>not to sue anyone; but </u>to ask Mail Boxes Etc,

11053   UPS Store about the reason of admitting this Illegal Force in their building and what do I need to

11054   do. The lawyer's response was the same as Mail Boxes Etc, UPS Store; plus he charged

11055   thousands of dollars to shut me up! The Lawyer's action surprised and scared me.

11056

11057   I was forced to go to psychiatrists, to go psychiatrist unit by ambulance vehicle and police with

11058   siren of 911, <u>please refer to section 4.14 Force incorrect mental illness.</u>

11059

11060   I got so mad at this situation because the company had forced me to use disability insurance, so, I

11061   have started contacting my boss, Minda with appropriate and severe inappropriate emails and

11062   phones for this delay. The inappropriate emails and phones had caused my incorrect termination

11063   from Mail Boxes Etc, UPS Store.

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

11064

11065    The Human Resources of Mail Boxes Etc, UPS Store forced me to use the disability insurance

11066    telling me that my father is in hospital and I need to take care of him while I never told the HR

11067    anything about my father being in hospital. the sick illegal force told the HR about my father

11068    situation- the sick illegal force was publically spreading my personals.

11069    After all, my father wouldn't be happy seeing me in front of him in the hospital, he would be

11070    happier seeing me working and be successful.

11071

11072    Later, Mail Boxes Etc, UPS Store put a red sign in my record and discriminated me from

11073    working for them anymore because I cussed and cursed under this imposed painful, harmful,

11074    intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

11075    Illegal Force's definition, as I wanted to go back to work which I believed it was under

11076    destruction.

11077

11078    After leaving Mail Boxes Etc, UPS Store, the background of this Illegal Force has continually

11079    creating low career reputation, and creating major time career damage in my life because

11080    coworkers couldn't accept hearing this Illegal Force inside their building for longer than one year

11081    or less so they cut my living. Please refer to section 4.14 Force incorrect mental illness, section

11082    4.15 Force career damage and section 4.16 Force numerous interviews

11083

11084

11085    Addition to UPS:

11086    The Arab voices were added since 2001 loud inside MASI and UPS.

11087    One of the iraqi people I recognized his voice, An iraqi male with coarsed voice said in the

11088    private air in Arabic inside UPS building at the end of 2001, "اشبيهم بيت عائلة زينيا مثل بول البعير الى

11089    ليش .....٩٩وراء", "what is wrong with Zinia's family, they are like camel's pee moving

11090    backward… why!"

11091    the sick illegal force brought highly paid secret spirit's robbers to psychic rem me loud, rob me

11092    in advance and race with my brain.

11093    my coworker, database developer, Alex whispered to me about the imposed painful, harmful,

11094    intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

11095    Illegal Force's definition, and whatever was playing in the air with gesturing in his face and

11096    pointing a dental small mirror to his rear genital and said, "this is all about ass holes "

11097

11098    One of the the radio station of Jeff Detrow & Jerry Cesak members of the radio station was

11099    admitted in the UPS/Mail Box Etc, Jeff Detrow showed up in our software engineering meeting

11100    in 2002 but I couldn't recognize him immediately until 2004. He **came to one of the software**

11101    **developers' meeting and sat in front of me facing me while I was standing, I noticed he was**

11102    **not one of our team's members, but I didn't know who he was, he had his computer facing**

11103    **him against me. when I looked at him to find out what he was doing, he started to quiver**

11104    **with hate, and I didn't know what he was doing.**

11105    Some of the software developers' team's members were angry at me because they thought I was

11106    the one behind bringing this broadcaster/ the radio station of Jeff Detrow & Jerry Cesak in San

11107    Diego, Ca to UPS and to one of our software developers' meetings.

11108

11109    (Jerry Cesak whose origin is Jewish) was admitted the second time in **UPS/Mail Box Etc, in our**

11110    **software engineering department, he entered the building babbling within himself. As soon**

11111    **as he entered, few cowokers looked at me with anger as if I was the one behind admitting**

11112    **him. Jerry was saying things no one could understand except me.**

11113

11114    (Jerry Cesak whose origin is Jewish) was admitted the third time in **UPS/Mail Box Etc, parking**

11115    **lot. He parked very close to my car, sitting in the passener's seat, waiting for me to get out**

11116    **of the building, to see him innocently sitting in his car, reading the holly book, torrah.**

11117

11118    The sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak made my previous

11119    coworkers from Innovative enterprise solution speak to me politics and religions in the air before

11120    Jesus bowed down to me.

11121

11122

11123    One of the hardware and network department engineers, Sam Tobia was saying in Arabic exactly

11124    what I was typing and thinking by going to the network room and he was indoctrinated to say

11125    what the sick illegal force using highly paid professional secret assigned unscrupulous spirits'

11126    robbers with unethical and no decency, was telling him to say through phone speaker. The name

11127    of the employee is Sam Tobia.

11128

11129

11130    At that time, I would never think about making connection between what the source inside this

11131    4.5 History of the sick illegal force authentic motive item 1 to 14:, please 4.5 History of the sick

11132    illegal force authentic motive item 1 to 14, did and what was happening at my workplaces

11133    because I couldn't believe they involved my bosses, managers, big celebrities, radio stations,

11134    president of USA in this crime. Things didn't make sense to my previous employers and

11135    employees because they didn't know this force was psychic reading me loud and they thought

11136    what was playing in the air was stupid, fool, crazy, and trivial. I didn't believe this illegal force

11137    used or harnessed voices to rape, empty, and rob the nook of my private brain secretly making

11138    busy with complains against the situation - the fraud and scam - that was imposed on me in

11139    specific.

11140

11141    One of the people from the upper management threw words on me with wrinkling his face asking

11142    me to ignore by saying "they are stupid… crazy people … they are saying garbage…"

11143

11144    In 2003, I and some of my previous coworkers were asked to go to a meeting inside one of the

11145    UPS' buildings, we had to pass the reception area, at that time I hadn't had any complain to my

11146    boss/Minda McAllister because of previous workplaces' bad experience, I was worried the UPS

11147    administration would lay me off for my complain and I always needed to work, also Minda

11148    McAllister was participating like it was fun thing to do in the air when she hadn't have any clue

11149    this illegal force was psychic reading me loud although she knew all of the voices were imposed

11150    on me. Anyway, when I and my previous coworkers passed the reception area, someone from the

11151    sick illegal force directed one of my previous coworkers to get something and asked me to stand

11152    by the door that goes to the other buildings, this coworker did it on purpose because he was told

11153    to do so, he was looking at me and smiling because he didn't know what was going on, he

11154    thought he was doing it for fun or as respect. While I was waiting by the door for my other

11155    coworker to come back, there was a lady that I hadn't seen before, I believe she was a customer,

11156    she was sitting in the reception area. this lady that I had never seen before, she sat straight,

11157    looked at me in the eye, after she got a sign from the receptionist as if she was looking for

11158    someone and the receptionist smiled and shook her head as if gesturing with "Yes, it is her".

11159    Then this lady closed her eye towards me and showed only her eyes' white parts and started to

11160    do something like psychic reading me or hypnotizing me. She was directed to stare at me in a

11161    very weird way, she was psychic reading me with blinking eyes eyes with only white and doing

11162    some stuffs I couldn't recognize.

11163    During that period, before 2004, the voices and noises were everywhere and very loud at my

11164    workplaces and at my neighbor. I was wondering why that lady would do this action to me. Even

11165    if she wanted to psychic read me, she would never do this for 3-5 minutes.

11166    For almost two months, after seeing that lady in the UPS reception area was psychic reading me

11167    with closed eyes but showing only white in it, I noticed three random events to cover the sick

11168    illegal force banned crime – banned crime of psychic reading me and spirits' robbing my private

11169    brain in advance to sell and do huge projects.

11170    First event, the sick illegal force was bringing American Iraqi people from my community

11171    chatting with me at night and sung for me. Second event, this illegal force taped all UPS

11172    employees' and my previous employers' employees' voices and noises and made me hear them

11173    at night in the private air. The third event which the real banned crime was, I noticed after

11174    sleeping at night, and before waking up and opening my eyes before sunrise, I was moving my

11175    lips as if I was speaking in my sleep answering questions to people from American iraqi and

11176    non-American iraqi communities, also, the sick illegal force had brought people to say whatever

11177    I was saying in my sleep loud in the private air loud.

11178    After period of time, Jesus bowed down to me forcing me to help the White House during Bush

11179    tenure with suggested solutions. I noticed when I was helping the White House, my eyes were

11180    hurting very bad.

11181

11182   Later, after my federal case in April 2016, 16-cv-0101-H-WVG, I found out he was quivering to

11183   trigger something in me so the assigned spirits' robbers, rob the item from the nook of my

11184   private brain.

11185

11186   Since 2004, I have been complaining to Minda McAllister when I was inside and outside UPS

11187   but I got no answer.

11188   Since 2001, Minda McAllister has been participating in this hurly-burly voices without

11189   understand this imposed an painful, harmful, intolerable, unacceptable and inappropriate

11190   situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me by

11191   Illegal Force which was plotted to rape, rob, empty FOR MONEY PURPOSE SECRETLY

11192   WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE the

11193   nook of my brain with its inventions' harvests, talents, efforts, styles and ways in advance

11194   secretly through assigned psychic readers, hypnotists, and other types of witching no one

11195   understand. the sick illegal force, secretly, created intolerable and unacceptable environment and

11196   were acting deliberately against the law, infringing my civil rights.

11197   The UPS administrative staffs' excuses in admitting the sick illegal force, the voices and noises,

11198   have been playing everywhere.

11199   Regardless of where the voices and noises were playing, my response was/is this imposed

11200   painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2,

11201   and 4.3 for the Illegal Force's definition, was not supposed to be admitted inside the UPS'

11202   building specifically where I was sitting and asking previous coworkers to say whatever I was

11203   doing loud without knowing.

11204

11205    Since 2004 until now, after I left UPS, Minda McAllister voice kept playing by the sick illegal

11206    force in other workplaces and wherever I went. Tim Davis voice was playing in the air after

11207    2012.

11208    After filing my federal case in April 2016, 16-cv-0101-H-WVG, Minda McAllister and Tim

11209    Davis voices kept playing by the sick illegal force wherever I went.

11210

11211    UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

11212    my computer science degree into trash making me beg for work to keep my social security in

11213    order to derail me from writing the image of the New Cycle of Adam Eve.

11214

11215    UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

11216    my computer science degree into trash making me beg for work to keep my social security in

11217    order to derail me from writing the image = New Cycle of Adam Eve

11218    the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

11219    degree person are the same making me beg for social security! I never needed anyone to make

11220    my living, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and

11221    inappropriate situation - the secret scam and fraud situation that no one has had clues to its

11222    reasons, - in my career since 1997 for sake of robbing my future and steal the masterpieces of my

11223    image making tremendous wealth.

11224

11225    I have been asking the UPS, UPS/Minda McAllister, UPS/Tim Davis to file lawsuit and take

11226    civil actions against the sick illegal force that passed the law and security with me since 2001 but

11227    I got no response due to their cooperation with this Illegal Force.

11228

11229    the sick illegal force used assigned spirits' robbers, to psychic read my life and indoctrinating

11230    random coworkers to speak my private life and my brain mixed with garbage loud inside UPS

11231    and all companies after UPS including my last employer Willis Towers Watson forcing

11232    extremely clog and freeze to me so others raise on top of my shoulder by selling my private sole

11233    unique items secretly without my knowledge and permission. the sick illegal force used assigned

11234    spirits' robbers, for sake of robbing my private brain and sell to scientists, investors, big

11235    celebrities, Hollywood inside and outside USA, all on account of my health, career, and personal

11236    life destruction since 1997 with low volume and since 2001 loud causing hurly burly voices with

11237    intolerable and unacceptable environment that no one could stand while the spirit's robbers rob

11238    the nook of my private brain and sell!

11239    The imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer

11240    to 4.1,4.2, and 4.3 for the Illegal Force's definition, repeated itself in all companies after UPS

11241    including Solar Turbines and Willis Towers Watson making all the coworkers hear the big

11242    celebrities and all current and previous presidents of USA in 2016 and other countries. The

11243    voices in Willis Towers Watson were only around were I used to sit.

11244    Some other previous coworkers' eyes' vessels were exploding from anger because it was

11245    horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

11246    fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

11247    get rid of it but with harsh painful lay off.

11248    I have been screaming since 2001, deliberately, this illegal force created incorrect illness in my

11249    health record - hearing your fool voices - Schizophrenia illness! then a cyst was formed inside

11250    my body because of this situation in 2003, later random blood pressure was developed when I

11251    was terminated from Solar Turbine and hired in Willis Towers Watsos!

11252

11253

11254    One of the the radio station of Jeff Detrow & Jerry Cesak members of the radio station was

11255    admitted in the UPS/Mail Box Etc, Jeff Detrow showed up in our software engineering meeting

11256    in 2002 but I couldn't recognize him immediately until 2004. He **came to one of the software**

11257    **developers' meeting and sat in front of me facing me while I was standing, I noticed he was**

11258    **not one of our team's members, but I didn't know who he was, he had his computer facing**

11259    **him against me. when I looked at him to find out what he was doing, he started to quiver**

11260    **with hate, and I didn't know what he was doing.**

11261    Some of the software developers' team's members were angry at me because they thought I was

11262    the one behind brinIging this broadcaster/ the radio station of Jeff Detrow & Jerry Cesak in San

11263    Diego, Ca to UPS and to one of our software developers' meetings.

11264

11265    (Jerry Cesak whose origin is Jewish) was admitted the second time in **UPS/Mail Box Etc, in our**

11266    **software engineering department, he entered the building babbling within himself. As soon**

11267    **as he entered, few cowokers looked at me with anger as if I was the one behind admitting**

11268    **him. Jerry was saying things no one could understand except me.**

11269

11270    (Jerry Cesak whose origin is Jewish) was admitted the third time in **UPS/Mail Box Etc, parking**

11271    **lot. He parked very close to my car, sitting in the passener's seat, waiting for me to get out**

11272    **of the building, to see him innocently sitting in his car, reading the holly book, torrah.**

11273

11274    The sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak made my previous

11275    coworkers from Innovative enterprise solution speak to me politics and religions in the air before

11276    Jesus bowed down to me.

11277

11278

11279    The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11280    intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11281    situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11282    of this situation other than laying me off.

11283

11284    This illegal force psychic read, through highly paid professional secret assigned unscrupulous

11285    spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

11286    cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

11287    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

11288    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

11289    health, career, and personal life destruction all the harvests, efforts, talents, styles,and ways of

11290    my sole unique items' formulas inside the nook of my private brain in advance secretly while

11291    smashing me with shoes at my workplace meaning = causing extremely painful layoff in a very

11292    funny and trivial ways making the incidence happy. No one knew the real reason.

11293    The situation was imposed on me since 2001 loud and since 1997 with low volume until today's

11294    date.

11295

11296    Please refer to section 4.14.2.2 Incorrect Illness during UPS.

11297

11298    Added:

11299    Read UPS:

11300    During my employment in UPS:

11301    The Arab voices were added since 2001 loud inside MASI and UPS.

11302    One of the iraqi people I recognized his voice, An iraqi male with coarsed voice said in the

11303    private air in Arabic inside UPS building at the end of 2001, "اشبيهم بيت عائلة زينيا مثل بول البعير الى

11304    ليش.....وراءه٩٩", "what is wrong with Zinia's family, they are like camel's pee moving

11305    backward... why!"

11306    the sick illegal force brought highly paid secret spirit's robbers to psychic rem me loud, rob me

11307    in advance and race with my brain.

11308    my coworker, database developer, Alex whispered to me about the imposed painful, harmful,

11309    intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

11310    Illegal Force's definition, and whatever was playing in the air with gesturing in his face and

11311    pointing a dental small mirror to his rear genital and said, "this is all about ass holes "

11312

11313    One of the the radio station of Jeff Detrow & Jerry Cesak members of the radio station was

11314    admitted in the UPS/Mail Box Etc, Jeff Detrow showed up in our software engineering meeting

11315    in 2002 but I couldn't recognize him immediately until 2004. He **came to one of the software**

11316    **developers' meeting and sat in front of me facing me while I was standing, I noticed he was**

11317    **not one of our team's members, but I didn't know who he was, he had his computer facing**

11318    **him against me. when I looked at him to find out what he was doing, he started to quiver**

11319    **with hate, and I didn't know what he was doing.**

11320    Some of the software developers' team's members were angry at me because they thought I was

11321    the one behind briniging this broadcaster/ the radio station of Jeff Detrow & Jerry Cesak in San

11322    Diego, Ca to UPS and to one of our software developers' meetings.

11323

11324    (Jerry Cesak whose origin is Jewish) was admitted the second time in **UPS/Mail Box Etc, in our**

11325    **software engineering department, he entered the building babbling within himself. As soon**

11326    **as he entered, few cowokers looked at me with anger as if I was the one behind admitting**

11327    **him. Jerry was saying things no one could understand except me.**

11328

11329    (Jerry Cesak whose origin is Jewish) was admitted the third time in **UPS/Mail Box Etc, parking**

11330    **lot. He parked very close to my car, sitting in the passener's seat, waiting for me to get out**

11331    **of the building, to see him innocently sitting in his car, reading the holly book, torrah.**

11332

11333    The sick illegal force led by the radio station of Jeff Detrow & Jerry Cesak made my previous

11334    coworkers from Innovative enterprise solution speak to me politics and religions in the air before

11335    Jesus bowed down to me.

11336

11337

11338    One of the hardware and network department engineers, Sam Tobia was saying in Arabic exactly

11339    what I was typing and thinking by going to the network room and he was indoctrinated to say

11340    what the sick illegal force using highly paid professional secret assigned unscrupulous spirits'

11341    robbers with unethical and no decency, was telling him to say through phone speaker. The name

11342    of the employee is Sam Tobia.

March 2, 2022

11343

11344

11345    At that time, I would never think about making connection between what the source inside this

11346    4.5 History of the sick illegal force authentic motive item 1 to 14:, please 4.5 History of the sick

11347    illegal force authentic motive item 1 to 14, did and what was happening at my workplaces

11348    because I couldn't believe they involved my bosses, managers, big celebrities, radio stations,

11349    president of USA in this crime. Things didn't make sense to my previous employers and

11350    employees because they didn't know this force was psychic reading me loud and they thought

11351    what was playing in the air was stupid, fool, crazy, and trivial. I didn't believe this illegal force

11352    used or harnessed voices to rape, empty, and rob the nook of my private brain secretly making

11353    busy with complains against the situation - the fraud and scam - that was imposed on me in

11354    specific.

11355

11356    One of the people from the upper management threw words on me with wrinkling his face asking

11357    me to ignore by saying "they are stupid… crazy people … they are saying garbage…"

11358

11359    In 2003, I and some of my previous coworkers were asked to go to a meeting inside one of the

11360    UPS' buildings, we had to pass the reception area, at that time I hadn't had any complain to my

11361    boss/Minda McAllister because of previous workplaces' bad experience, I was worried the UPS

11362    administration would lay me off for my complain and I always needed to work, also Minda

11363    McAllister was participating like it was fun thing to do in the air when she hadn't have any clue

11364    this illegal force was psychic reading me loud although she knew all of the voices were imposed

11365    on me. Anyway, when I and my previous coworkers passed the reception area, someone from the

11366    sick illegal force directed one of my previous coworkers to get something and asked me to stand

11367    by the door that goes to the other buildings, this coworker did it on purpose because he was told

11368    to do so, he was looking at me and smiling because he didn't know what was going on, he

11369    thought he was doing it for fun or as respect. While I was waiting by the door for my other

11370    coworker to come back, there was a lady that I hadn't seen before, I believe she was a customer,

11371    she was sitting in the reception area. this lady that I had never seen before, she sat straight,

11372    looked at me in the eye, after she got a sign from the receptionist as if she was looking for

11373    someone and the receptionist smiled and shook her head as if gesturing with "Yes, it is her".

11374    Then this lady closed her eye towards me and showed only her eyes' white parts and started to

11375    do something like psychic reading me or hypnotizing me. She was directed to stare at me in a

11376    very weird way, she was psychic reading me with blinking eyes eyes with only white and doing

11377    some stuffs I couldn't recognize.

11378    During that period, before 2004, the voices and noises were everywhere and very loud at my

11379    workplaces and at my neighbor. I was wondering why that lady would do this action to me. Even

11380    if she wanted to psychic read me, she would never do this for 3-5 minutes.

March 2, 2022

11381    For almost two months, after seeing that lady in the UPS reception area was psychic reading me

11382    with closed eyes but showing only white in it, I noticed three random events to cover the sick

11383    illegal force banned crime – banned crime of psychic reading me and spirits' robbing my private

11384    brain in advance to sell and do huge projects.

11385    First event, the sick illegal force was bringing American Iraqi people from my community

11386    chatting with me at night and sung for me. Second event, this illegal force taped all UPS

11387    employees' and my previous employers' employees' voices and noises and made me hear them

11388    at night in the private air. The third event which the real banned crime was, I noticed after

11389    sleeping at night, and before waking up and opening my eyes before sunrise, I was moving my

11390    lips as if I was speaking in my sleep answering questions to people from American iraqi and

11391    non-American iraqi communities, also, the sick illegal force had brought people to say whatever

11392    I was saying in my sleep loud in the private air loud.

11393    After period of time, Jesus bowed down to me forcing me to help the White House during Bush

11394    tenure with suggested solutions. I noticed when I was helping the White House, my eyes were

11395    hurting very bad.

11396

11397    Later, after my federal case in April 2016, 16-cv-0101-H-WVG, I found out he was quivering to

11398    trigger something in me so the assigned spirits' robbers, rob the item from the nook of my

11399    private brain.

11400

11401    Since 2004, I have been complaining to Minda McAllister when I was inside and outside UPS

11402    but I got no answer.

11403    Since 2001, Minda McAllister has been participating in this hurly-burly voices without

11404    understand this imposed an painful, harmful, intolerable, unacceptable and inappropriate

11405    situation - the secret scam and fraud situation that no one has had clues to its reasons, - on me by

11406    Illegal Force which was plotted to rape, rob, empty FOR MONEY PURPOSE SECRETLY

11407    WITHOUT MY PERMISSION AND KNOWLEDGE AND THE PUBLIC KNOWLEDGE the

11408    nook of my brain with its inventions' harvests, talents, efforts, styles and ways in advance

11409    secretly through assigned psychic readers, hypnotists, and other types of witching no one

11410    understand. the sick illegal force, secretly, created intolerable and unacceptable environment and

11411    were acting deliberately against the law, infringing my civil rights.

11412    The UPS administrative staffs' excuses in admitting the sick illegal force, the voices and noises,

11413    have been playing everywhere.

11414    Regardless of where the voices and noises were playing, my response was/is this imposed

11415    painful, harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2,

11416    and 4.3 for the Illegal Force's definition, was not supposed to be admitted inside the UPS'

11417    building specifically where I was sitting and asking previous coworkers to say whatever I was

11418    doing loud without knowing.

11419

11420   Since 2004 until now, after I left UPS, Minda McAllister voice kept playing by the sick illegal

11421   force in other workplaces and wherever I went. Tim Davis voice was playing in the air after

11422   2012.

11423   After filing my federal case in April 2016, 16-cv-0101-H-WVG, Minda McAllister and Tim

11424   Davis voices kept playing by the sick illegal force wherever I went.

11425

11426   UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

11427   my computer science degree into trash making me beg for work to keep my social security in

11428   order to derail me from writing the image of the New Cycle of Adam Eve.

11429

11430   UPS, UPS/Minda McAllister, UPS/Tim Davis participated with this Illegal Force that converted

11431   my computer science degree into trash making me beg for work to keep my social security in

11432   order to derail me from writing the image = New Cycle of Adam Eve

11433   the sick illegal force robbed the nook of my brain and trashed my degree as if I and the non-

11434   degree person are the same making me beg for social security! I never needed anyone to make

11435   my living, the sick illegal force imposed an painful, harmful, intolerable, unacceptable and

11436   inappropriate situation - the secret scam and fraud situation that no one has had clues to its

11437   reasons, - in my career since 1997 for sake of robbing my future and steal the masterpieces of my

11438   image making tremendous wealth.

11439

11440   I have been asking the UPS, UPS/Minda McAllister, UPS/Tim Davis to file lawsuit and take

11441   civil actions against the sick illegal force that passed the law and security with me since 2001 but

11442   I got no response due to their cooperation with this Illegal Force.

11443

11444    the sick illegal force used assigned spirits' robbers, to psychic read my life and indoctrinating

11445    random coworkers to speak my private life and my brain mixed with garbage loud inside UPS

11446    and all companies after UPS including my last employer Willis Towers Watson forcing

11447    extremely clog and freeze to me so others raise on top of my shoulder by selling my private sole

11448    unique items secretly without my knowledge and permission. the sick illegal force used assigned

11449    spirits' robbers, for sake of robbing my private brain and sell to scientists, investors, big

11450    celebrities, Hollywood inside and outside USA, all on account of my health, career, and personal

11451    life destruction since 1997 with low volume and since 2001 loud causing hurly burly voices with

11452    intolerable and unacceptable environment that no one could stand while the spirit's robbers rob

11453    the nook of my private brain and sell!

11454    The imposed painful, harmful, intolerable, unacceptable and inappropriate situation , please refer

11455    to 4.1,4.2, and 4.3 for the Illegal Force's definition, repeated itself in all companies after UPS

11456    including Solar Turbines and Willis Towers Watson making all the coworkers hear the big

11457    celebrities and all current and previous presidents of USA in 2016 and other countries. The

11458    voices in Willis Towers Watson were only around were I used to sit.

11459    Some other previous coworkers' eyes' vessels were exploding from anger because it was

11460    horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

11461    fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

11462    get rid of it but with harsh painful lay off.

11463    I have been screaming since 2001, deliberately, this illegal force created incorrect illness in my

11464    health record - hearing your fool voices - Schizophrenia illness! then a cyst was formed inside

11465   my body because of this situation in 2003, later random blood pressure was developed when I

11466   was terminated from Solar Turbine and hired in Willis Towers Watsos!

11467

11468

11469   6.5 EDS:

11470

11471   In March of year 2007, I was hired in EDS office which was shared by one of the main offices of

11472   Northern Grumman. The coworkers had to wait in line to work on one computer and the noises

11473   were already elevated because of the crowd. Plus, the noises had many dialect because of the

11474   origin of various nationalities who were hired in the same building.

11475

11476   While I was working for EDS in Northern Grumman building, some coworkers were sent

11477   innocently by the sick illegal force asking me questions about other parts of the image that

11478   weren't ripen yet in my brain to expedite the process and induce me to think more about the

11479   image in order to copy me indirectly thorough psychic readers and highly paid professional

11480   secret assigned unscrupulous spirits' robbers with unethical and no decency, with Lebanese,

11481   Iraqi, and other origins, and readers in mirrors who were acting deliberately against the law,

11482   infringing my civil rights.

11483   I didn't know what these questions meant until I correlated them together gradually after writing

11484   the image after I left EDS.

11485

11486   Due to the situation - the fraud and scam - that was imposed on me since 2001 without anyone

11487   responded to me from my previous jobs and the White House, I intensified my emails to the

11488    White House and others like Hillary Clinton. I received some call from FBI agents to meet with

11489    me. The FBI brought my emails I sent to the White House and others, highlighting my cusses

11490    and curses of my emails without highlighting the image, please refer to chapter 3. The Image, I

11491    gave away to the White House and others. I explained the situation to the FBI but they didn't do

11492    anything.

11493

11494    In the middle of this, some women were gesturing at my genitals and staring through air as if

11495    asking me 'what was going?'

11496

11497    After meeting with the FBI, after I saw the sick illegal force imposed the voices on without

11498    contacting me, and after 6 months of my employment in EDS, I had raised my voice, and acted

11499    improperly because I was fed up from the sarcastic harassment under the fabricated situation

11500    imposed via this Illegal Force inside the building. I screamed loud against the sick illegal force,

11501    threw my keys on my desk, and I sat down calmly. I had asked the HR to get the FBI to

11502    investigate about the situation being imposed on me by this Illegal Force.

11503    My screams induced the Northern Grumman Human Resources to call the police.

11504    Northern Grumman's vice president came to shake my hand but I refused as a respect for her

11505    because the situation was fully disrespectful to her before it was disrespectful to me because no

11506    one accepts what this Force was doing.

11507     the sick illegal force was acting against the core value of USA as a whole country and against

11508    every company when it doesn't uncover the truth about what it was imposing on me and that was

11509    why I asked the vice president to bring FBI instead of police. Plus, at that time, this situation was

11510    going on me without help for 7 years.

11511

11512    When the police came, I was calm telling them "I need FBI to investigate the situation that has

11513    being imposed on me for the last seven year."

11514

11515    3 Police men took me from the 2nd floor where the sick illegal force was imposed on me and

11516    coworkers to the first floor where it didn't have voices and sounds. In a rough way, the police

11517    told me there are no sounds and voices. I gestured with my left hand telling them calmly with

11518    anger "Okay, if there are no voices and sounds, I am leaving. Why are they doing this to me, the

11519    sick illegal force is being imposed on me for 7 years?"

11520

11521    The police took me to psychiatric unit. Please refer to section 4.14 Force incorrect mental illness.

11522

11523    After I was terminated from EDS, Northrop Grumman cut my tiny 401K saving of one month

11524    that I had from MASI without my signature because I raised my voice inside one of its building.

11525    Later, when my accountant spoke with me about my yearly taxes, she was shocked at the harm

11526    Northrop Grumman had created for this little saving –they made me pay penalty.

11527

11528    My employers' managers and Human Resources from Milvets System Technology, Inc which

11529    hired me at EDS had acted as though it was my fault!

11530

11531    There was no reason for this layoff. the sick illegal force imposed a nonsense unaccepted

11532    situations leading to trouble making and fights.

11533

11534    Later I found out there was no reason for this Illegal Force in my life other than robbing my

11535    future and stealing the masterpieces of my image, please refer to chapter 3. The image.

11536

11537    I called a previous boss, Deb Linder to go for lunch so I can explain myself and what was

11538    happening, I didn't see welcome tone in her dialog with me.

11539

11540    The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11541    intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11542    situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11543    of this situation other than laying me off.

11544

11545    This illegal force psychic read, through highly paid professional secret assigned unscrupulous

11546    spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

11547    cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

11548    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

11549    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

11550    health, career, and personal life destruction all the harvests, efforts, talents, styles,and ways of

11551    my sole unique items' formulas inside the nook of my private brain in advance secretly while

11552    smashing me with shoes at my workplace meaning = causing extremely painful layoff in a very

11553    funny and trivial ways making the incidence happy. No one knew the real reason.

11554    The situation was imposed on me since 2001 loud and since 1997 with low volume until today's

11555    date.

11556

11557

11558    <u>Please refer to section 4.14.C Incorrect Illness during EDS.</u>

11559

11560

11561    6.6 CDG-Boeing:

11562    In 12/12/2007, I was hired at CDG-Boeing.

11563    *Continuously, the imposed Illegal Force on the human resources and coworkers to participate in*

11564    *creating sarcastic harassment kept playing through air causing me ironic mental repression as I*

11565    *was scared I might lose my job if I complain or say one word responding to this Illegal Force*

11566    *under this fabricated situation.*

11567

11568    By the end of 2008, all the members of the group got laid off because of the economy.

11569    At the end of 2009, CDG-Boeing had an opening.

11570    I had called my boss, Ron Gardner and he welcomed me because many of the subject matter of

11571    experts liked working with me. Suddenly, he refused to answer my phones and emails as if there

11572    was a source like this Illegal Force prevented him from answering my calls and emails. the sick

11573    illegal force had created a discrimination against rehiring me back.

11574

11575    As this Illegal Force is tremendously powerful, it didn't allow me to be hired in any place

11576    because it was waiting for Camp Pendleton to have an opening and hire me there in order to

11577    psychic read – acting deliberately against the law, infringing my civil rights the beauty of my

11578    masterpieces

11579

11580    The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11581    intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11582    situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11583    of this situation other than laying me off.

11584

11585    This illegal force psychic read, through highly paid professional secret assigned unscrupulous

11586    spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

11587    cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

11588    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

11589    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

11590    health, career, and personal life destruction all the harvests, efforts, talents, styles,and ways of

11591    my sole unique items' formulas inside the nook of my private brain in advance secretly while

11592    smashing me with shoes at my workplace meaning = causing extremely painful layoff in a very

11593    funny and trivial ways making the incidence happy. No one knew the real reason.

11594    The situation was imposed on me since 2001 loud and since 1997 with low volume until today's

11595    date.

11596

11597

11598    6.7 MTCSC/ManTech in Camp Pendleton:

11599    In 07/12/2010, I was hired at MTCSC/ManTech in Camp Pendleton.

11600    the sick illegal force forced me to accept a job in Camp Pendleton where I had to spend 3 hours

11601    in High ways to go to my workplace while many companies wanted to hire me in San Diego with

11602    better pay and short commute like CDG but the sick illegal force imposed an painful, harmful,

11603  intolerable, unacceptable and inappropriate situation - the secret scam and fraud situation that no

11604  one has had clues to its reasons, - on all the companies to not hiring me and suffocated me in a

11605  limited budget as it was raping, emptying, and robbing all the sole unique items in the nook of

11606  my private brain, selling them, and enjoying my future through highly paid professional secret

11607  assigned unscrupulous spirits' robbers with unethical and no decency, with Lebanese, Iraqi, and

11608  other origins, and stealing the masterpieces of my image through the psychic readers, please refer

11609  to chapter 3. The Image.

11610  This Illegal Force has surprised me a lot when it penetrated the military base - Camp Pendleton

11611  in 07/12/2010. Again, *continuously, the imposed Illegal Force on the participants from human*

11612  *resources and coworkers created prejudiced environment stirred with sarcastic harassment*

11613  *through air. This situation caused me ironic mental repression as I was scared to speak because*

11614  *I might lose my job similar to previous jobs if I complain or say one word responding to this*

11615  *Illegal Force under this fabricated situation.*

11616  Usually the tone of this Illegal Force goes around from low to loud with *and exposing*

11617  *unpermitted phone calls.* But, the tone of this Illegal Force was very loud at the last 4 months of

11618  my employment and during my visit to the Navy in Point Loma which triggered one of my team

11619  members to say "Zinia can sue this! This is a case! Why are we hearing our voices?" where some

11620  others started to gossip about this imposed painful, harmful, intolerable, unacceptable and

11621  inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition.

11622  After one year, when my boss accepted me to work from home. While I was communicating the

11623  most efficient way with the group, suddenly without any notice, MTCSC/ManTech terminated

11624  me because the group was having difficulty communicating with me in 08/19/2011 without

11625    discussing the incorrect termination while the other groups which were dealing with our group in

11626    Camp Pendleton were highly impressed with my part.

11627

11628    If this Illegal Force thinks 1% high of me, it would communicate better with me. the sick illegal

11629    force coerced Camp Pendleton to despise me after my boss accepted me to work from home. The

11630    human resources didn't make sense when one of its administrator stated to me that my manager,

11631    Edith, in Camp Pendleton who accepted me to work from home, suddenly chose not renew my

11632    contract by saying with gesturing in wrinkled face and nose like she was vomiting and said 'We

11633    don't want her to work in here anymore.'

11634

11635    There was no reason for this layoff. the sick illegal force imposed a nonsense unaccepted

11636    situations leading to trouble making and fights. There was no reason for this Illegal Force in my

11637    life other than causing destruction to my health, career, and personal life with despising me and

11638    scoffing at me forcing tiresome and fatigue from obstacles and obstructions because it robbed my

11639    future and was stealing the masterpieces of the image, please refer to section 4.6 Illegal Force

11640    Authentic Schema and section 4.7 Illegal Force Authentic Motive.

11641

11642    I sent letters to my bosses explaining my situation with this Illegal Force; I requested to speak to

11643    the sick illegal force ; I sent letters to my friends, few family members, and relatives;

11644    I called a previous boss, Deb Linder. Unsuccessfully, I got no response.

11645

11646    Camp Pendleton:

Case 3:18-cv-02388-H-WVG   Document 23   Filed 03/07/22   PageID.819   Page 545
Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis of 560

March 2, 2022

11647     the radio station of Jeff Detrow & Jerry Cesak visited Camp Pendleton during my employment

11648     there in 2010-20111 and said

11649     " Mazin Yonan!  ...... Zinia is ass hole!" the the radio station of Jeff Detrow & Jerry Cesak,

11650     since you were allowed to be inside Camp Pendleton secretive buildings where my coworkers

11651     had no clues what the voices were there for except me and I had to ignore because I was

11652     intensively formulating with the Creator since 2007 in the middle of the imposed painful,

11653     harmful, intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for

11654     the Illegal Force's definition, and working in that camp spending 2 hours of drive from El Cajon

11655     to the Camp, you need to say the story loud in CNN! Criminals!!!

11656

11657     The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11658     intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11659     situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11660     of this situation other than laying me off.

11661

11662     The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11663     intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11664     situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11665     of this situation other than laying me off.

11666

11667     This illegal force psychic read, through highly paid professional secret assigned unscrupulous

11668     spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

11669     cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

11670    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

11671    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

11672    health, career, and personal life destruction all the harvests, efforts, talents, styles,and ways of

11673    my sole unique items' formulas inside the nook of my private brain in advance secretly while

11674    smashing me with shoes at my workplace meaning = causing extremely painful layoff in a very

11675    funny and trivial ways making the incidence happy. No one knew the real reason.

11676    The situation was imposed on me since 2001 loud and since 1997 with low volume until today's

11677    date.

11678

11679

11680    6.8  CoreLogic:

11681    In 11/07/2011, I was hired at CoreLogic through Modis agency. This job lasted 2 months from

11682    11//2011-01/2012. My incorrect termination was outrageous!

11683

11684    Again, *the imposed Force on the human resources and coworkers to participate in creating*

11685    *sarcastic harassment kept playing through air causing me ironic mental repression.*

11686

11687    This time, the tone of the situation of this Illegal Force was extremely unbearably loud and

11688    outrageous with serious fights and sarcastic volume all my days of the employment in this

11689    company. It was *exposing unpermitted phone calls*, my brother's video voices, friends fighting

11690    and strangers' voices saying with taunt and mocking "there will be movie after this" mixed with

11691    my personal information.

11692

Written by: Zinia Boutros                                                    Page 544 of 895

11693    Coworkers passed by my cubic office and look at me trying to see why the sick illegal force was

11694    going to do a movie after this Illegal Force.

11695

11696    The company had consistent intensive schedules and fierce deadlines where my bosses couldn't

11697    spend time to listen and participate with this harassing situation of this Illegal Force for long

11698    interval of time.

11699    I experienced isolation from my boss to work with the group of coworkers while I know I can

11700    communicate well and function good in the group; so, I had to say something to alert my boss

11701    *under this fabricated situation.*

11702    I said to my team leader, Hamin December: I am hungry I need to make my living! I have the

11703    privilege to talk to this Illegal Force but they are not letting me talk to them in person.

11704

11705    Hamin acted as if there is no Force imposed in our workplace because he needs to make his

11706    living and doesn't have time for the mess that was imposed on me. My boss' response was

11707    "Zinia, don't mention anything... no one wants to know."

11708

11709    Beside the fact my hiring date was during holidays where coworkers were taking long vacations,

11710    in this year, it happened my boss had to take four weeks going to India.

11711

11712    Before my termination, I heard Hamin saying, "If the security is involved and everyone is

11713    participating ...why I should say the truth to her about it... Zinia treats me like a little sister....."

11714

11715   Voices inside the building saying, "We are going to make movie after this" and Hamin, my team

11716   leader speaking from India when he was in his Christmas vacation, saying 'I don't care… I don't

11717   want her here…. Get her out. We don't want to deal with….'

11718

11719   When Hamid came back from his vacation, he told me that he doesn't need me to work there

11720   where the human resources and securities were all blushing with opened eyes watching me and

11721   Hamin going in and out of a room with noises all over the building.

11722   The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11723   intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11724   situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11725   of this situation other than laying me off.

11726

11727

11728   This illegal force psychic read, through highly paid professional secret assigned unscrupulous

11729   spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

11730   cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

11731   PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

11732   PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

11733   health, career, and personal life destruction all the harvests, efforts, talents, styles,and ways of

11734   my sole unique items' formulas inside the nook of my private brain in advance secretly while

11735   smashing me with shoes at my workplace meaning = causing extremely painful layoff in a very

11736   funny and trivial ways making the incidence happy. No one knew the real reason.

11737   The situation was imposed on me since 2001 loud and since 1997 with low volume until today's

11738   date.

11739

11740

11741

11742   6.9   SelfHelpWorks:

11743   In early 2013, same voices mixed with coworkers' voices through the air inside the building.

11744

11745

11746   6.10   Sempra

11747   In early 2013, same voices mixed with coworkers' voices through the air inside the building.

11748   My coworkers were laughing at the situation when asking one of my manager, Will Tan about

11749   what was going on.

11750   President George Bush's voice, President Obama's voice and some Hollywood figures were

11751   mixed with other voices through air.

11752

11753   The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11754   intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11755   situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11756   of this situation other than laying me off.

11757

11758   This illegal force psychic read, through highly paid professional secret assigned unscrupulous

11759   spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

11760    cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

11761    PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

11762    PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

11763    health, career, and personal life destruction all the harvests, efforts, talents, styles,and ways of

11764    my sole unique items' formulas inside the nook of my private brain in advance secretly while

11765    smashing me with shoes at my workplace meaning = causing extremely painful layoff in a very

11766    funny and trivial ways making the incidence happy. No one knew the real reason.

11767    The situation was imposed on me since 2001 loud and since 1997 with low volume until today's

11768    date.

11769

11770

11771    6.11    Solar Turbines:

11772    At end of 2013, I was hired in Solar Turbines. In few days, the sick illegal force was playing

11773    noises' mixture of President George Bush's voice saying 'Do you hear this …' blended with one

11774    member of my family's voice in the phone that was taken from unpermitted phone call with his

11775    family.

11776

11777    Before 2014 Thanksgiving in one week, the sick illegal force mixed more than 3 voices together

11778    to tell me the following message and laying me off before Thanksgiving:

11779    1. Voice 1: 'Summer: We are all going to

11780    2. Voice 2: 'Linda: celebrate'

11781    3. Voice 2 – Fadi: Happy Thanksgiving'

11782    4. Voice 3: 'Sahar: with Zinia'

11783

11784    Before Thanksgiving in 3 days, my manager, Chris Deweese and Human Resource manager, laid

11785    me off from the company. Chris Deweese said to me smiling, 'I do have a lot of work but Volt

11786    agency doesn't want you to work in here and he gestured at the noises through air.

11787

11788    Addition to Solar Turbines:

11789

11790    the radio station of Jeff Detrow & Jerry Cesak followed me inside Solar Turbines parking lot in

11791    a car, opened the window, and showed me someone sitting in passenger seat, both looking at me

11792    impressed with shaking their faces from top to bottom. This person who was sitting in the

11793    passenger seat was scary with very long bear, a bear that had no end.

11794    Another time, the radio station of Jeff Detrow & Jerry Cesak showed in car gesturing to me and

11795    showing me that they are psychic reading me by doing something I don't do in public but only at

11796    home.

11797    the radio station of Jeff Detrow & Jerry Cesak were trying to be defiant in case I mention these

11798    incidences in the future, people will think I am crazy person and laugh.

11799

11800    During my employment in Solar Turbines, one of the members of the radio station of Jeff

11801    Detrow & Jerry Cesak in San Diego, Ca., either Jeff or Jerry followed me near the parking lot of

11802    Solar Turbines at 5am in the morning, opened his passenger's window to show me someone

11803    scary with very long bear as if he wanted to introduce me to him indirectly with shaking his face

11804    and the passenger's face up and down and gesturing in his hand towards the scary passenger. The

11805    passenger was wearing from the top something weird and scary related to what this radio station

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

11806     was involving me in during their psychic reading me and communicating with me to get me out

11807     of the new cycle of Adam and Eve.

11808

11809     Also, one of the members of the radio station of Jeff Detrow & Jerry Cesak in San Diego, Ca.,

11810     either Jeff or Jerry followed me near the parking lot of Solar Turbines in one of the intersection

11811     to show me something I do at home no one knows about just to give me a sign that He is being

11812     psychic reading me.

11813     Willis Towers Watson have been participating since April 2016, 16-cv-0101-H-WVG in the

11814     private air through this illegal force.

11815

11816     The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11817     intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11818     situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11819     of this situation other than laying me off.

11820

11821     This illegal force psychic read, through highly paid professional secret assigned unscrupulous

11822     spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

11823     cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

11824     PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

11825     PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

11826     health, career, and personal life destruction all the harvests, efforts, talents, styles, and ways of

11827     my sole unique items' formulas inside the nook of my private brain in advance secretly while

11828    smashing me with shoes at my workplace meaning = causing extremely painful layoff in a very

11829    funny and trivial ways making the incidence happy. No one knew the real reason.

11830    The situation was imposed on me since 2001 loud and since 1997 with low volume until today's

11831    date.

11832

11833    Added to Solar Turbines:

11834

11835    the radio station of Jeff Detrow & Jerry Cesak followed me inside Solar Turbines parking lot in

11836    a car, opened the window, and showed me someone sitting in passenger seat, both looking at me

11837    impressed with shaking their faces from top to bottom. This person who was sitting in the

11838    passenger seat was scary with very long bear, a bear that had no end.

11839    Another time, the radio station of Jeff Detrow & Jerry Cesak showed in car gesturing to me and

11840    showing me that they are psychic reading me by doing something I don't do in public but only at

11841    home.

11842    the radio station of Jeff Detrow & Jerry Cesak were trying to be defiant in case I mention these

11843    incidences in the future, people will think I am crazy person and laugh.

11844

11845    During my employment in Solar Turbines, one of the members of the radio station of Jeff

11846    Detrow & Jerry Cesak in San Diego, Ca., either Jeff or Jerry followed me near the parking lot of

11847    Solar Turbines at 5am in the morning, opened his passenger's window to show me someone

11848    scary with very long bear as if he wanted to introduce me to him indirectly with shaking his face

11849    and the passenger's face up and down and gesturing in his hand towards the scary passenger. The

11850    passenger was wearing from the top something weird and scary related to what this radio station

11851    was involving me in during their psychic reading me and communicating with me to get me out

11852    of the new cycle of Adam and Eve.

11853

11854    Also, one of the members of the radio station of Jeff Detrow & Jerry Cesak in San Diego, Ca.,

11855    either Jeff or Jerry followed me near the parking lot of Solar Turbines in one of the intersection

11856    to show me something I do at home no one knows about just to give me a sign that He is being

11857    psychic reading me.

11858

11859

11860    6.12    Willis Towers Watson

11861    Same harnessed voices with voices of the Presidents. My concentration was with the robbery and

11862    writing this case which was the hardest thing because I am very angry and can't show it which

11863    effected my health. I have complained enough to the White House and didn't need to complain

11864    this company.

11865

11866  Usually, I work hard and overtime to prove myself in new job to build confidence between me

11867  and my boss, but, after the numerous layoffs that were imposed via the sick illegal force, after

11868  experiencing the health and budget suffocation via this Illegal Force which robbed my future by

11869  psychic reading the nook of my brain that is the sanctum of my brain's black box, acting

11870  deliberately against the law, infringing my civil rights, after seeing my brain being robbed to

11871  powerful people, please refer to my image, chapter 3, after the random blood pressure and severe

11872  constipation, after the consist hurly burly voices inside my workplace building, I didn't want to

11873  work hard and overtime to prove myself in my current job, Willis Towers Watson, because the

11874  sick illegal force kept robbing and scattering my image and sold the pieces to powerful people

11875  and celebrities which it didn't let me function correct, and I needed to and must write this case

11876  document to Federal Court to get my civil right, to stop the robbery, and stop the process of what

11877  was robbed from me.

11878

11879  The eyes' vessels of my previous coworkers were exploding from anger because it was horrible,

11880  intolerable, unacceptable and inappropriate imposed situation - the secret scam and fraud

11881  situation that no one has had clues to its reasons, - at workplaces and didn't know how to get rid

11882  of this situation other than laying me off.

11883

11884  This illegal force psychic read, through highly paid professional secret assigned unscrupulous

11885  spirits' robbers with unethical and no decency, my future and saw parts of the image of the new

11886  cycle of Adam and Eve were very pretty, they decided to rape, rob, empty FOR MONEY

11887  PURPOSE SECRETLY WITHOUT MY PERMISSION AND KNOWLEDGE AND THE

11888  PUBLIC KNOWLEDGE, the nook of my private brain, enjoy and rapture on account of my

11889   health, career, and personal life destruction all the harvests, efforts, talents, styles,and ways of

11890   my sole unique items' formulas inside the nook of my private brain in advance secretly while

11891   smashing me with shoes at my workplace meaning = causing extremely painful layoff in a very

11892   funny and trivial ways making the incidence happy. No one knew the real reason.

11893   The situation was imposed on me since 2001 loud and since 1997 with low volume until today's

11894   date.

11895

11896   At Willis Towers Watson before April 2016, 16-cv-0101-H-WVG,

11897   Please read Willis Towers Watson

11898    this illegal force with less than animal mentality made two coworkers say something from my

11899   private brain loud, then this force through phone speakers made stranger say loud inside the

11900   building in a very ill-mannered and despised way "we are reading you! is that why! HU Hu is

11901   that why ????"

11902   Some polite coworkers said in the private air inside the building "this is very good! The

11903   presidents of USA are after this!"

11904   Some contractors chose to work far away from me because of this imposed painful, harmful,

11905   intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

11906   Illegal Force 's definition,. In Solar turbines, I wanted to find a space in my time to write but I

11907   couldn't because of the imposed painful, harmful, intolerable, unacceptable and inappropriate

11908    situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's definition, that flipped my life

11909   upside down. I had to fix what this force ruined in my life and I had to be determined when I was

11910   employed by Willis Towers Watson to write my federal case that I submitted in April 2016, 16-

11911    cv-0101-H-WVG and I was at the end of writing my federal case when the painful layoff

11912    occurred.

11913    Willis Towers Watson have been participating since April 2016, 16-cv-0101-H-WVG in the

11914    private air through this illegal force.

11915

11916    Some other previous coworkers' eyes' vessels were exploding from anger because it was

11917    horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

11918    fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

11919    get rid of it but with harsh painful lay off.

11920

11921    Before I left Willis Towers Watson, the receptionist brought 2 coworkers, I don't know, from

11922    other floor in the building to pass by my cubical desk and shake their heads with giving the

11923    gesture of impressed!

11924    Before my layoff in one month, I gave my employer's phone to mortgage company for

11925    employment verification. A mortgage company called the human resources to verify my

11926    employment and the staff member told the mortgage I wasn't an employee there. When I called

11927    the human resource to find out the reason. The human resources staff member put me on hold, I

11928    heard whispering on the phone "Hush! She is still here.. Hss", then another staff came, asked me

11929    to let the mortgage company call again to verify employment by asking to speak to her.

11930    When I left Willis Towers Watson, human resources staff member spoke to me in the phone

11931    while I was complaining about the voices in front Christina Rensfield, and the staff

11932    recommended to me to call a HELP number and get disability denying the voices inside the

11933    building. When I spoke to Christina Rensfield after I sent a letter to her and Mark Y.

11934    Tomonaga/Developer Team Lead, Christina told me you wrote the truth – you said it all in your

11935    email to me and Mark.

11936

11937    None of my previous employers wanted to deal with this imposed painful, harmful, intolerable,

11938    unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the Illegal Force's

11939    definition, thinking it was a trivial and a joke due to the way was manipulated without anyone

11940    realizing the sly, wrongful, and unscrupulous control by this Illegal Force on me at my

11941    workplace. Also, if I had ever complained, everyone at workplace would open their eyes like

Case against group one: UPS, UPS/Minda Mc Allister, and UPS/Tim Davis                    March 2, 2022

11942    bulbs saying loud "why? What did we do?" unless I write the whole story in the federal court,

11943    then, they all understand.

11944    Inside my previous employer willis towers Watson Some other previous coworkers' eyes'

11945    vessels were exploding from anger because it was inappropriate imposed painful, harmful,

11946    intolerable, unacceptable and inappropriate situation , please refer to 4.1,4.2, and 4.3 for the

11947    Illegal Force's definition, at workplaces and didn't know how to get rid of it but with harsh

11948    painful lay off.

11949    Some other previous coworkers' eyes' vessels were exploding from anger because it was

11950    horrible, intolerable, unacceptable and inappropriate imposed situation - the secret scam and

11951    fraud situation that no one has had clues to its reasons, - at workplaces and didn't know how to

11952    get rid of it but with harsh painful lay off.

11953

11954

11955    EMAILED THIS   03/07/2022 DIR 2022

11956    Miscellaneous from my emails, reactions to the voices in the private air:   ZB

11957

11958    From my emails in 2017, my reaction:

11959    •      zinia boutros <boutroszinia@yahoo.com>

11960    To:White House,Barack Obama,Donald J. Trump

11961    Cc:lwbscheduling@ogwb.org,scheduling@ogwb.org,clinton.library@nara.gov,Obamabiden

11962    Info,blourd@caa.com

11963    Nov 20, 2017 at 11:09 AM

11964    11/20/2017

Written by: Zinia Boutros                                          Page 557 of 895